**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____     Chapter    **11**

☐ Check if this is an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **The Villages Health System, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **38-3876436** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> **600 Sunbelt Road** <br> **The Villages, FL 32159** <br> Number, Street, City, State & ZIP Code <br><br> **Lake** <br> County | **Mailing address, if different from principal place of business** <br><br> **7580 Middleton Drive** <br> **Middleton, FL 34762** <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor    **The Villages Health System, LLC**                                    Case number (*if known*) _____
          Name

**7.  Describe debtor's business**    A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
    6221

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

| Debtor | The Villages Health System, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1,
attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☒ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☒ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☒ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    The Villages Health System, LLC
_____
          Name

Case number (*if known*) _____

▉    Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature
    of authorized
    representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July  3, 2025
               _____
               MM / DD / YYYY

X _____        Neil F. Luria
Signature of authorized representative of debtor    Printed name

Title    **Chief Restructuring Officer**
         _____

18. Signature of attorney

X _____        Date    July  3, 2025
Signature of attorney for debtor                       _____
                                                       MM / DD / YYYY

**Elizabeth A. Green 0600547**
_____
Printed name

**Baker & Hostetler LLP**
_____
Firm name

**200 S. Orange Ave.**
**Suite 2300**
**Orlando, FL 32801**
_____
Number, Street, City, State & ZIP Code

Contact phone    **407-649-4000**        Email address    egreen@bakerlaw.com

**0600547 FL**
_____
Bar number and State

**ACTION BY WRITTEN CONSENT OF THE**
**BOARD OF MANAGERS AND MAJORITY MEMBER**
**OF THE VILLAGES HEALTH SYSTEM, LLC**

**July 2, 2025**

The undersigned, being (i) all persons designated as members of the Board of Managers (the "Board") of The Villages Health System, LLC, a Florida limited liability company (the "Company") and (ii) the majority Member of the Company (the "Majority Member") (the Board and the Majority Member are collectively referred to as the "Panel"), in accordance with the Amended and Restated Operating Agreement of the Company (the "Operating Agreement") and Section 605.04073 of the Florida Revised Limited Liability Company Act, do hereby consent to, adopt and approve, by this written consent (the "Written Consent"), the following resolutions, which resolutions shall be deemed to be adopted as of the date set forth above:

## Chapter 11 Filing and Retention of Professionals

**WHEREAS,** the Panel has had the opportunity to consult with the management and legal advisors of the Company and has considered, among other things, the financial and operational condition of the Company and the Company's business on the date hereof, the assets of the Company, the current and long-term liabilities of the Company, the liquidity situation of the Company, the strategic alternatives available to the Company, the effect of the foregoing on the Company's business, and the advice of management and the Company's legal advisors.

**NOW, THEREFORE, BE IT RESOLVED**, that, for the purposes of the following resolutions, the Board, GBH SOLIC Holdco, LLC (f/k/a SOLIC Capital Advisors), and their designees, shall be "Authorized Officers" empowered to act with respect to the actions authorized in these resolutions.

**FURTHER RESOLVED** that, in the judgment of the Panel, it is desirable and in the best interests of the Company, its creditors, and other parties in interest, that the Company shall be, and hereby is, authorized to file, or caused to be filed, a voluntary petition for relief (the "Chapter 11 Case") under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court") and any other petition for relief or recognition or other order that may be desirable under applicable law in the United States.

**FURTHER RESOLVED**, that the Authorized Officers, as applicable, are authorized and directed to execute and file on behalf of the Company all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business.

**FURTHER RESOLVED**, that the Company and the Authorized Officers are hereby authorized, directed, and empowered, on behalf of the Company, to employ the law firm of Baker & Hostetler LLP as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's

rights and obligations, including filing any motions, objections, replies, applications, or pleadings; and in connection therewith, each of the Authorized Officers, as applicable, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Baker & Hostetler LLP.

**FURTHER RESOLVED**, that each of the Authorized Officers, as applicable, are authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Officers, as applicable, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.

### Debtor-in-Possession Financing

**WHEREAS**, the Company requires immediate access to additional liquidity.

**WHEREAS**, the Company, through the Authorized Officers, has engaged with multiple potential lenders in the solicitation and negotiation of terms of a superpriority debtor-in-possession term loan facility (each, collectively including any related term sheets, credit agreements, security agreements, interim and final orders, and other related documents, a "Proposed DIP Credit Agreement"), which would be used, among other things, to fund the operations of the Company in the ordinary course, fund the administration of the Chapter 11 Case, and pay the claims of certain vendors, employees, and other stakeholders in the ordinary course of business during the Chapter 11 Case.

**WHEREAS**, the Panel has been advised of the material terms of the Proposed DIP Credit Agreements.

**NOW, THEREFORE, BE IT RESOLVED**, the Authorized Officers are authorized and empowered on behalf of the Company to finalize, execute, and deliver the Proposed DIP Credit Agreement that the Authorized Officers select as being in the best interests of the Company, its creditors, and other parties in interest (such Proposed DIP Credit Agreement, the "DIP Credit Agreement"), substantially in the form attached hereto as **Exhibit A**.

**FURTHER RESOLVED**, that the Company's execution and delivery of, and its performance of its obligations (including guarantees) in connection with the DIP Credit Agreement, are hereby, in all respects, authorized and approved, including with such changes as such Authorized Officers may deem necessary, advisable or appropriate, the taking of any such action by such Authorized Officer to be deemed conclusive evidence that the Panel and the Company have authorized such action, and take all actions necessary to seek and gain approval of the DIP Credit Agreement in the Bankruptcy Court

**FURTHER RESOLVED**, that each of the Authorized Officers, as applicable, are hereby authorized, empowered, and directed, in the name and on behalf of the Company, to take such actions as in its discretion is determined to be necessary, desirable, proper, or advisable to give effect to these resolutions and to negotiate, execute, deliver, file, perform, and cause the

performance of the DIP Credit Agreement, the transactions contemplated thereby, and any and all other documents, certificates, instruments, real estate filings, recordings, security assignments, agreements, intercreditor agreements, petitions, motions, or other papers or documents to which the Company is or will be a party or any order entered into in connection with the Chapter 11 Case, including, without limitation, any amendments, supplements, modifications, renewals, replacements, consolidations, substitutions, and extensions thereof (collectively with the DIP Credit Agreement, the "Financing Documents") necessary to consummate the transactions contemplated by the DIP Credit Agreement, including providing for adequate protection to the Company's existing secured lenders in accordance with section 363 of the Bankruptcy Code, in the form approved, with such changes therein and modifications and amendments thereto as any of the Authorized, as applicable, may in their sole and absolute discretion approve, which approval shall be conclusively evidenced by his or her execution thereof. Such execution by any of the Authorized Officers is hereby authorized to be by facsimile, engraved or printed as deemed necessary and preferable.

**FURTHER RESOLVED**, that each of the Authorized Officers, as applicable, is authorized and directed to seek authorization to enter into the DIP Credit Agreement and to seek approval of the use of collateral pursuant to a postpetition financing order in interim and final form with such changes therein, additions, deletions, amendments, or other modifications thereto as any Authorized Officer may in their sole and absolute discretion approve.

**FURTHER RESOLVED**, that the Company, as debtor and debtor-in-possession under the Bankruptcy Code is authorized and directed to incur any and all obligations and to undertake any and all related transactions on substantially the same terms as contemplated under the Financing Documents (collectively, the "Financing Transactions"), including granting liens, guarantees, and providing equity pledges to secure such obligations.

**FURTHER RESOLVED**, that each of the Authorized Officers, as applicable, is authorized and directed to take all such further actions, including, without limitation, to pay or approve the payment of all fees and expenses payable in connection with the Financing Transactions and all fees and expenses incurred by or on behalf of each Company in connection with the foregoing resolutions, in accordance with the terms of the Financing Documents, which shall in their reasonable business judgment be necessary, proper, or advisable to perform the Company's obligations under or in connection with the Financing Documents or any of the Financing Transactions and to fully carry out the intent of the foregoing resolutions.

**FURTHER RESOLVED**, that the Panel hereby ratifies and confirms all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts and transactions would have been authorized and approved by the foregoing resolutions except that such acts and transactions were taken prior to the adoption of such resolutions, be, and they hereby are, in all respects confirmed, approved, and ratified.

## Asset Purchase Agreement and Stalking Horse Bidder

**WHEREAS**, the Panel has considered the strategic alternatives available to the Company. The Panel and the Company has, following consultation with financial and legal advisors,

determined that entry of an Asset Purchase Agreement, substantially in the form set forth on **Exhibit B** hereto, and related transaction documents, including the Form of Amended and Restated Leases, Form of Amendment to the Facilities Services Agreement, Form of Bill of Sale, Assignment and Assumption Agreement, Form of Bidding Procedures Order, Form of Services Agreement, Form of Non-Competition Agreement, Form of Transition Services Agreement, Form of Escrow Agreement, and Form of Employment Agreement  (collectively, the "APA") with CenterWell Senior Primary Care (Vitality), Inc. ("CenterWell"), for the sale of substantially all of the Company's assets (the "Transaction") is in the best interests of the Company, its creditors, and other parties in interest.

**NOW, THEREFORE, BE IT RESOLVED**, the Authorized Officers, as applicable, are authorized and empowered on behalf of the Company to finalize, execute, and deliver the APA, with such changes as such Authorized Officers may deem necessary, advisable or appropriate, the taking of any such action by such Authorized Officer to be deemed conclusive evidence that the Board and the Company have authorized such action, and take all actions necessary to seek and gain approval of the APA in the Bankruptcy Court.

**FURTHER RESOLVED**, that the Panel hereby approves CenterWell as the Stalking Horse Bidder in the Chapter 11 Case.

**FURTHER RESOLVED**, that each of the Authorized Officers, as applicable, is authorized and directed to take all such further actions, which shall in their reasonable business judgment be necessary, proper, or advisable to perform the Company's obligations under or in connection with the APA and to fully carry out the intent of the foregoing resolutions.

**FURTHER RESOLVED**, that the Panel hereby ratifies and confirms all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts and transactions would have been authorized and approved by the foregoing resolutions except that such acts and transactions were taken prior to the adoption of such resolutions, be, and they hereby are, in all respects confirmed, approved, and ratified.

## Membership Interest Repurchase Agreements

**WHEREAS**, pursuant to Section 7.1 of the Operating Agreement, members are not permitted to assign, pledge, or otherwise transfer their units or membership interests without advance approval by the Board.

**WHEREAS**, The Villages Health Holding Company, LLC ("VHHC") has agreed to propose to enter into certain membership interest repurchase agreements (the "Repurchase Agreements") to acquire Units (as defined in the Operating Agreement) of the Company held by members of the Company.

**WHEREAS**, the Company and the Panel desire to approve such Repurchase Agreements in accordance with Section 7.1 of the Operating Agreement.

**NOW, THEREFORE, BE IT RESOLVED**, the Company and the Panel approve the entry into the Repurchase Agreements.

**FURTHER RESOLVED**, that the Panel hereby ratifies and confirms all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts and transactions would have been authorized and approved by the foregoing resolutions except that such acts and transactions were taken prior to the adoption of such resolutions, be, and they hereby are, in all respects confirmed, approved, and ratified.

## General

**NOW, THEREFORE, BE IT RESOLVED**, that, in addition to the specific authorizations herein, each of the Authorized Officers, as applicable, is authorized and directed to do and perform all such other acts, deeds and things and to make, negotiate, execute, deliver and file, or cause to be made, negotiated, executed, delivered and filed, all such agreements, undertakings, documents, plans, instruments, certificates, registrations, notices or statements and to pay or cause to be paid all necessary fees and expenses, including fees and expenses of advisors and counsel, as such Authorized Officers deem necessary or advisable to effectuate or carry out fully the purpose of the foregoing resolutions, and the taking of such actions or the execution of such documents by any such Authorized Officer shall be conclusive evidence that such Authorized Officer deems such action or the execution and delivery of such document to be necessary or advisable and to be conclusive evidence that the same is within the authority conferred by the resolutions herein, and that any and all actions taken heretofore and hereafter to accomplish such purposes, all or singular, be, and they hereby are, approved, ratified and confirmed.

**FURTHER RESOLVED**, that the Panel has received sufficient notice of the actions and transactions relating to the matters contemplated by the resolutions herein, as may be required by the organizational documents the Company or hereby waive any right to have received such notice.

**FURTHER RESOLVED**, that this written consent may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together will constitute one and the same instrument, and that this written consent may be delivered via facsimile or electronic transmission with the same force and effect as if it had been delivered manually.

**FURTHER RESOLVED**, that the Panel hereby ratifies and confirms all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts and transactions would have been authorized and approved by the foregoing resolutions except that such acts and transactions were taken prior to the adoption of such resolutions, be, and they hereby are, in all respects confirmed, approved, and ratified.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the undersigned have executed this Written Consent effective as of the date first written above.

_____
Mark G. Morse
Title: Board Member of the Company

_____
Elliot J. Sussman, M.D.
Title: Board Member of the Company

_____
W. Thomas Brooks
Title: Board Member of the Company

_____
Thomas Menichino
Title: Board Member of the Company

_____
Anthony Connelly
Title: Board Member of the Company

_____
Anna Phillips
Title: Board Member of the Company

_____
Mark G. Morse
Title: Manager of The Villages Health Holding
Company (Majority Member of the Company)

_____
Jennifer L. Parr
Title: Manager of The Villages Health Holding
Company (Majority Member of the Company)

_____
Tracy M. Dadeo
Title: Manager of The Villages Health Holding
Company (Majority Member of the Company)

[Signature Page to Action by Written Consent]

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **The Villages Health System, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ahmad, Sobia 7661 Blue Quail Ln Orlando, FL 32835-5809** | | | | | | **$14,934.52** |
| **Alpha Source Inc. PO Box 809203 Chicago, IL 60680** | **asg-billingfcb@pro medical.com 800-654-9945** | **Trade debt** | | | | **$9,800.00** |
| **ASSA ABLOY Entrance Systems US Inc. 1900 Airport Road Monroe, ND 28110** | **InvoiceInquiry.us.e ntrance@assaablo y.com 866-237-2687** | **Trade debt** | | | | **$5,434.92** |
| **Boston Scientific Corporatio PO Box 951653 Dallas, TX 75395-1653** | **BSXInvestorRelatio ns@bsci.com** | | | | | **$3,250.00** |
| **Business Techs Inc. 421 North Palmetto Street Leesburg, FL 34748** | **it@business-techs. com** | | | | | **$4,510.25** |
| **Busto  Mary 4150 Burgess Drive The Villages, FL 32163** | | | | | | **$3,000.00** |
| **Connective Health Inc 348 Cambridge Rd Suite 162 Woburn, MA 01801** | **inance@connectiv ehealth.io** | **Trade debt** | | | | **$14,000.00** |
| **Estochen, Samuel 5252 Grove Mnr Lady Lake, FL 32159** | | | | | | **$2,836.40** |
| **Miguel Mantilla 5371 Compass Point Oxford, FL 34484** | **miguel.mantilla-vill amizar@thevillages health.com** | | | | | **$3,669.85** |

Debtor    **The Villages Health System, LLC**                                Case number *(if known)*
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Olympus America Inc. PO Box 120600 Dallas, TX 75312-0600 | cash.application@olympus.com 800-848-9024 | Trade debt | | | | $6,376.29 |
| OnePacs LLC PO Box 773186 Detroit, MI 48277-3186 | accounts@onepacs.com 877-881-7227 | Trade debt | | | | $6,800.16 |
| Perfectserve PO Box 92015 Las Vegas, NV 89193-2015 | collections@perfectservesupport.zendesk.com | | | | | $5,379.00 |
| SECO Energy Customer Service Dept #3035 Orlando, FL 32855-3035 | customerservice@secoenergy.com | | | | | $5,546.00 |
| Solventum Health Information Systems, Inc LBX #:844394 Dallas, TX 75284-3398 | mdblount@solventum.com 612-842-1263 | Trade debt | | | | $6,005.93 |
| Starkey Laboratories, Inc. PO Box 856915 Minneapolis, MN 55485-6915 | starkeycares@starkey.com | | | | | $18,757.89 |
| The Sourcing Group Inc PO Box 6568 Carol Stream, IL 60197-6568 | tmckenzie@tsgerp.com 407-682-1400 | Trade debt | | | | $8,402.56 |
| The Villages Chilled Water 3619 Kiessel Rd The Villages, FL 32163 | Utilities@DistrictGov.org | | | | | $4,284.25 |
| United States of America U.S. Attorney's Office MDFL 400 N. Tampa St., Ste. 3200 Tampa, FL 33602 | Christopher Emden, AUSA cemden@usdoj.gov | | Contingent Unliquidated | | | $361,000,000.00 |
| Veytec, Inc 2301 Silver Star Road Orlando, FL 32804 | 407-849-0461 | Trade debt | | | | $21,617.26 |

Debtor    **The Villages Health System, LLC**                                      Case number *(if known)*  _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wells Fargo P.O. Box 105743 Atlanta, GA 30348-5743** | **wfef@wellsfargo.com** | | | | | **$3,023.21** |

# United States Bankruptcy Court
## Middle District of Florida

In re    **The Villages Health System, LLC**        Case No. _____

                           Debtor(s)        Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **A. Ojha, Inc.**<br>**817 Iron Oak Way**<br>**The Villages, FL 32163** | | **375.00** | |
| **A. Turri, Inc.**<br>**12708 Water Point Blvd**<br>**Windermere, FL 34786** | | **375.00** | |
| **A. Wood TVH, Inc.**<br>**11193 Roz Way**<br>**Oxford, FL 34484** | | **375.00** | |
| **Alan Sonsky**<br>**11225 Roz Way**<br>**Oxford, FL 34484** | | **375.00** | |
| **Allison Yow**<br>**11203 Roz Way**<br>**Oxford, FL 34484** | | **15.00** | |
| **Amy Wixted**<br>**4029 Bergen Hall Road**<br>**Fruitland Park, FL 34731** | | **187.50** | |
| **B. Betts, Inc.**<br>**17566 SE 88th Covington Cir**<br>**The Villages, FL 32162** | | **375.00** | |
| **Bob Trinh**<br>**1020 Lake Sumter Landing**<br>**The Villages, FL 32162** | | **4,186.00** | |
| **Brian Hoffar**<br>**2634 Vlasto Ln**<br>**Okahumpka, FL 34762** | | **187.50** | |
| **C. Collins, Inc.**<br>**5459 Thome Loop**<br>**The Villages, FL 32163** | | **187.50** | |
| **C.S. Pead, Inc.**<br>**40611 Grays Airport Rd**<br>**Lady Lake, FL 32159** | | **375.00** | |

Sheet 1 of 7 in List of Equity Security Holders

In re:  **The Villages Health System, LLC**                                    Case No. _____

_____
                        Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Carla Marinoni**<br>**3329 Rohan Rd**<br>**Oxford, FL 34484** | | **187.50** | |
| **Catherine Sullivan**<br>**1147 Creekside Dr**<br>**The Villages, FL 32162** | | **375.00** | |
| **Cheri Benedetti**<br>**1020 Lake Sumter Lndg**<br>**The Villages, FL 32162** | | **908.50** | |
| **Cheri Benedetti**<br>**39659 Grove Heights**<br>**Lady Lake, FL 32159** | | **908.50** | |
| **D. Olliverre, Inc.**<br>**9051 Silver Lake Dr.**<br>**Leesburg, FL 34788** | | **375.00** | |
| **D. Sullivan, Inc.**<br>**1301 Corona Cr**<br>**Lady Lake, FL 32159** | | **187.50** | |
| **D. Whinnen, Inc.**<br>**7793 SE 22nd Terrace**<br>**Ocala, FL 34480** | | **375.00** | |
| **Daphne Bagwell**<br>**7008 Tucson Trail**<br>**Okahumpka, FL 34762** | | **187.50** | |
| **Deon Sutherland**<br>**17077 46th Ave**<br>**Archer, FL 32618** | | **375.00** | |
| **E. Lewis, Inc.**<br>**95 Lily Dr**<br>**Fruitland Park, FL 34731** | | **375.00** | |
| **E.J. Sussman, Inc.**<br>**1020 Lake Sumter Landing**<br>**The Villages, FL 32162** | | **12,061.00** | |
| **Emilio Noble**<br>**1020 Lake Sumter Lndg**<br>**The Villages, FL 32162** | | **600.00** | |

List of equity security holders consists of 7 total page(s)

In re:  **The Villages Health System, LLC**                                 Case No. _____
                                            Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Emilio Noble**<br>**22318 Bartholdi Circle**<br>**Land O Lakes, FL 34639** | | **600.00** | |
| **Eyry Martin Low**<br>**6913 Sunnyside Dr**<br>**Leesburg, FL 34748** | | **187.50** | |
| **F. Melidona, Inc.**<br>**733 Rockingham Rd**<br>**The Villages, FL 32163** | | **375.00** | |
| **G. Jun**<br>**11196 Roz Way**<br>**Oxford, FL 34484** | | **375.00** | |
| **Harsha Rajashekar**<br>**1110 SE 46th St**<br>**Ocala, FL 34480** | | **375.00** | |
| **J. Pavlik, Inc.**<br>**26321 Avenida Las Colinas**<br>**Howey in the Hills, FL 34737** | | **187.50** | |
| **J. Sudduth, Inc.**<br>**12616 Northeast 49th Dr**<br>**Oxford, FL 34484** | | **375.00** | |
| **James Flaherty, Inc.**<br>**1020 Lake Sumter Lndg**<br>**The Villages, FL 32162** | | **375.00** | |
| **James Wrobel**<br>**10161 Lake Miona Way**<br>**Oxford, FL 34484** | | **187.50** | |
| **Jessica Crites**<br>**33703 Overton Dr**<br>**Leesburg, FL 34788** | | **187.50** | |
| **Jessica Kubis**<br>**1543 Oak Glen Ct**<br>**Fruitland Park, FL 34731** | | **187.50** | |
| **Jimmy Ester**<br>**1936 Northwest 102nd Blvd**<br>**Wildwood, FL 34785** | | **53.00** | |

List of equity security holders consists of 7 total page(s)

In re:  **The Villages Health System, LLC**                    Case No. _____
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **John B. Stabler**<br>**7170 SE 85th Ln**<br>**Ocala, FL 34472** | | **375.00** | |
| **John D. Thompson**<br>**1919 SE 7th St**<br>**Ocala, FL 34471** | | **375.00** | |
| **Joseph Rizzi**<br>**39551 Crest Court**<br>**Lady Lake, FL 32159** | | **375.00** | |
| **K. Giovanneli, Inc.**<br>**419 SW 45th St**<br>**Ocala, FL 34471** | | **375.00** | |
| **Karen Tobin**<br>**5430 Emerald Bay Ln**<br>**Lady Lake, FL 32159** | | **187.50** | |
| **Kayla Music**<br>**1610 SE 145th St**<br>**Summerfield, FL 34491** | | **13.00** | |
| **L. Cloukey, Inc.**<br>**2473 Northwest 81st Ave**<br>**Wildwood, FL 34785** | | **375.00** | |
| **Ladonna Colinsworth**<br>**3106 Marion County Rd**<br>**Weirsdale, FL 32195** | | **187,50** | |
| **Latifah Sabree**<br>**118 Hidden Oaks Dr**<br>**Lady Lake, FL 32159** | | **8.00** | |
| **Lawrence Howard, M.D.** | | **2,2500.00** | |
| **Lisa Edwards**<br>**1356 Peters Dr**<br>**Leesburg, FL 34748** | | **80.00** | |
| **M. Roethlisberger, Inc.**<br>**848 Hawk Landing**<br>**Fruitland Park, FL 34731** | | **375.00** | |

List of equity security holders consists of 7 total page(s)

In re:  **The Villages Health System, LLC**                                              Case No. _____
                                                 Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Matthew Shlapack**<br>**10355 Addison Shore Way**<br>**Oxford, FL 34484** | | **26.00** | |
| **Michael Clifford**<br>**773 Incorvaia Way**<br>**The Villages, FL 32163** | | **375.00** | |
| **P. Luzynski, Inc.**<br>**5602 Great Egret Dr**<br>**Leesburg, FL 34748** | | **187.50** | |
| **Patrick Chunn**<br>**1020 Lake Sumter Landing**<br>**The Villages, FL 32162** | | **225.00** | |
| **Pranav Ravi**<br>**4026 Pinnacle Place Ct**<br>**Lady Lake, FL 32159** | | **375.00** | |
| **R. Herman, Inc.**<br>**8806 SE 177th Grassmere St**<br>**The Villages, FL 32162** | | **375.00** | |
| **R.C. Reilly, Inc.**<br>**11171 Hanson Terrace**<br>**Oxford, FL 34484** | | **375.00** | |
| **Raymond Mis**<br>**2447 Boudreau Circle**<br>**The Villages, FL 32163** | | **375.00** | |
| **Roland More**<br>**567 Mincey Loop**<br>**The Villages, FL 32163** | | **290.00** | |
| **S. Gulati, Inc.**<br>**2354 McCarthy Ln**<br>**Okahumpka, FL 34762** | | **375.00** | |
| **S. Ojha, Inc.**<br>**817 Iron Oak Way**<br>**The Villages, FL 32163** | | **375.00** | |
| **S. Rosenblum, Inc.**<br>**3556 Enterprise Dr.**<br>**The Villages, FL 32163** | | **375.00** | |

List of equity security holders consists of 7 total page(s)

In re:   **The Villages Health System, LLC**                                           Case No. _____
_____
                          Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Sheila Thomas**<br>**39029 Griffin Landing**<br>**Lady Lake, FL 32159** | | **375.00** | |
| **Sobia Ahmad**<br>**7661 Blue Quail Ln**<br>**Orlando, FL 32835** | | **375.00** | |
| **Suzanne Graham-Hooker**<br>**11139 SE 168th Loop**<br>**Summerfield, FL 34491** | | **375.00** | |
| **T. Menichino, Inc.**<br>**1020 Lake Sumter Landing**<br>**The Villages, FL 32162** | | **3875.00** | |
| **T. Perez, Inc.**<br>**4985 Big Cypress St**<br>**Oxford, FL 34484** | | **375.00** | |
| **Tara Naran**<br>**11219 Roz Way**<br>**Oxford, FL 34484** | | **187.50** | |
| **The Villages Health System**<br>**600 Sunbelt Rd**<br>**Lady Lake, FL 32159** | | **8750.50** | |
| **U. Nguyen, Inc.**<br>**10075 Lake Miona Way**<br>**Oxford, FL 34484** | | **375.00** | |
| **Villages Health Holding Comp**<br>**1020 Lake Sumter Landing**<br>**The Villages, FL 32162** | | **100,526.50** | |
| **Wayne Burgess**<br>**2982 Diver Loop**<br>**The Villages, FL 32163** | | **375.00** | |

List of equity security holders consists of 7 total page(s)

In re:   **The Villages Health System, LLC**                                    Case No. _____

                              Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

       I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July 3, 2025**                              Signature   **/s/ Neil F. Luria**
                                                                **Neil F. Luria**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 7 total page(s)

The Villages Health System, LLC
7580 Middleton Drive
Middleton, FL 34762

Bio-Cylce Medical Waste Mgmt
PO Box 840113
Saint Augustine, FL 32080

Cheri Benedetti
39659 Grove Heights
Lady Lake, FL 32159

Elizabeth A. Green
Baker & Hostetler LLP
200 S. Orange Ave.
Suite 2300
Orlando, FL 32801

Bioteque America Inc.
1302 Exchange Dr. #150
Richardson, TX 75081

Christopher Emden, AUSA
U.S. Attorneys Office
400 W Washington St, Ste 310
Orlando, FL 32801

48 Hour Books
1909 Summit Commerce Park
Twinsburg, OH 44087

Bob Trinh
2362 McCarthy Lane
Middleton, FL 34762

Citrus Hearing Impaired Prog
109 E. Crystal St.
Crystal River, FL 34428

Advanced Bionics LLC
28515 Westinghouse Place
Valencia, CA 91355

Boston Scientific Corporatio
PO Box 951653
Dallas, TX 75395-1653

City of Wildwood
100 N Main Street
Wildwood, FL 34785

Ahmad, Sobia
7661 Blue Quail Ln
Orlando, FL 32835-5809

Burandt, Darcell
6095 Collopy Place
The Villages, FL 32163

Comcast
PO Box 71211
Charlotte, NC 28272-1211

All-Secure Graphics LLC
635 Huffstetler Rd
Eustis, FL 32726

Business Techs Inc.
421 North Palmetto Street
Leesburg, FL 34748

Comfort Care Medical
Equipment & Uniforms Inc
17860 SE 109th Ave, Ste 630
Summerfield, FL 34491

Alpha Source Inc.
PO Box 809203
Chicago, IL 60680

Busto   Mary
4150 Burgess Drive
The Villages, FL 32163

Connection Financial Service
2330 I-30
Mesquite, TX 75150

America's Physician Groups
611 N. N. Brand Blvd.
Ste 1300

Central Florida Health and
Wellness Magazine
1630 Caxambas Ct
Marco Island, FL 34145

Connective Health Inc
348 Cambridge Rd
Suite 162
Woburn, MA 01801

ASSA ABLOY Entrance
Systems US Inc.
1900 Airport Road
Monroe, ND 28110

Change Healthcare
PO Box 5581
Augusta, ME 04332-5581

Consensus Cloud Solutions LL
PO Box 51873
Los Angeles, CA 90051

CSU
PO BOX 2230
Lady Lake, FL 32158

Esther Root
4315 Sycamore Creek Dr
Blue Ash, OH 45242

Goodwin, Korey
6279 Whittle Ct
The Villages, FL 32163

Darrell Zaugg

Estochen, Samuel
5252 Grove Mnr
Lady Lake, FL 32159

Hannah Shuyler

Dell Financial Services LLC
Mail Stop PS2DF-23
One Dell Way
Round Rock, TX 78682

Executive Livery Service LLC
322 E. Central Blvd
Unit 1002
Orlando, FL 32801

HealthCare Network Group
4903 CR 128
FL 34878-5000

Dixie Safe and Lock Services
4217 Idlewild Dr
Fruitland Park, FL 34731

Expert Cleaning
201 Josephine Ave
Fruitland Park, FL 34731

Honey-Do's LLC
357 Walters Pl
Fruitland Park, FL 34731

Dr. Stephen Rachael
5044 Rosenow Road
The Villages, FL 32163

FedEx
PO Box 660481
Dallas, TX 75266-0481

ImageFirst
PO Box 748385
Atlanta, GA 30374-8385

Duff, Sandra
33139 Beach View Drive
Leesburg, FL 34788

FitThumb
PO Box 91945
Sioux Falls, SD 57109

Inferscience
PO Box 823
Lake Wales, FL 33859

DynaFire
109 Concord Dr
Casselberry, FL 32707

Frontier Therapeutics Inc.
505 Ellicott St.
Suite A5
Buffalo, NY 14203

Innovative Card Scanning Inc
dba INUVIO
811 E Plano Pkwy
Plano, TX 75074-6860

Elliot Sussman
2365 Baypoint Way
The Villages, FL 32162

Gerrard    Jofy
5699 Marion County Rd
Lady Lake, FL 32159

Jeffrey Curtis Fulford, Esq
32 SE Oscoela St., Ste A
Stuart, FL 34994-2124

Ester    Jimmy
N/A
N/A, N/A N/A

GN ReSound
3337 Brassie Ter
The Villages, FL 32163

Jeffrey L. Madsen

Jim Besong, MD
6451 NE 118th Ave
The Villages, FL 32162

Lenovo Inc
PO Box 643055
Pittsburgh, PA 15264-3055

Massey Services
3609 W Main St.
Leesburg, FL 34748

Jodie Geller

LifeSource Medical
998 Lemon Bluff Rd
Osteen, FL 00032-1764

MBK Electric, Inc.
10400 NW 27th Drive
Wildwood, FL 34785

Jodie Geller
733 Beauclair Place

LRMC Medical Staff
600 E Dixie Ave
Leesburg, FL 34748

Medline Industries Inc.
Dept. CH 14400
Palatine, IL 60055-4400

Joseph C. Shoemaker
Bogin, Munns & Munns PA
8543 US Hwy 441
Leesburg, FL 34788

LSSA
984 Old Mill Run
The Villages, FL 32162-1675

Miguel Mantilla
5371 Compass Point
Oxford, FL 34484

Kerecis LLC
Dept CH 17640
Palatine, IL 60055-7640

M&S Air Conditioning
1806 Green Leaf Lane
Leesburg, FL 34748

Natus Medical Inc
PO Box 3604
Carol Stream, IL 60132-3604

Laboratory Corp of America
Hdg
PO Box 12140
Burlington, NC 27216-2140

Macuha, Faustino
11360 Zimmerman Path
Oxford, FL 34484

Neuroflow
PO Box 23518
New York, NY 10087-3518

Laboratory Corp of America
PO Box 12140
Burlington, NC 27216-2140

Marion CPR, Inc.
850 NE 36th Ter
Suite A
Ocala, FL 34470

Nichols Construction Svcs
PO Box 1558
Lady Lake, FL 32158

Laborie Medical
Technologies Corp
Chicago, IL 60673-4615

Marts, Linda
1936 County Road 422
Lake Panasoffkee, FL 33538

NSU
984 Old Mill Run
The Villages, FL 32162-1675

Lara Roeske Fernandez
Trenam Law
PO Box 1102
Tampa, FL 33601-1102

Mary Hermann
2955 Euclid Ter
The Villages, FL 32163-2606

Nuance Communications Inc
PO Box 7247-6924
Philadelphia, PA 19170

Nupur Technologies, LLC
1576 Sweet Home Road
Buffalo, NY 14228

PMA Lender LLC
7580 Middleton Dr.
Middleton, FL 34762

Sandler, Stephen
2901 SW 41 ST
Ocala, FL 34474


Oaktree Products, Inc.
610 Spirit Valley East
Chesterfield, MO 63005

Pride Solutions LLC
PO Box 1842
Wildwood, FL 34785

Sandra L. Madsen


Ojha, Ashok MD
817 Iron Oak Way
The Villages, FL 32163

R. Barry Morgan
Morgan Law Office, P.A.
5300 S. Orange Ave
Orlando, FL 32809

Screen Vision Media
245 Kenneth Dr,
Suite 400
Rochester, NY 14623


Olympus America Inc.
PO Box 120600
Dallas, TX 75312-0600

R. Warden Inc.
1020 Lake Sumter Landing
The Villages, FL 32162

SECO Energy
Customer Service
Dept #3035
Orlando, FL 32855-3035


One Digital
PO Box 734429
Dallas, TX 75373-3518

Redmon, Daris
1773 Hollow Branch Way
The Villages, FL 32162

Siddell, Steven
3300 SE 30th Terr
Ocala, FL 34471


OnePacs LLC
PO Box 773186
Detroit, MI 48277-3186

Richard Hoffer
1947 Glenmont Ct
The Villages, FL 32162

Siemens Medical Solutions
USA Inc
PO Box 120001
Dallas, TX 75312-0733


Pegg, Avalon
5984 Amador Place
The Villages, FL 32163

RLS (USA) Inc
Mail code 7332
PO Box 7247
Philadelphia, PA 19170

Solventum Health Information
Systems, Inc
LBX #:844394
Dallas, TX 75284-3398


Perfectserve
PO Box 92015
Las Vegas, NV 89193-2015

Robert Warden
1020 Lake Sumter Landing
The Villages, FL 32162

Solventum Health Information
Systems Inc.
LBX#:844394
Dallas, TX 75284-3398


Physicians Care Network
5024 NW 27th Court
Gainesville, FL 32606

Roberts Oxygen Company Inc.
PO Box 5507
Rockville, MD 20855

Sonova USA Inc
35555 Eagle Way
Chicago, IL 60678-1355

Spectrum Enterprise
Box 223085
Pittsburgh, PA 15251-2085

The Villages Chilled Water
3619 Kiessel Rd
The Villages, FL 32163

United States of America
U.S. Attorney's Office MDFL
400 N. Tampa St., Ste. 3200
Tampa, FL 33602

SphereCommerce, LLC
PO Box 208308
Dallas, TX 75320-8308

The Villages Operating Co
7580 Middleton Drive
Middleton, FL 34762

UnitedHealthcare of FL Inc.
10151 Deerwood Park Blvd.
Ste. 420
Jacksonville, FL 32256

Starkey Laboratories, Inc.
PO Box 856915
Minneapolis, MN 55485-6915

The Villages Operating Co
c/o Commercial Property Mgmt
7580 Middleton Dr.
Okahumpka, FL 34762

Urgo Medical North America
100 Lexington Street
Fort Worth, TX 76102

State Farm
PO Box 106134
Atlanta, GA 30348

Thomas, Sheila
39029 Griffin Landing
Lady Lake, FL 32159

VCSA
984 Old Mill Run

Sudduth, Julie
10153 Julia Isles Ave
Oxford, FL 34484

Tucker Copeland
4122 SE 10th Place
Ocala, FL 34471

Veytec, Inc
2301 Silver Star Road
Orlando, FL 32804

Sweny Gulati, MD
5117 Hutchinson Way
Lady Lake, FL 32159

ULINE
Attn: Accounts Receivable
PO Box 88741
Chicago, IL 60680-1741

Village Center Fire Safety
984 Old Mill Run
The Villages, FL 32162

That Party Girl
PO Box 830065
Ocala, FL 34472

UltraLinq Healthcare Solutio
PO Box 1974
Long Island City, NY 11101

VISA
PO Box 4512
Carol Stream, IL 60197-4512

The Brownwood Hotel & Spa
3003 Brownwood Blvd
The Villages, FL 32163

United Healthcare
Insurance Company
PO Box 101760
Atlanta, GA 30392-1760

Welch Allen Inc.
One Baxter Parkway
Deerfield, IL 60015

The Sourcing Group Inc
PO Box 6568
Carol Stream, IL 60197-6568

United Refrigeration, Inc.
4600 NE 35th Street
Ocala, FL 34479

Wells Fargo
P.O. Box 105743
Atlanta, GA 30348-5743

Westone
PO Box 631276
Cincinnati, OH 45263-1276


WEX Health, Inc
PO Box 9528
Fargo, ND 58106-9528


Widex USA Inc
PO Box 200138
Dallas, TX 75320-0138


Wrobel    James
10161 Lake Miona Way
Oxford, FL 34484


Wuest, Julie
1918 VanBeck Circle
The Villages, FL 34762


Yiam Dieppa Garay


Yow, Allision
11203 Roz Way
Oxford, FL 34484


ZLOTEK, LAURIE
351 Corbett Dr
The Villages, FL 32162