# United States Bankruptcy Court
## Middle District of Florida

In re   **The Villages Health System, LLC**                                         Case No.
                                        Debtor(s)                                    Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **The Villages Health System, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**E.J. Sussman, Inc.**
**1020 Lake Sumter Landing**
**The Villages, FL 32162**

**Villages Health Holding Comp**
**1020 Lake Sumter Landing**
**The Villages, FL 32162**

☐ None [*Check if applicable*]

| | |
|---|---|
| **July  3, 2025** | **/s/ Elizabeth A. Green** |
| Date | **Elizabeth A. Green 0600547** |
| | Signature of Attorney or Litigant |
| | Counsel for   **The Villages Health System, LLC** |
| | **Baker & Hostetler LLP** |
| | **200 S. Orange Ave.** |
| | **Suite 2300** |
| | **Orlando, FL 32801** |
| | **407-649-4000 Fax:407-841-0168** |
| | **egreen@bakerlaw.com** |