**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:

THE VILLAGES HEALTH SYSTEM, LLC,   Case No.: 6:25-bk-04156
                                     Chapter 11

    Debtor.
_____/

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

The undersigned hereby files his Notice of Appearance as counsel for **The Villages of Lake-Sumter, Inc.**, pursuant to Bankruptcy Rules 2002 and 9007 and § 1109(b) of the Bankruptcy Code, and respectfully requests that all notices given or required to be served in this case be served upon the undersigned attorney at the address below:

Rhys P. Leonard, Esq.
Florida Bar No. 0059176
rleonard@trenam.com
Trenam, Kemker, Scharf, Barkin,
Frye, O'Neill & Mullis, P.A.
101 East Kennedy Boulevard, Suite 2700
Tampa, Florida 33602
Tel: (813) 223-7474 | Fax: (813) 229-6553

PLEASE TAKE FURTHER NOTICE that the request for service of notice includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, in the above-styled bankruptcy case, whether transmitted or conveyed by mail, telephone or otherwise (1) that affect or seek to affect in any way any rights or interests of any creditor or party in interest in this case with respect to (a) the debtors, (b) property of the debtors' estate, or

proceeds thereof, in which the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtors may seek to use; or (2) that require or seek to require any act, delivery of any property, or payment.

The filing of this request does not constitute a waiver. All rights are reserved, including objection to subject matter and personal jurisdiction.

Dated: July 7, 2025.

> */s/ Rhys P. Leonard*
> RHYS P. LEONARD
> Florida Bar No. 59176
> rleonard@trenam.com
> TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS, P.A.
> 101 E. Kennedy Blvd., Suite 2700
> Tampa, Florida 33602
> Telephone: (813) 223-7474
> *Attorneys for The Villages of Lake-Sumter, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 7, 2025, a true and correct copy of the foregoing was furnished by CM/ECF to all registered CM/ECF recipients and by U.S. First Class Mail to: The Villages Health System, LLC, 7580 Middleton Drive, Middleton, FL 34762; and Office of the US Trustee – ORL, George C. Young Federal Building, 400 W. Washington St., Ste. 1100, Orlando FL 32801.

> */s/ Rhys P. Leonard*
> Rhys P. Leonard