ORDERED.

Dated: July 07, 2025

_____
Lori V. Vaughan
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| In re: | Case No.: 6:25-bk-4156 (LVV) |
| THE VILLAGES HEALTH SYSTEM, LLC,[1] | Chapter 11 |
| Debtor. | |

**ORDER GRANTING THE DEBTOR'S *EX PARTE* MOTION TO ALLOW CREDITORS, PARTIES IN INTEREST AND THEIR COUNSEL TO APPEAR AT FIRST DAY HEARINGS VIA ZOOM**

Upon the motion (the "Motion")[2] [Doc. No. 16] of The Villages Health System, LLC (the "Debtor"), the debtor and debtor in possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), for entry of an order (this "Order") pursuant to Rule 9013(1)(e) of the Local Rules of the United States Bankruptcy Court for the Middle District of Florida authorizing the

---

[1] The address of the Debtor is 600 Sunbelt Road, The Villages, Florida 32159. The last four digits of the Debtor's federal tax identification number is 6436.

[2] Capitalized terms not defined in this Order are used as defined in the Motion.

4904-5787-4003.2

Parties in Interest to appear remotely by Zoom at the First Day Hearings; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having considered the Motion; and it appearing that the relief requested by this Motion is in the best interests of the Debtor, its estate, its creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED.**

2. Provided that at least one counsel for the party is present in person, parties related to the following parties shall be permitted to appear and participate remotely by Zoom at the First Day Hearing pursuant to the Court's rules on remote appearances: (i) the Debtor, (ii) the proposed debtor-in-possession lender, and (iii) the proposed stalking horse buyer.

3. This Court shall retain jurisdiction to hear and determine all matters related to the interpretation or implementation of this Order.

###

*Attorney Elizabeth A. Green, Esq. is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this Order.*

4919-9208-9171.1