UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

THE VILLAGES HEALTH SYSTEM, LLC,   Case No. 6:25-bk-04156
                                   Chapter 11
   Debtor.
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE THAT**, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned is appearing on behalf of the United States of America. All notices and papers that are required to be served upon the United States must be given to and served upon me at the address and email address indicated below:

> Christopher J. Emden
> Assistant United States Attorney
> U.S. Attorney's Office
> 400 North Tampa St., Suite 3200
> Tampa, FL 33602
> (813) 274-6000 (tel.)
> (813) 274-6198 (fax)
> Christopher.Emden@usdoj.gov

**PLEASE TAKE FURTHER NOTICE**, that this Notice of Appearance shall not be deemed or construed to be a waiver of the rights: (i) to have final orders in non-core matters entered only after de novo review by a District Court Judge; (ii) to a trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) to any other rights, claims, actions, setoffs, or recoupments to which the United States is or may be entitled.

Dated: July 8, 2025                             Respectfully submitted,

                                                GREGORY W. KEHOE
                                                United States Attorney

                                                /s/ *Christopher J. Emden*
                                                CHRISTOPHER J. EMDEN
                                                Assistant United States Attorney
                                                USA No. 158
                                                400 North Tampa St., Suite 3200
                                                Tampa, FL 33602
                                                (813) 274-6000 (direct)
                                                (813) 274-6198 (fax)
                                                Christopher.Emden@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 8, 2025, I electronically filed a true and correct copy of the foregoing Notice of Appearance and Request for Notice with the Clerk of the United States Bankruptcy Court for the Middle District of Florida by using the CM/ECF system

/s/ *Christopher J. Emden*
Assistant United States Attorney