

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/09/2025 10:00 AM

COURTROOM   6C, 6th Floor

**HONORABLE LORI VAUGHAN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:25-bk-04156-LVV** | 11 | 07/03/2025 |

**Chapter 11**

**DEBTOR:**   The Villages Health System, LLC

**DEBTOR ATTY:**   Michael Delaney

**TRUSTEE:**   NA

**HEARING:**

1) Debtor's Emergency Motion for Approval of Post-Petition Financing Debtor's Emergency Motion for Interim and Final Orders (I) Approving Postpetition Financing, (II) Authorizing the Use of Cash Collateral, (III) Approving Liens and Superpriority Administrative Expense Status, (IV) Modifying Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief (Doc #4)

~2) Debtor's Emergency Motion for Authority to Pay Pre-Petition Wages Debtor's Emergency Motion for Interim and Final Orders Authorizing Debtor to (I) Pay Certain Prepetition Wages, Salaries, Employee Benefits, and Other Employee Obligations, (II) Maintain Employee Benefit Programs and (III) for Related Relief (Doc #5)

~3) Debtor's Emergency Motion for Authority to Maintain Pre-Petition Bank Accounts Debtor's Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Maintain its Cash Management System and Pay Bank Fees, (B) Waive Certain Bankruptcy Code and U.S. Trustee Requirements, and (C) Continue Using Existing Checks and Business Forms, and (II) Authorizing and Directing the Debtor's Banks to Honor all Employee Related Payment Requests (Doc #6)

~4) Debtor's Emergency Motion to Determine Adequate Assurance for Payment of Utility Services or, in the Alternative, Establishing the Procedure for Determining Adequate Assurance Debtor's Emergency Motion Pursuant to Section 366 of the Bankruptcy Code, for Entry of Interim and Final Orders: (A) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services to, or Discriminating Against, the Debtor on Account of Prepetition Invoices; (B) Determining that the Utilities are Adequately Assured of Future Payment; and (C) Establishing Procedures for Determining Requests for Additional Assurance (Doc #7)

~5) Debtor's Emergency Motion Debtor's Emergency Motion for Entry of Interim and Final Orders Authorizing the Debtor to (I) Continue its Insurance Program, (II) Pay all Prepetition and Post-Petition Obligations with Respect Thereto, and (III) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Insurance Obligations (Doc #8)

~6) Debtor's Emergency Motion Debtor's Emergency Motion for an Entry of an Order: (I) Approving the Form and Manner of Notifying Creditors of the Commencement of this Chapter 11 Case; (II) Establishing Employee Notice Procedures; (III) Establishing Scope of Notice; (IV) Approving Opt-In Procedure for Additional Notice; and (V) Granting Related Relief (Doc #9)

~7) Debtor's Emergency Motion Debtor's Emergency Motion for Entry of an Order (I) Authorizing Certain Procedures to Maintain the Confidentiality of Patient Information, (II) Establishing Patient Noticing Procedures, and (III) Granting Related Relief (Doc #10)

~8) Debtor's Motion Under 11 U.S.C. § 333 to Excuse the Debtor from Appointment of a Patient Care Ombudsman (Doc #17)
Note: (non-SubV)
Plan & D/S by: 10/31/25
Case Mgmt Summary (Doc #18)
Proposed Exhibits 1-3 (Doc #31)
Pending:
1) Application to Retain Stretto, Inc. as Claims and Noticing Agent Pursuant to 28 U.S.C. § 156(C) and 11 U.S.C. § 105(A) and Granting Related Relief (Doc #11)
2) Debtor's Motion to Extend Deadline to File Schedules and Statements (Doc #12)
3) Debtor's Amended Motion for Entry of Orders (A) Approving Sale of Substantially all of the Debtor's Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Approving Bidding Procedures for Sale of Substantially all of the Debtor's Assets, (C) Approving Stalking Horse Bid Protections, (D) Scheduling Auction for and Hearing to Approve the Sale of the Debtor's Assets, (E) Approving Form and Manner of Notice of Sale, Auction, and Sale Order Hearing, (F) Approving Assumption and Assignment Procedures, (G) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (H) Granting Related Relief (Doc #29)
4) Ex Parte Motion to Allow Certain Parties in Interest and Their Counsel to Appear at First Day Hearing via Zoom (Doc #16) - order submitted

**APPEARANCES:**:
Elizabeth Green; Jimmy Parrish; Andrew Layden & Ben Taylor: Debtor (also present, debtor reps including Neil Luria); Wanda Murray & Scott Bomkamp: UST; Christopher Emden: USA; Lara Roeske Fernandez & Rhys Leonard: PMA Lender LLC; Andrew Sorkin; Caroline Reckler & Eric Jacobs: Stalking Horse Bidder; Andrew Dietderich: United Healthcare;

**EVIDENCE:**
Debtor's Exhibits 1-3 Admitted w/out Objection

**RULING:**
1) Debtor's Emergency Motion for Approval of Post-Petition Financing Debtor's Emergency Motion for Interim and Final Orders (I) Approving Postpetition Financing, (II) Authorizing the Use of Cash Collateral, (III) Approving Liens and Superpriority Administrative Expense Status, (IV) Modifying Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief   (Doc #4) - Granted on an interim basis thru 8/11/25, continued hearing 8/11/2025 at 2:00pm. Order by Layden.

2) Debtor's Emergency Motion for Authority to Pay Pre-Petition Wages Debtor's Emergency Motion for Interim and Final Orders Authorizing Debtor to (I) Pay Certain Prepetition Wages, Salaries, Employee Benefits, and Other Employee Obligations, (II) Maintain Employee Benefit Programs and (III) for Related Relief   (Doc #5)   -   Granted on a final basis. Order by Layden.

~3) Debtor's Emergency Motion for Authority to Maintain Pre-Petition Bank Accounts Debtor's Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Maintain its Cash Management System and Pay Bank Fees, (B) Waive Certain Bankruptcy Code and U.S. Trustee Requirements, and (C) Continue Using Existing Checks and Business Forms, and (II) Authorizing and Directing the Debtor's Banks to Honor all Employee Related Payment Requests   (Doc #6)   -   Granted on an interim basis thru 7/23/25, continued hearing 7/23/2025 at 10:00am. Order by Taylor.

4) Debtor's Emergency Motion to Determine Adequate Assurance for Payment of Utility Services or, in the Alternative, Establishing the Procedure for Determining Adequate Assurance Debtor's Emergency Motion Pursuant to Section 366 of the Bankruptcy Code, for Entry of Interim and Final Orders: (A) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services to, or Discriminating Against, the Debtor on Account of Prepetition Invoices; (B) Determining that the Utilities are Adequately Assured of Future Payment; and (C) Establishing Procedures for Determining Requests for Additional Assurance   (Doc #7) - Granted; final basis. Order by Taylor.

~5) Debtor's Emergency Motion Debtor's Emergency Motion for Entry of Interim and Final Orders Authorizing the Debtor to (I) Continue its Insurance Program, (II) Pay all Prepetition and Post-Petition Obligations with Respect Thereto, and (III) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Insurance Obligations   (Doc #8)   -   Granted on an interim basis thru 7/23/25, continued hearing 7/23/2025 at 10:00am. Order by Taylor.

6) Debtor's Emergency Motion Debtor's Emergency Motion for an Entry of an Order: (I) Approving the Form and Manner of Notifying Creditors of the Commencement of this Chapter 11 Case; (II) Establishing Employee Notice Procedures; (III)

Establishing Scope of Notice; (IV) Approving Opt-In Procedure for Additional Notice; and (V) Granting Related Relief   (Doc #9) - Granted; order by Taylor.


7) Debtor's Emergency Motion Debtor's Emergency Motion for Entry of an Order (I) Authorizing Certain Procedures to Maintain the Confidentiality of Patient Information, (II) Establishing Patient Noticing Procedures, and (III) Granting Related Relief   (Doc #10) - Granted; order by Taylor.


8) Debtor's Motion Under 11 U.S.C. § 333 to Excuse the Debtor from Appointment of a Patient Care Ombudsman   (Doc #17) - Continued to 7/23/2025 at 10:00am (AOCNFNG)


9) Application to Retain Stretto, Inc. as Claims and Noticing Agent Pursuant to 28 U.S.C. § 156(C) and 11 U.S.C. § 105(A) and Granting Related Relief   (Doc #11) - Approved order by Green.

2) Debtor's Motion to Extend Deadline to File Schedules and Statements   (Doc #12) - Granted; order by Green.

3) Debtor's Amended Motion for Entry of Orders (A) Approving Sale of Substantially all of the Debtor's Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Approving Bidding Procedures for Sale of Substantially all of the Debtor's Assets, (C) Approving Stalking Horse Bid Protections, (D) Scheduling Auction for and Hearing to Approve the Sale of the Debtor's Assets, (E) Approving Form and Manner of Notice of Sale, Auction, and Sale Order Hearing, (F) Approving Assumption and Assignment Procedures, (G) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (H) Granting Related Relief   (Doc #29) - set for hearing 7/23/2025 at 10:00am *To be noticed by counsel*

(aj)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.