UNITED STATES BANKRUTPCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

THE VILLAGES HEALTH SYSTEM, LLC,

    Debtor.
_____/

Case No. 6:25-bk-04156

Chapter 11

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that, pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. § 101-1532, et seq. (as amended and applicable to the above-captioned bankruptcy case, the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Eric D. Jacobs, Esq. and Venable LLP appear as counsel for CENTERWELL SENIOR PRIMARY CARE (VITALITY), INC. ("CenterWell"), a creditor in the above-captioned bankruptcy case.

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rules 2002, 3017, and 9007, the undersigned requests that copies of all notices, pleadings, and all other papers required to be served in this case be served upon the following persons, and that such persons be added to the mailing matrix in this case:

**Eric D. Jacobs, Esq.**
**VENABLE LLP**
100 N. Tampa Street, Suite 2600
Tampa, Florida 33602
Telephone: (813) 439.3100
Facsimile: (813) 439.3110
EJacobs@venable.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code and Rule 2002 of the Bankruptcy Rules, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading, disclosure statement or plan of reorganization, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight, or hand delivery, telephone, telegraph, telex, email, Internet, or otherwise filed or made with regard to the bankruptcy case and proceedings therein, or that affects or seeks to affect in any way any rights or interests of any party in interest in this case with respect thereto.

PLEASE TAKE FURTHER NOTICE that, neither this Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed a waiver of any rights: (i) to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related hereto; (iii) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to object to any jurisdiction of this Court for any purpose other than with respect to this Notice; or (v) to any rights, claims, actions, defenses, setoffs, recoupments or remedies to which CenterWell is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies CenterWell expressly reserves hereby.

DATED: July 10, 2025.                    Respectfully submitted,

**VENABLE LLP**
*Attorneys for CenterWell Senior
 Primary Care (Vitality), Inc.*

 */s/ Eric D. Jacobs*
Paul J. Battista, Esq.
Florida Bar No. 884162
801 Brickell Avenue, Suite 1500
Miami, Florida 33131
Phone: 305.349.2300
Email: PJBattista@Venable.com

- and -

Eric D. Jacobs, Esq.
Florida Bar No. 85992
100 N. Tampa Street, Suite 2600
Tampa, Florida 33602
Phone: 813.439.3100
Email: EJacobs@Venable.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on July 10, 2025, a true and correct copy of the foregoing was filed electronically with the Court's CM/ECF Filing to all parties who have requested or consented to electronic service in this case.

By: */s/ Eric D. Jacobs*
Eric D. Jacobs, Esq.