# THE UNITED STATES BANKRUPTCY COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: The Villages Health System, LLC, Debtor(s). | Case No. 25-04156 LVV |
| 7580 Middleton Drive<br>Middleton, FL 34762 | Chapter 11 |
| 38-3876436 | |

## Notice of Appearance and Request for Notice

Pursuant to Bankruptcy Rule 2002(g) the Tennessee Attorney General's Office requests that all notices or orders sent in this case in accordance with Title 11 U.S.C., any order of the Court, Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice be sent to the TN Dept of Revenue.

Notices should be addressed to:
TN Dept of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

The TN Dept of Revenue hereby reserves and does not waive its sovereign immunity and its rights under the Eleventh Amendment to the United States Constitution.

Respectfully submitted,

Jonathan Skrmetti
Attorney General and Reporter

/s/ Stuart Wilson-Patton
Stuart Wilson-Patton
Senior Assistant Attorney General
BPR No. 012207(TN); 769210(GA); 0971405(FL)
OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY DIVISION
P O BOX 20207
Nashville, TN 37202-0207
Phone: (615) 532-2567    Fax: 615-741-3334
Email: stuart.wilson-patton@ag.tn.gov

### CERTIFICATE OF SERVICE

I certify that on July 11, 2025 a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

/s/ Stuart Wilson-Patton
Stuart Wilson-Patton
Senior Assistant Attorney General

| | |
|---|---|
| Office of the U.S. Trustee<br>George C Young Federal Bldg<br>400 W. Washington St Ste 1100<br>Orlando, Florida 32801 | Michael T. Delaney<br>Attorney for the Debtor(s)<br>127 Public Square<br>Cleveland, OH 44114 |