

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/23/2025 10:00 AM

COURTROOM   6C, 6th Floor

**HONORABLE LORI VAUGHAN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:25-bk-04156-LVV** | 11 | **07/03/2025** |

**Chapter 11**

**DEBTOR:**   The Villages Health System, LLC

**DEBTOR ATTY:**   Michael Delaney

**TRUSTEE:**   NA

**HEARING:**

1) Debtor's Emergency Motion for Authority to Maintain Pre-Petition Bank Accounts: (I) Authorizing the Debtor to (A) Maintain its Cash Management System and Pay Bank Fees, (B) Waive Certain Bankruptcy Code and U.S. Trustee Requirements, and (C) Continue Using Existing Checks and Business Forms, and (II) Authorizing and Directing the Debtor's Banks to Honor all Employee Related Payment Requests (Doc #6)
~2) Debtor's Emergency Motion for Entry of Interim and Final Orders Authorizing the Debtor to (I) Continue its Insurance Program, (II) Pay all Prepetition and Post-Petition Obligations with Respect Thereto, and (III) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Insurance Obligations (Doc #8)
~3) Debtor's Amended Motion for Entry of Orders (A) Approving Sale of Substantially all of the Debtor's Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Approving Bidding Procedures for Sale of Substantially all of the Debtor's Assets, (C) Approving Stalking Horse Bid Protections, (D) Scheduling Auction for and Hearing to Approve the Sale of the Debtor's Assets, (E) Approving Form and Manner of Notice of Sale, Auction, and Sale Order Hearing, (F) Approving Assumption and Assignment Procedures, (G) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (H) Granting Related Relief (Doc #29)
Objection by United Health Care Insurance Co (Doc #85)
Response by Debtor (Doc #92)
~4) Debtors Expedited Motion for Entry of an Order (I) Authorizing Debtor to (A) Pay and Honor Prepetition Patient Refund Obligations, and (B) Maintain and Administer its Existing Patient Refund Program, and (II) Granting Related Relief (Doc #77)
Proposed Order at (Doc #80)
Note: (non-SubV)
Cont from 7/9/25
Plan & D/S by: 10/31/25
Case Mgmt Summary (Doc #18)
Future hearing:
8/11 2pm (DIP financing)
Pending:
1) Application to Employ GBH Solic Holdco, LLC as Chief Restructuring Officer and Additional Personnel; filed w/ 14 day neg ntc 714/25 (Doc #73)

2) Application to Employ Evercore Group LLC as Investment Banker; filed w/ 14 day neg ntc 7/14/25 (Doc #74)

**APPEARANCES:**:
 Elizabeth Green, Andrew Layden & Ben Taylor: Debtor (also present, debtor reps including Neil Luria); Wanda Murray & Scott Bomkamp: UST; Christopher Emden: USA; Rhys Leonard: PMA Lender LLC; Andrew Sorkin; Caroline Reckler: Stalking Horse Bidder; Patricia Redmond, Andrew Dietderich, Angela Zhu & Justin DeCamp: United Healthcare

 **RULING:**
1) Debtor's Emergency Motion for Authority to Maintain Pre-Petition Bank Accounts: (I) Authorizing the Debtor to (A) Maintain its Cash Management System and Pay Bank Fees, (B) Waive Certain Bankruptcy Code and U.S. Trustee Requirements, and (C) Continue Using Existing Checks and Business Forms, and (II) Authorizing and Directing the Debtor's Banks to Honor all Employee Related Payment Requests   (Doc #6) - Granted on a further interim basis thru 8/11, final hearing scheduled 8/11 at 2:00pm; order by Layden.


~2) Debtor's Emergency Motion for Entry of Interim and Final Orders Authorizing the Debtor to (I) Continue its Insurance Program, (II) Pay all Prepetition and Post-Petition Obligations with Respect Thereto, and (III) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Insurance Obligations   (Doc #8) - Granted on a final basis; order by Layden.


 ~3) Debtor's Amended Motion for Entry of Orders (A) Approving Sale of Substantially all of the Debtor's Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Approving Bidding Procedures for Sale of Substantially all of the Debtor's Assets, (C) Approving Stalking Horse Bid Protections, (D) Scheduling Auction for and Hearing to Approve the Sale of the Debtor's Assets, (E) Approving Form and Manner of Notice of Sale, Auction, and Sale Order Hearing, (F) Approving Assumption and Assignment Procedures, (G) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (H) Granting Related Relief   (Doc #29)   - Objection by United Health Care Insurance Co   (Doc #85)   - Response by Debtor   (Doc #92) - Granted pursuant to the revisions announced in open court; Sale Hearing is scheduled 9/9/2025 at 1:00pm. Order by Layden.


~4) Debtors Expedited Motion for Entry of an Order (I) Authorizing Debtor to (A) Pay and Honor Prepetition Patient Refund Obligations, and (B) Maintain and Administer its Existing Patient Refund Program, and (II) Granting Related Relief   (Doc #77) - Granted; order by Layden.

The United States Trustee is directed to appoint a Patient Care and Consumer Privacy Ombudsman - Order by Bomkamp.

 (aj)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.