ORDERED.

Dated: July 23, 2025

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re

The Villages Health System, LLC,

      Debtor.
_____/

Case No. 6:25-bk-04156-LVV
Chapter 11

### ORDER REGARDING ATTENDANCE AT HEARINGS

THIS MATTER comes before the Court *sua sponte*. Based on the large number of participants in this case, the interest shown by members of the public and press, and the broadcast policy of the Judicial Conference of the United States,[1] the Court modifies its current hearing procedures[2] in this case as provided below.

**Party Participants**

This provision applies to party participants, consisting of parties, parties in interest, and their respective counsel, if any (collectively "Participants"). The Court waives the requirement to file a motion for leave to attend hearings remotely by Participants who (1) do not anticipate making substantive arguments, introducing evidence or examining witnesses, or (2) have worked diligently

---

[1] https://www.uscourts.gov/administration-policies/judiciary-policies/cameras-courtroom-policy
[2] Judge Vaughan's hearing procedures can be found at https://www.flmb.uscourts.gov/judges/vaughan/

with opposing counsel as necessary to resolve contested issues prior to the hearing and have a good-faith belief the matter will be resolved or continued to a further hearing.

Instead, until any such time as the Court may otherwise direct, Participants who meet the above criteria and desire to appear remotely for a hearing must click here to register via Zoom <u>no later than two business days before the hearing</u>.[3] Participants must fully complete the meeting registration information, including the name of the client or party in interest, and must indicate listen only unless the party intends to participate in the hearing.

Participants attending by Zoom pursuant to this Order must: (1) log on to the hearing no less than 15 minutes prior to when the hearing is scheduled to begin to permit Court staff to take appearances of record before the hearing begins; (2) have their lines muted when not speaking; and (3) dress and act appropriately during the hearing. Participants are reminded that although they may be appearing remotely, they are still attending a hearing in federal court.

### **Members of the Public or Press**

Members of the public or press may attend any hearing in person. In accordance with the broadcast policy of the Judicial Conference of the United States, members of the public or press are also permitted remote <u>audio</u> access to any non-trial hearings that do not involve witness testimony, at the Court's discretion. Video access is prohibited. Public or press must click here to register for a Zoom <u>telephonic</u> appearance, indicate "Listen Only- Public or Press" when registering, and join the hearing using the "Join via audio" or dialing instructions provided after registering.[4] Public or press appearances are listen-only and may be disconnected at any time

---

[3] To register, you may also manually enter the following web address into a browser: https://www.zoomgov.com/meeting/register/vJIscu6upjotGDvCh6qWK13tiPesbE8QHBQ#/registration

[4] To register manually see footnote 3 above.

during a hearing in compliance with the broadcast policy of the Judicial Conference of the United States.

# # #

Stretto, Inc. to serve.