## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIA
## ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| **In Re:** | |
| | **CASE NO. 6:25-bk-4156-LVV** |
| **THE VILLAGES HEALTH SYSTEM SYSTEM, LLC** | |
| | **Chapter 11** |
| **Debtor.** | |

### AMENDED[1] MOTION FOR ADMISSION OF JUSTIN DECAMP TO APPEAR *PRO HAC VICE* AND ATTACHED DESIGNATION OF LOCAL COUNSEL

Justin DeCamp of Sullivan & Cromwell LLP ("Movant"), pursuant to Local Rule 2090-1, moves this Court for admission to appear pro hac vice, in this case, and any related adversary proceedings, as counsel for UnitedHealth Care Insurance Company and UnitedHealthcare of Florida, Inc., and states as follows:

1. Movant is an attorney licensed to practice law and is a member of good standing of the state bar in New York.

2. Movant is also admitted to practice before and is in good standing with the United States Supreme Court, the United States Courts of Appeals for the Second and Eleventh Circuits; the United States District Courts for the Southern and Eastern Districts of New York and admitted Pro Hac Vice in the United States District Court for the District of Delaware, United States Bankruptcy Court for the District of Delaware and Delaware Chancery Court.

3. Movant designates Patricia A. Redmond, a resident Florida attorney, Stearns Weaver Miller, Weissler Alhadeff & Sitterson, P.A., who is qualified to practice in this Court and who consents to designation as local counsel. Local counsel's written designation and consent to act is

---

[1] Amended to reflect correct attorney in title.

attached as Exhibit A.

4. Movant certifies that he has never been disbarred and is not currently suspended from the practice of law in the New York or any other state, nor from any United States Bankruptcy Court, District Court, or Court of Appeals.

5. Movant certifies that he has not previously moved for admission pro hac vice to appear in a proceeding in the United States District Court for the Middle District of Florida.

6. Movant certifies further that he will make himself familiar with and shall be governed by the local rules of this Court, the rules of professional conduct, and all other requirements governing the Middle District of Florida and Bankruptcy Court and the Orlando Division of the United States District Court and Bankruptcy Court.

7. Within fourteen days from the date of an order granting this motion, Movant shall pay to the Clerk of the United States District Court for the Middle District of Florida an Attorney Special Admission Fee in the amount of $150.00 accompanied by a copy of the Court's order. Upon payment of the fee, Movant shall file a Notice of Compliance with the Clerk of the United States Bankruptcy Court.

WHEREFORE, Movant respectfully requests entry of an order authorizing his admission to practice and represent UnitedHealth Care Insurance Company and UnitedHealthcare of Florida, Inc., in this case and any related proceedings.

Dated: July 24, 2025

**SULLIVAN & CROMWELL LLP**
*/s/* Justin DeCamp
Justin DeCamp
New York Bar No. 4373163
125 Broad Street
New York, NY  10004-2498
T: (212) 558-4000
decampj@sullcrom.com
*Attorney for* UnitedHealth Care Insurance Company and UnitedHealthcare of Florida, Inc.

## PROOF OF SERVICE

I HEREBY CERTIFY that on July 24, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered with CM/ECF.

**SULLIVAN & CROMWELL LLP**
*/s/* Justin DeCamp
Justin DeCamp
New York Bar No. 4373163
125 Broad Street
New York, NY  10004-2498
T: (212) 558-4000
decampj@sullcrom.com
*Counsel for UnitedHealth Care Insurance Company and UnitedHealthcare of Florida, Inc.*

AND

**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
/s/ Patricia A. Redmond
Florida Bar No. 303739
Patricia A. Redmond, Esquire
Stearns Weaver Miller
Weissler Alhadeff & Sitterson, P.A.
150 West Flagler Street
Miami, Florida  33130
Phone: (305) 789-3553
predmond@stearnsweaver.com
*Local Counsel to UnitedHealth Care Insurance Company and UnitedHealthcare of Florida, Inc.*

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIA
## ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| **In Re:** | |
| | **CASE NO. 6:25-bk-4156-LVV** |
| **VILLAGES HEALTH SYSTEM, LLC** | |
| | **Chapter 11** |
| Debtor*. | |

### WRITTEN DESIGNATION AND CONSENT TO ACT AS LOCAL COUNSEL

I, Patricia Redmond, an attorney qualified to practice in this Court, consent to designation as the local attorney for, Justin DeCamp and agree to serve as designee with whom the Court and opposing counsel may readily communicate regarding the conduct of this case and any related proceedings, and upon whom papers shall be served.

/s/ Patricia Redmond
Florida Bar No.303739
Patricia A. Redmond, Esquire
Stearns Weaver Miller
Weissler Alhadeff & Sitterson, P.A.
150 West Flagler Street
Miami, Florida  33130
Phone: (305) 789-3553
predmond@stearnsweaver.com

*Local Counsel to UnitedHealth Care Insurance Company and UnitedHealthcare of Florida, Inc.*

**PURSUANT TO LOCAL RULE 1001-2(g)(3) REGARDIING SIGNATURES, PATRICIA REDMOND ATTESTS THAT CONCURRENCE IN THE FILING OF THIS PAPER HAS BEEN OBTAINED.**