## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| In Re: | Case No.: 6:25-bk-04156-LVV |
| **THE VILLAGES HEALTH SYSTEM, LLC,**[1] | Chapter 11 |
| Debtor. | |

### CERTIFICATE OF SERVICE

I, Christopher Chiu, depose and say that I am employed by Stretto, the proposed claims and noticing agent for the Debtors in the above-captioned case.

On July 24, 2025, at my direction and under my supervision employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Order Regarding Attendance at Hearings** (Docket No. 96)

Dated: July 25, 2025

/s/ Christopher Chiu
Christopher Chiu
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 855.951.2698
Email: TeamVillagesHealth@stretto.com

---

[1] The address of the Debtor is 600 Sunbelt Road, The Villages, Florida 32159. The last four digits of the Debtor's federal tax identification number is 6436.

# **<u>Exhibit A</u>**



# Exhibit A
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Ahmad, Sobia | | Address Redacted | | | | |
| Alpha Source Inc. | | PO Box 809203 | | Chicago | IL | 60680 |
| ASSA ABLOY Entrance Systems US Inc. | | 1900 Airport Road | | Monroe | ND | 28110 |
| Boston Scientific Corporation | | PO Box 951653 | | Dallas | TX | 75395-1653 |
| Business Techs Inc. | | 421 North Palmetto Street | | Leesburg | FL | 34748 |
| Busto, Mary | | Address Redacted | | | | |
| Centers for Medicare & Medicaid Services | | 61 Forsyth St., SW, Ste. 4T20 | Atlanta Federal Center, 4th Flr. | Atlanta | GA | 30303-8909 |
| CenterWell Senior Primary Care (Vitality), Inc. | c/o Venable LLP | Attn: Eric D. Jacobs | 100 N. Tampa Street, Suite 2600 | Tampa | FL | 33602 |
| CenterWell Senior Primary Care (Vitality), Inc. | c/o Venable LLP | Attn: Paul J. Battista | 801 Brickell Avenue, Suite 1500 | Miami | FL | 33131 |
| Connection Financial Services | | 2330 I-30 | | Mesquite | TX | 75150 |
| Connective Health Inc. | | 348 Cambridge Rd | Suite 162 | Woburn | MA | 01801 |
| Dell Financial Services LLC | | Mail Stop PS2DF-23 | One Dell Way | Round Rock | TX | 79692 |
| Estochen, Samuel | | Address Redacted | | | | |
| Florida Agency for Healthcare Administration | | 2727 Mahan Drive | | Tallahassee | FL | 32308 |
| Florida Department of Health | Board of Medicine | 4052 Bald Cypress Way | Bin C-03 | Tallahassee | FL | 32399-3253 |
| Florida Department of Health | General Counsel | 4052 Bald Cypress Way | Mail Bin A02 | Tallahassee | FL | 32399 |
| Florida Department Of Revenue | Bankruptcy Unit | PO Box 6668 | | Tallahassee | FL | 32314-6668 |
| Florida Department of State | | R.A. Gray Building | 500 South Bronough St. | Tallahassee | FL | 32399-0250 |
| Florida Office of the Attorney General | | State Of Florida | PL-01, The Capitol | Tallahassee | FL | 32399 |
| Goodwin Law Firm | | 100 Northern Avenue | | Boston | MA | 02210 |
| Goodwin Procter LLP | Attn: Greg Demske | 1900 N Street, NW | | Washington | DC | 20036 |
| Internal Revenue Service | | Centralized Insolvency Op | PO Box 7346 | Philadelphia | PA | 19101-7346 |
| Latham & Watkins LLP | Attn: Isaac J. Ashworth | 355 S. Grand Ave., Ste. 100 | | Los Angeles | CA | 90071-1560 |
| Mantilla, Miguel | | Address Redacted | | | | |
| Mary Ida Townson, United States Trustee for Region 21 | Attn: Wanda D. Murray | United States Department of Justice, Office of the US Trustee | George C. Young Federal Building and Courthouse 400 W. Washington Street, Suite 1100 | Orlando | FL | 32801 |
| Office of the United States Trustee for the Middle District of Florida | | George C. Young Federal Building | 400 West Washington Street, Suite 1100 | Orlando | FL | 32801-2210 |
| Olympus America Inc. | | PO Box 120600 | | Dallas | TX | 75312-0600 |
| OnePacs LLC | | PO Box 773186 | | Detroit | MI | 48277-3186 |
| Perfectserve | | PO Box 92015 | | Las Vegas | NV | 89193-2015 |
| PMA Lender LLC | c/o Trenam Law | Attn: Lara Roeske Fernandez | PO Box 1102 | Tampa | FL | 33601-1102 |
| PMA Lender, LLC | c/o Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, PA | Attn: Lara Roeske Fernandez, Rhys P. Leonard | 101 East Kennedy Boulevard, Suite 2700 | Tampa | FL | 33602 |
| SECO Energy | Customer Service | Dept #3035 | | Orlando | FL | 32855-3035 |
| Social Security Administration | Office of the General Counsel | Attn: Bankruptcy | 6401 Security Blvd. | Baltimore | MD | 21235 |
| SOLIC Capital Advisors | Attn: Matthew Rubin | 150 North Wacker Dr. | Suite 2120 | Chicago | IL | 60606 |
| SOLIC Capital Advisors | Attn: Neil Luria | 425 W New England Ave | Suite 300 | Winter Park | FL | 32789 |
| Solventum Health Information Systems, Inc. | | LBX #:844394 | | Dallas | TX | 75284-3398 |
| Starkey Laboratories, Inc. | | PO Box 856915 | | Minneapolis | MN | 55485-6915 |
| The Sourcing Group Inc | | PO Box 6568 | | Carol Stream | IL | 60197-6568 |
| The Villages Chilled Water | | 3619 Kiessel Rd | | The Villages | FL | 32163 |
| The Villages Health System, LLC | | 600 Sunbelt Road | | The Villages | FL | 32159 |
| The Villages Health System, LLC | c/o Baker & Hostetler LLP | Attn: Elizabeth A. Green, Jimmy D. Parrish & Andrew V. Layden | 200 South Orange Avenue, Suite 2300 | Orlando | FL | 32801-3432 |
| The Villages of Lake-Sumter, Inc. | | 7580 Middleton Dr. | | Middleton | FL | 34762 |
| TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | Attn: Stuart Wilson-Patton | PO Box 20207 | Nashville | TN | 37202-0207 |
| U.S. Attorney General | U.S. Dept of Justice | 950 Pennsylvania Ave., NW | | Washington | DC | 20530-0001 |

In re: The Villages Health System, LLC
Case No. 25-04156 (LVV)



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| U.S. Department of Agriculture | | 1400 Independence Ave., SW | | Washington | DC | 20250 |
| U.S. Dept. of Labor | Occupational Safety & Health Administration | 200 Constitution Ave NW | Room Number N3626 | Washington | DC | 20210 |
| U.S. Dept. of Labor | Office of the Regional Solicitor | 1835 Market St. | Mailstop SOL/22 | Philadelphia | PA | 19103-2968 |
| U.S. Drug Enforcement Administration | Attn: Administrator | 8701 Morrissette Drive | | Springfield | VA | 22152 |
| U.S. Drug Enforcement Administration | Miami Division | 2100 N Commerce Pkwy | | Miami | FL | 33326 |
| U.S. Food and Drug Administration | | 10903 New Hampshire Ave | | Silver Spring | MD | 20993-0002 |
| U.S. Securities & Exchange Commission | Attn: Office of Reorganization | 950 East Paces Ferry Road Ne | Suite 900 | Atlanta | GA | 30326-1382 |
| United States Attorney for the Middle District of Florida | Attn: Civil Process Clerk | 400 West Washington Street | Suite 3100 | Orlando | FL | 32801 |
| United States of America | Attn: Christopher J. Emden | US Attorney's Office | 400 North Tampa St., Suite 3200 | Tampa | FL | 33602 |
| United States of America | U.S. Attorney's Office MDFL | Attn: Christopher Emden, AUSA | 400 W Washington St, Ste 310 | Orlando | FL | 32801 |
| UnitedHealthcare Insurance Company & UnitedHealthcare of FL, Inc. | c/o Stearns Weaver Miller Weissler Alhadeff & Sitterson, PA | Attn: Patricia A. Redmond | 150 West Flagler Street | Miami | FL | 33130 |
| UnitedHealthcare Insurance Company & UnitedHealthcare of FL, Inc. | c/o Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, Justin J. DeCamp, Alexa J. Kranzley | 125 Broad Street | New York | NY | 10004 |
| Veytec, Inc | | 2301 Silver Star Road | | Orlando | FL | 32804 |
| Wachtell, Lipton, Rosen & Katz | Attn: Mark V. Andriola | 51 West 52nd St. | | New York | NY | 10019 |
| Wells Fargo | | P.O. Box 105743 | | Atlanta | GA | 30348-5743 |

# **<u>Exhibit B</u>**

...

# **<u>Exhibit B</u>**



# Exhibit B
Served via First-Class Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Alpha Source Inc. | | | asg-billingfcb@promedical.com |
| ASSA ABLOY Entrance Systems US Inc. | | | invoiceinquiry.us.entrance@assaabloy.com |
| Boston Scientific Corporation | | | bsxinvestorrelations@bsci.com |
| Business Techs Inc. | | | it@business-techs.com |
| Centers for Medicare & Medicaid Services | | | roatlora@cms.hhs.org |
| CenterWell Senior Primary Care (Vitality), Inc. | c/o Venable LLP | Attn: Eric D. Jacobs | ejacobs@venable.com |
| CenterWell Senior Primary Care (Vitality), Inc. | c/o Venable LLP | Attn: Paul J. Battista | pjbattista@venable.com |
| Connective Health Inc. | | | inance@connectivehealth.io |
| Florida Agency for Healthcare Administration | | | hcra@ahca.myflorida.com |
| Florida Department of Health | General Counsel | | health@flhealth.gov |
| Florida Department Of Revenue | Bankruptcy Unit | | emaildor@floridarevenue.com |
| Florida Department of State | | | administrativeservices@dos.fl.gov |
| Florida Office of the Attorney General | | | oag.civil.eserve@myfloridalegal.com |
| Goodwin Procter LLP | Attn: Greg Demske | | gdemske@goodwinlaw.com |
| Internal Revenue Service | | | sbse.cio.bnc.mail@irs.gov |
| Latham & Watkins LLP | Attn: Isaac J. Ashworth | | isaac.ashworth@lw.com<br>caroline.reckler@lw.com<br>brian.rosen@lw.com |
| Mantilla, Miguel | | | Email Address Redacted |
| Mary Ida Townson, United States Trustee for Region 21 | Attn: Wanda D. Murray | United States Department of Justice, Office of the United States Trustee | wanda.murray@usdoj.gov |
| Olympus America Inc. | | | cash.application@olympus.com |
| OnePacs LLC | | | accounts@onepacs.com |
| Perfectserve | | | collections@perfectservesupport.zendesk.com |
| PMA Lender LLC | c/o Trenam Law | Attn: Lara Roeske Fernandez | lfernandez@trenam.com |
| PMA Lender, LLC | c/o Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, PA | Attn: Lara Roeske Fernandez, Rhys P. Leonard | lfernandez@trenam.com<br>rleonard@trenam.com |
| SECO Energy | Customer Service | | customerservice@secoenergy.com |
| SOLIC Capital Advisors | Attn: Matthew Rubin | | mrubin@soliccapital.com<br>ppassalino@soliccapital.com<br>kabramovs@soliccapital.com<br>rnowitz@soliccapital.com<br>rlonegan@soliccapital.com |
| SOLIC Capital Advisors | Attn: Neil Luria | | nluria@soliccapital.com |
| Solventum Health Information Systems, Inc. | | | mdblount@solventum.com |
| Starkey Laboratories, Inc. | | | legal@starkey.com<br>compliance@starkey.com |
| The Sourcing Group Inc | | | tmckenzie@tsgerp.com |
| The Villages Chilled Water | | | utilities@districtgov.org |
| The Villages Health System, LLC | c/o Baker & Hostetler LLP | Attn: Elizabeth A. Green, Jimmy D. Parrish & Andrew V. Layden | egreen@bakerlaw.com<br>jparrish@bakerlaw.com<br>alayden@bakerlaw.com |



**Exhibit B**
Served via First-Class Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | Attn: Stuart Wilson-Patton | stuart.wilson-patton@ag.tn.gov |
| U.S. Securities & Exchange Commission | Attn: Office of Reorganization | | atlreorg@sec.gov |
| United States of America | Attn: Christopher J. Emden | US Attorney's Office | christopher.emden@usdoj.gov |
| United States of America | U.S. Attorney's Office MDFL | Attn: Christopher Emden, AUSA | cemden@usdoj.gov |
| UnitedHealthcare Insurance Company and UnitedHealthcare of Florida, Inc. | c/o Stearns Weaver Miller Weissler Alhadeff & Sitterson, PA | Attn: Patricia A. Redmond | predmond@stearnsweaver.com |
| UnitedHealthcare Insurance Company and UnitedHealthcare of Florida, Inc. | c/o Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, Justin J. DeCamp, Alexa J. Kranzley | decampj@sullcrom.com<br>kranzleya@sullcrom.com |
| Wachtell, Lipton, Rosen & Katz | Attn: Mark V. Andriola | | mandriola@wlrk.com<br>scnadler@wlrk.com |
| Wells Fargo | | | wfef@wellsfargo.com |