United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 25-04156-LVV |
| The Villages Health System, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 24, 2025 | Form ID: pdfdoc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| op | + Email/Text: cr-info@stretto.com | Jul 24 2025 21:59:00 | Stretto, Inc., 410 Exchange, St. 100, Irvine, CA 92602-1331 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 26, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Sorkin | on behalf of Interested Party CenterWell Senior Primary Care (Vitality) Inc. andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;christopher.tarrant@lw.com |
| Andrew V Layden | on behalf of Debtor The Villages Health System LLC alayden@bakerlaw.com, orlbankruptcy@bakerlaw.com |
| Christopher J Emden | on behalf of Creditor United States of America christopher.emden@usdoj.gov Joycelyne.Figueroa@usdoj.gov;shelby.hill@usdoj.gov;CaseView.ecf@usdoj.gov |
| Elizabeth A Green | on behalf of Debtor The Villages Health System LLC egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com;bakerlaw@ecf.courtdrive.com;cmartin@bakerlaw.com |

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 24, 2025 | Form ID: pdfdoc | Total Noticed: 1 |

Eric D Jacobs

    on behalf of Interested Party CenterWell Senior Primary Care (Vitality)  Inc. edjacobs@venable.com, btraina@venable.com;bmtraina@venable.com;bmtraina@ecf.courtdrive.com;ipmalcolm@venable.com;tmpetrie@venable.com;imalcolm@ecf.courtdrive.com;brhand@venable.com

Lara Roeske Fernandez

    on behalf of Interested Party PMA Lender  LLC lfernandez@trenam.com, mmosbach@trenam.com;mwoods@trenam.com;lfernandez@ecf.courtdrive.com;mwoods@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com

Patricia Redmond

    on behalf of Interested Party United Health Care Insurance Co. predmond@stearnsweaver.com jless@stearnsweaver.com;jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;mharder@stearnsweaver.com

Paul J Battista

    on behalf of Interested Party CenterWell Senior Primary Care (Vitality)  Inc. pjbattista@venable.com, cascavone@venable.com;IMalcolm@venable.com;jnunez@venable.com;hburke@venable.com

Rhys P Leonard

    on behalf of Interested Party PMA Lender  LLC rleonard@trenam.com, mwoods@trenam.com;mmosbach@trenam.com;rleonard@ecf.courtdrive.com;mspivak@trenam.com;mmosbach@ecf.courtdrive.com;mwoods@ecf.courtdrive.com

Stuart Wilson-Patton

    on behalf of Creditor TN Dept of Revenue Stuart.Wilson-Patton@ag.tn.gov

United States Trustee - ORL

    USTP.Region21.OR.ECF@usdoj.gov

Wanda D Murray

    on behalf of U.S. Trustee United States Trustee - ORL wanda.murray@usdoj.gov

TOTAL: 12

ORDERED.

**Dated: July 23, 2025**

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re

The Villages Health System, LLC,

      Debtor.
_____/

Case No. 6:25-bk-04156-LVV
Chapter 11

**ORDER REGARDING ATTENDANCE AT HEARINGS**

THIS MATTER comes before the Court *sua sponte*. Based on the large number of participants in this case, the interest shown by members of the public and press, and the broadcast policy of the Judicial Conference of the United States,[1] the Court modifies its current hearing procedures[2] in this case as provided below.

**Party Participants**

This provision applies to party participants, consisting of parties, parties in interest, and their respective counsel, if any (collectively "Participants"). The Court waives the requirement to file a motion for leave to attend hearings remotely by Participants who (1) do not anticipate making substantive arguments, introducing evidence or examining witnesses, or (2) have worked diligently

---

[1] https://www.uscourts.gov/administration-policies/judiciary-policies/cameras-courtroom-policy
[2] Judge Vaughan's hearing procedures can be found at https://www.flmb.uscourts.gov/judges/vaughan/

with opposing counsel as necessary to resolve contested issues prior to the hearing and have a good-faith belief the matter will be resolved or continued to a further hearing.

Instead, until any such time as the Court may otherwise direct, Participants who meet the above criteria and desire to appear remotely for a hearing must click here to register via Zoom <u>no later than two business days before the hearing</u>.[3] Participants must fully complete the meeting registration information, including the name of the client or party in interest, and must indicate listen only unless the party intends to participate in the hearing.

Participants attending by Zoom pursuant to this Order must: (1) log on to the hearing no less than 15 minutes prior to when the hearing is scheduled to begin to permit Court staff to take appearances of record before the hearing begins; (2) have their lines muted when not speaking; and (3) dress and act appropriately during the hearing. Participants are reminded that although they may be appearing remotely, they are still attending a hearing in federal court.

### Members of the Public or Press

Members of the public or press may attend any hearing in person. In accordance with the broadcast policy of the Judicial Conference of the United States, members of the public or press are also permitted remote <u>audio</u> access to any non-trial hearings that do not involve witness testimony, at the Court's discretion. Video access is prohibited. Public or press must click here to register for a Zoom <u>telephonic</u> appearance, indicate "Listen Only- Public or Press" when registering, and join the hearing using the "Join via audio" or dialing instructions provided after registering.[4] Public or press appearances are listen-only and may be disconnected at any time

---

[3] To register, you may also manually enter the following web address into a browser: https://www.zoomgov.com/meeting/register/vJIscu6upjotGDvCh6qWK13tiPesbE8QHBQ#/registration

[4] To register manually see footnote 3 above.

during a hearing in compliance with the broadcast policy of the Judicial Conference of the United States.

# # #

Stretto, Inc. to serve.