**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| In Re: | Case No.: 6:25-bk-04156-LVV |
|---|---|
| THE VILLAGES HEALTH SYSTEM, LLC,[1] | Chapter 11 |
| Debtor. | |

**SCHEDULES OF ASSETS AND LIABILITIES FOR**
**THE VILLAGES HEALTH SYSTEM, LLC (CASE NO. 25-04156)**

[1] The address of the Debtor is 600 Sunbelt Road, The Villages, Florida 32159. The last four digits of the Debtor's federal tax identification number is 6436.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| **In re:** | **Case No.: 6:25-bk-04156-LVV** |
| **THE VILLAGES HEALTH SYSTEM, LLC,[1]** | **Chapter 11** |
| **Debtor.** | |

**GLOBAL NOTES AND STATEMENT OF LIMITATONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES AND STATEMENTS**

The Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") filed by The Villages Health System, LLC, (the "Debtor") in the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court") were prepared pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. 101 – 1532 (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 1007 by the Debtor's management, under the supervision of the Debtor's chief restructuring officer (the "CRO") and supporting personnel at GBH SOLIC Holdco, LLC ("SOLIC"). The Schedules and Statements are unaudited. While the members of management responsible for the preparation of Schedules and Statements have made a reasonable effort to ensure that the Schedules and Statements are accurate and complete based on information known to them at the time of preparation and after reasonable inquiries, inadvertent errors may exist and/or the subsequent receipt of information may result in material changes to financial and other data contained in the Schedules and Statements that may warrant amendment of the same. Moreover, because the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, there can be no assurance that these Schedules and Statements are complete or accurate.

These Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding Debtor's Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, the Debtor's Schedules and Statements. In the event of any inconsistency between the Global Notes and the Schedules and Statements, the Global Notes shall control and govern.

The Schedules and Statements have been signed by an authorized representative of the Debtor – Neil Luria, the CRO. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements and representations of the Debtor's other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

[1] The address of the Debtor is 600 Sunbelt Road, The Villages, Florida 32159. The last four digits of the Debtor's federal tax identification number is 6436.

Neither the Debtor, its agents, nor its attorneys guarantee or warrant the accuracy, the completeness, or correctness of the data that is provided herein or in the Schedules and Statements, and neither are they liable for any loss or injury arising out of, or caused in whole or in part by, the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information herein. While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtor and its agents, attorneys and advisors expressly do not commit to any obligation to update, modify, revise or re-categorize the information provided herein, and to notify any third party should the information be updated, modified, revised or re-categorized. In no event shall the Debtor or its agents, attorneys and advisors be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business or lost profits), whether foreseeable or not, and however caused, even if the Debtor or its agents, attorneys and advisors are advised of the possibility of such damages.

1.    **Case**.  On July 3, 2025 (the "Petition Date"), the Debtor filed the voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The Debtor is operating its business and managing its property as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

The information provided herein is as of the close of business on May 30, 2025, with the exception of the following:

**SOFA**
- SOFA 2 (Non-business revenue): Figures as of July 3, 2025
- SOFA 3 (Certain payments or transfers to creditors within 90 days): Figures as of July 3, 2025
- SOFA 4 (Certain payments or transfers to insiders within 1 year): Figures as of July 3, 2025
- SOFA 7 (Legal actions): Figures as of July 3, 2025
- SOFA 11 (Payments related to bankruptcy): Figures as of July 3, 2025

**Schedules**
- Schedule A/B 3 (Bank balances): Figures as of July 3, 2025
- Schedule A/B 11 (Accounts receivable): Figures as of June 30, 2025
- Schedule A/B 22 (Inventory): Figures as of June 30, 2025
- Schedule D 1 (Secured claims): Figures as of June 30, 2025

**Amendments**.  The Debtor reserves the right to amend the Schedules and Statements in all respects at any time as may be necessary or appropriate, including, without limitation, the right to dispute or to assert offsets or defenses to any claim reflected on the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate a claim as "contingent," "unliquidated," or "disputed".  A failure to designate a claim on any of these Schedules and Statements as disputed, contingent, and/or unliquidated does not constitute an admission that such claim is not subject to objection.

2. **Confidential Information**. In accordance with the *Order Granting Debtor's Emergency Motion for Entry of an Order (I) Authorizing Certain Procedures to Maintain the Confidentiality of Patient Information, (II) Establishing Patient Noticing Procedures, and (III) Granting Related Relief* [Docket No. 64], the Debtor has not specifically identified its current and former patients in the Schedules and Statements. In addition, the Debtor may have redacted certain information where the concerns of confidentiality or the protection of sensitive commercial information, so requires.

3. **Estimates and Assumptions**. The preparation of the Schedules and Statements required the Debtor to make estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

4. **Unknown Amounts**. Some of the scheduled liabilities are unknown and unliquidated at this time. In such cases, the amounts are listed as "Unknown" or "Unliquidated". Because certain scheduled liabilities are unknown and unliquidated, the Schedules and the Statements do not accurately reflect the aggregate amount of the Debtor's liabilities.

5. **Pre-Petition vs. Post-Petition**. The Debtor has sought to allocate liabilities between the pre-petition and post-petition periods based on the information derived from research and investigation conducted during the preparation of these Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between pre-petition and post-petition periods may change. The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtor reserves all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any documents or instrument related to any creditor's claim.

6. **GAAP**. Given the difference between the information requested in the Schedules and Statements, and the financial information utilized under generally accepted accounting principles in the United States ("GAAP"), the aggregate asset values and claim amounts set forth in the Schedules and Statements do not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

7. **Asset Values**. It would be prohibitively expensive, unduly burdensome, inefficient, and time-consuming to obtain additional market valuations of the Debtor's property interests. Accordingly, to the extent any asset value is listed herein, and unless otherwise noted therein, net book values rather than current market values of the Debtor's property interests are reflected in the applicable Schedule. As applicable, assets that have been fully depreciated or were expensed for accounting purposes have no net book value. The Debtor reserves the right to amend or adjust the value of each asset or liability as set forth herein.

8. **Setoff or Recoupment Rights**. The Debtor has not included on Schedule D parties that may believe their claims are secured through set off rights, deposits posted by or on behalf of

the Debtor, or inchoate statutory lien rights.  The Debtor routinely incurs recoupments and setoffs and net payments in the ordinary course of business.

9.    **Co-Obligors**.  No claim set forth on the Schedules and Statements of the Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by another party.

10.    **Causes of Action**. The Debtor reserves all of its causes of action.  Neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such cause of action.  Likewise, the failure to list a cause of action in question 74 of Schedule A/B or SOFA question 7 shall not be deemed a waiver of any such cause of action. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Chapter 11 Case, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.

11.    **Other Contingent and Unliquidated Claims or Causes of Action**.  The failure to list any such claims or causes of action in the Schedules and Statements, including in response to Schedule A/B question 75, is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim or right.

12.    **Insiders**.  In instances where the Schedules and Statements require information regarding "insiders," the Debtor has included information with respect to the individuals and entities who the Debtor believes may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.  Such individuals may no longer serve in such capacities.

The listing of a party as an insider is not intended to be, nor should it be, construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims and defenses are hereby expressly reserved.

13.    **Intellectual Property**. The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred. The Debtor reserves all rights with respect to the legal status of any and all such intellectual property.

14.    **Summary of Significant Reporting Policies and Practices**.  The following conventions were adopted by the Debtor in preparation of the Schedules and Statements:

      a.    Fair Market Value; Book Value.    Unless otherwise noted therein, the Schedules and Statements reflect the carrying value of the liabilities as listed in the Debtor's books and records.  Where the current value of assets is unknown, the Debtor has used its valuation on book values net of depreciation. The Debtor reserves the right to amend or adjust the value of each asset or liability set forth herein.

b. Cash. Any cash balances in the Debtor's bank accounts set forth in Schedule B are based on the bank account balances as of the Petition Date.

Additionally, pursuant to the *Final Order Pursuant to Section 366 of the Bankruptcy Code: (A) Prohibiting Utilities From Altering, Refusing or Discontinuing Services to, or Discriminating Against, the Debtor on Account of Prepetition Invoices; (B) Determining that the Utilities are Adequately Assured for Future Payment; and (C) Establishing Procedures for Determining Requests for Additional Assurance* [Docket No. 62], The Court has authorized the Debtor to provide adequate assurance of payment for future utility services. Such deposits are not listed on Schedule A/B, Part 2.

c. Interests in Insurance Policies. Insurance policies reflected on Schedule A/B include all policies in which the Debtor has an interest and are not limited to specific policies in which the Debtor is a named insured.

d. Disputed, Contingent and/or Unliquidated Claims. Schedules D, E and F permit the Debtor to designate a claim as disputed, contingent and/or unliquidated. A failure to designate a claim on any of these Schedules and Statements as disputed, contingent, and/or unliquidated does not constitute an admission that such claim is not subject to objection. The Debtor reserves the right to dispute, or assert offsets or defenses to, any claim reflected on these Schedules and Statements as to amount, liability, or status.

e. Payments Made within 90 Days prior to the Petition Date and Payments to Insiders within One Year of Petition Date. Payments made in the ordinary course of the Debtor's business to employees for salaries, wages, bonuses, commissions, and employee benefits, payroll taxes and sales taxes were omitted from SOFA question 3. Payments made in the ordinary course of the Debtor's business to its management team and insiders are also omitted from SOFA 3 and included in SOFA 4. Moreover, payments are listed in response to SOFA questions 3 and 4 without regard as to whether such payments were made on account of antecedent debt, and the Debtor reserves all of its rights with respect to such issue.

f. Undetermined Amounts. The description of any amounts as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

g. Statement of Financial Affairs – Suits and Administrative Proceedings. Although the Debtor has attempted to list in question 7 all known claimants with pending suits or administrative proceedings, certain actions may have been inadvertently omitted. The information presented is as of the Petition Date. The Debtor reserves all of its rights with respect to any such claims or causes of action they may have and neither these Global Notes nor the

Schedules and Statements shall be deemed a waiver if any such causes of action.

h.    Statement of Financial Affairs – Payments Related to Bankruptcy.  Payments presented in question 11 are made to various professional services firms for services rendered within one year immediately preceding the Commencement Date.  The information presented in question 11 is as of the Petition Date.  The services rendered pertain to (i) debt restructuring and liquidity management, (ii) relief under the Bankruptcy Code, (iii) preparation of bankruptcy petitions and filings, and/or (iv) bankruptcy financing. The Debtor has not included payments made to professionals, such as Baker & Hostetler, LLP, for matters not related to debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case. Information regarding the Debtor's retention of professional service firms is more fully described in the individual retention applications and related orders.

i.    Statement of Financial Affairs – Books, Records and Financial Statements. The Debtor provides certain parties, such as banks, auditors, potential investors, vendors, and financial advisors, with financial statements that may not be part of a public filing.  The Debtor does not maintain complete lists or other records tracking such disclosures.  Therefore, the Debtor has provided lists of these parties in their responses to SOFA question 26 only to the extent such information was available upon recollection from Debtor personnel.

15.    **Schedule A/B 55**. The Debtor's balance sheet reflects a net book value for right of use leases in compliance with the new Financial Accounting Standards Board Accounting Standards Codification Topic 842, Lease ("ASC 842"). ASC 842 requires leases to be listed on the balance sheet as a right-of-use ("ROU") asset and a lease liability.  While the value is reflected on the Debtor's balance sheet, the value is not included in the Debtor's Schedule A/B.  It is an accounting function and is not an asset available for any distribution to creditors.

16.    **Schedule D**.  Although the Debtor may have scheduled claims of various creditors as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the recharacterization of the structure of any such transaction or any document or instrument related to such creditor's claim except as otherwise agreed to pursuant to a stipulation or an agreed order or any other order entered by the Bankruptcy Court.  No claim set forth on Schedule D is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule D are intended only as a summary.  Reference to the applicable loan agreements and related documents necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.  The Debtor reserves all rights to amend Schedule D to the extent that the Debtor determines that any claims associated with such agreements should be reported on Schedule D.  Nothing herein shall be construed as an admission by the Debtor of the legal rights of a claimant or a waiver of the Debtor's rights to recharacterize or reclassify a claim or contract.

17. **Schedule E/F**. The Debtor's analysis of potential priority claims is ongoing, and any amounts listed as priority claims on Schedule E/F remain subject to such analysis. Amendments will be made to Schedule E/F as necessary. Although reasonable efforts have been made to identify the date of incurrence of each claim, determining the date upon which each claim on Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive, and therefore, the Debtor does not list a date for each claim on Schedule E/F.

Schedule E/F reflects prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts and unexpired leases. Schedule E/F does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected in the future.

Pursuant to the *Final Order Granting the Debtor's Emergency Motion for Interim and Final Orders Authorizing Debtor to (I) Pay Certain Prepetition Wages, Salaries, Employment Benefits, and Other Employee Obligations, (II) Maintain Employee Benefit Programs and (III) for Related Relief* [Docket No. 49] (the "Wage Order"), the Debtor was authorized to pay, and did pay, certain prepetition claims for employee wages and other related obligations. To the extent parties were paid pre-petition amounts owed to such parties pursuant to the authority granted in the Wage Order, such parties are not listed in the Schedules.

Similarly, pursuant to the *Order Granting Debtor's Expedited Motion for Entry of an Order (I) Authorizing Debtor to (A) Pay and Honor Prepetition Patient Refund Obligations, and (B) Maintain and Administer its Existing Patient Refund Program, and (II) Granting Related Relief* [Docket No. xxx] (the "Refund Order"), the Debtor was authorized to pay, and did pay, certain prepetition claims related to its patient refund program. To the extent parties were paid pre-petition amounts owed to such parties pursuant to the authority granted in the Refund Order, such parties are not listed in the Schedules.

18. **Schedule G**. Although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors may have occurred. Certain information, such as the contact information of the counterparty, may not be included where such information could not be obtained using reasonable efforts. Similarly, certain information, such as the name of the contract or the effective dates of the contract, may not be included where such information could not be obtained using reasonable efforts. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement was an executory contract or unexpired lease as of the Petition Date, or that it is valid or enforceable. The Debtor hereby reserves all rights to dispute or challenge the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G, including contracts, agreements or leases that may have expired or may have been modified, amended and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents that may not be listed on Schedule G, and to amend or supplement Schedule G as necessary. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payments, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on Schedule G. The Debtor reserves all rights with respect to such agreements.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. Any and all of the Debtor's rights, claims, and causes of action regarding the contracts and agreements listed on Schedule G are reserved and preserved. Schedule G may be amended at any time to add any omitted contract, agreement or lease.

**Fill in this information to identify the case:**

**Debtor name: The Villages Health System, LLC**

**United States Bankruptcy Court for the: Middle District of Florida**

**Case number: 25-04156**

☐ **Check if this is an amended filing**

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from Schedule A/B | $4,517,617.11 |
| 1b. **Total personal property:** Copy line 91A from Schedule A/B | $77,453,107.27 |
| 1c. **Total of all property:** Copy line 92 from Schedule A/B | $81,970,724.38 |

| | |
|---|---|
| **2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D) Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D | $15,008,835.62 |

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | |
|---|---|
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of Schedule E/F | $0.00 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | $361,853,244.36 |

| | |
|---|---|
| **4. Total Liabilities** Lines 2 + 3a + 3b | $376,862,079.98 |

**Fill in this information to identify the case:**

**Debtor name: The Villages Health System, LLC**

**United States Bankruptcy Court for the: Middle District of Florida**

**Case number: 25-04156**

☐ **Check if this is an amended filing**

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1: Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | | **Current value of debtor's interest** |
|---|---|---|---|---|
| **2. Cash on hand** | | | | |
| 2.1 | | | | $10,140.00 |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
| 3.1 | Citizens First Bank | Main Account | 6450 | $37,717.85 |
| 3.2 | Citizens First Bank | FSA Account | 0248 | $40,341.57 |
| 3.3 | Citizens First Bank | Money Market Account | 6313 | $5,784,319.85 |
| 3.4 | US Bank | Athena Account | 6400 | $116,084.19 |
| **4. Other cash equivalents** *(Identify all)* | | | | |
| 4.1 | UHC Letter of Credit | | | $535,803.24 |
| 4.2 | Undeposited Funds | | | $5,273.75 |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. $6,529,680.45

## Part 2: Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **7. Deposits, including security deposits and utility deposits**<br>Description, including name of holder of deposit | |
| 7.1 None | |
| **8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**<br>Description, including name of holder of prepayment | |
| 8.1 See Schedule A/B 8 Attachment | $1,832,525.26 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81. $1,832,525.26

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**11. Accounts receivable**

| | | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | $15,399,276.05 | – | $0.00 | = ........ ➔ | $15,399,276.05 |
| 11b. | Over 90 days old: | $47,651,939.02 | – | $23,767.56 | = ........ ➔ | $47,628,171.46 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. $63,027,447.51

## Part 4: Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

14.1

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity: % of ownership:

15.1

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

16.1

**17. Total of Part 4**
Add lines 14 through 16. Copy the total to line 83. $0.00

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 None | | | | |
| **20. Work in progress** | | | | |
| 20.1 None | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 None | | | | |
| **22. Other inventory or supplies** | | | | |
| 22.1 Inventory - Audiology | 6/30/2025 | $135,313.95 | Net Book Value | $135,313.95 |
| 22.2 Inventory - Med Supplies | 6/30/2025 | $214,128.79 | Net Book Value | $214,128.79 |
| 22.3 Inventory - Pharmacy | 6/30/2025 | $391,229.26 | Net Book Value | $391,229.26 |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84. $740,672.00

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes Book value $5,102.39 Valuation method Cost Current value $5,102.39

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85. $0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes Book value ______ Valuation method ______ Current value ______

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 Furniture & Fixtures | $1,556,133.27 | Net Book Value | $1,556,133.27 |
| **40. Office fixtures** | | | |
| 40.1 See Schedule A/B Question 39 | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 Cloud Computing Asset | $248,618.22 | Net Book Value | $248,618.22 |
| 41.2 Computer Hardware | $1,037,780.60 | Net Book Value | $1,037,780.60 |
| 41.3 Computer Software | $61,589.45 | Net Book Value | $61,589.45 |
| 41.4 Equipment - Office | $264,590.41 | Net Book Value | $264,590.41 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | | | |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86. $3,168,711.95

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest (Where available)** | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 None | | | |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 None | | | |
| **49. Aircraft and accessories** | | | |
| 49.1 None | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 Equipment - Medical & Surgical | $2,085,669.40 | Net Book Value | $2,085,669.40 |
| 50.2 Signage | $68,400.70 | Net Book Value | $68,400.70 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87. $2,154,070.10

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 9: Real Property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1 | See Schedule A/B 55 Attachment | | $4,517,617.11 | N/A | $4,517,617.11 |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88. $4,517,617.11

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | | |
| 60.1 | Copyright – HCC Reference Guide 2021 (Ver. 6.5.1) - Registration No. TX 9-004-910 | Undetermined | None | Undetermined |
| 60.2 | Trademark - The Villages Health Mark - Registration No. 5812932 | Undetermined | None | Undetermined |
| 60.3 | Trademark - The Villages Health Mark - Registration No. 5594634 | Undetermined | None | Undetermined |
| **61. Internet domain names and websites** | | | | |
| 61.1 | See Schedule AB 61 Attachment | Undetermined | None | Undetermined |
| **62. Licenses, franchises, and royalties** | | | | |
| 62.1 | | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | | |
| 63.1 | Patient List | Undetermined | None | Undetermined |

**64. Other intangibles, or intellectual property**

64.1

None

**65. Goodwill**

65.1

None

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89. $0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**71. Notes receivable**
Description (include name of obligor)

71.1

None | total face amount - doubtful or uncollectible amount = →

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1

None Tax year

**73. Interests in insurance policies or annuities**

73.1

See Schedule A/B 73 Attachment — Undetermined

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1

Alliant Dermatology PA — Undetermined

Nature of Claim: Countersuit

Amount requested: Undetermined

74.2

Florida Blue Cross Blue Shield — Undetermined

Nature of Claim: Potential Claims against Medicare Advantage Plans Related to Overpayments on Claims

Amount requested: Undetermined

74.3

Humana Insurance Company — Undetermined

Nature of Claim: Potential Claims against Medicare Advantage Plans Related to Overpayments on Claims

Amount requested: Undetermined

74.4

United Healthcare Insurance Company — Undetermined

Nature of Claim: Potential Claims against Medicare Advantage Plans Related to Overpayments on Claims

Amount requested: Undetermined

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1

None

Nature of Claim

Amount requested

**76. Trusts, equitable or future interests in property**

76.1

None

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1

None — $0.00

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90. — $0.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $6,529,680.45 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $1,832,525.26 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $63,027,447.51 | |
| **83. Investments.** Copy line 17, Part 4. | $0.00 | |
| **84. Inventory.** Copy line 23, Part 5. | $740,672.00 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |

| | | |
|---|---|---|
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $3,168,711.95 | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $2,154,070.10 | |
| **88. Real property. Copy line 56, Part 9.** | ➔ | $4,517,617.11 |
| **89. Intangibles and intellectual property.**. Copy line 66, Part 10. | $0.00 | |
| **90. All other assets.** Copy line 78, Part 11. | $0.00 | |
| **91. Total. Add lines 80 through 90 for each column** | 91a. $77,453,107.27 | 91b. $4,517,617.11 |
| **92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92. | | $81,970,724.38 |

**SCHEDULE AB 8 ATTACHMENT**

Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description, including name of holder of prepayment | Current Value |
| --- | --- |
| Malpractice - Medical Protective Company | $106,522.60 |
| Professional Retainer - Baker & Hostetler LLP | $40,263.70 |
| Professional Retainer - Solic Capital Advisors, LLC | $523,839.00 |
| Professional Retainer - Stretto | $14,895.00 |
| Trade Prepayment - Adobe | $16,436.48 |
| Trade Prepayment - Amazon Capital Services, Inc | $216.50 |
| Trade Prepayment - Audacious Inquiry, LLC | $746.35 |
| Trade Prepayment - Baldwin Group | $83,017.76 |
| Trade Prepayment - CAC Specialty | $55,000.00 |
| Trade Prepayment - ClearTriage | $793.50 |
| Trade Prepayment - Cognivue | $2,340.00 |
| Trade Prepayment - Covidien Sales LLC | $5,459.00 |
| Trade Prepayment - Crothall | $3,246.18 |
| Trade Prepayment - DocCafe | $3,300.00 |
| Trade Prepayment - ECHOSENS | $7,282.10 |
| Trade Prepayment - Gipson Place Utility | $112.33 |
| Trade Prepayment - Glooko, Inc | $34,125.00 |
| Trade Prepayment - KARDON | $10,788.75 |
| Trade Prepayment - Kestrel Software | $35,995.50 |
| Trade Prepayment - Medical Group Management Association (MGMA) | $11,533.32 |
| Trade Prepayment - Milliman | $12,442.50 |
| Trade Prepayment - Net@Work | $18,498.00 |
| Trade Prepayment - NeuroFlow | $53,740.02 |
| Trade Prepayment - OKTA | $23,768.58 |
| Trade Prepayment - PC Connection | $101.65 |
| Trade Prepayment - PhraseExpander | $11,250.00 |
| Trade Prepayment - PMI South | $15,500.00 |
| Trade Prepayment - PracticeLink, Ltd | $9,437.12 |
| Trade Prepayment - PracticeMatch | $2,866.66 |
| Trade Prepayment - Prophix | $30,052.40 |
| Trade Prepayment - Protenus | $9,149.99 |
| Trade Prepayment - Radiation Services Inc | $875.00 |
| Trade Prepayment - Ramsey Solutions | $3,337.50 |
| Trade Prepayment - Relatient | $58,169.99 |
| Trade Prepayment - Relatient, Inc | $4,675.00 |
| Trade Prepayment - RelayMed | $10,547.20 |
| Trade Prepayment - Sage | $3,114.48 |
| Trade Prepayment - Sales Force | $61,776.00 |
| Trade Prepayment - Sanofi Pasteur Inc. | $10,051.62 |

**SCHEDULE AB 8 ATTACHMENT**

Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description, including name of holder of prepayment | Current Value |
| --- | --- |
| Trade Prepayment - Screen Connect | $6,291.80 |
| Trade Prepayment - SLWM (Webb Mason) | $36,297.30 |
| Trade Prepayment - Smartsheet | $812.00 |
| Trade Prepayment - Smartstop Self Storage | $2,526.65 |
| Trade Prepayment - SolarWinds | $28,836.72 |
| Trade Prepayment - Sonova USA Inc | $4,139.61 |
| Trade Prepayment - Spectrum Dynamics Medical | $7,012.50 |
| Trade Prepayment - The Baldwin Group (prev'ly BKS) | $12,851.08 |
| Trade Prepayment - The Hartford | $106,725.06 |
| Trade Prepayment - TVTSG | $67,789.48 |
| Trade Prepayment - USF Health Professions Conferencing Corp | $333.33 |
| Trade Prepayment - Wolters Kluwer | $37,485.00 |
| Trade Prepayment - WS Audiology USA, Inc. | $8,910.65 |
| Trade Prepayment - XenTegra, LLC | $155,109.74 |
| Trade Prepayment - Yodeck | $3,941.64 |
| Trade Prepayment - Yooz Inc | $2,515.92 |
| Trade Prepayment - Zluri | $55,680.00 |
| **TOTAL:** | **$1,832,525.26** |

**SCHEDULE AB 55 ATTACHMENT**

Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and Location of Property | Nature of Debtor's Interest in Property | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|
| Brownwood Care Center (2910 Brownwood Blvd., The Villages, FL 32163) | Leased | Undetermined | N/A | Undetermined |
| Buildings (11368 Laufersky Ln, Wildwood, FL 34484) | Owned | $205,661.86 | N/A | $205,661.86 |
| Colony Care Center (280 Farner Place, The Villages, FL 32163) | Leased | Undetermined | N/A | Undetermined |
| Corporate Office (6503 Powell Road, The Villages FL 32163) | Leased | Undetermined | N/A | Undetermined |
| Creekside Care Center (1050 Old Camp Road, Building 100, The Villages, FL 32162) | Leased | Undetermined | N/A | Undetermined |
| Eastport Care Center (1346 Dewey Drive, The Villages, FL 34762) | Leased | Undetermined | N/A | Undetermined |
| IT - Southern Trace (3231 Wedgewood Lane, The Villages FL 32163) | Leased | Undetermined | N/A | Undetermined |
| Lake Deaton Care Center (779 Kristine Way, The Villages, FL 32163) | Leased | Undetermined | N/A | Undetermined |
| Leasehold Improvements | N/A | $4,311,955.25 | N/A | $4,311,955.25 |
| Mulberry Grove Care Center (8877 SE 165th Mulberry Lane, The Villages, FL 32162) | Leased | Undetermined | N/A | Undetermined |
| Pinellas Care Center (2485 Pinellas Place, The Villages, FL 32163) | Leased | Undetermined | N/A | Undetermined |
| Santa Barbara Care Center (1575 Santa Barbara Blvd., The Villages, FL 32159) | Leased | Undetermined | N/A | Undetermined |
| Shared Services (1149 Main Street, The Villages FL 32163) | Leased | Undetermined | N/A | Undetermined |
| Shared Services (600 Sunbelt Road, The Villages FL 32163) | Leased | Undetermined | N/A | Undetermined |
| Specialty Care at Spanish Springs (1400 US Highway 441 North, Suite 820, The Villages, FL 32159) | Leased | Undetermined | N/A | Undetermined |
| The Center for Advanced Healthcare at Brownwood (2955 Brownwood Boulevard, The Villages, Florida 32163) | Leased | Undetermined | N/A | Undetermined |
| | **TOTALS:** | **$4,517,617.11** | | **$4,517,617.11** |

**SCHEDULE AB 61 ATTACHMENT**
Internet Domain Names and Websites

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| centerforadvancedhealthcarebrownwood.com | Undetermined | None | Undetermined |
| healthcareinthevillages.com | Undetermined | None | Undetermined |
| healthinthevillages.com | Undetermined | None | Undetermined |
| hometown.healthcare | Undetermined | None | Undetermined |
| hometownhealth-thevillages.com | Undetermined | None | Undetermined |
| hometownhealthcare-thevillages.com | Undetermined | None | Undetermined |
| hometownhealthcarethevillages.com | Undetermined | None | Undetermined |
| hometownhealththevillages.com | Undetermined | None | Undetermined |
| thevillages.health | Undetermined | None | Undetermined |
| thevillageshealth.com | Undetermined | None | Undetermined |
| thevillageshealth.net | Undetermined | None | Undetermined |
| thevillageshealthcarecenter.com | Undetermined | None | Undetermined |
| thevillageshealthsystem.org | Undetermined | None | Undetermined |
| thevillageshealthsystemfoundation.org | Undetermined | None | Undetermined |
| thevillageshometownhealth.com | Undetermined | None | Undetermined |
| thevillageshometownhealthcare.com | Undetermined | None | Undetermined |
| tvh.health | Undetermined | None | Undetermined |
| tvhealth.co | Undetermined | None | Undetermined |
| tvhealth.info | Undetermined | None | Undetermined |
| tvhealth.net | Undetermined | None | Undetermined |
| tvhealth.org | Undetermined | None | Undetermined |
| tvhs.health | Undetermined | None | Undetermined |
| villages.health | Undetermined | None | Undetermined |
| **TOTALS:** | **Undetermined** | | **Undetermined** |

**SCHEDULE AB 73 ATTACHMENT**

Interests in Insurance Policies or Annuities

| Insurance Carrier | Policy Number | General Description | Current Value |
|---|---|---|---|
| Ambridge & Core Risk Solutions | ACS1366425 / INTX169477 | Cyber, Invoice Manipulation & System Hacking | Undetermined |
| Beazley Remedy | W2A3D3240501 | Executive Risk (D&O, EPLI, Fiduciary) | Undetermined |
| Beazley Remedy | W2A3D3240501 | Management Liability Extension (D&O) & Tail | Undetermined |
| Berkley Professional Liability | BPRO8129898 | Side A Directors' and Officers' Liability $5x$20 | Undetermined |
| CHUBB | G7250690A 004 | Excess D&O Extension | Undetermined |
| CHUBB | G7250690A 004 | Management Liability Extension (D&O) & Tail | Undetermined |
| Freedom Specialty Insurance Company | XMF2511019 | Excess D&O Side A $5X$5 | Undetermined |
| Lloyds America | PD2400177/P/239/24 | Med Defense (E&O) | Undetermined |
| Markel American Insurance Company | MKLM1MXM000941 | Excess D&O $5X$5 | Undetermined |
| Markel American Insurance Company | MKLM1MXM001241 | Management Liability Extension (D&O) & Tail | Undetermined |
| MedPro Group | G01227 | Medical Malpractice | Undetermined |
| RSUI Indemnity Company | NHS709228 | Excess D&O $5X$15 Extension | Undetermined |
| RSUI Indemnity Company | NHS709228 | Management Liability Extension (D&O) & Tail | Undetermined |
| Scottsdale Indemnity Company | EKI3515947 | Excess D&O $5X$10 Extension | Undetermined |
| The Hartford Insurance | 21 UUN BA7VZV | Property | Undetermined |
| The Hartford Insurance | 21 UUN BA7VZV | General Liability | Undetermined |
| The Hartford Insurance | 21 XHU BA7Z54 | Umbrella Policy | Undetermined |
| The Hartford Insurance (Trumbull) | 21 UEN BB7CL9 | Commercial Auto | Undetermined |
| Western World Insurance Company | NPP6009936 | Commercial General Liability | Undetermined |
| Western World Insurance Company | XGL8276021 | Excess Liability | Undetermined |
| Western World Insurance Company | NPP6009291 | Commercial General Liability | Undetermined |
| XL Specialty Insurance Company | ELU195476-24 | Commercial Crime | Undetermined |
| XL Specialty Insurance Company | ELU195476-24 | Management Liability Extension (D&O) & Tail | Undetermined |
| XL Specialty Insurance Company | CS 71 00 09 06 | Excess Side A D&O & Tail | Undetermined |
| Zenith | Z136433606 | Workers Compensation | Undetermined |
| | | **TOTAL:** | **Undetermined** |

**Fill in this information to identify the case:**

**Debtor name: The Villages Health System, LLC**

**United States Bankruptcy Court for the: Middle District of Florida**

**Case number: 25-04156**

☐ **Check if this is an amended filing**

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

**Part 1: List Creditors Who Have Claims Secured by Property**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of Claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| 2.1 | Undetermined | Undetermined |

2.1

Connection Financial Services
2330 I-30
Mesquite, TX 75150

**Date debt was incurred?**
8/3/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Computer Equipment and Related Assets

**Describe the lien**
UCC Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

2.2

Dell Financial Services LLC
Mail Stop-PS2DF-23
One Dell Way
Bound Rock, TX 78682

**Describe debtor's property that is subject to the lien:**
Computer Equipment and Related Assets

Undetermined | Undetermined

**Describe the lien**
UCC Lien

**Date debt was incurred?**
6/2/2020

**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

2.3

PMA Lender LLC
7580 Middleton Dr.
Middleton, FL 34762

**Describe debtor's property that is subject to the lien:**
All Owned Assets

$15,008,835.62 | Undetermined

**Describe the lien**
Senior Secured Term Loan

**Date debt was incurred?**
4/7/2025

**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $15,008,835.62

## Part 2: List Others to Be Notified for a Debt That You Already Listed

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**
**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1 | | |

**Fill in this information to identify the case:**

**Debtor name: The Villages Health System, LLC**

**United States Bankruptcy Court for the: Middle District of Florida**

**Case number: 25-04156**

☐ **Check if this is an amended filing**

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 Internal Revenue Service<br>Centralized Insolvency Op<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br>**Date or dates debt was incurred**<br>Undetermined<br>**Last 4 digits of account number**<br>**Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a) ( 8 ) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>Tax Claim<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | Undetermined | Undetermined |
| 2.2 Lake County Tax Collector<br>1800 David Walker Dr.<br>Tavares, FL 32778<br>**Date or dates debt was incurred**<br>Undetermined<br>**Last 4 digits of account number**<br>**Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a) ( 8 ) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>Tax Claim<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | Undetermined | Undetermined |

2.3

Marion County Tax Collector
503 SE 25th Ave.
Ocala, FL 34471

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Undetermined | Undetermined

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Basis for the claim:**
Tax Claim

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

2.4

Sumter County Tax Collector
220 E. McCollum Ave.
Bushnell, FL 33513

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Undetermined | Undetermined

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Basis for the claim:**
Tax Claim

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1

48 Hour Books
1909 Summit Commerce Park
Twinsburg, OH 44087

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$626.36

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.2

Access Nurse
PO Box 635013
Cincinnati, OH 45263-5013

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $5,235.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.3

Advanced Bionics LLC
28515 Westinghouse Place
Valencia, CA 91355

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $1,140.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.4

Akers Media Group, Inc
PO Box 490088
Leesburg, FL 34749

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $1,750.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.5

Alliant Dermatology PA
Attn: David Casper, MD, President
8620 E. County Road 466
The Villages, FL 32162

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.6

All-Secure Graphics LLC
635 Huffstetler Rd
Eustis, FL 32726

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $835.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.7

Alpha Source Inc
PO Box 809203
Chicago, IL 60680

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $9,800.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.8

Amazon Capital Services, Inc
PO Box 035184
Seattle, WA 98124-5184

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $2,615.23
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.9

America's Physician Groups
611 N. N. Brand Blvd.
Ste 1300
Glendale, CA 91203

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $2,222.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.10

ASSA ABLOY Entrance Systems US Inc.
1900 Airport Road
Monroe, ND 28110

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $5,434.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.11

Athenahealth, Inc
PO Box 415615
Boston, MA 02241-5615

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $25,830.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.12

Bio-Cycle Medical Waste Mgmt
PO Box 840113
Saint Augustine, FL 32080

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $2,247.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.13

Bioteque America Inc
1302 Exchange Dr
#150
Richardson, TX 75081

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $744.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.14

Bob Trinh
600 Sunbelt Road
The Villages, FL 32159

**As of the petition filing date, the claim is:** $130,658.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
7/3/2025

**Basis for the claim:**
Promissory Note

**Is the claim subject to offset?**
☑ No
☐ Yes

3.15

Bortone, Nancy L - Address on File

**As of the petition filing date, the claim is:** $15.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.16

Boston Scientific Corporation
PO Box 951653
Dallas, TX 75395-1653

**As of the petition filing date, the claim is:** $3,250.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.17

Breitenbach, Carla - Address on File

**As of the petition filing date, the claim is:** $78.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.18

Business Techs Inc.
421 North Palmetto Street
Leesburg, FL 34748

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $4,836.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.19

CallTower
PO Box 201083
Dallas, TX 75320-1083

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $79.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.20

Central Florida Health and Wellness Magazine
1630 Caxambas Ct
Marco Island, FL 34145

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $1,630.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.21

Certiphi Screening Inc
PO Box 1675
Southampton, PA 18966

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $2,076.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.22

Change Healthcare
PO Box 5581
Augusta, ME 04332-5581

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $279.81
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.23

Cheri Benedetti - Address on File

**Date or dates debt was incurred**
7/3/2025

**As of the petition filing date, the claim is:** $130,658.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Promissory Note

**Is the claim subject to offset?**
☑ No
☐ Yes

3.24

Citrus Hearing Impaired Prog
109 E. Crystal St.
Crystal River, FL 34428

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $360.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.25

City of Wildwood
100 N Main St.
Wildwood, FL 34785

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $335.62
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.26

Comcast
1100 Northpoint Pkwy W
Palm Beach, FL 32162

**As of the petition filing date, the claim is:** $854.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.27

Comfort Care Medical Equipment & Uniforms Inc
17860 SE 109th Ave
Ste 630
Summerfield, FL 34491

**As of the petition filing date, the claim is:** $2,929.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.28

Connective Health Inc.
348 Cambridge Rd
Suite 162
Woburn, MA 01801

**As of the petition filing date, the claim is:** $21,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.29

Consensus Cloud Solutions, LLC
PO Box 51873
Los Angeles, CA 90051

**As of the petition filing date, the claim is:** $1,683.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.30

Cox Fire Protection
7910 Professional Place
Tampa, FL 33637

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$112.50

3.31

CSU
PO Box 2230
Lady Lake, FL 32158

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,297.97

3.32

Customize It Right LLC
Attn: Eric Casillas
1327 S 14th St
Leesburg, FL 34748

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,512.97

3.33

Dixie Safe and Lock Services LLC
4217 Idlewild Dr
Fruitland Park, FL 34731

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$765.00

3.34

Dr Lakhvir Pabla - Address on File

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $541.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.35

Dr. Stephen Rachael - Address on File

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $1,455.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.36

DynaFire
109 Concord Dr
Casselberry, FL 32707

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $706.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.37

Elliot Sussman - Address on File

**Date or dates debt was incurred**
7/3/2025

**As of the petition filing date, the claim is:** $130,658.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Promissory Note

**Is the claim subject to offset?**
☑ No
☐ Yes

3.38

Executive Livery Service LLC
322 E. Central Blvd
Unit 1002
Orlando, FL 32801

As of the petition filing date, the claim is: $240.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.39

Expert Cleaning
201 Josephine Ave
Fruitland Park, FL 34731

As of the petition filing date, the claim is: $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.40

FedEx
PO Box 660481
Dallas, TX 75266-0481

As of the petition filing date, the claim is: $415.51
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.41

FitThumb
PO Box 91945
Sioux Falls, SD 57109

As of the petition filing date, the claim is: $1,300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.42

Florida Blue Cross Blue Shield
4800 Deerwood Campus Parkway
Jacksonville, FL 32246-6498

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Medicare Overpayments

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.43

Frontier Therapeutics Inc
505 Ellicott St.
Suite A5
Buffalo, NY 14203

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $844.83
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.44

GE Healthcare
PO Box 96483
Chicago, IL 60693

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $560.97
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.45

GN ReSound
3337 Brassie Ter
The Villages, FL 32163

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $41.90
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.46

Hawkins, Charles - Address on File

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $20.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.47

HealthStream
PO Box 1171130
Atlanta, GA 30368-7113

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $27,098.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.48

Henry Schein, Inc.
Box 371952
Pittsburgh, PA 15250-7952

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $1,841.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.49

Hills Shred Express
P.O. Box 1718
Ocala, FL 34478-1718

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $1,330.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.50

Honey-Do's LLC
357 Walters Pl
Fruitland Park, FL 34731

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $1,548.92
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.51

Humana Insurance Company
101 E. Main Street
Louisville, KY 40202

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Medicare Overpayments

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.52

ImageFirst
PO Box 748385
Atlanta, GA 30374-8385

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $848.46
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.53

Inferscience
PO Box 823
Lake Wales, FL 33859

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $33,325.95
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.54

Innovative Card Scanning, Inc. dba INUVIO
811 E Plano Pkwy
Plano, TX 75074-6860

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $3,080.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.55

Jim Besong, MD - Address on File

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $953.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.56

Kerecis LLC
Dept CH 17640
Palatine, IL 60055-7640

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $1,438.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.57

Laboratory Corp of America Hdg
PO Box 12140
Burlington, NC 27216-2140

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $975.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.58

Laboratory Corp of America
PO Box 12140
Burlington, NC 27216-2140

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $27.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.59

Laborie Medical
PO Box 734615
Chicago, IL 60673-4615

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $2,225.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.60

Lenovo Inc
PO Box 643055
Pittsburgh, PA 15264-3055

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $2,648.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.61

LifeSource Medical
998 Lemon Bluff Rd
Osteen, FL 00032-1764

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $2,582.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.62

LRMC Medical Staff
600 E Dixie Ave
Leesburg, FL 34748

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $800.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.63

LSSA
984 Old Mill Run
The Villages, FL 32162-1675

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $1,468.52
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.64

M&S Air Conditioning
1806 Green Leaf Lane
Leesburg, FL 34748

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $2,625.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.65

Marion CPR, Inc
850 NE 36th Ter
Suite A
Ocala, FL 34470

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $810.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.66

Massey Services
3609 W Main St.
Leesburg, FL 34748

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $128.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.67

Matheson Tri-Gas Inc.
Dept 3028
Dallas, TX 75312

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $221.36
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.68

MBK Electric, Inc.
10400 NW 27th Drive
Wildwood, FL 34785

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $6,626.38
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.69

McKesson Medical-Surgical (PO)
401 Gills Drive
Suite 100
Orlando, FL 32824

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $5,775.25
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.70

Medical Design Technologies, LLC
3601 Walnut Street, Suite 400
Denver, CO 80205

**As of the petition filing date, the claim is:** $512.03
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.71

Medline Industries, Inc.
Dept. CH 14400
Palatine, IL 60055-4400

**As of the petition filing date, the claim is:** $44.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.72

Natus Medical Inc
PO Box 3604
Carol Stream, IL 60132-3604

**As of the petition filing date, the claim is:** $1,702.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.73

Nichols Construction Services
PO Box 1558
Lady Lake, FL 32158

**As of the petition filing date, the claim is:** $835.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.74

NSU
PO Box 2230
The Villages, FL 32158

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $1,007.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.75

Nuance Communications Inc
PO Box 7247-6924
Philadelphia, PA 19170

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $510.63
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.76

Nupur Technologies, LLC
1576 Sweet Home Road
Buffalo, NY 14228

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $707.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.77

Oaktree Products, Inc.
610 Spirit Valley East
Chesterfield, MO 63005

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $255.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.78

Olympus America Inc
PO Box 120600
Dallas, TX 75312-0600

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $8,532.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.79

OnePacs, LLC
PO Box 773186
Detroit, MI 48277-3186

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $6,800.16
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.80

Oticon Inc.
PO Box 347996
Pittsburgh, PA 15251-4996

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $1,633.18
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.81

Patient 45469 - Address on File

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $24.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.82

Patient 51109 - Address on File

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.83

Patient 9802 - Address on File

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $25.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.84

Physicians Care Network
5024 NW 27th Court
Gainesville, FL 32606

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $240.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.85

Pitsch Plumbing Service Inc
3704 SE 36 Ave
Ocala, FL 34471

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $65.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.86

PMA Lender, LLC
7580 Middleton Dr.
Middleton, FL 34762

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $843.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.87

PMI South Inc.
289 N Plank Rd, Suite 4
Newburgh, NY 12550

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $33,842.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.88

Pride Solutions LLC
PO Box 1842
Wildwood, FL 34785

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $70.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.89

Prophix Software Inc
PO Box 779141
Chicago, IL 60677-9141

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $1,047.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.90

Quest Diagnostics
PO Box 530440
Atlanta, GA 30353-0440

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $202.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.91

R Systems International Limited
5000 Windplay Drive
Suite 5
El Dorado Hills, CA 95762

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $19,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.92

RLS (USA) Inc
Mail code 7332
Philadelphia, PA 19170

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $4,634.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.93

Roberts Oxygen Company, Inc
PO Box 5507
Rockville, MD 20855

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $518.16
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.94

RxCompass
411 Bienville St
Natchitoches, LA 71457

**As of the petition filing date, the claim is:** $8,775.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.95

Screen Vision Media
245 Kenneth Dr,
Suite 400
Rochester, NY 14623

**As of the petition filing date, the claim is:** $1,125.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.96

Seara Health LLC
16311 Nikki Lane
Odessa, FL 33556

**As of the petition filing date, the claim is:** $19,972.15
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.97

SECO ENERGY
Customer Service
Dept #3035
Orlando, FL 32855-3035

**As of the petition filing date, the claim is:** $8,318.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.98

Siemens Medical Solutions USA Inc
PO Box 120001
Dallas, TX 75312-0733

**As of the petition filing date, the claim is:** $6,018.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.99

Solventum Health Information Systems, Inc.
LBX #:844394
Dallas, TX 75284-3398

**As of the petition filing date, the claim is:** $8,477.83
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.100

Sonova USA Inc
35555 Eagle Way
Chicago, IL 60678-1355

**As of the petition filing date, the claim is:** $19,959.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.101

SphereCommerce, LLC
PO Box 208308
Dallas, TX 75320-8308

**As of the petition filing date, the claim is:** $464.65
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.102

Spring Crest Blinds & Shutters
10475 SE 138th Place Rd
Summerfield, FL 34491

**As of the petition filing date, the claim is:** $85.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.103

Staples (Atlanta-PO)
PO Box 105748
Atlanta, GA 30348-5748

**As of the petition filing date, the claim is:** $194.64
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.104

Starkey Laboratories, Inc
PO Box 856915
Minneapolis, MN 55485-6915

**As of the petition filing date, the claim is:** $22,727.85
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.105

State Farm
PO Box 106134
Atlanta, GA 30348

**As of the petition filing date, the claim is:** $378.10
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.106

TECO
PO Box 31318
Tampa, FL 33631-3318

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $296.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.107

That Party Girl
PO Box 830065
Ocala, FL 34472

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $375.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.108

The Brownwood Hotel & Spa
3003 Brownwood Blvd
The Villages, FL 32163

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $732.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.109

The Medical Protective Group
5814 Reed Rd.
Ft. Wayne, IN 46835

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $2,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.110

The Sourcing Group Inc
PO Box 6568
Carol Stream, IL 60197-6568

**As of the petition filing date, the claim is:** $2,815.19
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.111

The Villages Chilled Water Plt
3619 Kiessel Rd.
The Villages, FL 32163

**As of the petition filing date, the claim is:** $1,555.39
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Intercompany Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.112

The Villages Operating Co -CPM
3597 Kiesel Rd.
The Villages, FL 32163

**As of the petition filing date, the claim is:** $1,643.73
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Intercompany Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.113

The Villages Operating Company
c/o Commercial Property Mgmt
7580 Middleton Dr.
Okahumpka, FL 34762

**As of the petition filing date, the claim is:** $2,206.29
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Intercompany Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.114

The Villages Technology SolGrp
7649 Middleton Dr
Okahumpka, FL 34762

**As of the petition filing date, the claim is:** $6,874.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Intercompany Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.115

Tucker Copeland - Address on File

**As of the petition filing date, the claim is:** $199.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.116

ULINE
Attn: Accounts Receivable
PO Box 88741
Chicago, IL 60680-1741

**As of the petition filing date, the claim is:** $452.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.117

UltraLinq Healthcare Solutions Inc
PO Box 1974
Long Island City, NY 11101

**As of the petition filing date, the claim is:** $1,048.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.118

United Healthcare Insurance Company
PO Box 101760
Atlanta, GA 30392-1760

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Undetermined

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Medicare Overpayments

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.119

United Healthcare Insurance Company
PO Box 101760
Atlanta, GA 30392-1760

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$187.36

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.120

United Refrigeration, Inc.
4600 NE 35th Street
Ocala, FL 34479

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$14,545.28

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.121

United States of America
Attn: Christopher J. Emden
US Attorney's Office
400 North Tampa St., Suite 3200
Tampa, FL 33602

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$361,000,000.00

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Medicare Overpayments

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.122

Urgo Medical North America
100 Lexington Street
Fort Worth, TX 76102

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $502.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.123

Vaco Orlando LLC
PO Box 667
Brentwood, TN 37024

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $2,160.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.124

VCSA
984 Old Mill Run
The Villages, FL 32162

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $121.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.125

Veytec, Inc
2301 Silver Star Road
Orlando, FL 32804

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $21,617.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.126

Village Center Fire Safety
984 Old Mill Run
The Villages, FL 32162

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $122.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.127

Visa
PO Box 4512
Carol Stream, IL 60197-4512

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $5,377.43
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Credit Card Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.128

Welch Allen Inc
One Baxter Parkway
Deerfield, IL 60015

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $253.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.129

Wells Fargo Vendor Fin Serv
P.O. Box 105743
Atlanta, GA 30348-5743

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $232.19
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.130

Welner, William - Address on File

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $71.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.131

Westone
PO Box 631276
Cincinnati, OH 45263-1276

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $275.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.132

Widex USA Inc
PO Box 200138
Dallas, TX 75320-0138

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $2,608.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.133

WVLG-AM 640
Villages Communications Inc
1100 Main Street
The Villages, FL 32159

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $2,062.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.134

Sandra L. Lando-Madsen
R. Barry Morgan
MORGAN LAW OFFICE, P.A.
5300 South Orange Avenue
Orlando, FL 32809

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line<br>☐ Not listed. Explain | |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b. | $361,853,244.36 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $361,853,244.36 |

**Fill in this information to identify the case:**

**Debtor name: The Villages Health System, LLC**

**United States Bankruptcy Court for the: Middle District of Florida**

**Case number: 25-04156**

☐ **Check if this is an amended filing**

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**Schedule G:** Executory Contracts and Unexpired Leases

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | 48 Hour Books<br>1909 Summit Commerce Park<br>Twinsburg, OH 44087 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Aaron J Perkins - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Abigail Julia Cunningham - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Abigail Marie Rivera - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Access Nurse<br>265 Brookview Centre Way<br>Suite 400<br>Knoxville, TN 37919 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement for Medical Call Center Services | Access Nurse PM, LLC<br>265 Brookview Centre Way<br>Suite 400<br>Knoxville, TN 37919 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement for Medical Call Center Services | Access Nurse PM, LLC<br>Attn: Ed Hamm and Cindy Reed<br>265 Brookview Centre Way<br>Suite 400<br>Knoxville, TN 37919 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | Business Associate Agreement | Access Nurse PM, LLC<br>Attn: Candi Reed<br>265 Brookview Centre Way<br>Suite 400<br>Knoxville, TN 37919 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | A-Chai'a H Jackson - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Adam Khan Kakar - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Adam M Matheson - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | Sales Order | Adobe<br>345 Park Avenue<br>San Jose, CA 95110-2704 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Global Master Services Agreement | ADP, Inc<br>One ADP Boulevard<br>Roseland, NJ 07068 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | Global Master Services Agreement | ADP, Inc<br>One ADP Boulevard<br>Roseland, NJ 07068 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | Global Master Services Agreement | ADP, Inc<br>One ADP Boulevard<br>Roseland, NJ 07068 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | Global Master Services Agreement | ADP, Inc<br>One ADP Boulevard<br>Roseland, NJ 07068 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | Global Master Services Agreement | ADP, Inc.<br>PO Box 830272<br>Philadelphia, PA 19182-0272 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | Global Master Services Agreement | ADP, Inc.<br>PO Box 830272<br>Philadelphia, PA 19182-0272 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Adraian Denise Greer - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Adrienne Mai Jean Ciarletta - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Advanced Bionics, LLC<br>28515 Westinghouse Place<br>Valencia, CA 91355 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | Evaluation, Demonstration and Support Equipment and Software License Agreement | Advanced Bionics, LLC<br>28515 Westinghouse Place<br>Valencia, CA 91355 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | Evaluation, Demonstration and Support Equipment and Software License Agreement | Advanced Bionics, LLC<br>Attn: Collin Griffin and Teresa Dozler<br>28515 Westinghouse Place<br>Valencia, CA 91355 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | Provider Agreement | Aetna Network Services LLC<br>151 Farmington Ave<br>Hartford, CT 06156-0000 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Airen R Blasky - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Akers Media Group, Inc<br>PO Box 490088<br>Leesburg, FL 34749 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Alan J Sonsky - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Albert F Turri - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Alecia Nicole Rytter - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Alessandra Claudia Lopiano - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Alexandra Brittany Hall - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Alexandra K Evans - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Alexis M McClain - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Alicia Marie Padget - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Alison C McKelvey - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Aliza-Marie Andrade - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | Permanent Contingency Search Agreement | All Star Recruiting Inc dba All Star Healthcare Solutions<br>Attn: Jesse Mustapha<br>800 Fairway Drive<br>Suite #300<br>Deerfield Beach, FL 33441 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Allan Thomas Pharmer - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | Botox Pricing Agreement | Allergan USA, Inc.<br>12975 Collections Center Drive<br>Chicago, IL 60693-0129 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Allesha Eva Green - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Allison G Yow - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Allison M Mrozek - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Allison Mae Atherton - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Allison McCoy - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | All-Secure Graphics LLC<br>635 Huffstetler Rd<br>Eustis, FL 32726 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Alpha Source Inc<br>PO Box 809203<br>Chicago, IL 60680 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Alycia Marie Pizzino - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Alysha B Pettis - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Alyssa Cerna - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Amanda Anne Lee - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Amanda Dawn Turner - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.52 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Amanda Katherine Dystrup - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.53 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Amanda Louise Burkholder - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.54 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Amanda P Roberts - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.55 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Amanda Rena Jones - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.56 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Amanda Sinclair - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.57 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Amanda Suzanne Farris - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Amazon Capital Services, Inc<br>PO Box 035184<br>Seattle, WA 98124-5184 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Amber D Guinaugh - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Amber Kennedy - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Amber L Krause - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Amber Leigh Teresa Hartzell - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Amber S Lawrence - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** | Cyber, Invoice Manipulation & System Hacking Policy | Ambridge & Core Risk Solutions<br>1 South Wacker Dr.<br>Suite 2380<br>Chicago, IL 60606 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | Certification and License Agreement | American Institute of Balance, Inc.<br>8200 Bryan Dairy Rd<br>Ste 340<br>Largo, FL 33777 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | Partners in Balance Certification and License Agreement | American Institute of Balance, Inc.<br>8200 Bryan Dairy Rd<br>Ste 340<br>Largo, FL 33777 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | America's Physician Groups<br>611 N. N. Brand Blvd.<br>Ste 1300<br>Glendale, CA 91203 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Amy Klimek - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Amy L. Wixted - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Amy Lynn Neilson-Zatorski - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Amy Lynn Pinder - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | AnaMaria A Arias - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Anastasha King - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Andrea Christine LeClair - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Andrea H Jacovine - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Andrew Michael Burton - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Angela Cole - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Angela Kilian - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Angela M Bradshaw - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Angela M. Enders - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Angela M. Poisson - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Angela Renee St Amour - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Angela T Linthicum - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Angelica M. Gonzales-Saenz - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Anna Jimenez - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Anna-marie Mendenhall Roswold - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Anthony J Glynn - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | April Horwath - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest** | Learning Project Agreement and Supplement | ARCHway Learning Solitions<br>8111 Granada Blvd<br>Orlando, FL 32836 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest** | Learning Services Agreement | ARCHway Learning Solutions<br>Attn: Amber Carlson-Hays<br>8111 Granada Blvd<br>Orlando, FL 32836 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest** | Solutions Agreement | Arctic Wolf Networks, Inc<br>8939 Columbine Rd<br>Eden Prairie, MN 55437 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Ariel C Bender - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Arlene Andrea Henry - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.94 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter — Ashanta Davis - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.95 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter — Ashley Blunt - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.96 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter — Ashley E Laskevicz - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.97 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter — Ashley L. Wood - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.98 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter — Ashley Lauren Howell - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.99 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter — Ashley Nadene McBride - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Ashok Kumar Ojha - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | ASSA ABLOY Entrance Systems US Inc.<br>1900 Airport Road<br>Monroe, ND 28110 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Asyala'Bry Austin - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement | Athena Health Inc.<br>Attn: Dave Gancarz<br>311 Arsenal Street<br>Watertown, MA 02472 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Proposal | Athena Health Inc.<br>Attn: Xiaoxiao Zhao<br>311 Arsenal Street<br>Watertown, MA 02472 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest** | Rate Change Proposal | Athena Health Inc.<br>Attn: Michelle Zhao<br>311 Arsenal Street<br>Watertown, MA 02472 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement and Amendments and Proposals | Athenahealth, Inc<br>311 Arsenal Street<br>Watertown, MA 02472 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Athenahealth, Inc<br>311 Arsenal Street<br>Watertown, MA 02472 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Aubrey Paquette - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Audrey B Goldman - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Avalon Marie Pegg - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Avisha Urmila Sarju - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.112 **State what the contract or lease is for and the nature of the debtor's interest** Platform Subscription Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

Aya DART, LLC dba DocCafe and MedJobCafe
Attn: SAAS Contracts
5930 Cornerstone Ct W
Ste 300
San Diego, CA 92121

2.113 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Bailey Cutler - Address on File

2.114 **State what the contract or lease is for and the nature of the debtor's interest** Engagement Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Baker & Hostetler LLP
Attn: Elizabeth A. Green, Jimmy D. Parrish & Andrew V. Layden
200 South Orange Avenue, Suite 2300
Orlando, FL 32801-3432

2.115 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Barbara A Daniele - Address on File

2.116 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Barbara J Cingel - Address on File

2.117 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Barbara J. Oliver - Address on File

2.118 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Barbara S Young - Address on File

2.119 **State what the contract or lease is for and the nature of the debtor's interest** Agreement for Professional Services
**State the term remaining** Unknown
**List the contract number of any government contract**

BDO USA, LLP
Attn: James R. White
501 Riverside Avenue
Suite 800
Jacksonville, FL 32202-4939

2.120 **State what the contract or lease is for and the nature of the debtor's interest** Statement of Work
**State the term remaining** Unknown
**List the contract number of any government contract**

BDO USA, LLP
Attn: James R. White
501 Riverside Avenue
Suite 800
Jacksonville, FL 32202-4939

2.121 **State what the contract or lease is for and the nature of the debtor's interest** Terms & Conditions of the Services Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

BDO USA, LLP
Attn: James R. White
501 Riverside Avenue
Suite 800
Jacksonville, FL 32202-4939

2.122 **State what the contract or lease is for and the nature of the debtor's interest** Executive Risk (D&O, EPLI, Fiduciary) Policy
**State the term remaining** Unknown
**List the contract number of any government contract**

Beazley Remedy
30 Batterson Park Rd.
Farmington, CT 06032

2.123 **State what the contract or lease is for and the nature of the debtor's interest** Management Liability Extension (D&O) & Tail Policy
**State the term remaining** Unknown
**List the contract number of any government contract**

Beazley Remedy
30 Batterson Park Rd.
Farmington, CT 06032

2.124 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Belle Bernita McMahon - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.125 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Benjamin Abate - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.126 **State what the contract or lease is for and the nature of the debtor's interest** Side A Directors' and Officers' Liability Policy
Berkley Professional Liability
757 Third Ave.
10th Flr.
New York, NY 10017
**State the term remaining** Unknown
**List the contract number of any government contract**

2.127 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Bess S Scott - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.128 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Beth Ann Westlake - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.129 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Bethany Mikell Ortega - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| 2.130 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Bethanyann Marie Hunter - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.131 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Betsi N Garcia Montenegro - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Betty Stratton - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Bhogawattie Tirbeni - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Software and Service Agreement | Bio Bridge Solutions Inc<br>134 S Dixie Hwy<br>Suite 209<br>Hallandale Beach, FL 33009 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Software and Service Agreement | Bio Bridge Solutions Inc<br>Attn: Bernardo Goldsztajn<br>134 S Dixie Hwy<br>Suite 209<br>Hallandale Beach, FL 33009 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Bio-Cycle Medical Waste Mgmt<br>PO Box 840113<br>Saint Augustine, FL 32080 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Bioteque America Inc<br>1302 Exchange Dr<br>#150<br>Richardson, TX 75081 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest** | Administrative Services Agreement | Blue Cross and Blue Shield of Florida d/b/a Florida Blue<br>4800 Deerwood Campus Parkway<br>Jacksonville, FL 32246 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.139 | **State what the contract or lease is for and the nature of the debtor's interest** | Physician Group Medical Services Agreement and Amendments | Blue Cross and Blue Shield of Florida, Inc.<br>4800 Deerwood Campus Parkway<br>Jacksonville, FL 32246 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.140 | **State what the contract or lease is for and the nature of the debtor's interest** | Value-Based Program Agreeement and Amendments | Blue Cross and Blue Shield of Florida, Inc.<br>4800 Deerwood Campus Parkway<br>Jacksonville, FL 32246 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Physician Group Medical Services Agreement | Blue Cross Blue Shield of Florida, Inc.<br>Attn: Shawn Trotter-Mitchell<br>4800 Deerwood Campus Parkway<br>Jacksonville, FL 32246 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.142 **State what the contract or lease is for and the nature of the debtor's interest** Fourth Amendment to Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

Blue Cross Blue Shield of Florida, Inc. and Health Options, Inc.
Attn: Shawn Trotter-Mitchell
4800 Deerwood Campus Parkway
Jacksonville, FL 32246

2.143 **State what the contract or lease is for and the nature of the debtor's interest** Promissory Note
**State the term remaining** Unknown
**List the contract number of any government contract**

Bob Trinh - Address on File

2.144 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Bobby Trinh - Address on File

2.145 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Bonita Beth Marburger - Address on File

2.146 **State what the contract or lease is for and the nature of the debtor's interest** Services Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

Bortone, Nancy L - Address on File

2.147 **State what the contract or lease is for and the nature of the debtor's interest** Services Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

Boston Scientific Corporation
PO Box 951653
Dallas, TX 75395-1653

| | | | |
|---|---|---|---|
| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Bradley Joseph Campbell - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.149 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Agreement | Brainier Solutions Inc.<br>Attn: Kent Walker<br>7540 Bush Lake Road<br>Minneapolis, MN 55439 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.150 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Agreement | Brainier Solutions, Inc.<br>7540 Bush Lake Road<br>Minneapolis, MN 55439 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.151 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Brandee N. Shields - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.152 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Brandi L Jewell - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.153 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Brandi M. Higgins - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.154 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter — Brandie L. Ward - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.155 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter — Brandilynn M Schickert - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.156 **State what the contract or lease is for and the nature of the debtor's interest** Services Agreement — Breitenbach, Carla - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.157 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter — Brendan F Pelzer - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.158 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter — Brett D Gurden - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.159 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter — Brian A Hoffar - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.160 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Brianna Lynn Holm - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.161 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Briannette Letta Rachamel Ranger - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.162 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Brittany A Alfrey - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.163 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Brittany Harris - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.164 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Brittany L. James - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.165 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Brittany Leigh Stafford - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| 2.166 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Brittany Lynn Marlette - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.167 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Brittany N Honaker - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.168 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Brittany Narvaez - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.169 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Brittany Sharice Brown - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.170 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Brooke A Leever - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.171 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Brooke E Semonasky - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.172 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Brooke Thermidor - Address on File

2.173 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Brooks Betts - Address on File

2.174 **State what the contract or lease is for and the nature of the debtor's interest** Office Building Sublease Agreement and Amendments
**State the term remaining** Unknown
**List the contract number of any government contract**

BRP Insurance I, LLC (f/k/a BRP Medicare Insurance, LLC)
4211 W. Boy Scout Blvd.
Ste. 800
Tampa, FL 33607

2.175 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Buffy Ann Austin - Address on File

2.176 **State what the contract or lease is for and the nature of the debtor's interest** Services Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

Business Techs Inc.
421 North Palmetto Street
Leesburg, FL 34748

2.177 **State what the contract or lease is for and the nature of the debtor's interest** Services Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

CallTower
PO Box 201083
Dallas, TX 75320-1083

| | | | |
|---|---|---|---|
| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Camille I Forrest-Rigsby - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Candice Forza - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest** | Social Recruiting Service Order | CareerArc Group LLC<br>4100 West Alameda Ave<br>Ste 300<br>Burbank, CA 91505 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.181 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Carla P Marinoni - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.182 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Carla Williams - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.183 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Carlene Howell - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.184 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Carlton R Turner - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.185 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Carol Ann Mahaney - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.186 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Carol Ann Shifflette - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.187 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Carol Lynn Reichbaum - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.188 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Carol M Rossa - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Carolyn A. Barner - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Carrie Joan McKinney - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Casey L Palmer - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.192 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Cassandra Bridges - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.193 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Catherine Faulkner - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.194 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Catherine L Sullivan - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.195 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Catherine M Heater - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.196 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Cathy Lynn Rhodes - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.197 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Central Florida Health and Wellness Magazine<br>1630 Caxambas Ct<br>Marco Island, FL 34145 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.198 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Certiphi Screening Inc<br>PO Box 1675<br>Southampton, PA 18966 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.199 | **State what the contract or lease is for and the nature of the debtor's interest** | Veytec, Inc. Cisco Webex Calling Proposal | Veytec, Inc.<br>2301 Silver Star Rd.<br>Orlando, FL 32804 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.200 | **State what the contract or lease is for and the nature of the debtor's interest** | Study Collaboration Agreement | CFL Research<br>7580 Middleton Dr.<br>Middleton, FL 34762 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.201 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement | CFL Research, Inc.<br>7580 Middleton Dr.<br>Middleton, FL 34762 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.202 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Chad Collins - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.203 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Chandica Misir - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.204 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Change Healthcare<br>PO Box 5581<br>Augusta, ME 04332-5581 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.205 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Charity Lynn Estelle Ross - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.206 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Charlene Ellen Jalovi - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.207 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Charlene M Rogers - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.208 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Charlene R Brannen - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.209 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Charles A Conger Jr - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.210 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Charles Edwards Muston - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.211 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Charles Williams Axe - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.212 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Charliveliz Jones - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.213 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Chauntel L Field - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.214 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Chelsey May Sundberg - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.215 **State what the contract or lease is for and the nature of the debtor's interest** Promissory Note

Cheri Benedetti - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.216 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Cheri Benedetti - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.217 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Cheryl Denzer - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.218 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Christina Lynette Montgomery - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.219 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Christina Marie Houston - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.220 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Christina Marie Mancil - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.221 **State what the contract or lease is for and the nature of the debtor's interest** Employment Agreement

Christina Steiner - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.222 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Christina Steiner - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.223 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Christine Baes Tomboc - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.224 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Christine Elizabeth Sterner - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.225 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Christine Marie Hurst - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| 2.226 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Christopher S Pead - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.227 | **State what the contract or lease is for and the nature of the debtor's interest** | Excess D&O Extension Policy | CHUBB<br>11575 Great Oaks Way<br>Ste 2001<br>Alpharetta, GA 30022 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.228 | **State what the contract or lease is for and the nature of the debtor's interest** | Management Liability Extension (D&O) & Tail Policy | CHUBB<br>11575 Great Oaks Way<br>Ste 2001<br>Alpharetta, GA 30022 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.229 | **State what the contract or lease is for and the nature of the debtor's interest** | Provider Group Services Agreement | Cigna HealthCare of Florida, Inc.<br>PO Box 188012<br>Chattanooga, TN 37422 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.230 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Cimone Witter - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.231 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Cindy Berry - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.232 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Cindy L Pauley - Address on File

2.233 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Cindy Louise Biggs - Address on File

2.234 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Cintia Leticia Flores - Address on File

2.235 **State what the contract or lease is for and the nature of the debtor's interest** Enterprise Agreement 3.0 Program Terms - End Users
**State the term remaining** Unknown
**List the contract number of any government contract**

Cisco
170 West Tasman Drive
San Jose, CA 95128

2.236 **State what the contract or lease is for and the nature of the debtor's interest** Deposit Account Control Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

Citizens First Bank
PO Box 1927
Lady Lake, FL 32158-1927

2.237 **State what the contract or lease is for and the nature of the debtor's interest** Irrevocable Standby Letter of Credit No 189
**State the term remaining** Unknown
**List the contract number of any government contract**

Citizens First Bank
PO Box 1927
Lady Lake, FL 32158-1927

2.238  **State what the contract or lease is for and the nature of the debtor's interest**  Services Agreement

Citrus Hearing Impaired Program
109 E. Crystal St.
Crystal River, FL 34428

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.239  **State what the contract or lease is for and the nature of the debtor's interest**  Business Associate Agreement

Citrus Hearing Impaired Program
109 E. Crystal St.
Crystal River, FL 34428

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.240  **State what the contract or lease is for and the nature of the debtor's interest**  Services Agreement

City of Wildwood
100 N Main St.
Wildwood, FL 34785

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.241  **State what the contract or lease is for and the nature of the debtor's interest**  Employment Contract or Letter

Cody DeLibro - Address on File

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.242  **State what the contract or lease is for and the nature of the debtor's interest**  Employment Contract or Letter

Colleen Egger - Address on File

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.243  **State what the contract or lease is for and the nature of the debtor's interest**  Employment Contract or Letter

Colleen Lyn Culver - Address on File

**State the term remaining**  Unknown

**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| 2.244 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Comcast<br>1100 Northpoint Pkwy W<br>Palm Beach, FL 32162 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.245 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Comfort Care Medical Equipment & Uniforms Inc<br>17860 SE 109th Ave<br>Ste 630<br>Summerfield, FL 34491 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.246 | **State what the contract or lease is for and the nature of the debtor's interest** | Storage Space Rental Agreement | Compass Self Storage, LLC, agent for ASV 15, and Rich Nescio<br>20445 Emerald Pkwy Dr. SW<br>Ste 220<br>Cleveland, OH 44135 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.247 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement for Physician Locum Tenens Coverage | CompHealth<br>7259 South Bingham Junction Blvd<br>Midvale, UT 84047 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.248 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement for Physician Locum Tenens Coverage Fees in Confirmation | CompHealth<br>Attn: Shay Rolfson<br>7259 South Bingham Junction Blvd<br>Midvale, UT 84047 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.249 | **State what the contract or lease is for and the nature of the debtor's interest** | Contingency Search Agreement Confirmation | CompHealth Associates, Inc.<br>PO Box 972625<br>Dallas, TX 75397-2625 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.250 **State what the contract or lease is for and the nature of the debtor's interest** Contingency Search Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

CompHealth Associates, Inc.
35 Nutmeg Drive
#360
Trumbull, CT 06611

2.251 **State what the contract or lease is for and the nature of the debtor's interest** Contingency Search Agreement Confirmation
**State the term remaining** Unknown
**List the contract number of any government contract**

CompHealth Associates, Inc.
35 Nutmeg Drive
#360
Trumbull, CT 06611

2.252 **State what the contract or lease is for and the nature of the debtor's interest** Master Lease Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

Connection Financial Services
2330 I-30
Mesquite, TX 75150

2.253 **State what the contract or lease is for and the nature of the debtor's interest** Services Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

Connective Health Inc.
348 Cambridge Rd
Suite 162
Woburn, MA 01801

2.254 **State what the contract or lease is for and the nature of the debtor's interest** Provider Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

Connective Health, Inc.
Attn: Ryan Hess
348 Cambridge Rd
Suite 162
Woburn, MA 01801

2.255 **State what the contract or lease is for and the nature of the debtor's interest** First Amendment to Provider Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

Connective Health, Inc.
Attn: Ryan Hess
348 Cambridge Rd
Suite 162
Woburn, MA 01801

2.256 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Connie Leree Perry - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.257 **State what the contract or lease is for and the nature of the debtor's interest** Services Agreement

Consensus Cloud Solutions, LLC
PO Box 51873
Los Angeles, CA 90051

**State the term remaining** Unknown

**List the contract number of any government contract**

2.258 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Cortney Alysse Pope - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.259 **State what the contract or lease is for and the nature of the debtor's interest** Qualified Entity Data Use Agreement

Cotiviti, Inc.
50 Danbury Road
Wilton, CT 06897

**State the term remaining** Unknown

**List the contract number of any government contract**

2.260 **State what the contract or lease is for and the nature of the debtor's interest** Qualified Entity Data Use Agreement

Cotiviti, Inc.
Attn: RaeAnn Grossman
c/o ESU Team
50 Danbury Road
Wilton, CT 06897

**State the term remaining** Unknown

**List the contract number of any government contract**

2.261 **State what the contract or lease is for and the nature of the debtor's interest** Business Associate Agreement

CounselEar, LLC
Attn: Brian Urban
1206 Simpson St
Evanston, IL 60201

**State the term remaining** Unknown

**List the contract number of any government contract**

2.262 **State what the contract or lease is for and the nature of the debtor's interest** Business Associate Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

CounselEar, LLC
Attn: Brian Urban
1206 Simpson St
Evanston, IL 60201

2.263 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Courtney A. Boyer - Address on File

2.264 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Courtney Beall Benner - Address on File

2.265 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Courtney Blair Orrange - Address on File

2.266 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Courtney Johnson - Address on File

2.267 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Courtney Nicole Holley - Address on File

| | | | |
|---|---|---|---|
| 2.268 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Courtney Tompkins - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.269 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Covidien Sales LLC<br>4642 Collection Center Dr<br>Chicago, IL 60693-0046 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.270 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Cox Fire Protection<br>7910 Professional Place<br>Tampa, FL 33637 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.271 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Creshawnia Hazel Griffin - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.272 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Crista J. Willis - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.273 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Cristina France Arana De Fonseca - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.274 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | Crothall<br>1500 Liberty Ridge Dr<br>Ste 210<br>Wayne, PA 19087 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.275 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement and Amendments | Crothall Healthcare Inc.<br>1500 Liberty Ridge Dr<br>Ste 210<br>Wayne, PA 19087 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.276 | State what the contract or lease is for and the nature of the debtor's interest | Addendum C to Master Service Agreement and Janitorial and Day Porter Services Rider | Crothall Healthcare, Inc.<br>1500 Liberty Ridge Dr<br>Ste 210<br>Wayne, PA 19087 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.277 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Agreement | Crothall Healthcare, Inc.<br>1500 Liberty Ridge Dr<br>Ste 210<br>Wayne, PA 19087 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.278 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Agreement | Crothall Healthcare, Inc.<br>1500 Liberty Ridge Dr<br>Ste 210<br>Wayne, PA 19087 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.279 | State what the contract or lease is for and the nature of the debtor's interest | Addendum D to Master Service Agreement | Crothall Healthcare, Inc.<br>1500 Liberty Ridge Dr<br>Ste 210<br>Wayne, PA 19087 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.280 | State what the contract or lease is for and the nature of the debtor's interest | Letter Agreement | Crowe LLP<br>3815 River Crossing Pkwy<br>Ste 300<br>Indianapolis, IN 46240-0977 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.281 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Services Agreement | Crowe LLP<br>3815 River Crossing Pkwy<br>Ste 300<br>Indianapolis, IN 46240-0977 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.282 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Crystal B Hart - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.283 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Crystal M Long - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.284 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Crystal Nadareski - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.285 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | CSU<br>PO Box 2230<br>Lady Lake, FL 32158 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.286 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Customize It Right LLC<br>Attn: Eric Casillas<br>5744 Windsong Oak Dr<br>Leesburg, FL 34748 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.287 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Cynthia Dawn Steele - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.288 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Cynthia Lee Patricelli - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.289 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Dana Marie Dowling - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.290 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Dana Marie Podrasky - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.291 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Daneen Kay Hayes - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.292 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Daniel M Goolsby - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.293 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Daniel Pressner - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.294 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Daniel W Whinnen - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.295 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Daniel Wade Dunham - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.296 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Danielle Ann Clary - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.297 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Danielle D Collins - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| 2.298 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Danielle L McFaddin - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.299 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Danielle Lenee Blakemore - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.300 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Danielle N Wilson - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.301 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Danielle R Moncada - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.302 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Danna Jimenez Torres - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.303 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Danny Omar Rivera - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.304 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Daphne A. Bagwell - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.305 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Daris N Redmon - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.306 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Darlene P Strossi - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.307 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Darrell M Zaugg - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.308 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

David Goss - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.309 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

David K Goolsby - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.310 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
David Keleher - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.311 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
David L Modders - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.312 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Dawn Carla McCue - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.313 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Dawn Davis - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.314 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Deanna Nicole Dameron - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.315 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Debbie S. Gillespie - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.316 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Deborah Jeanne Mills - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.317 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Debra A Fisette - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.318 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Debra J. Clare - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.319 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Debra L. Siwinski - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.320 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Deirdre Mahadeo - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.321 **State what the contract or lease is for and the nature of the debtor's interest** Directed Trust Agreement
Delaware Charter Guarantee & Trust Company d/b/a Principal Trust Company
1013 Centre Rd.
Wilmington, DE 19805
**State the term remaining** Unknown
**List the contract number of any government contract**

2.322 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Delina Marie Chapman - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.323 **State what the contract or lease is for and the nature of the debtor's interest** Confidential Settlement Agreement and general Release
Deneal Sullivan - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.324 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Denise Hopkinson - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.325 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Denise Marie O'Connor - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.326 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Denise Portillo - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.327 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Denise Vinci - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.328 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Deon K. Sutherland - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.329 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Derrick Carl Dickens - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.330 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Derrick Dees - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.331 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Desiree Casasnovas-Lopez - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.332 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Desiree Hartzell - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.333 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Diana Flaker Andrade - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| 2.334 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Diana Matos-Brito - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.335 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Diane M Ostroski - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.336 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Diane S Welzel - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.337 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Dianna Iannarino - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.338 | **State what the contract or lease is for and the nature of the debtor's interest** | Benefit Advisory and Consulting Services Service Agreement | Digital Insuarance LLC ("ONEDigital")<br>Attn: Beverly Beattie<br>200 Galleria Parkway<br>Suite 1950<br>Atlanta, GA 30339 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.339 | **State what the contract or lease is for and the nature of the debtor's interest** | Benefit Advisory and Consulting Services Service Agreement | Digital Insuarance LLC ("ONEDigital")<br>Attn: Beverly Beattie<br>200 Galleria Parkway<br>Suite 1950<br>Atlanta, GA 30339 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.340 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Dina Adame - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.341 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement | DispatchHealth - Florida, Inc.<br>Attn: General Counsel<br>3825 N Lafayette St<br>Denver, CO 80205 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.342 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Dixie Safe and Lock Services LLC<br>4217 Idlewild Dr<br>Fruitland Park, FL 34731 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.343 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Dody Lynn Divell - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.344 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Dominica Labrie Penny - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.345 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Donna K Koss-Bradish - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.346 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Donna M Meeks - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.347 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Donna M Vitani - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.348 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Donna Martinez - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.349 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Dorothy Black Love - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.350 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Dorrisa Mullen - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.351 **State what the contract or lease is for and the nature of the debtor's interest** Talent Finder Order Form

Doximity, Inc.
500 3rd Street
Ste. 510
San Francisco, CA 94107

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| 2.352 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Dr Lakhvir Pabla - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.353 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Dr. Stephen Rachael - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.354 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Dustin Whitehead - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.355 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | DynaFire<br>109 Concord Dr<br>Casselberry, FL 32707 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.356 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement | Echo, Inc.<br>17391 Durrance Rd<br>N. Ft. Myers, FL 33917 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.357 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Edith Waggie - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.358 **State what the contract or lease is for and the nature of the debtor's interest**    Employment Contract or Letter

Edmund G. Lewis - Address on File

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.359 **State what the contract or lease is for and the nature of the debtor's interest**    Employment Contract or Letter

Edward John Kowalski - Address on File

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.360 **State what the contract or lease is for and the nature of the debtor's interest**    Employment Contract or Letter

Eileen R Tschirhart - Address on File

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.361 **State what the contract or lease is for and the nature of the debtor's interest**    Employment Contract or Letter

Elexa C Molinary - Address on File

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.362 **State what the contract or lease is for and the nature of the debtor's interest**    Employment Contract or Letter

Elisa Marie Romero - Address on File

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.363 **State what the contract or lease is for and the nature of the debtor's interest**    Employment Contract or Letter

Elizabeth Ann Lewis - Address on File

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.364 **State what the contract or lease is for and the nature of the debtor's interest**    Employment Contract or Letter

Elizabeth Ann Rush - Address on File

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.365 **State what the contract or lease is for and the nature of the debtor's interest**    Employment Contract or Letter

Elizabeth Anne Pautler - Address on File

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.366 **State what the contract or lease is for and the nature of the debtor's interest**    Employment Contract or Letter

Elizabeth M Raquet - Address on File

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.367 **State what the contract or lease is for and the nature of the debtor's interest**    Employment Contract or Letter

Elizabeth Mann - Address on File

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.368 **State what the contract or lease is for and the nature of the debtor's interest**    Employment Contract or Letter

Elizabeth Renita Koppel - Address on File

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.369 **State what the contract or lease is for and the nature of the debtor's interest**    Employment Contract or Letter

Elliot J Sussman - Address on File

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.370 **State what the contract or lease is for and the nature of the debtor's interest** Promissory Note — Elliot Sussman - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.371 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter — Emilio Noble - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.372 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter — Emily Alexis Guthrie - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.373 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter — Emily Descano - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.374 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter — Emily Elizabeth Ocasio - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.375 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter — Emily Gore - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.376 **State what the contract or lease is for and the nature of the debtor's interest** Contingency Agreement

**State the term remaining** Unknown

**List the contract number of any government contract**

Enterprise Medical Recruiting
17304 Preston Rd
Ste. 1150
Dallas, TX 75252

2.377 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

**State the term remaining** Unknown

**List the contract number of any government contract**

Eric Christopher Taupier - Address on File

2.378 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

**State the term remaining** Unknown

**List the contract number of any government contract**

Eric Diaferio - Address on File

2.379 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

**State the term remaining** Unknown

**List the contract number of any government contract**

Ericina Gaines - Address on File

2.380 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

**State the term remaining** Unknown

**List the contract number of any government contract**

Erika Alejandra Ordonez - Address on File

2.381 **State what the contract or lease is for and the nature of the debtor's interest** Management Liability Extension (D&O) & Tail Policy

**State the term remaining** Unknown

**List the contract number of any government contract**

Erisk
100 Enterprise Drive, Suite 600
Rockaway, NJ 07866

2.382 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Evelyn T Bonoso Velasco - Address on File

2.383 **State what the contract or lease is for and the nature of the debtor's interest** Services Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

Executive Livery Service LLC
322 E. Central Blvd
Unit 1002
Orlando, FL 32801

2.384 **State what the contract or lease is for and the nature of the debtor's interest** Services Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

Expert Cleaning
201 Josephine Ave
Fruitland Park, FL 34731

2.385 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Fadia Mola - Address on File

2.386 **State what the contract or lease is for and the nature of the debtor's interest** Master Services Agreement and Proposal #002
**State the term remaining** Unknown
**List the contract number of any government contract**

Fast Slow Motion, LLC
120 19th Street North
Suite 2001
Birmingham, AL 35203

2.387 **State what the contract or lease is for and the nature of the debtor's interest** Proposal
**State the term remaining** Unknown
**List the contract number of any government contract**

Fast Slow Motion, LLC
120 19th Street North
Suite 2001
Birmingham, AL 35203

Debtor The Villages Health System, LLC Case number (if known) 25-04156
Name

2.388 **State what the contract or lease is for and the nature of the debtor's interest** Proposal #: 002 Change Order #: 001

**State the term remaining** Unknown

**List the contract number of any government contract**

Fast Slow Motion, LLC
120 19th Street North
Suite 2001
Birmingham, AL 35203

2.389 **State what the contract or lease is for and the nature of the debtor's interest** Proposal #: 002 Change Order #: 001

**State the term remaining** Unknown

**List the contract number of any government contract**

Fast Slow Motion, LLC
120 19th Street North
Suite 2001
Birmingham, AL 35203

2.390 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

**State the term remaining** Unknown

**List the contract number of any government contract**

Faustino Ang MACUHA - Address on File

2.391 **State what the contract or lease is for and the nature of the debtor's interest** Services Agreement

**State the term remaining** Unknown

**List the contract number of any government contract**

FedEx
PO Box 660481
Dallas, TX 75266-0481

2.392 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

**State the term remaining** Unknown

**List the contract number of any government contract**

Felicia Laundry - Address on File

2.393 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

**State the term remaining** Unknown

**List the contract number of any government contract**

Felicia Lynn Marie Bare - Address on File

| | | | |
|---|---|---|---|
| 2.394 | **State what the contract or lease is for and the nature of the debtor's interest** | Virtual Care Services Agreement | First Stop Health, LLC<br>24 E Washington St<br>Suite 875<br>Chicago, IL 60602 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.395 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | FitThumb<br>PO Box 91945<br>Sioux Falls, SD 57109 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.396 | **State what the contract or lease is for and the nature of the debtor's interest** | Office Building Sublease Agreement and Amendments | Florida Blue Medicare, Inc.<br>4800 Deerwood Campus Pkwy.<br>Jacksonville, FL 32246 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.397 | **State what the contract or lease is for and the nature of the debtor's interest** | Care Collaboration and Data Use Agreement | Florida Cancer Specialists & Research Institute, LLC<br>2890 Center Pointe Dr.<br>Ft. Myers, FL 33324 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.398 | **State what the contract or lease is for and the nature of the debtor's interest** | Care Collaboration and Data Use Agreement | Florida Cancer Specialists & Research Institute, LLC<br>5550 W. Executive Dr<br>Tampa, FL 33609 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.399 | **State what the contract or lease is for and the nature of the debtor's interest** | Search Assignment Confirmation Letter and Agreement | Focus Search Partners<br>5501 Virginia Way<br>Suite 120<br>Brentwood, TN 37027 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.400 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement - General Employment Matters | Ford & Harrison LLP<br>Attn: Louis D. Wilson<br>100 Rialto Pl<br>Ste 610<br>Melbourne, FL 32901 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.401 | **State what the contract or lease is for and the nature of the debtor's interest** | Rental Agreement | Fort Knox Self Storage – Lady Lake<br>13634 U.S. Hwy 441<br>Lady Lake, FL 32159 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.402 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Francena Williford - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.403 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Frank James Melidona - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.404 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Frederick Boado Niegos - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.405 | **State what the contract or lease is for and the nature of the debtor's interest** | Direct Hire Recruitment Services | Frederick Fox LLC<br>2405 Quantum Blvd.<br>Boynton Beach, FL 33426 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.406 **State what the contract or lease is for and the nature of the debtor's interest** Excess D&O Side A $5X$20 Policy

Freedom Specialty Insurance Company
One West Nationwide Blvd
Columbus, OH 43215

**State the term remaining** Unknown

**List the contract number of any government contract**

2.407 **State what the contract or lease is for and the nature of the debtor's interest** Excess D&O Side A $5X$5 Policy

Freedom Specialty Insurance Company
One West Nationwide Blvd
Columbus, OH 43215

**State the term remaining** Unknown

**List the contract number of any government contract**

2.408 **State what the contract or lease is for and the nature of the debtor's interest** Services Agreement

Frontier Therapeutics Inc
505 Ellicott St.
Suite A5
Buffalo, NY 14203

**State the term remaining** Unknown

**List the contract number of any government contract**

2.409 **State what the contract or lease is for and the nature of the debtor's interest** Letter

FTI Consulting, Inc.
16701 Melford Blvd, Suite 200
Bowie, MD 20715

**State the term remaining** Unknown

**List the contract number of any government contract**

2.410 **State what the contract or lease is for and the nature of the debtor's interest** Recruiting Contract and Supplements

Fuel Medical Group, LLC
314 NE Birch St.
Camas, WA 98607

**State the term remaining** Unknown

**List the contract number of any government contract**

2.411 **State what the contract or lease is for and the nature of the debtor's interest** Recruitment Contract

Fuel Medical Recruiting Services
314 NE Birch
St. Camas, WA 98607

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| 2.412 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Gabrielle Iyoob - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.413 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | GE Healthcare<br>PO Box 96483<br>Chicago, IL 60693 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.414 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Gena L. Winnings - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.415 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Genia M Lozinski - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.416 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Gillian DiCara - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.417 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Gina Renee Carter - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.418 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Gipson Place Utility<br>PO Box 2230<br>The Villages, FL 32158 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.419 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Giselle Leonard - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.420 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Gladis Mata - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.421 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Glenda Gail Albers - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.422 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form | Glooko<br>579 University Ave<br>Palo Alto, CA 94301 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.423 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | GN ReSound<br>3337 Brassie Ter<br>The Villages, FL 32163 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.424 **State what the contract or lease is for and the nature of the debtor's interest** Engagement Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036

2.425 **State what the contract or lease is for and the nature of the debtor's interest** Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036

2.426 **State what the contract or lease is for and the nature of the debtor's interest** Contingency Fee Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

Goodwin Recruiting
4 Center Street
Exeter, NH 03833-0000

2.427 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Gracie Mae Alley - Address on File

2.428 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Greg J Jun - Address on File

2.429 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Greg Joseph Hawkesworth - Address on File

2.430 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Greg V Freeman - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.431 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Haile M Holder - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.432 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Hannah Hrab - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.433 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Hannah Shuyler - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.434 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Harsha Rajashekar - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.435 **State what the contract or lease is for and the nature of the debtor's interest** Services Agreement

Hawkins, Charles - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| 2.436 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Haydee C. Colon - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.437 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Haylee Natasha Mathis - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.438 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Hayvis Decan Morffe - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.439 | **State what the contract or lease is for and the nature of the debtor's interest** | Physician Group Medical Services Agreement and Amendments | Health Options, Inc.<br>4800 Deerwood Campus Pkwy.<br>DC1-7<br>Jacksonville, FL 32246 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.440 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Physician Group Medical Services Agreement | Health Options, Inc.<br>2450 Hollywood Blvd<br>Suite 203<br>Hollywood, FL 33020 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.441 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Healthcare Support Staffing, Inc.<br>101 Southhall Lane<br>Suite 100<br>Maitland, FL 32751 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.442 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement - Criminal Background Check Package | Healthcare Support Staffing, Inc.<br>PO Box 604168<br>Charlotte, NC 28260-4168 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.443 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement - Criminal Background Check Package | Healthcare Support Staffing, Inc.<br>PO Box 604168<br>Charlotte, NC 28260-4168 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.444 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Healthcare Support Staffing, Inc.<br>101 Southhall Lane<br>Suite 100<br>Maitland, FL 32751 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.445 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | HealthStream<br>500 11th Ave N<br>Ste 1000<br>Nashville, TN 37203 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.446 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form | HealthStream Inc.<br>500 11th Ave N<br>Ste 1000<br>Nashville, TN 37203 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.447 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form Pricing | HealthStream Inc.<br>Attn: Jennie Julius<br>500 11th Ave N<br>Ste 1000<br>Nashville, TN 37203 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.448 | State what the contract or lease is for and the nature of the debtor's interest | Contingency Agreement | Healthwaze, Inc.<br>3036 Geiger Ct.<br>Clearwater, FL 33761 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.449 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Heather Ann Goss - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.450 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Heather Dawn Robinson - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.451 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Heather Ellington - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.452 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Heather Hanson Vann - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.453 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Heather L Stevens - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.454 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Heather VanRiet - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.455 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Helen Dorothea Grinstead - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.456 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Henry Schein, Inc.<br>Box 371952<br>Pittsburgh, PA 15250-7952 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.457 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Hills Shred Express<br>P.O. Box 1718<br>Ocala, FL 34478-1718 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.458 | **State what the contract or lease is for and the nature of the debtor's interest** | Direct-Hire Contract/Right to Hire Service Agreement | HireProHealth, LLC<br>6767 Old Madison Pike<br>Suite 710<br>Huntsville, AL 35806 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.459 | **State what the contract or lease is for and the nature of the debtor's interest** | Addendum | HireProHealth, LLC<br>6767 Old Madison Pike<br>Suite 710<br>Huntsville, AL 35806 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.460 **State what the contract or lease is for and the nature of the debtor's interest** Intellectual Property License Agreement and Amendment(s)
**State the term remaining** Unknown
**List the contract number of any government contract**

Holding Company of The Villages, Inc.
7580 Middleton Dr.
Middleton, FL 34762

2.461 **State what the contract or lease is for and the nature of the debtor's interest** Trademark License Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

Holding Company of The Villages, Inc.
7580 Middleton Dr.
Middleton, FL 34762

2.462 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Holly Ann Peninger - Address on File

2.463 **State what the contract or lease is for and the nature of the debtor's interest** Services Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

Honey-Do's LLC
357 Walters Pl
Fruitland Park, FL 34731-5132

2.464 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Hugo Bloise - Address on File

2.465 **State what the contract or lease is for and the nature of the debtor's interest** Participation Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

Humana
Attn: Dana Goolsby-Shelton
240 E Central Pkwy
Ste 1010
Altamonte Springs, FL 32701-7848

| | | | |
|---|---|---|---|
| 2.466 | **State what the contract or lease is for and the nature of the debtor's interest** | Participation Agreement | Humana<br>Attn: Law Department<br>PO Box 1438<br>Louisville, KY 40201-1438 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.467 | **State what the contract or lease is for and the nature of the debtor's interest** | Independent Practice Association Participation Agreement and Amendment | Humana Health Insurance Company of Florida, Inc.<br>500 W. Main St.<br>Louisville, KY 40202 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.468 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to the Agreement | Humana Health Insurance Company of Florida, Inc.<br>500 W. Main St.<br>Louisville, KY 40202 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.469 | **State what the contract or lease is for and the nature of the debtor's interest** | Independent Practice Association Participation Agreement and Amendment | Humana Insurance Company<br>101 E. Main Street<br>Louisville, KY 40202 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.470 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to the Agreement | Humana Insurance Company, Humana Health Insurance Company of Florida, Inc.<br>500 W. Main St.<br>Louisville, KY 40202 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.471 | **State what the contract or lease is for and the nature of the debtor's interest** | Office Building Sublease Agreement and Amendments | Humana Marketpoint, Inc.<br>500 W. Main St.<br>Louisville, KY 40202 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.472 | **State what the contract or lease is for and the nature of the debtor's interest** | Independent Practice Association Participation Agreement and Amendment | Humana Medical Plan, Inc.<br>500 W. Main St.<br>Louisville, KY 40202 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.473 | **State what the contract or lease is for and the nature of the debtor's interest** | Provider Agreement and Amendment | Ilumed, LLC<br>775 W. Indiantown Rd<br>Jupiter, FL 33458 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.474 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment to Participating Provider Agreement | Ilumed, LLC<br>775 W. Indiantown Rd<br>Jupiter, FL 33458 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.475 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | ImageFirst<br>PO Box 748385<br>Atlanta, GA 30374-8385 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.476 | **State what the contract or lease is for and the nature of the debtor's interest** | Business Associate Agreement | In What Language LLC<br>Attn: Account Manager<br>650 S. 550 W<br>Salt Lake City, UT 84101 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.477 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | In What Language LLC<br>3007 S. West Temple<br>Suite L<br>Salt Lake City, UT 84115 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.478 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | Inferscience<br>PO Box 823<br>Lake Wales, FL 33859 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.479 | State what the contract or lease is for and the nature of the debtor's interest | Master Software as a Service Agreement and Service Order | Inferscience Inc.<br>PO Box 823<br>Lake Wales, FL 33859 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.480 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | Innovative Card Scanning, Inc. dba INUVIO<br>811 E Plano Pkwy<br>Plano, TX 75074-6860 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.481 | State what the contract or lease is for and the nature of the debtor's interest | Service Order | Interscience<br>PO Box 823<br>Lake Wales, FL 33859-0823 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.482 | State what the contract or lease is for and the nature of the debtor's interest | Master Software As a Service Agreement | Interscience Inc.<br>Attn: Sunil Nihalani, MD<br>61 Chapel St<br>Newton, MA 02458 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.483 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Irina Shubov - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.484 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Iris Magdalena Marquez - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.485 | **State what the contract or lease is for and the nature of the debtor's interest** | Pricing Schedule | Iron Mountain<br>One Federal St.<br>Boston, MA 02110-0000 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.486 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Isaida Rodriguez Sanderson - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.487 | **State what the contract or lease is for and the nature of the debtor's interest** | Direct Hire Agreement | J. Morrissey - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.488 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Jaclyn D Peccia - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.489 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Jacob Nathanael Tonsberg - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.490 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Jacqueline S Betz - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.491 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Jacquelyn Walko - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.492 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Jaiastri R. Sankar - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.493 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Jake R. Andrews - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.494 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Jale Keskin - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.495 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Jameka Brown - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.496 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

James Besong - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.497 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

James Flaherty - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.498 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

James Mersey - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.499 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

James Richard Mahaffey - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.500 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

James S Wrobel - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.501 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Jamie M. Howard - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| 2.502 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Jan Crawford West - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.503 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Jan Renee Crosser - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.504 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Janelle L Hamshar - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.505 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Janet F Innis - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.506 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Janet L Psaris - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.507 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Janet L Wheeler - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

2.508 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Janet Metcalfe - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.509 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Janice D Langley - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.510 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Janice Trujillo - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.511 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Janie M Hathcox - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.512 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Janne T Boswell - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.513 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Jashawn D Fluitt - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.514 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Jasmine Jeanty - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.515 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Jean Jun - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.516 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Jeanine Marie Baker - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.517 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Jeanne Lynn Zimmerman - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.518 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Jeannette Marie Souza - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.519 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Jeannie A Torres - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| 2.520 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Jean-Paul Leroy - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.521 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Jeffrey Glenn Snyder - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.522 | **State what the contract or lease is for and the nature of the debtor's interest** | Contractor Agreement | Jeisson Certuche - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.523 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Jenna Leigh Remington - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.524 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Jenna Michele Aliberti - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.525 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Jennifer A Ledbetter - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.526 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Jennifer A. Belcher - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.527 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Jennifer Ann Haack - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.528 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Jennifer D Kelly - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.529 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Jennifer E Pavlik - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.530 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Jennifer E Reinoso - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.531 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Jennifer G Miller - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.532 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Jennifer J Stetkiewicz - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.533 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Jennifer Joy Neumann - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.534 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Jennifer L Howlett - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.535 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Jennifer Leigh Anderson - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.536 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Jennifer M Guzman - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.537 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Jennifer M Spiridigliozzi - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.538 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Jennifer M. Randall - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.539 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Jennifer Marie Baker - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.540 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Jennifer N Dauss - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.541 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Jennifer Nicole White - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.542 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Jennifer R Atkinson - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.543 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Jennifer Sackett - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.544 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Jennifer Steed - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.545 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Jeremy Richard Duncan - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.546 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Jessica L. Kubis - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.547 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Jessica Lynn Crites - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.548 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Jessica Maria Delgadillo - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.549 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Jessica Rachael Desmond - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| 2.550 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Jessie Ann Junker - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.551 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Jill Marie Rongholt - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.552 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Jim Besong, MD - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.553 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Jimmie L. Atkinson - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.554 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Jimmy P Ester - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.555 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Joan Taccini-Olson - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.556 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Joanixia Mary Serrano Castro - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.557 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Joanne Kitson - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.558 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Jodie S Geller - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.559 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Jody L Costanzo - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.560 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Jody Spallone - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.561 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Jofy Gerard - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.562 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | John D. Thompson - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.563 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | John E Hocutt - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.564 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | John French Jr. - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.565 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | John Marshall - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.566 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | John Michael Murphy - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.567 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | John R Ross - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.568 | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Legal Services | Johnson Pope Bokor Ruppel & Burns<br>400 North Ashley Drive<br>Suite 3100<br>Tampa, FL 33602 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.569 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Jolie Ann Remy - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.570 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Jordan Taylor Deboer - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.571 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Jordynn C Lansford - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.572 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Joseph Rios - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.573 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Joseph Rizzi - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.574 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Joyce Devina Kusuma - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.575 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Joyce T. Bridges - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.576 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Judith Lynn Thake - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.577 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Julia Christ Rochester Greenidge - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.578 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Julia Lueallen - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.579 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Julia R Solberg - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.580 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Julie A Steinberg - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.581 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Julie Diane Roberts - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.582 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Julie E. Sudduth - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.583 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Julie Thompson - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.584 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Julie Wuest - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.585 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Justin P Pierro - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.586 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Justine Nicole Sherman - Address on File

2.587 **State what the contract or lease is for and the nature of the debtor's interest** Software-as-a-Service Subscription Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

KAID Health, Inc
77 Alderwood Rd
Newton, MA 02459

2.588 **State what the contract or lease is for and the nature of the debtor's interest** Order Form
**State the term remaining** Unknown
**List the contract number of any government contract**

KAID Health, Inc.
Attn: Kevin Agatstein
77 Alderwood Rd
Newton, MA 02459

2.589 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Kaitlin Salvadori - Address on File

2.590 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Kaitlyn Paige Lampe - Address on File

2.591 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Kalee A Gordon - Address on File

2.592 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Kaley Caruthers - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.593 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Kanika Whitehead - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.594 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Karen D Tobin - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.595 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Karen L Chabrier - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.596 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Karen L Swain - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.597 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Karen L Van Es - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.598 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Karen Teresa Turner - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.599 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Kari L Walker - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.600 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Karla Marie Mercado - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.601 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Karla Zepeda Aguilar - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.602 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Karlene Neil - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.603 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Karrie Ann Clausen - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| 2.604 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Kate Moore - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.605 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Katherine J DaVia - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.606 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Katherine R Hildenbrand - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.607 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Kathie T Greene - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.608 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Kathleen Elizabeth Napier - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.609 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Kathrine L Warring - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.610 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter — Kathryn A. Livesay - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.611 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter — Kathryn Ellen Ricks - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.612 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter — Kathryn Leigh Montgomery - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.613 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter — Kathy L Gehlhausen - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.614 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter — Kathy Ourso - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.615 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter — Katie Rose D'agostino - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.616 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Kayla C McKenney - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.617 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Kayla Music - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.618 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Kayla Phillips - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.619 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Kaylee M Ramsey - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.620 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Kelley Everson - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.621 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Kelley Maland - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| 2.622 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Kelley Maureen Clifford - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.623 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Kelli Ann Kowalski - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.624 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Kelly Ann Belanger - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.625 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Kelly Ann Buckley - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.626 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Kelly K Gallenberger - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.627 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Kelly L Bennett - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.628 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Kelly L. Hogan - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.629 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Kelly Lynn Deboer - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.630 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Kelly Lynn Schwan - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.631 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Kenneth Randolph - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.632 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Kent Alan Kirby - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.633 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Kerecis LLC<br>Dept CH 17640<br>Palatine, IL 60055-7640 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.634 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Software as a Service Agreement | Kestrel Software LLC<br>4 Charles Colman Blvd.<br>Suite 1<br>Pawling, NY 12564 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.635 | **State what the contract or lease is for and the nature of the debtor's interest** | Master "Software as a Service" Agreement | Kestrel Software LLC<br>c/o Harsh Arora, Esq<br>Attn: Kelley Kronenberg<br>10360 W State Rd 84<br>Ft Lauderdale, FL 33324 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.636 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Kiana D McIntyre - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.637 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Kimberly Ann Farmer - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.638 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Kimberly Ann Guzman - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.639 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Kimberly D. Spurgeon - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.640 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Kimberly Elizabeth Gentry - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.641 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Kimberly J Basham - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.642 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Kimberly Leighan Tidwell - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.643 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Kimberly Mae Behney - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.644 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Kimberly T. Weaver - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.645 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Kimberly Venarchick - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| 2.646 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Kimberly Wollett Giovannelli - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.647 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Kira Lynn Kaminski - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.648 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Kirsha, LLC<br>23 Weather View Trail<br>Cartersville, GA 30121 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.649 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Kirsha, LLC<br>23 Weather View Trail<br>Cartersville, GA 30121 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.650 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Korey Ann Goodwin - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.651 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Letter | KPMG LLP<br>2323 Ross Ave<br>Ste 1400<br>Dallas, TX 75201-2721 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.652 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Letter | KPMG LLP<br>2323 Ross Ave<br>Ste 1400<br>Dallas, TX 75201-2721 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.653 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Letter re: Confirmation to Provide Services | KPMG LLP<br>2323 Ross Ave<br>Ste 1400<br>Dallas, TX 75201-2721 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.654 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Kristen C. Smith - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.655 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Kristen Michelle Hubbard - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.656 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Kristin DeBusk - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.657 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Kristin H Gordon - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.658 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Kristina M Azar - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.659 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Krystine Cortes Bou - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.660 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Kyle Jernigan - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.661 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Laboratory Corp of America<br>PO Box 12140<br>Burlington, NC 27216-2140 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.662 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Laboratory Corp of America Hdg<br>PO Box 12140<br>Burlington, NC 27216-2140 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.663 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Laborie Medical<br>PO Box 734615<br>Chicago, IL 60673-4615 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.664 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Lacey Myers - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.665 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Ladonna F. Collinsworth - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.666 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement | Lake Technical Center, Inc.<br>2001 Kurt St<br>Eustis, FL 32796 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.667 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Lakhvir Pabla - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.668 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Lakshmidevi Persaud - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.669 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Re: Dosimetry Services for Radiation Monitoring | Landauer, Inc.<br>2 Science Road<br>Glenwood, IL 60425 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.670 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Larissa L Turner - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.671 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Lashaundra Gray - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.672 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Latefa L. Masoline - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.673 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Latifah Sabree - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.674 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Latisha Shephard - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.675 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Laura Anne Williams - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| 2.676 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Laura Butler Bass - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.677 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Laura Marie Budill - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.678 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Laura T Cloukey - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.679 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Lauralee Golightly - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.680 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Lauren Elizabeth Bartram - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.681 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Lauren M Hana - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.682   **State what the contract or lease is for and the nature of the debtor's interest**    Employment Contract or Letter    Lauren Watts - Address on File

      **State the term remaining**    Unknown

      **List the contract number of any government contract**

2.683   **State what the contract or lease is for and the nature of the debtor's interest**    Employment Contract or Letter    Laurie L. Johnson - Address on File

      **State the term remaining**    Unknown

      **List the contract number of any government contract**

2.684   **State what the contract or lease is for and the nature of the debtor's interest**    Employment Contract or Letter    Laurie Zlotek - Address on File

      **State the term remaining**    Unknown

      **List the contract number of any government contract**

2.685   **State what the contract or lease is for and the nature of the debtor's interest**    Employment Contract or Letter    Lawanna Renae Young - Address on File

      **State the term remaining**    Unknown

      **List the contract number of any government contract**

2.686   **State what the contract or lease is for and the nature of the debtor's interest**    Employment Contract or Letter    Laynee Aleise Bibler - Address on File

      **State the term remaining**    Unknown

      **List the contract number of any government contract**

2.687   **State what the contract or lease is for and the nature of the debtor's interest**    Employment Contract or Letter    Leanne Alaine McGuire - Address on File

      **State the term remaining**    Unknown

      **List the contract number of any government contract**

| | | | |
|---|---|---|---|
| 2.688 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Leanne Carnivale - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.689 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Lela C. Johnson - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.690 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | Lenovo Inc<br>PO Box 643055<br>Pittsburgh, PA 15264-3055 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.691 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | LifeSource Medical<br>998 Lemon Bluff Rd<br>Osteen, FL 00032-1764 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.692 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Lina Fernandez - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.693 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Linda G Gibson - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.694 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Linda Kay Marts - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.695 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Linda L. Riccio - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.696 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Linda Marie Camilleri - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.697 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Linda Marie Lupica - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.698 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Lindsey Danielle Garcia - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.699 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Lindsey Hope Hale - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.700 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Lisa A. Ronan - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.701 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Lisa Ann Smith - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.702 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Lisa Hawk Bueter - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.703 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Lisa Hemminger - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.704 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Lisa J. Hernandez - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.705 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Lisa Jo Jones - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.706 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Lisa L. Edwards - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.707 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Lisa M Gonzalez - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.708 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Lisa Marie Pierro - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.709 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Lisa Marie Taylor - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.710 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Lisa Middleton - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.711 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Lisette Flores - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.712 **State what the contract or lease is for and the nature of the debtor's interest** Cyber Liability Policy
**State the term remaining** Unknown
**List the contract number of any government contract**

Lloyds America
280 Park Ave, East Tower, 25th Flr
New York, NY 10017

2.713 **State what the contract or lease is for and the nature of the debtor's interest** Med Defense (E&O) Policy
**State the term remaining** Unknown
**List the contract number of any government contract**

Lloyds America
280 Park Ave, East Tower, 25th Flr
New York, NY 10017

2.714 **State what the contract or lease is for and the nature of the debtor's interest** Paramedics at Home Program Services Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

Local Health Council of East Central Florida, Inc.
5931 Brick Ct.
Ste 164
Winter Park, FL 32792

2.715 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Loni Kay Williams - Address on File

2.716 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Lori A Vaccaro - Address on File

2.717 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Lori Ann Kramer - Address on File

| | | | |
|---|---|---|---|
| 2.718 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Lori Phipps - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.719 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Lorrie A Moneymaker - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.720 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Lourdes Berrios - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.721 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | LRMC Medical Staff<br>600 E Dixie Ave<br>Leesburg, FL 34748 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.722 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | LSSA<br>PO Box 2230<br>The Villages, FL 32158 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.723 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Luke Isaiah Flores - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

2.724 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Lydia Ann Hartney - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.725 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Lynikia S Gray - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.726 **State what the contract or lease is for and the nature of the debtor's interest** Services Agreement

M&S Air Conditioning
1806 Green Leaf Lane
Leesburg, FL 34748

**State the term remaining** Unknown

**List the contract number of any government contract**

2.727 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Madeline Caraballo Gonzalez - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.728 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Madhu L Sharma - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.729 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Maggie Flatt - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.730 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Maggie McClarnon Johnson - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.731 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Makenzie Hope Carrier - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.732 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Mandy Gayle Pimental - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.733 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Mandy M Pinney - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.734 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Manuel Martinez - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.735 **State what the contract or lease is for and the nature of the debtor's interest** Master Services Agreement

Many Hats, LLC
600 Gaines Way
Winter Park, FL 32789

**State the term remaining** Unknown

**List the contract number of any government contract**

2.736 **State what the contract or lease is for and the nature of the debtor's interest** Statement of Work
**State the term remaining** Unknown
**List the contract number of any government contract**

Many Hats, LLC
600 Gaines Way
Winter Park, FL 32789

2.737 **State what the contract or lease is for and the nature of the debtor's interest** Master Services Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

Many Hats, LLC
600 Gaines Way
Winter Park, FL 32789

2.738 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Marcol Gonzales - Address on File

2.739 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Marcy Ann Christopher - Address on File

2.740 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Margaret Stott - Address on File

2.741 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Maria E Melendez - Address on File

| | | | |
|---|---|---|---|
| 2.742 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Maria Eugenia Parker - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.743 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Maria Nicole Rocker - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.744 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Marietta Milton - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.745 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Marigrace Brumley - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.746 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Marion CPR, Inc<br>850 NE 36th Ter<br>Suite A<br>Ocala, FL 34470 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.747 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Marisel R Chibas - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.748 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Marisol Perez - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.749 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Marjorie Goolsby - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.750 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Mark Nagy Samuel Basily - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.751 | **State what the contract or lease is for and the nature of the debtor's interest** | Excess D&O $5X$5 Policy | Markel American Insurance Company<br>4521 Highwoods Parkway<br>Glen Allen, VA 23060-6148 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.752 | **State what the contract or lease is for and the nature of the debtor's interest** | Management Liability Extension (D&O) & Tail Policy | Markel American Insurance Company<br>4521 Highwoods Parkway<br>Glen Allen, VA 23060-6148 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.753 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Marlene Dee Garcia - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.754 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Marsha Elaine Henry - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.755 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Marsha Janeczko - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.756 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Marshalyne Major - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.757 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Marsue A May - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.758 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Mary A George - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.759 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Mary Catherine Allen - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.760 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Mary Elizabeth Pliego - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.761 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Mary Grace S Tanangkingsing - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.762 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Mary Maelin McFaddin - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.763 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Mary Melati Busto - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.764 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Maryame Bousfiha - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.765 **State what the contract or lease is for and the nature of the debtor's interest** Services Agreement

Massey Services
3609 W Main St.
Leesburg, FL 34748

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| 2.766 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Matheson Tri-Gas Inc.<br>Dept 3028<br>Dallas, TX 75312 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.767 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Mathew Elijah Flores - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.768 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Matthew Andrew Shlapack - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.769 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Matthew C Snow - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.770 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Matthew David Pletka - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.771 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Maureen E Bugnacki - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.772 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Max Wesley Andrade Silva - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.773 | **State what the contract or lease is for and the nature of the debtor's interest** | Independent Contractor Agreement and Amendment | Maxwell College<br>4122 Shepperds Hollow Aly<br>Winter Garden, FL 34787 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.774 | **State what the contract or lease is for and the nature of the debtor's interest** | Independent Contractor Agreement | Maxwell College<br>4122 Shepperds Hollow Aly<br>Winter Garden, FL 34787 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.775 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment To Independent Contractor Agreement | Maxwell College<br>4122 Shepperds Hollow Aly<br>Winter Garden, FL 34787 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.776 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Maya Satmary - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.777 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | MBK Electric, Inc.<br>10400 NW 27th Drive<br>Wildwood, FL 34785 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

Debtor The Villages Health System, LLC Case number (if known) 25-04156
Name

2.778 **State what the contract or lease is for and the nature of the debtor's interest** Purchase Order

**State the term remaining** Unknown

**List the contract number of any government contract**

McKesson
401 Gills Drive
Suite 100
Orlando, FL 32824

2.779 **State what the contract or lease is for and the nature of the debtor's interest** Services Agreement

**State the term remaining** Unknown

**List the contract number of any government contract**

McKesson Medical-Surgical (PO)
401 Gills Drive
Suite 100
Orlando, FL 32824

2.780 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

**State the term remaining** Unknown

**List the contract number of any government contract**

Mechelle A. Sanders - Address on File

2.781 **State what the contract or lease is for and the nature of the debtor's interest** Master Subscription Agreement and Modified Sales Order

**State the term remaining** Unknown

**List the contract number of any government contract**

Medical Design Technologies
3375 Westpark Drive
#111
Houston, TX 77005

2.782 **State what the contract or lease is for and the nature of the debtor's interest** Master Subscription Agreement/ EULA

**State the term remaining** Unknown

**List the contract number of any government contract**

Medical Design Technologies
Attn: D Spiegel
3375 Westpark Drive
#111
Houston, TX 77005

2.783 **State what the contract or lease is for and the nature of the debtor's interest** Services Agreement

**State the term remaining** Unknown

**List the contract number of any government contract**

Medical Design Technologies, LLC
3375 Westpark Drive
#111
Houston, TX 77005

| | | | |
|---|---|---|---|
| 2.784 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Medical Professionals<br>PO Box 910569<br>San Diego, CA 92191 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.785 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Medline Industries, Inc.<br>Dept. CH 14400<br>Palatine, IL 60055-4400 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.786 | **State what the contract or lease is for and the nature of the debtor's interest** | Medical Malpractice Policy | MedPro Group<br>5814 Reed Rd.<br>Fort Wayne, IN 46835 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.787 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Megan N Terrell - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.788 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Melanie L Mendoza - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.789 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Melanie Marquez Rodriguez - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.790 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Melia Rose Steinbacher - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.791 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Melinda Susan Wiley - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.792 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Melissa A Finney - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.793 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Melissa Ann Dement - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.794 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Melissa Ann Dunham - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.795 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Melissa Ann Jacob - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.796 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter — Melissa B Vealey - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.797 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter — Melissa D. Moll - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.798 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter — Melissa E Vincent - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.799 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter — Melissa Joy Kelly - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.800 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter — Melissa L Trumpy - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.801 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter — Melissa Riexinger Swope - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.802 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Melody Voorheis - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.803 **State what the contract or lease is for and the nature of the debtor's interest** Organizational Membership Agreement

MGMA
104 Inverness Terrace E.
Englewood, CO 80112

**State the term remaining** Unknown

**List the contract number of any government contract**

2.804 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Mia C Green - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.805 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Mia Huff - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.806 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Mia Maestre - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.807 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Michael Brandon Sparks - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.808 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Michael Daugherty - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.809 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Michael E Clifford - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.810 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Michael Reed - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.811 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Michael Robert Valdes - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.812 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Michael Roy Young - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.813 **State what the contract or lease is for and the nature of the debtor's interest** Independent Contractor Agreement
Michael Rusnak - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.814 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Michele Franz - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.815 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Michell Ann Garner - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.816 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Michelle Davine Bernard - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.817 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Michelle Kirsten Smith - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.818 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Michelle Lehman - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.819 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Michelle Marie Simpson - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.820 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Michelle Rae Aleman - Address on File

2.821 **State what the contract or lease is for and the nature of the debtor's interest** HIPPA Business Associate Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

Microsoft
One Microsoft Way
Redmond, WA 98052-6399

2.822 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Miguel Andres Mantilla - Address on File

2.823 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Mikki Lynn Digaetano - Address on File

2.824 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Mildred Danielle Cherry - Address on File

2.825 **State what the contract or lease is for and the nature of the debtor's interest** License Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

Milliman, Inc.
17335 Golf Parkway
Suite 100
Brookfield, WI 53045

2.826 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Mireya Mahaffey - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.827 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Mirko Roethlisberger - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.828 **State what the contract or lease is for and the nature of the debtor's interest** Employment Agreement
Mirko Roethlisberger, MD - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.829 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Misty Jewell - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.830 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Monica A Urbaez - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.831 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Monica L Marrero - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.832 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

**State the term remaining** Unknown

**List the contract number of any government contract**

Monica Rae Rortvedt - Address on File

2.833 **State what the contract or lease is for and the nature of the debtor's interest** Institutional Consulting Agreement for Participant Directed Retirement Plans

**State the term remaining** Unknown

**List the contract number of any government contract**

Morgan Stanley Smith Barney LLC
2000 Westchester Avenue
2nd Floor
Purchase, NY 10577

2.834 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

**State the term remaining** Unknown

**List the contract number of any government contract**

Mykala L Wimbish - Address on File

2.835 **State what the contract or lease is for and the nature of the debtor's interest** Business Associate Agreement

**State the term remaining** Unknown

**List the contract number of any government contract**

Myriad Genetics
Attn: Clivetty Martinez
430 Wakara Way
Salt Lake City, UT 84108

2.836 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

**State the term remaining** Unknown

**List the contract number of any government contract**

Nadia L Hughes - Address on File

2.837 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

**State the term remaining** Unknown

**List the contract number of any government contract**

Nancy Marie Robbins - Address on File

2.838 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Nancy Nolte Valenta - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.839 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Nancy Sawyer Hite - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.840 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Nancy T Grebenor - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.841 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Na'She Grant - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.842 **State what the contract or lease is for and the nature of the debtor's interest** Services Agreement
Natus Medical Inc
PO Box 3604
Carol Stream, IL 60132-3604
**State the term remaining** Unknown
**List the contract number of any government contract**

2.843 **State what the contract or lease is for and the nature of the debtor's interest** Functional Requirements Document
Net at Work
575 Eighth St
New York, NY 10018
**State the term remaining** Unknown
**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| 2.844 | State what the contract or lease is for and the nature of the debtor's interest | Sage Intacct Implementation Proposal | Net at Work<br>575 Eighth St<br>New York, NY 10018 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.845 | State what the contract or lease is for and the nature of the debtor's interest | Change Request | Net at Work<br>575 Eighth St<br>New York, NY 10018 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.846 | State what the contract or lease is for and the nature of the debtor's interest | Functional Requirements Document | NetatWork<br>575 Eighth St<br>New York, NY 10018 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.847 | State what the contract or lease is for and the nature of the debtor's interest | Change Request | NetatWork<br>575 Eighth St<br>New York, NY 10018 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.848 | State what the contract or lease is for and the nature of the debtor's interest | Proposal | NetatWork<br>575 Eighth St<br>New York, NY 10018 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.849 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Netrali S Patel - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

2.850 **State what the contract or lease is for and the nature of the debtor's interest** Office Building Sublease Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

Network Insurance Senior Health Division ALG, LLC
2650 McCormick Dr.
Suite 200S
Clearwater, FL 33759

2.851 **State what the contract or lease is for and the nature of the debtor's interest** General Staffing Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

Networks Connect Healthcare Staffing, LLC
7930 Castleway Drive
Indianapolis, IN 46250

2.852 **State what the contract or lease is for and the nature of the debtor's interest** Master Hosted Services Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

NeuroFlow
PO Box 23518
New York, NY 10087-3518

2.853 **State what the contract or lease is for and the nature of the debtor's interest** Master Hosted Services Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

NeuroFlow Inc
1635 Market St
Ste 1600
Philadelphia, PA 19103

2.854 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Neutt Diamse Dellareeda - Address on File

2.855 **State what the contract or lease is for and the nature of the debtor's interest** Services Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

Nichols Construction Services
PO Box 1558
Lady Lake, FL 32158

| | | | |
|---|---|---|---|
| 2.856 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Nicole B Pennels - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.857 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Nicole Danielle Votour - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.858 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Nicole Dinnall - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.859 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Nicole K Cawvey - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.860 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Nicole Lorraine Anderson - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.861 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Nicole Marie Southcott - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.862 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Nicole Michell Chapuseaux-Taylor - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.863 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Nikia Deshae Wilcox - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.864 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Nitzylee Rodriguez - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.865 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Nora Rae Bruins - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.866 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement | Norwood Staffing Solutions<br>Attn: Compliance Officer<br>4604 Stearns Ln<br>Sunset Valley, TX 78735 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.867 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work + Business Associate Agreement | Norwood Staffing Solutions<br>Attn: Compliance Officer<br>4604 Stearns Ln<br>Sunset Valley, TX 78735 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.868 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Non-Disclosure Agreement | Norwood Staffing Solutions<br>Attn: Compliance Officer<br>4604 Stearns Ln<br>Sunset Valley, TX 78735 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.869 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement | Norwood Staffing Solutions LLC<br>Attn: Justin Satterfield<br>4604 Stearns Ln<br>Sunset Valley, TX 78735 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.870 | **State what the contract or lease is for and the nature of the debtor's interest** | Terms & Conditions | NP Now, LLC<br>347 Country Club Dr<br>Tequesta, FL 33469 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.871 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | NSU<br>PO Box 2230<br>The Villages, FL 32158 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.872 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Nuance Communications Inc<br>PO Box 7247-6924<br>Philadelphia, PA 19170 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.873 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Nupur Technologies, LLC<br>1576 Sweet Home Road<br>Buffalo, NY 14228 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.874 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Oaktree Products, Inc.<br>610 Spirit Valley East<br>Chesterfield, MO 63005 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.875 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Obie L. Ramsay - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.876 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Subscription Agreement | Okta, Inc.<br>100 1st Street<br>San Francisco, CA 94105 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.877 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Subscription Agreement | Okta, Inc.<br>100 1st Street<br>San Francisco, CA 94105 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.878 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Olivia Sliwa - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.879 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Olympus America Inc<br>PO Box 120600<br>Dallas, TX 75312-0600 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.880 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Omar Torres - Address on File

2.881 **State what the contract or lease is for and the nature of the debtor's interest** Services Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

OnePacs, LLC
PO Box 773186
Detroit, MI 48277-3186

2.882 **State what the contract or lease is for and the nature of the debtor's interest** Master Services Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

OPN Healthcare, Inc.
Attn: Srin Vishwanath
550 N Brand Boulevard
Suite 1000
Glendale, CA 91203

2.883 **State what the contract or lease is for and the nature of the debtor's interest** Master Services Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

OPN Healthcare, Inc.
Attn: Srin Vishwanath
550 N Brand Boulevard
Suite 1000
Glendale, CA 91203

2.884 **State what the contract or lease is for and the nature of the debtor's interest** Master Services Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

OPN Healthcare, Inc.
Attn: Srin Vishwanath
550 N. Brand Boulevard
Suite 1000
Glendale, CA 91203

2.885 **State what the contract or lease is for and the nature of the debtor's interest** Equipment Lease Agreement and Amendment
**State the term remaining** Unknown
**List the contract number of any government contract**

Orthopedic Care Partners Management, LLC
500 E. Broward Blvd.
Ste. 1580
Ft. Lauderdale, FL 33394

| | | | |
|---|---|---|---|
| 2.886 | **State what the contract or lease is for and the nature of the debtor's interest** | Business Enhancement Support Plus Rewards Program Enrollment Form | Oticon Inc<br>PO Box 347996<br>Pittsburgh, PA 15251-4996 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.887 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Oticon Inc.<br>PO Box 347996<br>Pittsburgh, PA 15251-4996 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.888 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Pamela A Pengilly - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.889 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Pamela A Snyder - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.890 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Pamela A. Repko - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.891 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Pamela K Iserloth - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.892 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Pamela Sue Clift - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.893 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Pamela Susan Wise - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.894 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Pammie Koerwitz - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.895 | **State what the contract or lease is for and the nature of the debtor's interest** | Administrative Services Agreement | Pathways Clinical Partners, LLC<br>Attn: Chief Compliance Officer<br>700 West Main St<br>Leesburg, FL 34748 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.896 | **State what the contract or lease is for and the nature of the debtor's interest** | Administrative Services Agreement | Pathways Clinical Partners, LLC<br>Attn: Chief Compliance Officer<br>700 West Main St<br>Leesburg, FL 34748 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.897 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Patricia A Tubbs - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.898 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Patricia Ann Knapp - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.899 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Patricia Eileen Smith - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.900 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Patricia O'Rourke - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.901 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Patrick Dawson Kelly - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.902 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Patrick John Chunn - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.903 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Patrick T Daskol - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.904 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Paul A Luzynski - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.905 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Paula Levin - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.906 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Pauline Marie Meyers - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.907 | State what the contract or lease is for and the nature of the debtor's interest | Agreement Applicable to Certain Cloud Services Provided by Microsoft and Connection | PC Connection Inc.<br>PO Box 536472<br>Pittsburgh, PA 15253-5906 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.908 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | People 2.0 North America, LLC<br>Attn: Misti Elder<br>2901 Wilcrest Dr<br>Suite 500<br>Houston, TX 77042 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.909 | State what the contract or lease is for and the nature of the debtor's interest | Order Form | PerfectServe, Inc<br>PO Box 92015<br>Las Vegas, NV 89193-2015 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

2.910 **State what the contract or lease is for and the nature of the debtor's interest** Business Associate Agreement

**State the term remaining** Unknown

**List the contract number of any government contract**

PerfectServe, Inc
Attn: Terrell L Edwards
10024 Investments Drive
Suite 200
Knoxville, TN 37932

2.911 **State what the contract or lease is for and the nature of the debtor's interest** Contingency Placement Agreement

**State the term remaining** Unknown

**List the contract number of any government contract**

Permanent Placement Resources, LLC
5030 E Nifong #267
Columbia, MT 59912

2.912 **State what the contract or lease is for and the nature of the debtor's interest** Recruitment Services Agreement

**State the term remaining** Unknown

**List the contract number of any government contract**

Phaidon International (US) Inc.
501 E. Kennedy Blvd.
Ste. 14-102
Tampa, FL 33602

2.913 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

**State the term remaining** Unknown

**List the contract number of any government contract**

Philip James - Address on File

2.914 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

**State the term remaining** Unknown

**List the contract number of any government contract**

Phuong-Thi Ngoc Tran - Address on File

2.915 **State what the contract or lease is for and the nature of the debtor's interest** Services Agreement

**State the term remaining** Unknown

**List the contract number of any government contract**

Physicians Care Network
5024 NW 27th Court
Gainesville, FL 32606

| | | | |
|---|---|---|---|
| 2.916 | **State what the contract or lease is for and the nature of the debtor's interest** | Office Building Sublease Agreement and Amendments | Pinnacle Financial Services Group LLC<br>2650 McCormick Dr.<br>Ste. 200S<br>Clearwater, FL 33759 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.917 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Pitsch Plumbing Service Inc<br>3704 SE 36 Ave<br>Ocala, FL 34471 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.918 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | PMA Lender LLC<br>7580 Middleton Dr.<br>Middleton, FL 34762 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.919 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Secured Promissory Note | PMA Lender LLC<br>7580 Middleton Dr.<br>Middleton, FL 34762 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.920 | **State what the contract or lease is for and the nature of the debtor's interest** | Security Agreement | PMA Lender LLC<br>7580 Middleton Dr.<br>Middleton, FL 34762 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.921 | **State what the contract or lease is for and the nature of the debtor's interest** | Line of Credit Letter Agreement and Supplements | PMA Lender LLC<br>7580 Middleton Dr.<br>Middleton, FL 34762 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.922 **State what the contract or lease is for and the nature of the debtor's interest** Deposit Account Control Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

PMA Lender LLC
7580 Middleton Dr.
Middleton, FL 34762

2.923 **State what the contract or lease is for and the nature of the debtor's interest** Services Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

PMI South Inc.
289 N Plank Rd, Suite 4
Newburgh, NY 12550

2.924 **State what the contract or lease is for and the nature of the debtor's interest** Online Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

PracticeLink Online
PO Box 100
Hinton, WV 25951-0100

2.925 **State what the contract or lease is for and the nature of the debtor's interest** License Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

Practicematch Corporation
600 Emerson Rd
#450
St. Louis, MO 63141

2.926 **State what the contract or lease is for and the nature of the debtor's interest** License Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

Practicematch Corporation
Attn: Paul Kottenstette
600 Emerson Rd
#450
St. Louis, MO 63141

2.927 **State what the contract or lease is for and the nature of the debtor's interest** License Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

Practicematch Corporation
Attn: Clint Rosser
600 Emerson Rd
#450
St. Louis, MO 63141

| | | | |
|---|---|---|---|
| 2.928 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Pranav Ravi - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.929 | **State what the contract or lease is for and the nature of the debtor's interest** | Sales Proposal | Prestige Medical Imaging<br>289 N. Plank Rd.<br>Ste. 4<br>Newburgh, NY 12550 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.930 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Pride Solutions LLC<br>5024 NW 27th Court<br>Gainesville, FL 32606 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.931 | **State what the contract or lease is for and the nature of the debtor's interest** | Directed Trust Agreement | Principal Trust Company<br>1013 Centre Road<br>Suite 300<br>Wilmington, DE 19805-1265 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.932 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Priscilla Hernandez - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.933 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Priscilla J Myers - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.934 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Work Order | Prophix<br>Attn: Alok Ajmera<br>350 Burnhamthorpe Rd West<br>Suite 1000<br>Mississauga, ON L5B3J1<br>Canada |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.935 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Prophix Software Inc<br>Attn: Alok Ajmera<br>350 Burnhamthorpe Rd West<br>Suite 1000<br>Mississauga, ON L5B 3J1<br>Canada |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.936 | **State what the contract or lease is for and the nature of the debtor's interest** | Initial Cloud Services Order and Supplements | Prophix Software Inc.<br>Attn: Alok Ajmera<br>350 Burnhamthorpe Rd West<br>Suite 1000<br>Mississauga, ON L5B 3J1<br>Canada |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.937 | **State what the contract or lease is for and the nature of the debtor's interest** | Cloud Reconfiguration Order Form | Prophix Software Inc.<br>Attn: Alok Ajmera<br>350 Burnhamthorpe Rd West<br>Suite 1000<br>Mississauga, ON L5B 3J1<br>Canada |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.938 | **State what the contract or lease is for and the nature of the debtor's interest** | Initial Cloud Services Order | Prophix Software Inc.<br>Attn: Alok Ajmera<br>350 Burnhamthorpe Rd West<br>Suite 1000<br>Mississauga, ON L5B 3J1<br>Canada |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.939 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Agreement | Protenus, Inc<br>1629 Thames Street<br>Suite 200<br>Baltimore, MD 21231 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.940 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Agreement | Protenus, Inc.<br>1629 Thames Street<br>Suite 200<br>Baltimore, MD 21231 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.941 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Quest Diagnostics<br>PO Box 530440<br>Atlanta, GA 30353-0440 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.942 | **State what the contract or lease is for and the nature of the debtor's interest** | Project Work Order | R Systems<br>Attn: Anant Sharma; Jimmy Mathur<br>5000 Windplay Dr<br>Ste 5<br>El Dorado Hills, CA 95762 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.943 | **State what the contract or lease is for and the nature of the debtor's interest** | Project Work Order | R Systems<br>Attn: Anant Sharma; Jimmy Mathur<br>5000 Windplay Dr<br>Ste 5<br>El Dorado Hills, CA 95762 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.944 | **State what the contract or lease is for and the nature of the debtor's interest** | Project Work Order | R Systems<br>Attn: Jimmy Mathur<br>5000 Windplay Dr<br>Ste 5<br>El Dorado Hills, CA 95762 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.945 | **State what the contract or lease is for and the nature of the debtor's interest** | Project Work Order - Amendment | R Systems<br>Attn: Anant Sharma; Jimmy Mathur<br>5000 Windplay Dr<br>Ste 5<br>El Dorado Hills, CA 95762 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.946 **State what the contract or lease is for and the nature of the debtor's interest** Services Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

R Systems International Limited
5000 Windplay Drive
Suite 5
El Dorado Hills, CA 95762

2.947 **State what the contract or lease is for and the nature of the debtor's interest** Master Services Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

R Systems International Ltd.
Attn: Avirag Jain
C-40
Sector 59
Noida, UP 201307
India

2.948 **State what the contract or lease is for and the nature of the debtor's interest** Business Associate Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

R Systems International Ltd.
5000 Windplay Drive
Suite 5
El Dorado Hills, CA 95762

2.949 **State what the contract or lease is for and the nature of the debtor's interest** Project Work Order
**State the term remaining** Unknown
**List the contract number of any government contract**

R Systems International Ltd.
5000 Windplay Drive
Suite 5
El Dorado Hills, CA 95762

2.950 **State what the contract or lease is for and the nature of the debtor's interest** Project Work Order
**State the term remaining** Unknown
**List the contract number of any government contract**

R Systems International Ltd.
5000 Windplay Drive
Suite 5
El Dorado Hills, CA 95762

2.951 **State what the contract or lease is for and the nature of the debtor's interest** Project Work Order
**State the term remaining** Unknown
**List the contract number of any government contract**

R Systems International Ltd.
5000 Windplay Drive
Suite 5
El Dorado Hills, CA 95762

2.952 **State what the contract or lease is for and the nature of the debtor's interest** Project Work Order
**State the term remaining** Unknown
**List the contract number of any government contract**

R Systems International Ltd.
5000 Windplay Drive
Suite 5
El Dorado Hills, CA 95762

2.953 **State what the contract or lease is for and the nature of the debtor's interest** Master Services Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

R Systems International Ltd.
Attn: Avirag Jain
5000 Windplay Dr
Ste 5
El Dorado Hills, CA 95762

2.954 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Rachael D Hall - Address on File

2.955 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Rachel Jacob - Address on File

2.956 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Rachel Lea Sabol - Address on File

2.957 **State what the contract or lease is for and the nature of the debtor's interest** Professional Services Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

Radiology Associates of Central Florida
801 E Dixie Avenue
Ste 104
Leesburg, FL 34748

| | | | |
|---|---|---|---|
| 2.958 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement | Radiology Associates of Central Florida<br>801 E Dixie Avenue<br>Ste 104<br>Leesburg, FL 34748 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.959 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement | Radiology Associates of Central Florida<br>Attn: Cathrine Keller<br>801 E. Dixie Avenue<br>Ste. 104<br>Leesburg, FL 34748 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.960 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement | Radiology Associates of Central Florida<br>Attn: Cathrine Keller<br>801 E. Dixie Avenue<br>Ste. 104<br>Leesburg, FL 34748 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.961 | **State what the contract or lease is for and the nature of the debtor's interest** | Health Master Services Agreement | Radix Health, Inc<br>887 W Marietta St NW<br>Suite E<br>Atlanta, GA 30318 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.962 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment to Health Master Services Agreement | Radix Health, Inc<br>887 W Marietta St NW<br>Suite E<br>Atlanta, GA 30318 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.963 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment to Health Master Services Agreement | Radix Health, Inc<br>887 W Marietta St NW<br>Suite E<br>Atlanta, GA 30318 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.964 | State what the contract or lease is for and the nature of the debtor's interest | Second Amendment to Health Master Services Agreement | Radix Health, Inc<br>887 W Marietta St NW<br>Suite E<br>Atlanta, GA 30318 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.965 | State what the contract or lease is for and the nature of the debtor's interest | Health Master Services Agreement | Radix Health, Inc<br>887 W Marietta St NW<br>Suite E<br>Atlanta, GA 30318 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.966 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement and Amendment | Radix Health, Inc.<br>887 W Marietta St NW<br>Suite E<br>Atlanta, GA 30318 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.967 | State what the contract or lease is for and the nature of the debtor's interest | Non-Executive Direct Hire Search Agreement | Randstad Professionals US, LLC, dba Tatum<br>3625 Cumberland Blvd.<br>Ste. 600<br>Atlanta, GA 30339 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.968 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Rani Marie Powierza - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.969 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Ravean Jackson - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

2.970 **State what the contract or lease is for and the nature of the debtor's interest**    Employment Contract or Letter    Raymond J Mis - Address on File

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.971 **State what the contract or lease is for and the nature of the debtor's interest**    Employment Contract or Letter    Rebecca Ann Eberly - Address on File

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.972 **State what the contract or lease is for and the nature of the debtor's interest**    Employment Contract or Letter    Rebecca L Byars - Address on File

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.973 **State what the contract or lease is for and the nature of the debtor's interest**    Employment Contract or Letter    Rebecca L Craven - Address on File

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.974 **State what the contract or lease is for and the nature of the debtor's interest**    Employment Contract or Letter    Rebecca L Flynt - Address on File

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.975 **State what the contract or lease is for and the nature of the debtor's interest**    Employment Contract or Letter    Rebecca Lael Morehead - Address on File

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.976 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Rebecca M Ware - Address on File

2.977 **State what the contract or lease is for and the nature of the debtor's interest** Order Form
**State the term remaining** Unknown
**List the contract number of any government contract**

Relatient
3525 Piedmont Rd NE
Building 5
Atlanta, GA 30305

2.978 **State what the contract or lease is for and the nature of the debtor's interest** Services Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

Relatient, Inc
3525 Piedmont Rd NE
Building 5
Atlanta, GA 30305

2.979 **State what the contract or lease is for and the nature of the debtor's interest** Order Form
**State the term remaining** Unknown
**List the contract number of any government contract**

Relatient, Inc
3525 Piedmont Rd NE
Building 5
Atlanta, GA 30305

2.980 **State what the contract or lease is for and the nature of the debtor's interest** Sales Order
**State the term remaining** Unknown
**List the contract number of any government contract**

Relaymed
1164 Solana Ave
Winter Park, FL 32789

2.981 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Rica Ramos-Keenum - Address on File

2.982 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Richard S. Hoffer - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.983 **State what the contract or lease is for and the nature of the debtor's interest** Services Agreement
RLS (USA) Inc
Mail code 7332
Philadelphia, PA 19170
**State the term remaining** Unknown
**List the contract number of any government contract**

2.984 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Robert A. Skotnicki - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.985 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Robert Buckley - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.986 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Robert C Reilly - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.987 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Robert E Appleby - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| 2.988 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Robert L Herman - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.989 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Roberta Gayle Simoneau - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.990 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Roberts Oxygen Company, Inc<br>PO Box 5507<br>Rockville, MD 20855 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.991 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Robin Fiedler - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.992 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Robin M Moore - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.993 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Robin Paquette - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.994 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Robyn Bolduc - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.995 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Robyn M Merrill - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.996 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Rochelle Frazier - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.997 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Roger J. Madore - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.998 | **State what the contract or lease is for and the nature of the debtor's interest** | Marketing Services and Support Agreement | Roger West, LLC<br>6730 W. Linebaugh Avenue<br>Suite 201<br>Tampa, FL 34625 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.999 | **State what the contract or lease is for and the nature of the debtor's interest** | Marketing Services and Support Agreement | Roger West, LLC<br>6730 W. Linebaugh Avenue<br>Suite 201<br>Tampa, FL 34625 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.1000 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Roland R More - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1001 **State what the contract or lease is for and the nature of the debtor's interest** Rental Agreement

Rolling Acres Self Storage, LLC
175 S. Rolling Acres Rd
Lady Lake, FL 32159

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1002 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Ronald Grose - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1003 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Ronald K Herb - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1004 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Rosa De Carvalho - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1005 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Rosa Hermida - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| 2.1006 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Rosalyn Wahler - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1007 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Rosario Rose Camitoc - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1008 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Rosario Samson Snow - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1009 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Rose Mary Frausto - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1010 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Roshni S Samuel - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1011 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Roxana Montelongo - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.1012 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Roxana Portillo - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1013 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Roxanne Elizabeth Storm - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1014 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Roxanne P Johnson - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1015 **State what the contract or lease is for and the nature of the debtor's interest** Excess D&O $5X$15 Extension Policy

RSUI Indemnity Company
945 East Paces Ferry Rd
Suite 1800
Atlanta, GA 30326-1160

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1016 **State what the contract or lease is for and the nature of the debtor's interest** Management Liability Extension (D&O) & Tail Policy

RSUI Indemnity Company
945 East Paces Ferry Rd
Suite 1800
Atlanta, GA 30326-1160

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1017 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Rubie Pantera Tamayo - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1018 **State what the contract or lease is for and the nature of the debtor's interest** Services Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

RxCompass
Attn: Legal Department
411 Bienville St
Natchitoches, LA 71457

2.1019 **State what the contract or lease is for and the nature of the debtor's interest** Program Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

RxCompass
Attn: Legal Department
411 Bienville St
Natchitoches, LA 71457

2.1020 **State what the contract or lease is for and the nature of the debtor's interest** Program Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

RxCompass, LLC
Attn: Legal Department
411 Bienville St
Natchitoches, LA 71457

2.1021 **State what the contract or lease is for and the nature of the debtor's interest** First Amendment to Program Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

RxCompass, LLC
Attn: Legal Department
411 Bienville St
Natchitoches, LA 71457

2.1022 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Sabrina Cotta - Address on File

2.1023 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Sabrina L Davelt - Address on File

2.1024 **State what the contract or lease is for and the nature of the debtor's interest** Main Services Agreement and Supplement
**State the term remaining** Unknown
**List the contract number of any government contract**

Salesforce.com
Salesforce Tower
415 Mission St
3rd Floor
San Francisco, CA 94105

2.1025 **State what the contract or lease is for and the nature of the debtor's interest** Main Services Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

Salesforce.com, Inc.
Salesforce Tower
415 Mission St
3rd Floor
San Francisco, CA 94105

2.1026 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Sally J Culberson - Address on File

2.1027 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Samantha Johnson - Address on File

2.1028 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Samantha Nelson - Address on File

2.1029 **State what the contract or lease is for and the nature of the debtor's interest** Candidate Placement Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

Samuel Contract Staffing, LLC
PO Box 7205
Mesa, AZ 85216

| | | | |
|---|---|---|---|
| 2.1030 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Samuel Joel Estochen - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.1031 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Sandra Duff - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.1032 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Sandra Francheska Landers - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.1033 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Sandra L. Walsh - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.1034 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Sandra Silvestri - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.1035 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Sandy Ann Foreman - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

2.1036 **State what the contract or lease is for and the nature of the debtor's interest** Services Agreement

**State the term remaining** Unknown

**List the contract number of any government contract**

Sanofi Pasteur Inc.
12458 Collections Center Dr
Chicago, IL 60693

2.1037 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

**State the term remaining** Unknown

**List the contract number of any government contract**

Sara Elizabeth Gosik - Address on File

2.1038 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

**State the term remaining** Unknown

**List the contract number of any government contract**

Sara Ishaq - Address on File

2.1039 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

**State the term remaining** Unknown

**List the contract number of any government contract**

Sarah Jespersen - Address on File

2.1040 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

**State the term remaining** Unknown

**List the contract number of any government contract**

Sarah L. Zimmerman - Address on File

2.1041 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

**State the term remaining** Unknown

**List the contract number of any government contract**

Sarah M Makarewicz - Address on File

2.1042 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Sarah May Smith-Guinyard - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1043 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Saul Rosenblum - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1044 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Savanna Westmoreland - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1045 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Savitri Devi Thompson - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1046 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Schanda R Strawder - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1047 **State what the contract or lease is for and the nature of the debtor's interest** Excess D&O $5X$10 Extension Policy

Scottsdale Indemnity Company
PO Box 4110
Scottsdale, AZ 85261

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1048 **State what the contract or lease is for and the nature of the debtor's interest** Services Agreement

**State the term remaining** Unknown

**List the contract number of any government contract**

Screen Vision Media
245 Kenneth Dr,
Suite 400
Rochester, NY 14623

2.1049 **State what the contract or lease is for and the nature of the debtor's interest** Services Agreement

**State the term remaining** Unknown

**List the contract number of any government contract**

Seara Health LLC
Attn: Sandhya Rao
16311 Nikki Lane
Odessa, FL 33556

2.1050 **State what the contract or lease is for and the nature of the debtor's interest** Master Subscription & Services Agreement and Statements of Work

**State the term remaining** Unknown

**List the contract number of any government contract**

Seara Health, LLC
Attn: Sandhya Rao
16311 Nikki Lane
Odessa, FL 33556

2.1051 **State what the contract or lease is for and the nature of the debtor's interest** Master Subscription & Services Agreement MSA 10004

**State the term remaining** Unknown

**List the contract number of any government contract**

Seara Health, LLC
Attn: Sandhya Rao
16311 Nikki Lane
Odessa, FL 33556

2.1052 **State what the contract or lease is for and the nature of the debtor's interest** Statement of Work 1053

**State the term remaining** Unknown

**List the contract number of any government contract**

Seara Health, LLC
Attn: Sandhya Rao
16311 Nikki Lane
Odessa, FL 33556

2.1053 **State what the contract or lease is for and the nature of the debtor's interest** Statement of Work 1044

**State the term remaining** Unknown

**List the contract number of any government contract**

Seara Health, LLC
Attn: Sandhya Rao
16311 Nikki Lane
Odessa, FL 33556

2.1054 **State what the contract or lease is for and the nature of the debtor's interest** Services Agreement

SECO ENERGY
PO Box 70997
Charlotte, NC 28272

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1055 **State what the contract or lease is for and the nature of the debtor's interest** Participation Agreement

SEI Trust Company
1 Freedom Valley Dr.
Oaks, PA 19456

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1056 **State what the contract or lease is for and the nature of the debtor's interest** Participation Agreement

SEI Trust Company
1 Freedom Valley Dr.
Oaks, PA 19456

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1057 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Shaddai M Hernandez - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1058 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Shanderia A Miles - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1059 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Shannon D Carrico - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| 2.1060 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Shantreace Gordon - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1061 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Sharda Deoranie Boodhoo - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1062 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Sharlene Tamatha Wolfe - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1063 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Sharon L Peterson - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1064 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Sharon Lynn O'Brian - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1065 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Shaun Lea Santoro - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.1066 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Shavell Sutherland - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1067 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Shawanda L Hamilton - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1068 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Shayla McIntyre - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1069 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Sheila A Thomas - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1070 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Shelby Fauntleroy - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1071 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Shelby Vordemark - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1072 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Shelia Moore-Faine - Address on File

2.1073 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Siddharth Dhar - Address on File

2.1074 **State what the contract or lease is for and the nature of the debtor's interest** Services Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

Siemens Medical Solutions USA Inc
PO Box 120001
Dallas, TX 75312-0733

2.1075 **State what the contract or lease is for and the nature of the debtor's interest** Clinical Affiliation Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

Simmons University
Attn: Stephanie Cosner Berzin
Office of the General Counsel
300 The Fenway, Suite A-230
Boston, MA 02115

2.1076 **State what the contract or lease is for and the nature of the debtor's interest** Staffing Services Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

SkyBridge Healthcare
Attn: Garrett Norman
4350 W Cypress St
Suite 500
Tampa, FL 33607

2.1077 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Smita Ojha - Address on File

| | | | |
|---|---|---|---|
| 2.1078 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Sobia Ahmad - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1079 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Solventum Health Information Systems, Inc.<br>LBX #:844394<br>Dallas, TX 75284-3398 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1080 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Sonova USA Inc<br>35555 Eagle Way<br>Chicago, IL 60678-1355 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1081 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Sonova USA Inc<br>35555 Eagle Way<br>Chicago, IL 60678-1355 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1082 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Sonya Leatrice Fitch - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1083 | **State what the contract or lease is for and the nature of the debtor's interest** | Pharmacy Products and Services Administration Agreement and Amendment | Southern Scripts, LLC d/b/a Liviniti, LLC<br>PO Box 896599<br>Charlotte, NC 28289 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.1084 | **State what the contract or lease is for and the nature of the debtor's interest** | Pharmacy Products and Services Administration Agreement | Southern Scripts, LLC d/b/a Liviniti, LLC<br>Attn: LeAnn C. Boyd, CEO<br>411 Bienville Street<br>Natchitoches, LA 71457 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1085 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment to Pharmacy Products and Services Administration Agreement | Southern Scripts, LLC d/b/a Liviniti, LLC<br>PO Box 896599<br>Charlotte, NC 28289-6599 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1086 | **State what the contract or lease is for and the nature of the debtor's interest** | Client Services Agreement | SphereCommerce<br>1 MacArthur Place<br>Ste 400<br>Santa Ana, CA 92707-5927 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1087 | **State what the contract or lease is for and the nature of the debtor's interest** | Client Services Agreement | SphereCommerce, LLC<br>PO Box 208308<br>Dallas, TX 75320-8308 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1088 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | SphereCommerce, LLC<br>PO Box 208308<br>Dallas, TX 75320-8308 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1089 | **State what the contract or lease is for and the nature of the debtor's interest** | Client Services Agreement | SphereCommerce, LLC<br>1 MacArthur Place<br>Suite 400<br>Santa Ana, CA 92707-5927 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.1090 | **State what the contract or lease is for and the nature of the debtor's interest** | Direct Hire Fee Schedule and Agreement | Spherion Staffing, LLC<br>PO Box 742344<br>Atlanta, GA 30374-2344 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1091 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Spring Crest Blinds & Shutters<br>10475 SE 138th Place Rd<br>Summerfield, FL 34491 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1092 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Stacey Bowstring - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1093 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Stacie Shepherd - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1094 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Stanley Rodriguez Bureros - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1095 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Staples (Atlanta-PO)<br>PO Box 105748<br>Atlanta, GA 30348-5748 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.1096 **State what the contract or lease is for and the nature of the debtor's interest** Facilities Solutions Equipment Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

Staples Contract & Commercial LLC
PO Box 105748
Atlanta, GA 30348-5748

2.1097 **State what the contract or lease is for and the nature of the debtor's interest** Breakroom Solutions Standard Program Equipment Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

Staples Contract & Commercial LLC
PO Box 105748
Atlanta, GA 30348-5748

2.1098 **State what the contract or lease is for and the nature of the debtor's interest** Services Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

Starkey Laboratories, Inc
PO Box 856915
Minneapolis, MN 55485-6915

2.1099 **State what the contract or lease is for and the nature of the debtor's interest** Services Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

State Farm
PO Box 106134
Atlanta, GA 30348

2.1100 **State what the contract or lease is for and the nature of the debtor's interest** Services Contract
**State the term remaining** Unknown
**List the contract number of any government contract**

Stealth Partner Group, LLC
PO Box 949572
Atlanta, GA 30394-9572

2.1101 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Stephanie Aaron Lee Brissette - Address on File

| | | | |
|---|---|---|---|
| 2.1102 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Stephanie Ann Diaz - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.1103 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Stephanie Ann Langston - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.1104 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Stephanie Ann Lein - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.1105 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Stephanie Denise Cline - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.1106 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Stephanie L Hicks - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.1107 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Stephanie L McGlothlin - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.1108 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Stephanie Lynn Reimel - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1109 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Stephanie Rose Scott - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1110 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Stephen Fields - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1111 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Stephen J Sandler - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1112 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Stephen T Richardson - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1113 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Stephen Troy Rachael - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.1114 | **State what the contract or lease is for and the nature of the debtor's interest** | Recruitment Agreement | Sterling Physician Recruiters, LLC<br>Attn: Yvonne Lisa Ellis<br>2546 Redford Drive<br>Cantonment, FL 32533 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1115 | **State what the contract or lease is for and the nature of the debtor's interest** | Contingency Search Agreement | Steven Douglas Associates, LLC<br>Attn: Gillian McClellan<br>13450 W. Sunrise Blvd.<br>Suite 200<br>Sunrise, FL 33323 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1116 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Steven R Siddell - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1117 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Steven S Schiller - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1118 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Suheiry Lopez - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1119 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Summer Bodie - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.1120 **State what the contract or lease is for and the nature of the debtor's interest**

Employment Contract or Letter

Summernea Lynectrica Robinson - Address on File

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1121 **State what the contract or lease is for and the nature of the debtor's interest**

Stop Loss Policy

Sun Life Assurance Company of Canada
PO Box 843201
Kansas City, MO 64184-3201

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1122 **State what the contract or lease is for and the nature of the debtor's interest**

Employment Contract or Letter

Susan Courtney - Address on File

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1123 **State what the contract or lease is for and the nature of the debtor's interest**

Employment Contract or Letter

Susan E. Hopper - Address on File

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1124 **State what the contract or lease is for and the nature of the debtor's interest**

Employment Contract or Letter

Susan J Burlock - Address on File

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1125 **State what the contract or lease is for and the nature of the debtor's interest**

Employment Contract or Letter

Susan L Lephart - Address on File

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1126 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Susan M Aliberti - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1127 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Susan M Perez - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1128 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Suzanne E Graham-Hooker - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1129 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Suzanne Kay Willi - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1130 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Suze Helens Tessier - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1131 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Swati Joshi - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| 2.1132 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Sweny Gulati - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.1133 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Sydney Taylor Cline - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.1134 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Sylvia F Wallace - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.1135 | State what the contract or lease is for and the nature of the debtor's interest | Memorandum of Understanding | T. Menichino, Inc.<br>1020 Lake Sumter Landing<br>The Villages, FL 32162 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.1136 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Tabatha Joy Harley - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.1137 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Tammy Jeanette Sanders - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

2.1138 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Tammy L Bossio - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1139 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Tammy L. Plotner - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1140 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Tammy R Davis - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1141 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Tandra Bauman - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1142 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Tangela Mayer - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1143 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Tara Naran - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1144 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Tarah M Abshier - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.1145 **State what the contract or lease is for and the nature of the debtor's interest** Contractor Agreement
Technology Solutions Group (TSG)
7649 Middleton Dr.
Middleton, FL 34762
**State the term remaining** Unknown
**List the contract number of any government contract**

2.1146 **State what the contract or lease is for and the nature of the debtor's interest** Services Agreement
TECO
PO Box 31318
Tampa, FL 33631-3318
**State the term remaining** Unknown
**List the contract number of any government contract**

2.1147 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Teighlor Elizabeth Giles - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.1148 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Teresa Adkins - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.1149 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Teresa E Jazgarzynska - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.1150 **State what the contract or lease is for and the nature of the debtor's interest**

Employment Contract or Letter

Teresa Hare - Address on File

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1151 **State what the contract or lease is for and the nature of the debtor's interest**

Employment Contract or Letter

Teresa Horst - Address on File

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1152 **State what the contract or lease is for and the nature of the debtor's interest**

Employment Contract or Letter

Teresa M Gonzalez-Barragan - Address on File

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1153 **State what the contract or lease is for and the nature of the debtor's interest**

Employment Contract or Letter

Teresa R. Perry - Address on File

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1154 **State what the contract or lease is for and the nature of the debtor's interest**

Employment Contract or Letter

Teri Cheyenne Trink - Address on File

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1155 **State what the contract or lease is for and the nature of the debtor's interest**

Employment Contract or Letter

Terri E Holloway - Address on File

**State the term remaining**

Unknown

**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| 2.1156 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Terri Lynn Burke - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.1157 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Terri Parker - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.1158 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement | Tews Company<br>Attn: Stephanie Casey<br>1000 Legion Place<br>Suite 730<br>Orlando, FL 32801 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.1159 | State what the contract or lease is for and the nature of the debtor's interest | Order Form | Text Us Services, Inc.<br>Attn: Chris Noguera<br>1312 17th Street<br>Suite #1205<br>Denver, CO 80202 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.1160 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | That Party Girl<br>PO Box 830065<br>Ocala, FL 34472 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.1161 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | The Brownwood Hotel & Spa<br>3003 Brownwood Blvd<br>The Villages, FL 32163 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

2.1162 **State what the contract or lease is for and the nature of the debtor's interest** Client Service Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

The Execu|Search Group, LLC
1020 Lake Sumter Landing
The Villages, FL 32162

2.1163 **State what the contract or lease is for and the nature of the debtor's interest** Client Service Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

The Execu|Search Group, LLC
675 Third Ave
New York, NY 10017

2.1164 **State what the contract or lease is for and the nature of the debtor's interest** General Liability Policy
**State the term remaining** Unknown
**List the contract number of any government contract**

The Hartford Insurance
One Hartford Plaza
Hartford, CT 06155-0000

2.1165 **State what the contract or lease is for and the nature of the debtor's interest** Property Policy
**State the term remaining** Unknown
**List the contract number of any government contract**

The Hartford Insurance
One Hartford Plaza
Hartford, CT 06155-0000

2.1166 **State what the contract or lease is for and the nature of the debtor's interest** Umbrella Policy
**State the term remaining** Unknown
**List the contract number of any government contract**

The Hartford Insurance
One Hartford Plaza
Hartford, CT 06155-0000

2.1167 **State what the contract or lease is for and the nature of the debtor's interest** Commercial Auto Policy
**State the term remaining** Unknown
**List the contract number of any government contract**

The Hartford Insurance (Trumbull)
690 Asylum Avenue
Hartford, CT 06155

Debtor The Villages Health System, LLC Case number (if known) 25-04156
Name

2.1168 **State what the contract or lease is for and the nature of the debtor's interest** Home Services Agreement

**State the term remaining** Unknown

**List the contract number of any government contract**

The Local Health Council of East Central Florida, Inc
Attn: Kenneth Peach
5931 Brick Court
Suite 164
Winter Park, FL 32792

2.1169 **State what the contract or lease is for and the nature of the debtor's interest** Home Program Services Agreement

**State the term remaining** Unknown

**List the contract number of any government contract**

The Local Health Council of East Central Florida, Inc
Attn: Kenneth Peach
5931 Brick Court
Suite 164
Winter Park, FL 32792

2.1170 **State what the contract or lease is for and the nature of the debtor's interest** Medical Malpractice Policy

**State the term remaining** Unknown

**List the contract number of any government contract**

The Medical Protective Group
23289 Network Place
Chicago, IL 60673-1232

2.1171 **State what the contract or lease is for and the nature of the debtor's interest** Recruiting Services Agreement

**State the term remaining** Unknown

**List the contract number of any government contract**

The Medicus Firm, Inc.
16479 N Dallas Parkway
Suite 200
Addison, TX 75001

2.1172 **State what the contract or lease is for and the nature of the debtor's interest** Recruiting Services Agreement

**State the term remaining** Unknown

**List the contract number of any government contract**

The Medicus Firm, Inc.
Attn: Jenni Trebon
16479 N. Dallas Parkway
Ste 200
Addison, TX 75001

2.1173 **State what the contract or lease is for and the nature of the debtor's interest** Business Associate Agreement

**State the term remaining** Unknown

**List the contract number of any government contract**

The School Board of Marion County, FloridaAttn: Diane V. Gullett1014 SW 7th RoadOcalaFL34471

| | | | |
|---|---|---|---|
| 2.1174 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | The Sourcing Group Inc<br>PO Box 6568<br>Carol Stream, IL 60197-6568 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1175 | **State what the contract or lease is for and the nature of the debtor's interest** | Sublease Agreement and Amendments | The University of Florida Board of Trustees<br>Office of General Counsel<br>123 Tigert Hall<br>PO Box 113125<br>Gainesville, FL 32611-3150 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1176 | **State what the contract or lease is for and the nature of the debtor's interest** | Center for Advanced Healthcare at Brownwood Lease Agreement and Amendments | The Villages CAHB, LLC<br>3597 Kiessel Road<br>The Villages, FL 32162 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1177 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement for Program Support and Teaching Enhancement | The Villages Charter School, Inc.<br>2210 Dr Randy McDaniel Way<br>Middleton, FL 34762 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1178 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement for Program Support and Teaching Enhancement | The Villages Charter School, Inc.<br>2210 Dr Randy McDaniel Way<br>Middleton, FL 34762 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1179 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | The Villages Chilled Water Plt<br>3619 Kiessel Rd.<br>The Villages, FL 32163 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.1180 | State what the contract or lease is for and the nature of the debtor's interest | East Port Lease Agreement and Amendment | The Villages Development Operating Company, LLC<br>Commercial Property Management<br>7580 Middleton Drive<br>Middleton, FL 34762 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.1181 | State what the contract or lease is for and the nature of the debtor's interest | Intellectual Property License Agreement and Amendment(s) | The Villages Health Holding Company, LLC<br>1020 Lake Sumter Landing<br>The Villages, FL 32162 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.1182 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | The Villages Operating Co -CPM<br>3597 Kiesel Rd.<br>The Villages, FL 32163 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.1183 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement | The Villages Operating Company<br>7580 Middleton Dr.<br>Okahumpka, FL 34762 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.1184 | State what the contract or lease is for and the nature of the debtor's interest | First Amendment to Facilities Agreement | The Villages Operating Company<br>7580 Middleton Dr.<br>Okahumpka, FL 34762 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.1185 | State what the contract or lease is for and the nature of the debtor's interest | Brownwood Sublease Agreement | The Villages Operating Company<br>7580 Middleton Dr.<br>Okahumpka, FL 34762 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

2.1186 **State what the contract or lease is for and the nature of the debtor's interest** Colony Lease Agreement

**State the term remaining** Unknown

**List the contract number of any government contract**

The Villages Operating Company
7580 Middleton Dr.
Okahumpka, FL 34762

2.1187 **State what the contract or lease is for and the nature of the debtor's interest** Creekside Lease Agreement

**State the term remaining** Unknown

**List the contract number of any government contract**

The Villages Operating Company
7580 Middleton Dr.
Okahumpka, FL 34762

2.1188 **State what the contract or lease is for and the nature of the debtor's interest** Lake Deaton Lease Agreement

**State the term remaining** Unknown

**List the contract number of any government contract**

The Villages Operating Company
7580 Middleton Dr.
Okahumpka, FL 34762

2.1189 **State what the contract or lease is for and the nature of the debtor's interest** Mulberry Lease Agreement

**State the term remaining** Unknown

**List the contract number of any government contract**

The Villages Operating Company
7580 Middleton Dr.
Okahumpka, FL 34762

2.1190 **State what the contract or lease is for and the nature of the debtor's interest** Wedgewood Lease Agreement

**State the term remaining** Unknown

**List the contract number of any government contract**

The Villages Operating Company
7580 Middleton Dr.
Okahumpka, FL 34762

2.1191 **State what the contract or lease is for and the nature of the debtor's interest** Pinellas Sublease Agreement and Amendment

**State the term remaining** Unknown

**List the contract number of any government contract**

The Villages Operating Company
7580 Middleton Dr.
Okahumpka, FL 34762

| | | | |
|---|---|---|---|
| 2.1192 | **State what the contract or lease is for and the nature of the debtor's interest** | Santa Barbara Lease Agreement | The Villages Operating Company<br>7580 Middleton Dr.<br>Okahumpka, FL 34762 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1193 | **State what the contract or lease is for and the nature of the debtor's interest** | Administration Lease Agreement and Amendments | The Villages Operating Company<br>7580 Middleton Dr.<br>Okahumpka, FL 34762 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1194 | **State what the contract or lease is for and the nature of the debtor's interest** | Specialty Care Lease Agreement and Amendment | The Villages Operating Company<br>7580 Middleton Dr.<br>Okahumpka, FL 34762 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1195 | **State what the contract or lease is for and the nature of the debtor's interest** | Brownwood Professional Plaza Lease Agreement | The Villages Operating Company<br>7580 Middleton Dr.<br>Okahumpka, FL 34762 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1196 | **State what the contract or lease is for and the nature of the debtor's interest** | Industrial Center Lease Agreement | The Villages Operating Company<br>7580 Middleton Dr.<br>Okahumpka, FL 34762 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1197 | **State what the contract or lease is for and the nature of the debtor's interest** | Facilities Management Agreement and Amendment | The Villages Operating Company<br>7580 Middleton Dr.<br>Okahumpka, FL 34762 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.1198 **State what the contract or lease is for and the nature of the debtor's interest** Agreement for Commercial Internet Use
**State the term remaining** Unknown
**List the contract number of any government contract**

The Villages Operating Company
7580 Middleton Dr.
Okahumpka, FL 34762

2.1199 **State what the contract or lease is for and the nature of the debtor's interest** Services Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

The Villages Operating Company
7580 Middleton Dr.
Okahumpka, FL 34762

2.1200 **State what the contract or lease is for and the nature of the debtor's interest** Facilities Management Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

The Villages Operating Company
3619 Kiessel Road
The Villages, FL 32163

2.1201 **State what the contract or lease is for and the nature of the debtor's interest** First Amendment to Facilities Management Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

The Villages Operating Company
7580 Middleton Dr
Middleton, FL 34762

2.1202 **State what the contract or lease is for and the nature of the debtor's interest** IT Management Services Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

The Villages Operating Company
3619 Kiessel Rd
The Villages, FL 32162

2.1203 **State what the contract or lease is for and the nature of the debtor's interest** Admin PBS Lease Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

The Villages Operating Company
7580 Middleton Dr.
Okahumpka, FL 34762

| | | | |
|---|---|---|---|
| 2.1204 | **State what the contract or lease is for and the nature of the debtor's interest** | Admin Powell Lease Agreement | The Villages Operating Company<br>7580 Middleton Dr.<br>Okahumpka, FL 34762 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1205 | **State what the contract or lease is for and the nature of the debtor's interest** | Southern Trace Lease Agreement | The Villages Operating Company<br>7580 Middleton Dr.<br>Okahumpka, FL 34762 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1206 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement for Commercial Internet Use | The Villages Operating Company<br>Attn: Ryan McCabe<br>3619 Kiessel Rd<br>The Villages, FL 32163 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1207 | **State what the contract or lease is for and the nature of the debtor's interest** | IT Management Services Agreement and Amendments | The Villages Operating Company d/b/a The Villages Technology Solutions Group<br>7580 Middleton Dr.<br>Okahumpka, FL 34762 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1208 | **State what the contract or lease is for and the nature of the debtor's interest** | IT Management Services Agreement | The Villages Operating Company d/b/a The Villages Technology Solutions Group<br>Attn: Kelsea Manly<br>3619 Kiessel Road<br>The Villages, FL 32163 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1209 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | The Villages Technology SolGrp<br>7649 Middleton Dr<br>Okahumpka, FL 34762 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.1210 **State what the contract or lease is for and the nature of the debtor's interest** Business Associate Agreement

**State the term remaining** Unknown

**List the contract number of any government contract**

The Villages Technology Solutions Group
7649 Middleton Dr
Okahumpka, FL 34762

2.1211 **State what the contract or lease is for and the nature of the debtor's interest** EA 3.0 Agreement - 3 Years

**State the term remaining** Unknown

**List the contract number of any government contract**

The Villages Technology Solutions Group
Attn: Chad Ritch
6503 Powell Road
The Villages, FL 32163

2.1212 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

**State the term remaining** Unknown

**List the contract number of any government contract**

Theresa A. Bailey - Address on File

2.1213 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

**State the term remaining** Unknown

**List the contract number of any government contract**

Theresa M Elder - Address on File

2.1214 **State what the contract or lease is for and the nature of the debtor's interest** Independent Contractor Agreement

**State the term remaining** Unknown

**List the contract number of any government contract**

Thiruvallur Vallabhan, M.D. - Address on File

2.1215 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

**State the term remaining** Unknown

**List the contract number of any government contract**

Thomas Ciesla - Address on File

2.1216 **State what the contract or lease is for and the nature of the debtor's interest** Memorandum of Understanding
Thomas Menichino - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.1217 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Thor Henriksen - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.1218 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Thumati Gurappa Jagalur - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.1219 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Tiffany Renee Hunt - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.1220 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
Tiffany S Croft - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.1221 **State what the contract or lease is for and the nature of the debtor's interest** Independent Contractor Agreement
Tiffany West - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.1222 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter — Tina Baldwin - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.1223 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter — Tina Lynn Berube - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.1224 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter — Tina Marie Robinson-Plumb - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.1225 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter — Tishana K Allen - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.1226 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter — Todra Bellamy - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

2.1227 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter — Tomas Perez - Address on File
**State the term remaining** Unknown
**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| 2.1228 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Toni Ann M Cicalese - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1229 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Tonya D Heskett - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1230 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Tracey A Fondaw - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1231 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Tracey Kruesi - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1232 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Tracey Lee Moore - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1233 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Tracy Marie Cowley - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.1234 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Tracy Perregaux - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1235 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Trevor Jerome Danvers - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1236 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Tricia A Limjoco - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1237 | **State what the contract or lease is for and the nature of the debtor's interest** | Contingency Fee Schedule and Guarantee Placement Details | Trova, LLC<br>Attn: Timothy Lesnick<br>157 E New England Ave<br>Suite 301<br>Winter Park, FL 32789 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1238 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Troy Black Pace - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1239 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Tucker Copeland - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.1240 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Tucker W. Copeland - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1241 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | ULINE<br>PO Box 88741<br>Chicago, IL 60680-1741 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1242 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | UltraLinq Healthcare Solutions Inc<br>PO Box 1974<br>Long Island City, NY 11101 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1243 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Uniquia Shandrell Mitchell - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1244 | **State what the contract or lease is for and the nature of the debtor's interest** | Behavioral Health Group Participating Provider Agreement | United Behavioral Health, Inc.<br>595 Market St.<br>Floor 23<br>San Francisco, FL 94105 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1245 | **State what the contract or lease is for and the nature of the debtor's interest** | Group Participating Provider Agreement | United Behavioral Health, Inc.<br>Attn: Erin Cummings<br>PO Box 9472<br>Minneapolis, MN 55440-9472 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.1246 **State what the contract or lease is for and the nature of the debtor's interest**  Services Agreement

**State the term remaining**  Unknown

**List the contract number of any government contract**

United Healthcare Insurance Company
PO Box 101760
Atlanta, GA 30392-1760

2.1247 **State what the contract or lease is for and the nature of the debtor's interest**  Medical Group Participation Agreement and Amendment

**State the term remaining**  Unknown

**List the contract number of any government contract**

United Healthcare Insurance Company
PO Box 101760
Atlanta, GA 30392-1760

2.1248 **State what the contract or lease is for and the nature of the debtor's interest**  Services Agreement

**State the term remaining**  Unknown

**List the contract number of any government contract**

United Refrigeration, Inc.
4600 NE 35th Street
Ocala, FL 34479

2.1249 **State what the contract or lease is for and the nature of the debtor's interest**  Twenty-fourth Amendment to the Medical Group Participation Agreement

**State the term remaining**  Unknown

**List the contract number of any government contract**

UnitedHealthcare Insurance Company
Attn: Kelly Thorson
9800 Health Care Land
Minnetoka, MN 55343

2.1250 **State what the contract or lease is for and the nature of the debtor's interest**  21st Amendment to the Medical Group Participation Agreement

**State the term remaining**  Unknown

**List the contract number of any government contract**

UnitedHealthcare Insurance Company, on behalf of itself, UnitedHealthcare of Florida, Inc. and its other affiliates
PO Box 101760
Atlanta, GA 30392-1760

2.1251 **State what the contract or lease is for and the nature of the debtor's interest**  Twenty-fourth Amendment to the Medical Group Participation Agreement

**State the term remaining**  Unknown

**List the contract number of any government contract**

UnitedHealthcare Insurance Company, on behalf of itself, UnitedHealthcare of Florida, Inc. and its other affiliates
PO Box 101760
Atlanta, GA 30392-1760

| | | | |
|---|---|---|---|
| 2.1252 | **State what the contract or lease is for and the nature of the debtor's interest** | Medical Group Participation Agreement | UnitedHealthcare Insurance Company, on behalf of itself, UnitedHealthcare of Florida, Inc. and its other affiliates<br>Attn: John L. Larsen<br>10151 Deerwood Park Blvd<br>Ste 420, Bldg 100<br>Jacksonville, FL 32256 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1253 | **State what the contract or lease is for and the nature of the debtor's interest** | Medical Group Participation Agreement and Amendment | UnitedHealthcare of Florida, Inc.<br>10151 Deerwood Park Blvd.<br>Ste 420, Bldg. 100<br>Jacksonville, FL 32256 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1254 | **State what the contract or lease is for and the nature of the debtor's interest** | Intellectual Property License Agreement and Amendment(s) | UnitedHealthCare Services, Inc.<br>PO Box 31362<br>Salt Lake, UT 84131-0362 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1255 | **State what the contract or lease is for and the nature of the debtor's interest** | Office Building Sublease Agreement and Amendments | UnitedHealthCare Services, Inc.<br>PO Box 31362<br>Salt Lake, UT 84131-0362 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1256 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription and License Terms Agreement | UpToDate<br>230 Third Avenue<br>Waltham, MA 02451 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1257 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Urgo Medical North America<br>100 Lexington Street<br>Fort Worth, TX 76102 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.1258 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

**State the term remaining** Unknown

**List the contract number of any government contract**

Uyen Anh A Nguyen - Address on File

2.1259 **State what the contract or lease is for and the nature of the debtor's interest** Client Services Agreement

**State the term remaining** Unknown

**List the contract number of any government contract**

Vaco LLC
Attn: Denise Bennett-Walls
5501 Virginia Way
Suite 120
Brentwood, TN 37027

2.1260 **State what the contract or lease is for and the nature of the debtor's interest** Client Services Agreement #408905

**State the term remaining** Unknown

**List the contract number of any government contract**

Vaco LLC
Attn: Denise Bennett-Walls
5501 Virginia Way
Suite 120
Brentwood, TN 37027

2.1261 **State what the contract or lease is for and the nature of the debtor's interest** Addendum #2469387

**State the term remaining** Unknown

**List the contract number of any government contract**

Vaco LLC
Attn: Denise Bennett-Walls
5501 Virginia Way
Suite 120
Brentwood, TN 37027

2.1262 **State what the contract or lease is for and the nature of the debtor's interest** Services Agreement

**State the term remaining** Unknown

**List the contract number of any government contract**

Vaco Orlando LLC
PO Box 667
Brentwood, TN 37024

2.1263 **State what the contract or lease is for and the nature of the debtor's interest** Direct Hire Fee Agreement

**State the term remaining** Unknown

**List the contract number of any government contract**

Vaco Orlando, LLC
PO Box 667
Brentwood, TN 37024

2.1264 **State what the contract or lease is for and the nature of the debtor's interest**

Addendum #2524459 to Client Services Agreement #408905

Vaco: Highspring LLC dba Vaco
PO Box 667
Brentwood, TN 37024

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1265 **State what the contract or lease is for and the nature of the debtor's interest**

Addendum # 2524439 to Client Services Agreement # 408905

Vaco: Highspring LLC dba Vaco
PO Box 667
Brentwood, TN 37024

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1266 **State what the contract or lease is for and the nature of the debtor's interest**

Employment Contract or Letter

Valerie Anne Pagliaro - Address on File

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1267 **State what the contract or lease is for and the nature of the debtor's interest**

Employment Contract or Letter

Valerie J Comeau - Address on File

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1268 **State what the contract or lease is for and the nature of the debtor's interest**

Employment Contract or Letter

Valerie Schaefer - Address on File

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1269 **State what the contract or lease is for and the nature of the debtor's interest**

Employment Contract or Letter

Vanessa I Gallo - Address on File

**State the term remaining**

Unknown

**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| 2.1270 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Vanessa Lynn Bingamon - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.1271 | State what the contract or lease is for and the nature of the debtor's interest | Terms of Service Agreement | VaxCare, LLC<br>Attn: Brett Kenefick<br>3113 Lawton Road<br>Suite 250<br>Orlando, FL 32803 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.1272 | State what the contract or lease is for and the nature of the debtor's interest | Terms of Service Agreement | VaxCare, LLC<br>Attn: Brett Kenefick<br>3113 Lawton Road<br>Suite 250<br>Orlando, FL 32803 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.1273 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | VCSA<br>PO Box 2300<br>The Villages, FL 32158 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.1274 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Veilia V Jackson - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.1275 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | Velocity Resource Group<br>3111 W. Dr. M.L. King Jr Blvd.<br>750<br>Tampa, FL 33607 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

2.1276 **State what the contract or lease is for and the nature of the debtor's interest** Order Form

**State the term remaining** Unknown

**List the contract number of any government contract**

VerityStream, Inc.
Attn: Jennie Julius
361 Centennial Parkway
Suite 150
Louisville, CO 80027

2.1277 **State what the contract or lease is for and the nature of the debtor's interest** Services Agreement

**State the term remaining** Unknown

**List the contract number of any government contract**

Veytec, Inc
2301 Silver Star Road
Orlando, FL 32804

2.1278 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

**State the term remaining** Unknown

**List the contract number of any government contract**

Vicky L Brenner - Address on File

2.1279 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

**State the term remaining** Unknown

**List the contract number of any government contract**

Vicky Rivera - Address on File

2.1280 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

**State the term remaining** Unknown

**List the contract number of any government contract**

Victor Flores - Address on File

2.1281 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

**State the term remaining** Unknown

**List the contract number of any government contract**

Victoria Anne Liccardi - Address on File

2.1282 **State what the contract or lease is for and the nature of the debtor's interest**

Employment Contract or Letter

Victoria E Matos - Address on File

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1283 **State what the contract or lease is for and the nature of the debtor's interest**

Employment Contract or Letter

Victoria K Wynn - Address on File

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1284 **State what the contract or lease is for and the nature of the debtor's interest**

Employment Contract or Letter

Victoria Lynn Merrick - Address on File

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1285 **State what the contract or lease is for and the nature of the debtor's interest**

Services Agreement

Village Center Fire Safety
984 Old Mill Run
The Villages, FL 32162

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1286 **State what the contract or lease is for and the nature of the debtor's interest**

Services Agreement

VISA
PO Box 4512
Carol Stream, IL 60197-4512

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1287 **State what the contract or lease is for and the nature of the debtor's interest**

Employment Contract or Letter

Visalsandan Hoanh - Address on File

**State the term remaining**

Unknown

**List the contract number of any government contract**

| No. | | | Name and mailing address |
|---|---|---|---|
| 2.1288 | State what the contract or lease is for and the nature of the debtor's interest | Contingency Physician Search Agreement | VISTA Staffing Solutions, Inc.<br>2800 E Cottonwood Pkwy<br>Ste 400<br>Cottonwood Heights, UT 84121 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.1289 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Viviana Garcia Cruz - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.1290 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Wanda Blevins - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.1291 | State what the contract or lease is for and the nature of the debtor's interest | Standard Software-as-a-Services Terms and Conditions | Waymaker<br>11555 Central Parkway<br>Suite 504<br>Jacksonville, FL 32224 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.1292 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract or Letter | Wayne C Burgess - Address on File |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.1293 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | Welch Allen Inc<br>One Baxter Parkway<br>Deerfield, IL 60015 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

2.1294 **State what the contract or lease is for and the nature of the debtor's interest** Services Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

Wells Fargo Vendor Financial Services, LLC
800 Walnut St
Des Moines, IA 50309

2.1295 **State what the contract or lease is for and the nature of the debtor's interest** Equipment Lease Agreement Number 450-9693542-002
**State the term remaining** Unknown
**List the contract number of any government contract**

Wells Fargo Vendor Financial Services, LLC
800 Walnut St
Des Moines, IA 50309

2.1296 **State what the contract or lease is for and the nature of the debtor's interest** Equipment Lease Agreement Number 450-9693542-003
**State the term remaining** Unknown
**List the contract number of any government contract**

Wells Fargo Vendor Financial Services, LLC
800 Walnut St
Des Moines, IA 50309

2.1297 **State what the contract or lease is for and the nature of the debtor's interest** Equipment Lease Agreement Number 450-9693542-004
**State the term remaining** Unknown
**List the contract number of any government contract**

Wells Fargo Vendor Financial Services, LLC
800 Walnut St
Des Moines, IA 50309

2.1298 **State what the contract or lease is for and the nature of the debtor's interest** Equipment Lease Agreement Number 450-9693542-005
**State the term remaining** Unknown
**List the contract number of any government contract**

Wells Fargo Vendor Financial Services, LLC
800 Walnut St
Des Moines, IA 50309

2.1299 **State what the contract or lease is for and the nature of the debtor's interest** Equipment Lease Agreement Number 450-9693542-006
**State the term remaining** Unknown
**List the contract number of any government contract**

Wells Fargo Vendor Financial Services, LLC
800 Walnut St
Des Moines, IA 50309

2.1300 **State what the contract or lease is for and the nature of the debtor's interest** Equipment Lease Agreement Number 450-9693542-007

**State the term remaining** Unknown

**List the contract number of any government contract**

Wells Fargo Vendor Financial Services, LLC
800 Walnut St
Des Moines, IA 50309

2.1301 **State what the contract or lease is for and the nature of the debtor's interest** Equipment Lease Agreement Number 450-9693542-008

**State the term remaining** Unknown

**List the contract number of any government contract**

Wells Fargo Vendor Financial Services, LLC
800 Walnut St
Des Moines, IA 50309

2.1302 **State what the contract or lease is for and the nature of the debtor's interest** Equipment Lease Agreement Number 450-9693542-009

**State the term remaining** Unknown

**List the contract number of any government contract**

Wells Fargo Vendor Financial Services, LLC
800 Walnut St
Des Moines, IA 50309

2.1303 **State what the contract or lease is for and the nature of the debtor's interest** Equipment Lease Agreement Number 450-9693542-010

**State the term remaining** Unknown

**List the contract number of any government contract**

Wells Fargo Vendor Financial Services, LLC
800 Walnut St
Des Moines, IA 50309

2.1304 **State what the contract or lease is for and the nature of the debtor's interest** Equipment Lease Agreement Number 450-9693542-011

**State the term remaining** Unknown

**List the contract number of any government contract**

Wells Fargo Vendor Financial Services, LLC
800 Walnut St
Des Moines, IA 50309

2.1305 **State what the contract or lease is for and the nature of the debtor's interest** Equipment Lease Agreement Number 450-9693542-012

**State the term remaining** Unknown

**List the contract number of any government contract**

Wells Fargo Vendor Financial Services, LLC
800 Walnut St
Des Moines, IA 50309

| | | | |
|---|---|---|---|
| 2.1306 | **State what the contract or lease is for and the nature of the debtor's interest** | Equipment Lease Agreement Number 450-9693542-013 | Wells Fargo Vendor Financial Services, LLC<br>800 Walnut St<br>Des Moines, IA 50309 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1307 | **State what the contract or lease is for and the nature of the debtor's interest** | Equipment Lease Agreement Number 450-9693542-014 | Wells Fargo Vendor Financial Services, LLC<br>800 Walnut St<br>Des Moines, IA 50309 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1308 | **State what the contract or lease is for and the nature of the debtor's interest** | Equipment Lease Agreement Number 450-9693542-015 | Wells Fargo Vendor Financial Services, LLC<br>800 Walnut St<br>Des Moines, IA 50309 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1309 | **State what the contract or lease is for and the nature of the debtor's interest** | Equipment Lease Agreement Number 450-9693542-016 | Wells Fargo Vendor Financial Services, LLC<br>800 Walnut St<br>Des Moines, IA 50309 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1310 | **State what the contract or lease is for and the nature of the debtor's interest** | Equipment Lease Agreement Number 450-9693542-017 | Wells Fargo Vendor Financial Services, LLC<br>800 Walnut St<br>Des Moines, IA 50309 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1311 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Welner, William - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.1312 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Wendy Aimar Santiago - Address on File

2.1313 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Wendy L Dixon - Address on File

2.1314 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Wesley Crowson - Address on File

2.1315 **State what the contract or lease is for and the nature of the debtor's interest** Commercial General Liability Policy
**State the term remaining** Unknown
**List the contract number of any government contract**

Western World Insurance Company
300 Kimball Dr.
Ste. 500
Parsipanny, NJ 07054

2.1316 **State what the contract or lease is for and the nature of the debtor's interest** Commercial General Liability Policy
**State the term remaining** Unknown
**List the contract number of any government contract**

Western World Insurance Company
300 Kimball Dr.
Ste. 500
Parsipanny, NJ 07054

2.1317 **State what the contract or lease is for and the nature of the debtor's interest** Excess Liability Policy
**State the term remaining** Unknown
**List the contract number of any government contract**

Western World Insurance Company
300 Kimball Dr.
Ste. 500
Parsipanny, NJ 07054

| | | | |
|---|---|---|---|
| 2.1318 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Westone<br>PO Box 631276<br>Cincinnati, OH 45263-1276 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1319 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Whitney Lee Eijkelboom - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1320 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Widex USA Inc<br>PO Box 200138<br>Dallas, TX 75320-0138 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1321 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | William A Poole - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1322 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | William H Wallick - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1323 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | WS Audiology USA, Inc.<br>PO Box 200141<br>Dallas, TX 75320-0141 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.1324 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | WVLG-AM 640<br>1100 Main St<br>The Villages, FL 32159 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1325 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Wynette Gould - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1326 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Xavier Potter - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1327 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Xia Xiong<br>5225 SW 103rd Loop<br>Ocala, FL 34476 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1328 | **State what the contract or lease is for and the nature of the debtor's interest** | Commercial Crime Policy | XL Specialty Insurance Company<br>26777 Halsted Rd<br>Farmington Hills, MI 48331 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1329 | **State what the contract or lease is for and the nature of the debtor's interest** | Excess Side A D&O & Tail Policy | XL Specialty Insurance Company<br>26777 Halsted Rd<br>Farmington Hills, MI 48331 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.1330 **State what the contract or lease is for and the nature of the debtor's interest** Management Liability Extension (D&O) & Tail Policy

XL Specialty Insurance Company
26777 Halsted Rd
Farmington Hills, MI 48331

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1331 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Yanice Rivera Collazo - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1332 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Yareli Vanessa Arteaga-Cornejo - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1333 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Yazmin A Fuentes - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1334 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Yerania Rodriguez Navedo - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1335 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter

Yolanda Alexy Rodriguez - Address on File

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1336 **State what the contract or lease is for and the nature of the debtor's interest** Terms and Conditions
**State the term remaining** Unknown
**List the contract number of any government contract**

Yooz Inc.
8951 Cypress Waters Blvd
Ste 170
Dallas, TX 75019

2.1337 **State what the contract or lease is for and the nature of the debtor's interest** Subscription Form
**State the term remaining** Unknown
**List the contract number of any government contract**

Yooz Inc.
Attn: Laurent Charpentier
8951 Cypress Waters Blvd
Ste 170
Dallas, TX 75019

2.1338 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract or Letter
**State the term remaining** Unknown
**List the contract number of any government contract**

Yzmaela Parica Esma - Address on File

2.1339 **State what the contract or lease is for and the nature of the debtor's interest** Workers Compensation Policy
**State the term remaining** Unknown
**List the contract number of any government contract**

Zenith
21255 Califa St.
Woodland Hills, CA 91367-0000

2.1340 **State what the contract or lease is for and the nature of the debtor's interest** Master Subscription and Service Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

Zluri Inc.
691 S Milipitas Blvd
Ste 217
Milpitas, CA 95035

2.1341 **State what the contract or lease is for and the nature of the debtor's interest** Master Subscription and Service Agreement
**State the term remaining** Unknown
**List the contract number of any government contract**

Zluri Inc.
Attn: Sethu Meenakshisundaram
691 S Milipitas Blvd
Ste 217
Milpitas, CA 95035

| | | | |
|---|---|---|---|
| 2.1342 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract or Letter | Zoey Grace Betz - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.1343 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement | David Hutchinson, MD - Address on File |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

**Debtor name: The Villages Health System, LLC**

**United States Bankruptcy Court for the: Middle District of Florida**

**Case number: 25-04156**

☐ **Check if this is an amended filing**

## Official Form 206H

## Schedule H: Codebtors

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 | | | ☐ D<br>☐ E/F<br>☐ G |

| Fill in this information to identify the case: |
| --- |
| Debtor name: The Villages Health System, LLC |
| United States Bankruptcy Court for the: Middle District of Florida |
| Case number: 25-04156 |

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.**

**I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:**

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ______________________

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration ______________________

I declare under penalty of perjury that the foregoing is true and correct.

07/31/2025
Executed on

/s/ Neil F. Luria
Signature of individual signing on behalf of debtor

Neil F. Luria
Printed name

Chief Restructuring Officer
Position or relationship to debtor