UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

THE VILLAGES HEALTH SYSTEM, LLC,[1]   Case No.: 6:25-bk-04156-LVV
                                      Chapter 11

   Debtor.
_____/

**UNITED STATES TRUSTEE'S**
**NOTICE OF APPOINTMENT OF CONSUMER PRIVACY OMBUDSMAN**

Pursuant to 11 U.S.C. § 332 and the *Order Directing United States Trustee to Appoint a Consumer Privacy Ombudsman in Connection with Debtor's Motion to Sell* (Doc. No. 123), entered on August 1, 2025, the United States Trustee hereby appoints the following person as the Consumer Privacy Ombudsman:

    Suzanne Richards, MBA, FACHE
    SMR Healthcare Management, Inc.
    4528 Dean Martin Drive, Unit 2308
    Las Vegas, Nevada 89103
    Phone: (714) 290-6226

This notice is accompanied by a verified statement of Suzanne Richards setting forth her disinterestedness as defined by § 101(14) of the Bankruptcy Code and connections, if any, with the Debtor, creditors, consumers, any other party in interest, their respective attorneys and accountants, the United States Trustee, and any person employed in the Office of the United States Trustee.

Section 332(b) of the Bankruptcy Code provides that the Consumer Privacy Ombudsman shall:

---

[1] The Debtor in this Chapter 11 Case is The Villages Health System, LLC and the last four digits of its federal tax identification number are 6436. The Debtor's address is 600 Sunbelt Road, The Villages, FL 32159.

provide to the court information to assist the court in its consideration of the facts circumstances, and conditions of the proposed sale or lease of personally identifiable information under section 363(b)(1)(B); Such information may include presentation of -

(a) the debtor's privacy policy;

(b) the potential losses or gains of privacy to consumers if such sale or such lease is approved by the court;

(c) the potential costs or benefits to consumers if such sale or such lease is approved by the court; and.

(d) the potential alternatives that would mitigate potential privacy losses or potential costs to consumers.

Pursuant to Section 332(c): "A consumer privacy ombudsman shall not disclose any personally identifiable information obtained by the ombudsman."

Compensation and reimbursement of the Consumer Privacy Ombudsman shall be determined by application pursuant to 11 U.S.C. § 330, and compensation and reimbursement of Consumer Privacy Ombudsman's court-approved professionals (if any) shall be determined pursuant to standards equivalent to those set forth in 11 U.S.C. § 330.

Date: August 4, 2025

Respectfully Submitted,

Mary Ida Townson
United States Trustee, Region 21

*/s/ Wanda D. Murray*
Wanda D. Murray, Trial Attorney
United States Department of Justice
Office of the United States Trustee
Florida Bar No.: 566381
George C. Young Federal Courthouse
400 W. Washington Street, Suite 1100
Orlando, FL 32801
Telephone No.: (407) 648-6070
wanda.murray@usdoj.gov