## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| In re: | Case No.: 6:25-bk-04156-LVV |
| THE VILLAGES HEALTH SYSTEM, LLC,[1] | Chapter 11 |
| Debtor. | |

### DEBTOR'S MOTION TO CONTINUE
### ALL MATTERS SET FOR HEARING ON AUGUST 11, 2025, AT 2:00 P.M.
### TO AUGUST 18, 2025, AT 2:00 P.M.

The Villages Health System LLC, as debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case"), by and through its undersigned counsel, hereby moves the Court, pursuant to Local Rule 5071-1, for the entry of an order substantially in the form attached as **Exhibit A** (the "Proposed Order") continuing the hearing scheduled for August 11, 2025 at 2:00 p.m. (the "Hearing"), to consider the Debtor's *Emergency Motion for Approval of Post-Petition Financing Debtor's Emergency Motion for Interim and Final Orders (I) Approving Postpetition Financing, (II) Authorizing the Use of Cash Collateral, (III) Approving Liens and Superpriority Administrative Expense Status, (IV) Modifying Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [Doc. No. 4] ("DIP Motion"),[2] *Emergency Motion for Authority to Maintain Pre-Petition Bank Accounts: (I) Authorizing the Debtor to (A) Maintain its Cash Management System and Pay Bank Fees, (B) Waive Certain Bankruptcy Code and U.S. Trustee Requirements, and (C) Continue Using Existing Checks and Business Forms, and (II) Authorizing and Directing the Debtor's Banks to Honor all Employee*

---

[1] The address of the Debtor is 600 Sunbelt Road, The Villages, Florida 32159. The last four digits of the Debtor's federal tax identification number is 6436.

[2] Unless otherwise defined herein, all terms defined in the DIP Motion, as applicable, shall have the same meanings herein.

*Related Payment Requests* [Doc. No. 6] ("Cash Management Motion"), and *Motion for Entry of an Order (I) Authorizing the Retention and Payment of Professionals Used in the Ordinary Course of Business Effective as of the Petition Date, and (II) Granting Related Relief* [Doc. No. 126] ("Ordinary Course Professionals Motion") to August 18, 2025, at 2:00 p.m. In support of this Motion, the Debtor states as follows:

## Jurisdiction and Venue

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding under 28 U.S.C. § 157(b).

2. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The bases for the relief requested herein are sections 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 5071-1 of the Local Rules of the United States Bankruptcy Court for the Middle District of Florida (the "Local Rules").

## Background

4. On July 3, 2025 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code—thereby commencing this Chapter 11 Case. The Debtor continues to operate its business and manage its business as debtor in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code. No trustee, examiner, or statutory committee of creditors has been appointed in this Chapter 11 Case.

5. A detailed description of the Debtor and its business, and the facts and circumstances surrounding the Debtor's filing of voluntary petition for relief under chapter 11 of the Bankruptcy Code are set forth in greater detail in the *Declaration of Neil Luria, Chief Restructuring Officer of the Debtor, in Support of Chapter 11 Petition and Various First Day Applications and Motions* [Doc. No. 3] ("First Day Declaration").

6.      On July 3, 2025, the Debtor filed its DIP Motion, seeking the approval of $39,000,000.00 in senior secured postpetition financing on a super-priority basis (the "DIP Facility"). On July 11, 2025, the Court entered an *Interim Order* [Doc. No. 60] (the "First Interim DIP Order") authorizing the Debtor to borrow under the DIP Agreement up to an aggregate principal amount of $5,000,000.00 (the "Interim DIP Funding") prior to the entry of a Final Order. The Court set a hearing to consider approval of the DIP Facility on a final basis on August 11, 2025, at 2:00 p.m.[3]

7.      As of the date of this filing, the Debtor has borrowed $5,000,000.00 in Interim DIP Funding. The Debtor will not require additional draws on the DIP Facility before August 18, 2025.

8.      On July 3, 2025, the Debtor filed its Cash Management Motion, seeking authorization to maintain its existing prepetition bank accounts and cash management system, along with other relief. The Court has entered two (2) interim orders granting the Debtor's Cash Management Motion on July 11, 2025 [Doc. No. 61] (the "First Interim Cash Management Order") and July 31, 2025 [Doc. No. 114] (the "Second Interim Cash Management Order"). The Court set a hearing to consider approval of the Cash Management Motion on a final basis for August 11, 2025, at 2:00 p.m.[4]

9.      Lastly, on August 1, 2025, the Debtor filed its Ordinary Course Professionals Motion, seeking authorization to retain and compensate certain professionals utilized in the ordinary course of the Debtor's business effective as of the Petition Date, along with other relief.

---

[3] The Debtor only received one timely objection to the entry of a Final DIP Order by the United States Trustee (*See* Doc. No. 89).

[4] The Debtor has not received any objections to the entry of a final order on its Cash Management Motion. The Debtor has opened a debtor-in-possession operating account with Regions Bank (an approved depository institution) and begun implementing a new system.

This Court set the Ordinary Course Professionals Motion for hearing on August 11, 2025, at 2:00 p.m.

## Relief Requested

10. By this Motion, the Debtor respectfully requests that the Court enter an order, substantially in the form of the Proposed Order attached hereto as **Exhibit A**, continuing all matters scheduled for August 11, 2025, at 2:00 p.m. to August 18, 2025, at 2:00 p.m.

## Basis for Relief

11. The Debtor requires additional time to prepare for a hearing on the final approval of the DIP Facility, and to consider additional DIP funding options. Accordingly, to reduce administrative costs to the estate and promote judicial economy, the Debtor seeks to continue all matters set for Hearing on August 11, 2025, at 2:00 p.m. to August 18, 2025, at 2:00 p.m.

12. The Debtor will work with all parties-in-interest and submit further interim orders granting the DIP Motion and the Cash Management Motion through August 18, 2025.

13. The United States Trustee, UnitedHealthcare Insurance Company and UnitedHealthcare of Florida, Inc. (collectively, "UnitedHealthcare"), and PMA Lender, LLC ("PMA" or the "DIP Lender") all consent to the requested continuance.

14. This request is made in good faith and not for purposes of delay. The continuance of the Hearing will not prejudice any of the partes-in-interest in this bankruptcy case.

## Notice

15. Notice of this Motion has been provided electronically to all parties registered to receive notice through the Court's CM/ECF system and has been provided by email, facsimile or first-class mail to: (a) the Office of the United States Trustee for the Middle District of Florida; (b) all secured creditors; (c) the Office of the Attorney General of the State of Florida; (d) the twenty (20) largest unsecured creditors for the Debtor; (e) other interested parties as identified by the

Debtor; and (f) any known counsel for (a)-(f). The method of service for each party will be described more fully in the certificate of service prepared by Stretto.

**WHEREFORE**, the Debtor respectfully requests that the Court grant this Motion and enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**, continuing all matters scheduled for the Hearing on August 11, 2025, at 2:00 p.m. to August 18, 2025, at 2:00 p.m.

**RESPECTFULLY SUBMITTED** this 6th day of August, 2025.

> **BAKER & HOSTETLER LLP**
>
> By: */s/ Elizabeth A. Green*
> **Elizabeth A. Green, Esq.**
> FL Bar No.: 0600547
> Email: egreen@bakerlaw.com
> **Jimmy D. Parrish, Esq.**
> FL Bar No.: 0526401
> E-mail: jparrish@bakerlaw.com
> **Andrew V. Layden, Esq.**
> FL Bar No.: 86070
> E-mail: alayden@bakerlaw.com
> Suite 2300
> 200 South Orange Avenue
> Orlando, Florida 32801-3432
> Telephone: (407) 649-4000
> Facsimile: (407) 841-0168
>
> *Proposed Counsel for the Debtor and Debtor in Possession*

## EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| **In re:** | **Case No.: 6:25-bk-04156-LVV** |
| **THE VILLAGES HEALTH SYSTEM, LLC,[1]** | **Chapter 11** |
| **Debtor.** | |

**ORDER GRANTING DEBTOR'S MOTION TO CONTINUE
ALL MATTERS SET FOR HEARING ON AUGUST 11, 2025, AT 2:00 P.M.
TO AUGUST 18, 2025, AT 2:00 P.M.**

This case came before the Court without a hearing upon the Debtor's *Motion to Continue all Matters set for Hearing on August 11, 2025, at 2:00 p.m. to August 18,2025,5 at 2:00 p.m.* [Doc. No. _____] (the "Motion"). The Court, having considered the Motion, finds good cause for the granting of the relief requested therein. Accordingly, it is

ORDERED:

1. The Motion is **GRANTED**.

---

[1] The address of the Debtor is 600 Sunbelt Road, The Villages, Florida 32159. The last four digits of the Debtor's federal tax identification number is 6436.

2.      All matters set for hearing on August 11, 2025, at 2:00 p.m. are continued to August 18, 2025, at 2:00 p.m., before the Honorable Lori V. Vaughan, at the George C. Young Federal Courthouse, 400 W. Washington Street, Courtroom 6C, 6th Floor, Orlando, Florida 32801.

# # #

*Attorney Elizabeth A. Green is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.*