ORDERED.

**Dated:  August 07, 2025**

_____
Lori V. Vaughan
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| In re: | Case No.: 6:25-bk-04156-LVV |
| **THE VILLAGES HEALTH SYSTEM, LLC,**[1] | Chapter 11 |
| Debtor. | |

### ORDER GRANTING DEBTOR'S MOTION TO CONTINUE
### ALL MATTERS SET FOR HEARING ON AUGUST 11, 2025, AT 2:00 P.M.
### TO AUGUST 18, 2025, AT 2:00 P.M.

This case came before the Court without a hearing upon the Debtor's *Motion to Continue all Matters set for Hearing on August 11, 2025, at 2:00 p.m. to August 18,2025,5 at 2:00 p.m.* [Doc. No. 140] (the "Motion"). The Court, having considered the Motion, finds good cause for the granting of the relief requested therein. Accordingly, it is

ORDERED:

1.      The Motion is **GRANTED**.

---

[1] The address of the Debtor is 600 Sunbelt Road, The Villages, Florida 32159. The last four digits of the Debtor's federal tax identification number is 6436.

2.      All matters set for hearing on August 11, 2025, at 2:00 p.m. are continued to August

18, 2025, at 2:00 p.m., before the Honorable Lori V. Vaughan, at the George C. Young Federal

Courthouse, 400 W. Washington Street, Courtroom 6C, 6th Floor, Orlando, Florida 32801.

# # #

*Attorney Elizabeth A. Green is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.*

4926-6362-9403.1