IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re:<br><br>**THE VILLAGES HEALTH SYSTEM, LLC,**[1]<br><br>Debtor. | Case No.: 6:25-bk-04156-LVV<br><br>Chapter 11 |

**DEBTOR'S SUPPLEMENT TO THE APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GOODWIN PROCTER, LLP AS SPECIAL COUNSEL FOR THE DEBTOR PURSUANT TO 11 U.S.C. § 327(e) EFFECTIVE AS OF THE PETITION DATE**

The Villages Health System LLC, as debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case"), hereby files this supplement ("Supplement") to the *Application for Entry of an Order Authorizing the Retention and Employment of Goodwin Procter, LLP as Special Counsel for the Debtor Pursuant to 11 U.S.C. § 327(e) Effective as of the Petition Date* (the "Application") [Doc. No. 124], and states as follows:

**Additional Information Requested by the United States Trustee Guidelines**

1. The following information is provided by Goodwin Procter, LLP in response to the request for additional information set forth in paragraph D.1 of the U.S. Trustee Guidelines:

Question: Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?

Response: No. The hourly rates set forth in the Demske Declaration are consistent with the rates that Goodwin Procter, LLP charges other comparable chapter 11 clients, and the rate structure provided by Goodwin Procter, LLP is appropriate and is not significantly different from: (a) the rates that Goodwin Procter, LLP charges in other non-bankruptcy representations; or (b) the rates of other comparably skilled professionals for similar engagements.

---

[1] The address of the Debtor is 600 Sunbelt Road, The Villages, Florida 32159. The last four digits of the Debtor's federal tax identification number is 6436.

| | |
|---|---|
| Question: | Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case? |
| Response: | No. |
| Question: | If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed post-petition, explain the difference and the reasons for the difference. |
| Response: | Goodwin's standard billing rates are adjusted annually on January 1 of each year based on a careful and comprehensive review of market conditions and other factors. Otherwise, Goodwin Procter, LLP's rates did not change during the 12 month period prepetition. Goodwin Procter, LLP's rates did not change upon the filing of the Chapter 11 Case. The hourly rates of Goodwin Procter, LLP's professionals are set forth in paragraph 13 of the Demske Declaration. |
| Question: | Has your client approved your prospective budget and staffing plans, and if so, for what budget period? |
| Response: | Fees for all professionals in the Chapter 11 Case have been included in the budgets for post-petition financing. These budgets have been approved by the Debtor. The Debtor has not requested a specific staffing plan, but Goodwin Procter, LLP expects that the individuals identified in the Demske Declaration will provide the bulk of the services in the Chapter 11 Case. |

[signature page to follow]

**RESPECTFULLY SUBMITTED** this 13th day of August, 2025.

                **BAKER & HOSTETLER LLP**

                By: */s/ Elizabeth A. Green*
                **Elizabeth A. Green, Esq.**
                FL Bar No.: 0600547
                Email: egreen@bakerlaw.com
                **Jimmy D. Parrish, Esq.**
                FL Bar No.: 0526401
                E-mail: jparrish@bakerlaw.com
                **Andrew V. Layden, Esq.**
                FL Bar No.: 86070
                E-mail: alayden@bakerlaw.com
                Suite 2300
                200 South Orange Avenue
                Orlando, Florida 32801-3432
                Telephone: (407) 649-4000
                Facsimile: (407) 841-0168

                *Proposed Counsel for the Debtor and Debtor in Possession*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on August 13, 2025, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system, which will provide a Notice of Electronic Filing and copy to all parties requesting such notice.

                */s/ Elizabeth A. Green*
                Elizabeth A. Green

4914-2283-9390.4