**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| In Re: | Case No.: 6:25-bk-04156-LVV |
| **THE VILLAGES HEALTH SYSTEM, LLC,**[1] | Chapter 11 |
| Debtor. | |

**CERTIFICATE OF SERVICE**

    I, Christopher Chiu, depose and say that I am employed by Stretto, the proposed claims and noticing agent for the Debtors in the above-captioned case.

    On August 15, 2025, at my direction and under my supervision employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit A**, via electronic mail on the service list attached hereto as **Exhibit B**, and via facsimile on the service list attached hereto as **Exhibit C**:

- **Debtor's Emergency Motion for Entry of Order (I) Authorizing the Debtor to Borrow Additional Funds Under the Existing DIP Facility, with Certain Modifications, and (II) Granting Related Relief** (Docket No. 159)

- **Declaration of Neil Luria in Support of the Debtor's Emergency Motion for Entry of Order (I) Authorizing the Debtor to Borrow Additional Funds Under the Existing DIP Facility, with Certain Modifications, and (II) Granting Related Relief** (Docket No. 160)

- **Certificate of Necessity of Request for Emergency Hearing** (Docket No. 161)

- **Notice of Emergency Hearing** (Docket No. 162)

| | |
|---|---|
| Dated: August 18, 2025 | */s/ Christopher Chiu*<br>Christopher Chiu<br>STRETTO<br>410 Exchange, Suite 100<br>Irvine, CA 92602<br>Telephone: 855.951.2698<br>Email: TeamVillagesHealth@stretto.com |

---

[1] The address of the Debtor is 600 Sunbelt Road, The Villages, Florida 32159. The last four digits of the Debtor's federal tax identification number is 6436.

# **<u>Exhibit A</u>**



**Exhibit A**
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Ahmad Sobia | | Address Redacted | | | | |
| Alpha Source Inc | Attn: Legal Dept | PO Box 809203 | | Chicago | IL | 60680 |
| Busto Mary | | Address Redacted | | | | |
| Centers for Medicare& Medicaid Svcs | Attn: Legal Dept | 61 Forsyth St SW Ste 4T20 | Atlanta Federal Center 4th Flr | Atlanta | GA | 30303-8909 |
| Connection Financial Services | Attn: Legal Dept | 2330 I-30 | | Mesquite | TX | 75150 |
| Dell Financial Services LLC | Attn: Legal Dept | Mail Stop PS2DF-23 One Dell Way | | Round Rock | TX | 79692 |
| Estochen Samuel | | Address Redacted | | | | |
| Goodwin Law Firm | Attn: Legal Dept | 100 Northern Avenue | | Boston | MA | 02210 |
| Lake County Tax Collector | Attn: Legal Dept | 1800 David Walker Dr | | Tavares | FL | 32778 |
| Marion County Tax Collector | Attn: Legal Dept | 503 SE 25th Ave | | Ocala | FL | 34471 |
| Patient Care &ConsumerPrivOmbudsman | c/o SMR Healthcare Management Inc | 4528 Dean Martin Drive Unit 2308 | Attn: Suzanne Richards MBA FACHE | Las Vegas | NV | 89103 |
| Perfectserve | Attn: Legal Dept | PO Box 92015 | | Las Vegas | NV | 89193-2015 |
| Social Security Administration | Office of the General Counsel | 6401 Security Blvd | Attn: Bankruptcy | Baltimore | MD | 21235 |
| Sumter County Tax Collector | Attn: Legal Dept | 220 E McCollum Ave | | Bushnell | FL | 33513 |
| The Sourcing Group Inc | Attn: Legal Dept | PO Box 6568 | | Carol Stream | IL | 60197-6568 |
| The Villages Health System LLC | Attn: Legal Dept | 600 Sunbelt Road | | The Villages | FL | 32159 |
| The Villages of Lake-Sumter Inc | Attn: Legal Dept | 7580 Middleton Dr | | Middleton | FL | 34762 |
| US Attorney General | US Dept of Justice | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 |
| US Department of Agriculture | Attn: Legal Dept | 1400 Independence Ave SW | | Washington | DC | 20250 |
| US Dept of Labor | Occupational Safety & Health Admin | 200 Constitution Ave NW Rm No N3626 | | Washington | DC | 20210 |
| US Dept of Labor | Office of the Regional Solicitor | 1835 Market St | Mailstop SOL/22 | Philadelphia | PA | 19103-2968 |
| US Drug Enforcement Administration | Attn: Administrator | 8701 Morrissette Drive | | Springfield | VA | 22152 |
| US Drug Enforcement Administration | Miami Division | 2100 N Commerce Pkwy | | Miami | FL | 33326 |
| US Food and Drug Administration | Attn: Legal Dept | 10903 New Hampshire Ave | | Silver Spring | MD | 20993-0002 |
| Veytec Inc | Attn: Legal Dept | 2301 Silver Star Road | | Orlando | FL | 32804 |

# **Exhibit B**



# Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Alliant Dermatology, PA | c/o Holland & Knight LLP | Attn: Edward M. Fitzgerald | edward.fitzgerald@hklaw.com |
| ASSA ABLOY Entrance Systems US Inc. | | | invoiceinquiry.us.entrance@assaabloy.com |
| Boston Scientific Corporation | | | bsxinvestorrelations@bsci.com |
| Business Techs Inc. | | | it@business-techs.com |
| CenterWell Senior Primary Care (Vitality), Inc. | c/o Venable LLP | Attn: Eric D. Jacobs | ejacobs@venable.com |
| CenterWell Senior Primary Care (Vitality), Inc. | c/o Venable LLP | Attn: Paul J. Battista | pjbattista@venable.com |
| Connective Health, Inc. | Attn: Ryan Hess | | finance@connectivehealth.io |
| Florida Agency for Healthcare Administration | | | hcra@ahca.myflorida.com |
| Florida Department of Health | General Counsel | | health@flhealth.gov |
| Florida Department Of Revenue | Bankruptcy Unit | | emaildor@floridarevenue.com |
| Florida Department of State | | | administrativeservices@dos.fl.gov |
| Florida Office of the Attorney General | | | oag.civil.eserve@myfloridalegal.com |
| Goodwin Procter LLP | Attn: Greg Demske | | gdemske@goodwinlaw.com |
| Internal Revenue Service | | | sbse.cio.bnc.mail@irs.gov |
| Latham & Watkins LLP | Attn: Isaac J. Ashworth | | isaac.ashworth@lw.com<br>caroline.reckler@lw.com<br>brian.rosen@lw.com<br>andrew.sorkin@law.com |
| Mantilla, Miguel | | | Email Address Redacted |
| Mary Ida Townson, United States Trustee for Region 21 | Attn: Wanda D. Murray | United States Department of Justice, Office of the United States Trustee | wanda.murray@usdoj.gov |
| Olympus America Inc. | | | cash.application@olympus.com |
| OnePacs LLC | | | accounts@onepacs.com |
| Perfectserve | | | collections@perfectservesupport.zendesk.com |
| PMA Lender LLC | c/o Trenam Law | Attn: Lara Roeske Fernandez | lfernandez@trenam.com |
| PMA Lender, LLC | c/o Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, PA | Attn: Lara Roeske Fernandez, Rhys P. Leonard | lfernandez@trenam.com<br>rleonard@trenam.com |
| SECO Energy | Customer Service | | customerservice@secoenergy.com |
| SOLIC Capital Advisors | Attn: Matthew Rubin | | mrubin@soliccapital.com<br>ppassalino@soliccapital.com<br>kabramovs@soliccapital.com<br>rnowitz@soliccapital.com<br>rlonegan@soliccapital.com |
| SOLIC Capital Advisors | Attn: Neil Luria | | nluria@soliccapital.com |
| Solventum Health Information Systems, Inc. | | | mdblount@solventum.com |
| Starkey Laboratories, Inc. | | | legal@starkey.com<br>compliance@starkey.com |
| The Sourcing Group Inc | | | tmckenzie@tsgerp.com |
| The Villages Chilled Water Pit | | | utilities@districtgov.org |
| The Villages Health System, LLC | c/o Baker & Hostetler LLP | Attn: Elizabeth A. Green, Jimmy D. Parrish & Andrew V. Layden | egreen@bakerlaw.com<br>jparrish@bakerlaw.com<br>alayden@bakerlaw.com |



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | Attn: Stuart Wilson-Patton | stuart.wilson-patton@ag.tn.gov |
| U.S. Securities & Exchange Commission | Attn: Office of Reorganization | | atlreorg@sec.gov |
| United States of America | Attn: Christopher J. Emden | US Attorney's Office | christopher.emden@usdoj.gov |
| United States of America | U.S. Attorney's Office MDFL | Attn: Christopher Emden, AUSA | cemden@usdoj.gov |
| UnitedHealthcare Insurance Company and UnitedHealthcare of Florida, Inc. | c/o Stearns Weaver Miller Weissler Alhadeff & Sitterson, PA | Attn: Patricia A. Redmond | predmond@stearnsweaver.com |
| UnitedHealthcare Insurance Company and UnitedHealthcare of Florida, Inc. | c/o Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, Justin J. DeCamp, Alexa J. Kranzley | decampj@sullcrom.com<br>kranzleya@sullcrom.com |
| Village Center Community Development District | c/o Stone & Gerken, P.A. | Attn: Cynthia F. O'Donnell | cynthia@stoneandgerken.com |
| Wachtell, Lipton, Rosen & Katz | Attn: Mark V. Andriola | | mandriola@wlrk.com<br>scnadler@wlrk.com<br>nrklein@wlrk.com |
| Wells Fargo | | | wfef@wellsfargo.com |
| Wells Fargo Vendor Financial Services, LLC | c/o Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: Zachary J. Bancroft | zbancroft@bakerdonelson.com<br>achentnik@bakerdonelson.com<br>bkcts@bakerdonelson.com |

# **<u>Exhibit C</u>**



**Exhibit C**
Served via Facsimile

| Name | Attention 1 | Attention 2 | Fax |
|---|---|---|---|
| Alliant Dermatology, PA | c/o Holland & Knight LLP | Attn: Edward M. Fitzgerald | 407-244-5288 |
| CenterWell Senior Primary Care (Vitality), Inc. | c/o Venable LLP | Attn: Eric D. Jacobs | 813-439-3110 |
| CenterWell Senior Primary Care (Vitality), Inc. | c/o Venable LLP | Attn: Paul J. Battista | 305-349-2310 |
| Florida Department of Health | Board of Medicine | | 850-488-0596 |
| Florida Department Of Revenue | Bankruptcy Unit | | 888-854-4762 |
| Goodwin Procter LLP | Attn: Greg Demske | | 202-346-4444 |
| Internal Revenue Service | | | 267-941-1015 |
| Office of the United States Trustee for the Middle District of Florida | | | 407-648-6323 |
| PMA Lender LLC | c/o Trenam Law | Attn: Lara Roeske Fernandez | 813-229-6553 |
| PMA Lender, LLC | c/o Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, PA | Attn: Lara Roeske Fernandez, Rhys P. Leonard | 813-229-6553 |
| The Villages Health System, LLC | c/o Baker & Hostetler LLP | Attn: Elizabeth A. Green, Jimmy D. Parrish & Andrew V. Layden | 407-841-0168 |
| TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | Attn: Stuart Wilson-Patton | 615-741-3334 |
| United States Attorney for the Middle District of Florida | Attn: Civil Process Clerk | | 904-301-6310 |
| United States of America | Attn: Christopher J. Emden | US Attorney's Office | 813-274-6198 |
| UnitedHealthcare Insurance Company and UnitedHealthcare of Florida, Inc. | c/o Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, Justin J. DeCamp, Alexa J. Kranzley | 212-558-3588 |