

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

08/18/2025 03:00 PM

COURTROOM   6C, 6th Floor

**HONORABLE LORI VAUGHAN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:25-bk-04156-LVV** | **11** | **07/03/2025** |

**Chapter 11**

**DEBTOR:**       The Villages Health System, LLC

**DEBTOR ATTY:**   Michael Delaney

**TRUSTEE:**       NA

**HEARING:**

~1) Debtor's Emergency Motion for Approval of Post-Petition Financing Debtor's Emergency Motion for Interim and Final Orders (I) Approving Postpetition Financing, (II) Authorizing the Use of Cash Collateral, (III) Approving Liens and Superpriority Administrative Expense Status, (IV) Modifying Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief (Doc #4) interim thru 8/11
Limited Objection by UST (Doc #89)
Notice Regarding Extension of Postpetition Financing Milestone (Doc #150)
~2) Debtor's Emergency Motion for Authority to Maintain Pre-Petition Bank Accounts: (I) Authorizing the Debtor to (A) Maintain its Cash Management System and Pay Bank Fees, (B) Waive Certain Bankruptcy Code and U.S. Trustee Requirements, and (C) Continue Using Existing Checks and Business Forms, and (II) Authorizing and Directing the Debtor's Banks to Honor all Employee Related Payment Requests (Doc #6) - interim thru 8/11
~3) Debtor's Motion for Entry of an Order (I) Authorizing the Retention and Payment of Professionals Used in the Ordinary Course of Business Effective as of the Petition Date, and (II) Granting Related Relief (Doc #126)
~4) Debtor's Motion Debtor's Motion for Entry of an Order Approving Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals and Granting Related Relief (Doc #139)
Proposed Order at (Doc #154)
~5) Debtor's Emergency Motion Debtor's Emergency Motion for Entry of Order (I) Authorizing the Debtor to Borrow Additional Funds Under the Existing DIP Facility, with Certain Modifications, and (II) Granting Related Relief (Doc #159)
Declaration Re: Declaration of Neil Luria in Support of the Debtor's Emergency Motion (Doc #160)
Objection by United Healthcare (Doc #164)
Note: (non-SubV)
Cont from 7/9/25
Plan & D/S by: 10/31/25
Case Mgmt Summary (Doc #18)
Bid Procedures Approved (Doc #110)
Order Directing UST to Appoint Ombudsman (Doc #122 and #123)
Ombudsman Appointed 8/4/25: Suzanne Richards
Sale Hearing: 9/9/25 at 1pm

Pending:
1) Application to Retain Goodwin Procter, LLP as Special Counsel for the Debtor Pursuant to 11 U.S.C. § 327(e) Effective as of the Petition Date; filed 8/1/25 w/ 14 day neg ntc (Doc #124) - Supplement (Doc #153)
2) Application to Retain Stretto, Inc. as Administrative Agent Effective as of the Petition Date Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014; filed 8/1/25 w/ 14 day neg ntc (Doc #125)
3) Application to Retain Baker & Hostetler LLP as Counsel for the Debtor Effective as of the Petition Date; filed 8/1/2 w/ 14 day neg ntc (Doc #130)

**APPEARANCES:**:
  Elizabeth Green, Andrew Layden, Jimmy Parrish, Mike Delaney & Ben Taylor: Debtor (also present, debtor reps including Neil Luria); Scott Bomkamp: UST; Christopher Emden: USA; Lara Fernandez & Rhys Leonard: PMA Lender LLC; Caroline Reckler: Stalking Horse Bidder; Patricia Redmond, Andrew Dietderich, Angela Zhu & Justin DeCamp: United Healthcare

**RULING:**
~1) Debtor's Emergency Motion for Approval of Post-Petition Financing Debtor's Emergency Motion for Interim and Final Orders (I) Approving Postpetition Financing, (II) Authorizing the Use of Cash Collateral, (III) Approving Liens and Superpriority Administrative Expense Status, (IV) Modifying Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief (Doc #4) interim thru 8/11 - Limited Objection by UST   (Doc #89)   - Notice Regarding Extension of Postpetition Financing Milestone   (Doc #150) - Approved on an interim basis thru 9/9; continued hearing 9/9/2025 at 1:00pm. Order by Layden.

  2) Debtor's Emergency Motion Debtor's Emergency Motion for Entry of Order (I) Authorizing the Debtor to Borrow Additional Funds Under the Existing DIP Facility, with Certain Modifications, and (II) Granting Related Relief   (Doc #159) -   Declaration Re: Declaration of Neil Luria in Support of the Debtor's Emergency Motion   (Doc #160) -   Objection by United Healthcare   (Doc #164) - Granted per parties agreement and modifications announced in open court; order by Layden.


~2) Debtor's Emergency Motion for Authority to Maintain Pre-Petition Bank Accounts: (I) Authorizing the Debtor to (A) Maintain its Cash Management System and Pay Bank Fees, (B) Waive Certain Bankruptcy Code and U.S. Trustee Requirements, and (C) Continue Using Existing Checks and Business Forms, and (II) Authorizing and Directing the Debtor's Banks to Honor all Employee Related Payment Requests   (Doc #6) - Granted on an interim basis thru 9/9/2025; continued hearing 9/9/2025 at 1:00pm. Order by Layden.


~3) Debtor's Motion for Entry of an Order (I) Authorizing the Retention and Payment of Professionals Used in the Ordinary Course of Business Effective as of the Petition Date, and (II) Granting Related Relief   (Doc #126) - Granted; order by Layden.


~4) Debtor's Motion Debtor's Motion for Entry of an Order Approving Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals and Granting Related Relief   (Doc #139) -   Proposed Order at   (Doc #154) - Granted; order by Taylor.

(aj)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.