ORDERED.

**Dated:  August 22, 2025**

_____

Lori V. Vaughan
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| **In re:** | **Case No.: 6:25-bk-04156-LVV** |
| **THE VILLAGES HEALTH SYSTEM, LLC,[1]** | **Chapter 11** |
| **Debtor.** | |

**INTERIM ORDER GRANTING DEBTOR'S _EMERGENCY_ MOTION FOR ENTRY OF ORDER (I) AUTHORIZING THE DEBTOR TO BORROW ADDITIONAL FUNDS UNDER THE EXISTING DIP FACILITY, WITH CERTAIN MODIFICATIONS, AND (II) GRANTING RELATED RELIEF**

THIS CASE came before the Court on August 18, 2025, at 3:00 p.m. (EST) (the "Hearing") to consider the Debtor's _Emergency Motion for Entry of Order (I) Authorizing the Debtor to Borrow Additional Funds Under the Existing DIP Facility, with Certain Modifications, and (II) Granting Related Relief_ [Doc. No. 159] ("Amended DIP Motion").[2] The Court has considered (i) the Amended DIP Motion and supporting declaration, original DIP loan motion (Doc. No. 4), the

---

[1] The address of the Debtor is 600 Sunbelt Road, The Villages, Florida 32159. The last four digits of the Debtor's federal tax identification number is 6436.

[2] Unless otherwise defined herein, all terms defined in the Amended DIP Motion shall have the same meaning in this Order, and if not defined in the Amended DIP Motion, the same meanings ascribed to them in the DIP Motion or First Interim Order.

*Interim Order Granting Debtor's Emergency Motion for Interim and Final Orders (I) Approving Postpetition Financing, (II) Authorizing the Use of Cash Collateral, (III) Approving Liens and Superpriority Administrative Expense Status, (IV) Modifying Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* (Doc. No. 60) ("First Interim Order"), and all related filings, and (ii) the arguments of counsel and evidence admitted during the Hearing, finds that that notice of the Amended DIP Motion was appropriate and no further or other notice is appropriate, and that there is sufficient cause to grant the Amended DIP Motion as set forth herein. Accordingly, it is

IT IS ORDERED:

1.      The Amended DIP Motion is granted on an interim basis.

2.      The Debtor is authorized to use Cash Collateral under the terms of the amended DIP Budget ("Amended Budget") attached hereto as **Exhibit A** with secured creditors as of the Petition Date having replacement liens to the same extent, priority, and validity as of the Petition Date.

3.      The Debtor is hereby authorized to obtain from the DIP Lender pursuant to the Amended DIP Facility and repay to the DIP Lender new money advances in accordance with the DIP Agreement, the First Interim Order, this Order, the DIP Documents, and the Amended Budget, all as amended herein.

4.      The terms of this Court's First Interim Order shall apply and be binding as to the Amended DIP Loan, except for the following provisions:

(a)     Amount Borrowed.  The maximum aggregate principal amount of new money loans shall be increased from $24 million to $46 million.

(b)     Roll-up. The request for the Prepetition Roll-up is withdrawn as to the Final DIP Order.

(c)     Interest Rate. The non-default Interest Rate on the Amended DIP Loan balance over $5,000,000 per year based upon days actual elapsed, using a 360-day annual period. For the avoidance of doubt, the non-default Interest Rate on balances under $5,000,000 shall accrue at 12% per year under the First Interim Order.

(d)     DIP Collateral. The Amended DIP Loan shall be non-recourse to, and the DIP Collateral shall not include any estate claims and causes of action of any nature against the Debtor's current or former officers, directors, owners, affiliates and related persons.

(e)     Challenge Period. The Challenge Period is hereby extended to the later of (i) the hearing to consider approval of the disclosure statement or (ii) November 28, 2025.

(f)     Milestones.

        (i)     Final DIP Order. The Milestone for the Court to enter a final order approving the Amended DIP Loan shall be September 10, 2025.

        (ii)     Auction. The Milestone for the Debtor to complete any auction in connection with the sale shall be September 7, 2025.

        (iii)     Sale Order. The Milestone for the Court to have entered an order approving a sale of substantially all of the Debtor's assets shall be September 10, 2025.

        (iv)     Transaction Closing. The Milestone for the Transaction to close shall be extended from October 3 to October 17, 2025.

5.     Paragraph 13 of the First Interim Order shall be amended and replaced with the following:

        (i)     *Remedies after Event of Default*. Upon the occurrence of an Event of Default (as set forth in the Remedies section of the DIP Documents), the DIP Lender shall provide the Default Notice to the Debtor and file  the Default Notice on the docket contemporaneously and the Court shall conduct a hearing during the Remedies Notice Period to determine if an Event of Default has occurred and determine appropriate relief and remedies, including whether relief from the automatic stay is appropriate. During the Remedies Notice Period, the DIP Lender shall continue to perform under the DIP Facility and DIP Orders and the Debtor shall have authority to use Cash Collateral and the DIP Facility proceeds in accordance with the DIP Documents and applicable Budget. At the end of the Remedies Notice Period, the

Debtor's rights to use the DIP Facility or cash collateral shall immediately cease and all cash collateral or proceeds of the DIP Facility shall be held pending further order of the Bankruptcy Court, except as necessary to fund the Carve-Out, unless (i) otherwise agreed by the Parties, (ii) otherwise ordered by the Bankruptcy Court, or (iii) the Event of Default has been cured or waived.

6.      To the extent there is a conflict between the First Interim Order and this Order, this Order controls.

7.      The Court shall hold a hearing to consider approval of the DIP Facility on a final basis (the "Final Hearing") on September 9, 2025, at 1:00 p.m. prevailing Eastern Time, before this Court. Debtor shall promptly serve copies of this Order (which shall constitute adequate notice of the Final Hearing) on the Notice Parties (as defined in the First Interim Order).

# # #

*Attorney Elizabeth A. Green is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.*

## Exhibit A

**Amended DIP Budget**

**THE VILLAGE HEALTH SYSTEM ("TVH")**
Revised DIP Budget

PRELIMINARY DRAFT
*Subject to change based on continued review*

## REVISED TVH DIP BUDGET

| Weekly Cash Flow Summary | Payroll | | Payroll | | Payroll | | Payroll | | Payroll | | Payroll | | Payroll | Total Forecast October | Total Forecast November | Total Forecast December | Total Forecast 13-Week | Total Forecast Current-EOY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Actual (A) / Forecast (F) | A | A | A | A | A | F | F | F | F | F | F | F | F | | | | | |
| Week # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | | | | | |
| Week Beginning | 7/7/25 | 7/14/25 | 7/21/25 | 7/28/25 | 8/4/25 | 8/11/25 | 8/18/25 | 8/25/25 | 9/1/25 | 9/8/25 | 9/15/25 | 9/22/25 | 9/29/25 | 10/6/25 | 11/3/25 | 12/1/25 | 7/7/25 | 7/7/25 |
| Week Ending | 7/11/25 | 7/18/25 | 7/25/25 | 8/1/25 | 8/8/25 | 8/15/25 | 8/22/25 | 8/29/25 | 9/5/25 | 9/12/25 | 9/19/25 | 9/26/25 | 10/3/25 | 10/31/25 | 11/28/25 | 1/2/26 | 10/3/25 | 1/2/26 |
| **RECEIPTS** | | | | | | | | | | | | | | | | | | |
| Total Receipts | $1,489,110 | $2,639,381 | $567,595 | $580,346 | $1,572,115 | $495,840 | $2,812,800 | $526,106 | $517,000 | $1,230,000 | $2,835,790 | $480,000 | $563,106 | $1,900,000 | $1,667,364 | $0 | $16,309,190 | $19,876,554 |
| **OPERATING DISBURSEMENTS** | | | | | | | | | | | | | | | | | | |
| Payroll Wages, Tax, Bonus, Benefits | ($3,171,189) | ($242,593) | ($2,764,792) | ($278,963) | ($2,973,041) | ($206,500) | ($3,724,550) | ($171,500) | ($3,116,295) | ($218,500) | ($2,856,355) | ($171,500) | ($3,135,855) | ($3,230,696) | $0 | $0 | ($23,031,633) | ($26,262,329) |
| Rent | $0 | $0 | $0 | $0 | ($1,137,787) | $0 | $0 | $0 | ($1,135,000) | $0 | $0 | $0 | ($1,135,000) | $0 | $0 | $0 | ($3,407,787) | ($3,407,787) |
| Utilities | $0 | $0 | ($9,150) | $0 | $0 | ($8,000) | ($13,500) | $0 | ($8,000) | $0 | ($13,500) | $0 | ($8,000) | ($41,100) | $0 | $0 | ($76,150) | ($117,250) |
| Insurance | $0 | $0 | ($136,757) | $0 | $0 | $0 | ($75,000) | $0 | ($163,010) | $0 | ($75,000) | $0 | ($13,010) | $0 | $0 | $0 | ($3,653,698) | ($3,653,698) |
| All Other Expenses | ($184) | ($233,574) | ($235,356) | ($473,759) | ($495,170) | ($865,741) | ($595,600) | ($1,459,876) | ($822,220) | ($426,391) | ($626,600) | ($1,208,042) | ($1,231,940) | ($2,432,201) | ($525,000) | ($475,000) | ($8,674,453) | ($12,106,654) |
| Total Operating Expenses | ($3,171,373) | ($476,167) | ($3,146,055) | ($752,723) | ($4,605,997) | ($1,080,241) | ($4,408,650) | ($1,794,386) | ($5,081,515) | ($727,891) | ($3,496,455) | ($1,400,552) | ($8,701,716) | ($5,703,997) | ($525,000) | ($475,000) | ($38,843,720) | ($45,547,718) |
| Net Cash Flow before Non-Op. Disb. | ($1,682,263) | $2,163,214 | ($2,578,459) | ($172,376) | ($3,033,883) | ($584,401) | ($1,595,850) | ($1,268,280) | ($4,564,515) | $502,109 | ($660,665) | ($920,552) | ($8,138,610) | ($3,803,997) | $1,142,364 | ($475,000) | ($22,534,531) | ($25,671,164) |
| **Non-Operating Disbursements** | | | | | | | | | | | | | | | | | | |
| Total Bankruptcy Fees [A] | $0 | $0 | $0 | $0 | $0 | $0 | ($4,230,000) | ($3,081,667) | ($416,667) | ($366,667) | ($275,000) | ($2,825,000) | ($6,412,500) | ($2,850,000) | ($2,340,000) | ($2,038,592) | ($17,607,500) | ($24,836,092) |
| Capex | $0 | $0 | $0 | $0 | $0 | $0 | ($154,821) | $0 | $0 | $0 | ($154,821) | $0 | $0 | $0 | $0 | $0 | ($309,643) | ($309,643) |
| Total Non-Operating Disb. | $0 | $0 | $0 | $0 | $0 | $0 | ($4,384,821) | ($3,081,667) | ($416,667) | ($366,667) | ($429,821) | ($2,825,000) | ($6,412,500) | ($2,850,000) | ($2,340,000) | ($2,038,592) | ($17,917,143) | ($25,145,735) |
| Net Cash Flow | ($1,682,263) | $2,163,214 | ($2,578,459) | ($172,376) | ($3,033,883) | ($584,401) | ($5,980,672) | ($4,349,947) | ($4,981,182) | $135,442 | ($1,090,486) | ($3,745,552) | ($14,551,110) | ($6,653,997) | ($1,197,636) | ($2,513,592) | ($40,451,673) | ($50,816,899) |
| **CASH BALANCE** | | | | | | | | | | | | | | | | | | |
| Beginning Book Balance | $6,451,673 | $4,769,410 | $6,932,625 | $4,354,166 | $9,181,789 | $6,147,907 | $5,563,506 | $5,000,000 | $5,000,000 | $5,000,000 | $5,135,442 | $5,000,000 | $5,000,000 | $11,000,000 | $4,346,003 | $3,148,367 | $6,451,673 | $6,451,673 |
| Net Cash Flow | ($1,682,263) | $2,163,214 | ($2,578,459) | ($172,376) | ($3,033,883) | ($584,401) | ($5,980,672) | ($4,349,947) | ($4,981,182) | $135,442 | ($1,090,486) | ($3,745,552) | ($14,551,110) | ($6,653,997) | ($1,197,636) | ($2,513,592) | ($40,451,673) | ($50,816,899) |
| Ending Book Bal. before DIP Draw | $4,769,410 | $6,932,625 | $4,354,166 | $4,181,789 | $6,147,907 | $5,563,506 | ($417,166) | $650,053 | $18,818 | $5,135,442 | $4,044,956 | $1,254,448 | ($9,551,110) | $4,346,003 | $3,148,367 | $634,775 | ($34,000,000) | ($44,365,226) |
| DIP Borrowings | $0 | $0 | $0 | $5,000,000 | $0 | $0 | $5,417,166 | $4,349,947 | $4,981,182 | $0 | $955,044 | $3,745,552 | $20,551,110 | $0 | $0 | $0 | $45,000,000 | $45,000,000 |
| DIP (Repayment) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Ending Book Bal. after DIP Draw | $4,769,410 | $6,932,625 | $4,354,166 | $9,181,789 | $6,147,907 | $5,563,506 | $5,000,000 | $5,000,000 | $5,000,000 | $5,135,442 | $5,000,000 | $5,000,000 | $11,000,000 | $4,346,003 | $3,148,367 | $634,775 | $11,000,000 | $634,775 |
| **LOAN BALANCE** | | | | | | | | | | | | | | | | | | |
| Beginning Loan Balance | $0 | $0 | $0 | $0 | $5,000,000 | $5,000,000 | $5,000,000 | $10,417,166 | $14,767,113 | $19,748,295 | $19,748,295 | $20,703,339 | $24,448,891 | $45,000,000 | $45,000,000 | $45,000,000 | $0 | $0 |
| DIP Borrowings | $0 | $0 | $0 | $5,000,000 | $0 | $0 | $5,417,166 | $4,349,947 | $4,981,182 | $0 | $955,044 | $3,745,552 | $20,551,110 | $0 | $0 | $0 | $45,000,000 | $45,000,000 |
| Ending Loan Balance | $0 | $0 | $0 | $5,000,000 | $5,000,000 | $5,000,000 | $10,417,166 | $14,767,113 | $19,748,295 | $19,748,295 | $20,703,339 | $24,448,891 | $45,000,000 | $45,000,000 | $45,000,000 | $45,000,000 | $45,000,000 | $45,000,000 |

[A] Bankruptcy Professional Fees relate to the services provided by Debtor Bankruptcy Counsel, Debtor Financial Advisor & Investment Banker, Regulatory & Corporate Counsel, Compliance Consultants, Ombudsman, U.S. Trustee, and others. Such amounts are preliminary and subject to change