**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| **THE VILLAGES HEALTH SYSTEM,** | ) | |
| **LLC,**[1] | ) | **Case No.: 6:25-bk-04156-LVV** |
| | ) | |
| Debtor. | ) | |

## HIGHSPRING LLC'S (F/K/A VACO LLC) OBJECTION AND RESERVATION OF RIGHTS REGARDING ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS

Highspring LLC (f/k/a Vaco LLC) ("Highspring") hereby submits this Objection and Reservation of Rights (this "Objection") with respect to the Debtor's proposed cure amounts set forth in the *Notice of Executory Contracts That May Be Assumed and Assigned in Connection with the Sale Transaction* (the "Notice"), as follows:

### BACKGROUND

1. The Debtor commenced this bankruptcy case by filing a petition for relief under chapter 11 of the Bankruptcy Code on July 3, 2025 (the "Petition Date").

2. Prior to the Petition Date, effective as of April 9, 2021, Highspring and the Debtor, executed that certain Client Services Agreement (as amended or supplemented, the "Client Services Agreement"). Among other things, the Client Services Agreement provides that Highspring will deliver to the Debtor and its affiliates certain consulting services, on a project basis, and under the supervision and direction of the Debtor.

3. Pursuant to the Client Services Agreement, Highspring has provided and continues to provide certain consulting and staffing services to the Debtor.

---

[1] The address of the Debtor is 600 Sunbelt Road, The Villages, Florida 32159. The last four digits of the Debtor's federal tax identification number is 6436.

4906-3535-3699.1

4. According to the Debtor, on or about August 4, 2025, the Debtor served their list of executory contracts (the "Contracts List") that may be assumed and assigned in connection with the proposed sale transaction. *See* Docket No. 186. Highspring did not receive a service copy of the Contracts List.

5. The Contracts List, as filed on the docket, included certain agreements with Highspring as executory contracts designated for assumption and assignment with a cure total of $2,160.00. *See* Docket No. 186.

**OBJECTION**

6. Highspring objects to the assumption of any contracts with Highspring because the Debtor has failed to accurately state the cure amount owed to Highspring.

7. Section 365 of the Bankruptcy Code provides that a debtor may not assume an executory contract, unless at the time of the assumption of such contract, the debtor cures any defaults, compensates for any actual pecuniary loss resulting from such defaults, and provides adequate assurance of future performance. 11 U.S.C. §§ 365(b)(1), 365(f)(2).

8. As of August 26, 2025, the cure amount due to satisfy all amounts owing to Highspring is **$16,164.67**, plus all interest and other legally recoverable charges that continue to accrue on the amounts owed to Highspring. A summary of unpaid invoices as of August 26, 2025 is attached as **Exhibit A**.

9. Amounts owing to Highspring may continue to accrue. Highspring demands payment in full of all accrued and accruing invoices and attorneys' fees as a condition to assumption of the Client Services Agreement.

**RESERVATION OF RIGHTS**

10. Highspring does not release or waive any claim, right or remedy arising under the Client Services Agreement, any related agreements, the Bankruptcy Code, or other applicable law.

11. Without limitation, Highspring expressly reserves the right to assert that amounts due and owing to Highspring are administrative expense claims under section 503 of the Bankruptcy Code and other applicable law.

12. Similarly, Highspring may continue to provide services to the Debtor. Highspring reserves the right to assert additional cure claims for any and all amounts that may remain outstanding under the Client Services Agreement at the time that assumption of the Client Services Agreement is proposed to be effective. Any and all such amounts must be paid under section 365 of the Bankruptcy Code in order for the Debtor to assume the Client Services Agreement.

**WHEREFORE**, Highspring respectfully requests that the Court sustain this Objection, compel the Debtor to pay all amounts due and owing to Highspring, and grant Highspring such other and further relief as the Court deems to be just and proper.

Dated: August 28, 2025

*/s/ Edwin G. Rice*
Edwin G. Rice, Esq. | FBN: 855944
**BRADLEY ARANT BOULT CUMMINGS LLP**
1001 Water Street, Suite 1000
Tampa, Florida 33602-5468
T: (813) 559-5500 | F: (813) 229-5946
erice@bradley.com
ajecevicus@bradley.com

*Counsel for Highspring LLC (f/k/a Vaco LLC)*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 28, 2025, I electronically filed the foregoing with the Clerk of the Court and served the following using the CM/ECF system which will electronically transmit notification of such filing to CM/ECF participants in the above referenced case.

                                                /s/ *Edwin G. Rice*
                                                OF COUNSEL

**EXHIBIT A**

| Invoice Number | Invoice Date | Customer Name | Customer Owing |
|---|---|---|---|
| 108158817 | 8/15/2025 | The Villages Health 32650 | $5,800.00 |
| 108158828 | 8/15/2025 | The Villages Health 32650 | $1,836.67 |
| 108143315 | 7/4/2025 | The Villages Health 32650 | $4,640.00 |
| 108143331 | 7/4/2025 | The Villages Health 32658 | $1,728.00 |
| 108140660 | 6/27/2025 | The Villages Health 32658 | $2,160.00 |
| | | **TOTAL** | **$16,164.67** |