ORDERED.

Dated: October 07, 2025

_____
Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re )
)
The Villages Health System, LLC, ) Case No. 6:25-bk-04156-LVV
) Chapter 11
Debtor. )
)

**SCHEDULING ORDER ON OBJECTIONS TO EMPLOYMENT APPLICATIONS**

THIS CASE came before the Court to consider the objections to the Official Committee of Unsecured Creditors' Application for Approval of Employment and Retention of Pack Law as Counsel Effective as of September 4, 2025 and the Official Committee of Unsecured Creditors' Application for Approval of Employment and Retention of Genesis Credit Partners LLC as Financial Advisor, Effective as of September 5, 2025 filed by UnitedHealthcare Insurance Company and UnitedHealthcare of Florida, Inc. (Doc. No. 255), and Blue Cross and Blue Shield of Florida, Inc. and Health Options, Inc. (Doc. No. 256) (collectively "Objections"). After reviewing the pleadings and considering the position of all parties in interest, it is

**ORDERED**:

1. Any responses to the Objections must be filed on or before **October 15, 2025**.

2. Any replies to timely filed responses to the Objections must be filed on or before **October 20, 2025**.

###

The Clerk is directed to serve a copy of this Order on all interested parties.