ORDERED.

Dated: October 09, 2025

_____
Lori V. Vaughan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:

THE VILLAGES HEALTH SYSTEM, LLC,   Case No. 6:25-bk-04156-LVV
                                   Chapter 11
    Debtor.
_____/

**AGREED ORDER GRANTING THE UNITED STATES OF AMERICA'S UNOPPOSED MOTION CLARIFYING THE DEADLINE TO FILE A COMPLAINT TO DETERMINE THE DISCHARGEABILITY OF CERTAIN DEBTS OR, IN THE ALTERNATIVE, A MOTION FOR AN EXTENSION OF TIME TO FILE A COMPLAINT TO DETERMINE THE DISCHARGEABILITY OF CERTAIN DEBTS**

THIS CASE came on for consideration without a hearing on the United States of America's *Unopposed Motion Clarifying the Deadline To File a Complaint to Determine the Dischargeability of Certain Debts or, in the Alternative, a Motion for Extension of Time to File a Complaint To Determine the Dischargeability of Certain Debts* (Doc. 262) (the "Motion"). By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry. Accordingly, it is

**ORDERED** and **ADJUDGED** that:

1.   The Motion is **GRANTED**.

2.     To the extent necessary, the deadline for the United States to file a complaint to determine the dischargeability of a debt in the Debtor's bankruptcy case shall be the first date set hearing on confirmation.

3.     This Court retains jurisdiction with respect to all matters arising from or related to implementation of this Order.

Assistant United States Attorney Christopher Emden is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of the entry of this Order.