

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/22/2025 09:00 AM

COURTROOM   6C, 6th Floor

**HONORABLE LORI VAUGHAN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:25-bk-04156-LVV** | 11 | **07/03/2025** |

**Chapter 11**

**DEBTOR:**      The Villages Health System, LLC

**DEBTOR ATTY:**   Michael Delaney

**TRUSTEE:**      NA

**HEARING:**

1) Debtor's Emergency Motion for Entry of Order (I) Authorizing the Debtor to Borrow Additional Funds Under the Existing DIP Facility, with Certain Modifications, and (II) Granting Related Relief (Doc #159) - interim order thru 10/9 (Doc #260) and 10/22 (Doc #277)
Objection by United Health Care Insurance Co. (Doc #164)
Limited Objection by UST (Doc #89)
2) Motion by Citizens First Bank for Relief from Stay. Re: Pledged Account. (Doc #239)
3) Motion by Creditors James & Darlene Steigner for Relief from Stay. (Doc #264)
4) Application to Employ Pack Law as Counsel to Committee Effective as of September 4, 2025 (Doc #211)
5) Application to Employ Genesis Credit Partners LLC as Financial Advisor (Doc #213)
6) Debtor's Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement and Request for Expedited Consideration (Doc #294)

Note:
Sale Approved
Plan & D/S by: 10/31/25
Case Mgmt Summary (Doc #18)
MORs:
July 2025 (Doc #176)
Aug 2025 (Doc #254)
Sept 2025 (Doc #299)
Ombudsman Appointed 8/4/25: Suzanne Richards
Official Creditors' Committee Appointed (Doc #206)
Future Hearing: 11/12/25 1:30pm
Pending:
1) Objection to Claim No. 27 of Unitedhealthcare Insurance Company, United Healthcare of Florida, Inc., and Their Affiliates; filed by the Official Creditors' Committee w/ neg ntc on 10/10/25 (Doc #285)

**APPEARANCES:**:
 Andrew Layden & Ben Taylor: Debtor; Scott Bomkamp: UST; Chris Emden: USA; Lara Roeske Fernandez & Lisa Laukitis: PMA Lender; Joseph Pack, Robet Burns and Lynn Sherman: Creditor's Commitee; Patricia Redmond & Justin Decamp: United

Healthcare; Jeff Fulford: Steigners

**RULING:**
1) Debtor's Emergency Motion for Entry of Order (I) Authorizing the Debtor to Borrow Additional Funds Under the Existing DIP Facility, with Certain Modifications, and (II) Granting Related Relief   (Doc #159) -   interim order thru 10/9 (Doc #260) and 10/22 (Doc #277) -   Objection by United Health Care Insurance Co . (Doc #164) -   Limited Objection by UST   (Doc #89) - Granted on a further interim basis, continued hearing scheduled 11/4/2025 at 3:00pm should the sale not close. Order by Layden.

2) Motion by Citizens First Bank for Relief from Stay. Re: Pledged Account.   (Doc #239) - Granted pursuant to parties agreement; agreed order to be uploaded by Layden.

3) Motion by Creditors James & Darlene Steigner for Relief from Stay . (Doc #264)   -   Granted pursuant to parties agreement; agreed order to be uploaded by Layden.

4) Application to Employ Pack Law as Counsel to Committee Effective as of September 4, 2025   (Doc #211) - Approved; order by Pack.

5) Application to Employ Genesis Credit Partners LLC as Financial Advisor   (Doc #213) - Approved; order by Pack.

6) Debtor's Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement and Request for Expedited Consideration   (Doc #294) - Granted; order by Layden.

(aj)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.