ORDERED.

Dated: October 31, 2025

_____
Lori V. Vaughan
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| In re:<br><br>**THE VILLAGES HEALTH SYSTEM, LLC,**[1]<br><br>Debtor. | Case No.: 6:25-bk-04156-LVV<br><br>Chapter 11 |
|---|---|

**ORDER GRANTING DEBTOR'S MOTION TO CONTINUE
ALL MATTERS SET FOR HEARING ON NOVEMBER 4, 2025, AT 3:00 P.M.
TO NOVEMBER 12, 2025, AT 1:30 P.M.**

This case came before the Court without a hearing upon the Debtor's *Motion to Continue all Matters set for Hearing on November 4, 2025, at 3:00 p.m. to November 12, 2025, at 1:30 p.m.* [Doc. No. 320] (the "Motion").[2] The Court, having considered the Motion, finds good cause for the granting of the relief requested therein. Accordingly, it is

ORDERED:

1. The Motion is **GRANTED**.

---

[1] The address of the Debtor is 600 Sunbelt Road, The Villages, Florida 32159. The last four digits of the Debtor's federal tax identification number is 6436.

[2] Unless otherwise defined herein, all terms defined in the Motion, as applicable, shall have the same meanings herein.

2. All matters set for hearing on November 4, 2025, at 3:00 p.m. are continued to November 12, 2025, at 1:30 p.m. (the "Continued Hearing"), before the Honorable Lori V. Vaughan, at the George C. Young Federal Courthouse, 400 W. Washington Street, Courtroom 6C, 6th Floor, Orlando, Florida 32801.

3. The terms and conditions of the *Interim Order Granting Debtor's Emergency Motion for Entry of Order (I) Authorizing the Debtor to Borrow Additional Funds Under the Existing DIP Facility, with Certain Modifications, and (II) Granting Related Relief* [Doc. No. 309] (the "Interim DIP Order") shall remain in effect through and until the Continued Hearing.

4. The Notice Parties (as defined in the Interim DIP Order) may submit an agreed final order (a "Final Order") resolving the DIP Motion prior to the Continued Hearing. To the extent the Court enters a Final Order prior to the Continued Hearing, the entry of such Final Order shall result in the cancellation of the Final Hearing on the DIP Motion.

### # # #

*Attorney Elizabeth A. Green is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.*