**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re:<br><br>The Villages Health System, LLC,[1]<br><br>    Debtor. | Chapter 11<br>Case No.: 6:25-bk-04156-LVV |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'**
***EX PARTE* MOTION FOR REMOTE APPEARANCE VIA ZOOM**
**AT THE HEARING SCHEDULED FOR NOVEMBER 12, 2025 AT 1:30 P.M.**

The Official Committee of Unsecured Creditors (the "**Committee**"), by and through its undersigned counsel, and pursuant to this Court's hearing procedures, seeks leave of Court on an *ex parte* basis to appear remotely via Zoom at the hearing scheduled for November 12, 2025 at 1:30 p.m. (the "**Motion**") on the following matters in the above-captioned bankruptcy (the "**Hearing**"):

A. Objection by United Health Care Insurance Co. to (I) Potential Assumption and Assignment of Certain Executory Contracts and (II) the Proposed Cure Amounts [Dkt. No. 168]

Supplemental Objection to I) Potential Assumption and Assignment of Certain Executory Contracts and (II) the Proposed Cure Amounts [Dkt. No. 313];

B. Objection by Creditor Jim Besong to Assumption and Assignment of Executory Contract [Dkt. No. 172];

C. Objection by Blue Cross and Blue Shield of Florida, Inc. to Proposed Cure Amounts of Executory Contracts [Dkt. No. 177] (together, A, B, and C shall be referred to as the "**Objections**"); and

---

[1] The last four digits of the Debtor's federal tax identification number are 6436. The Debtor's address is 600 Sunbelt Road, The Villages, FL 32159.

      D.  Debtor's Emergency Motion for Entry of Order (I) Authorizing the Debtor to Borrow Additional Funds Under the Existing DIP Facility, with Certain Modifications, and (II) Granting Related Relief [Dkt. No. 159] (the "**DIP Motion**").

In support, the Committee states as follows:

1. Pursuant to Paragraph I of *Judge Vaughan Hearing Procedures* (https://www.flmb.uscourts.gov/orlando/vaughan/Judge_Vaughan_Hearing_Procedures.pdf),

    A. All attorneys and pro se parties must attend all hearings in person, unless:

    . . .

    iii. before the hearing, all interested parties reached a clear agreement resolving all objections to the matters set for hearing. Note: Lack of any filed objections to a motion or application does not necessarily mean there is a clear agreement between all interested parties; and all matters on the calendar must be resolved; or

    iv. the Court has granted leave to attend remotely for good cause shown by motion filed not later than (i) two business days before the hearing . . . .

2. It is anticipated that the closing will occur prior to the Hearing, mooting the DIP Motion.

3. The Unsecured Creditors Committee takes no position with respect to Objections.

4. This request is made so as not waste estate resources given that the Unsecured Creditors Committee does not have a direct position on the matters being heard.

5. As no party will be prejudiced by the granting of this Motion, the undersigned requests leave of the Court to attend the Hearing by Zoom.

WHEREFORE, the Committee respectfully requests that the Court enter an order (i) granting this motion, (ii) permitting a Zoom appearance by Robert G. Burns, Esq.[2] at the Hearing, and (iii) granting such other and further relief as is just and equitable.

Dated:  November 6, 2025

Respectfully submitted,

**PACK LAW**
51 Northeast 24th Street, Suite 108
Miami, Florida 33137
Telephone: (305) 916-4500

By:  */s/ Joseph A. Pack*
Joseph A. Pack
Email:  joe@packlaw.com
Florida Bar No. 117882
Robert G. Burns (*Admitted Pro Hac Vice*)
Email:  robert@packlaw.com
Jessey J. Krehl
Email:  jessey@packlaw.com
Florida Bar No. 1025848

*Counsel to the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on November 6, 2025, a true and correct copy of the foregoing was sent via CM/ECF on all parties registered to receive electronic notice thereby.

By:  */s/ Joseph A. Pack*
Joseph A. Pack
Email:  joe@packlaw.com

---

[2] Joseph A. Pack submits this motion as local counsel for Robert G. Burns who has been admitted pro hac vice but whose filing privileges are pending.