## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| **In Re:** | **Case No.: 6:25-bk-04156-LVV** |
| **THE VILLAGES HEALTH SYSTEM, LLC,**[1] | **Chapter 11** |
| **Debtor.** | |

### NOTICE OF CLOSING ON SALE TRANSACTION AND FINAL LIST
### OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### THAT HAVE BEEN ASSUMED AND ASSIGNED
### IN CONNECTION WITH THE SALE TRANSACTION

**PLEASE TAKE NOTICE** that the Debtor, by and through its undersigned counsel, sought approval from the United States Bankruptcy Court for the Middle District of Florida (the "Court") to effectuate the sale of substantially all of the Debtor's assets in the Debtor's *Amended Motion for Entry of Orders (A) Approving Sale of Substantially All of the Debtor's Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Approving Bidding Procedures for the Sale of Substantially All of the Debtor's Assets, (C) Approving Stalking Horse Bid Protections, (D) Scheduling Auction for and Hearing to Approve Sale of the Debtor's Assets, (E) Approving Form and Manner of Notice of Sale, Auction, and Sale Order Hearing, (F) Approving Assumption and Assignment Procedures, (G) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (H) Granting Related Relief* [Doc. No. 29] (the "Sale Motion").

**PLEASE TAKE FURTHER NOTICE** that on July 28, 2025, the Court entered an *Order (A) Approving Bidding Procedures for Sale of Substantially all of the Debtor's Assets Free and Clear of all Liens, Claims, Encumbrances, and Interests, (B) Approving Stalking Horse Bid Protection, (C) Scheduling Auction for and Hearing to Approve Sale of Substantially all of the Debtor's Assets, (D) Approving Form and Manner of Notice of Sale, Auction, and Sale Order Hearing, (E) Approving Assumption and Assignment Procedures, (F) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (G) Granting Related Relief* [Doc. No. 110] (the "Bidding Procedures Order").[2] The Bidding Procedures Order approved the bidding procedures (the "Bidding Procedures") attached as Exhibit 1 to the Bidding Procedures Order. The Bidding Procedures set the key dates and times related to the sale of the Purchased Assets and assumption and assignment of the executory contracts and unexpired leases (the "Assumed Contracts").

---

[1] The Debtor in this Chapter 11 Case is The Villages Health System, LLC and the last four digits of its federal tax identification number are 6436. The Debtor's address is 600 Sunbelt Road, The Villages, FL 32159.

[2] All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Sale Motion, Bidding Procedures Order, or the Sale Order, as applicable.

**PLEASE TAKE FURTHER NOTICE** that the Debtor properly provided notice to all counterparties that their executory contracts or unexpired leases may be assumed and assigned in connection with the Sale Transaction (the "Cure Notice"), including an estimate of the cure costs ("Cure Costs") for such contracts [*See* Doc. Nos. 143, 186, 242, 248, 265, 297, 304, 306, 314, and 316]. The applicable deadlines for counterparties to object to the Cure Notice or the Cure Costs have passed.

**PLEASE TAKE FURTHER NOTICE** that on September 9, 2025, this Court entered an *Order (A) Approving Sale of Substantially all of the Debtor's Assets Free and Clear of all Liens, Claims, Encumbrances, and Interests, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief* (the "Sale Order") [Doc. No. 222], which, among other things, approved that certain *Asset Purchase Agreement* ("APA") dated September 9, 2025, by and between The Villages Health System, LLC (the "Debtor"), CenterWell Senior Primary Care (Vitality), Inc. (the "Buyer"), and Humana Inc. (the "Parent"). Pursuant to paragraph 19 of the Sale Order, the Debtor was required to file, following the Closing, the final list of Assumed Contracts that were assumed and assigned to the Buyer at Closing.

**PLEASE TAKE FURTHER NOTICE** that the Sale Transaction closed (the "Closing") on November 7, 2025.

**PLEASE TAKE FURTHER NOTICE** that attached as **Exhibit A** is the final list of executory contracts and unexpired leases (the "Final List of Assumed Contracts") that have been assumed and assigned to the Buyer at Closing as authorized by the Sale Order. The Debtors have assumed and assigned to the Buyer all of the contracts set forth on the Final List of Assumed Contracts, including all amendments, addendums, or business associate agreements related thereto regardless of whether they are set forth on the Final List of Assumed Contracts. The Buyer has taken assignment of all of the contracts set forth on the Final List of Assumed Contracts to the extent such contracts are not expired or otherwise terminated.

Dated: November 11, 2025

Respectfully submitted:

**BAKER & HOSTETLER LLP**

*/s/ Elizabeth A. Green*
Elizabeth A. Green, Esq.
FL Bar No.: 0600547
Email: egreen@bakerlaw.com
Andrew V. Layden, Esq.
FL Bar No.: 86070
E-mail: alayden@bakerlaw.com
200 South Orange Avenue
Suite 2300
Orlando, Florida 32801-3432
Telephone: (407) 649-4000
Facsimile: (407) 841-0168

*Counsel for the Debtor and*
*Debtor in Possession*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on November 11, 2025, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system, which will provide a Notice of Electronic Filing and copy to all parties requesting such notice.

*/s/ Elizabeth A. Green*
Elizabeth A. Green

## **Exhibit A**

**Final List of Assumed Contracts**

| Description of Contract or Lease | Counterparty Name |
|---|---|
| Services Agreement | 48 Hour Books |
| Agreement for Medical Call Center Services | Access Nurse PM, LLC |
| Business Associate Agreement | Access Nurse PM, LLC |
| Sales Order | Adobe |
| Amendment to Global Master Services Agreement | ADP, Inc |
| Global Master Services Agreement | ADP, Inc |
| Services Agreement | Advanced Bionics, LLC |
| Evaluation, Demonstration and Support Equipment and Software License Agreement | Advanced Bionics, LLC |
| Provider Agreement | Aetna Network Services LLC |
| Commercal Health Product Addendum | Aetna Network Services LLC |
| Medical Rental Products Addenum | Aetna Network Services LLC |
| State Compliance Addendum | Aetna Network Services LLC |
| Workers Compensation and Auto Product Addendum | Aetna Network Services LLC |
| Services Agreement | Akers Media Group, Inc |
| Permanent Contingency Search Agreement | All Star Recruiting Inc dba All Star Healthcare Solutions |
| Botox Pricing Agreement | Allergan USA, Inc. |
| Services Agreement | All-Secure Graphics LLC |
| Services Agreement | Alpha Source Inc |
| Services Agreement | Amazon Capital Services, Inc |
| Cyber, Invoice Manipulation & System Hacking Policy | Ambridge & Core Risk Solutions |
| Services Agreement | America's Physician Groups |
| Learning Project Agreement and Supplement | ARCHway Learning Solitions |
| Learning Services Agreement | ARCHway Learning Solutions |
| Solutions Agreement | Arctic Wolf Networks, Inc |
| Business Associate Agreement | Arctic Wolf Networks, Inc |
| Services Agreement | ASSA ABLOY Entrance Systems US Inc. |
| Master Services Agreement | Athena Health Inc. |
| Service Proposal | Athena Health Inc. |
| Rate Change Proposal | Athena Health Inc. |
| Master Services Agreement and Amendments and Proposals | Athenahealth, Inc |
| Services Agreement | Athenahealth, Inc |
| Platform Subscription Agreement | Aya DART, LLC dba DocCafe and MedJobCafe |
| Business Associate Agreement | Baldwin Krystyn Sherman Partners, LLC |
| Master Software and Service Agreement | Bio Bridge Solutions Inc |
| Services Agreement | Bio-Cycle Medical Waste Mgmt |
| Services Agreement | Bioteque America Inc |
| Services Agreement | Boston Scientific Corporation |
| Business Associate Agreement | Braincheck Inc |
| Subscription Agreement | Brainier Solutions Inc. |
| Office Building Sublease Agreement and Amendments | BRP Insurance I, LLC (f/k/a BRP Medicare Insurance, LLC) |
| Skilled Nursing Facilities Arrangement | Buffalo Crossings Healthcare and Rehabilitation Center |
| Services Agreement | Business Techs Inc. |
| Services Agreement | CallTower |
| Services Agreement | Central Florida Health and Wellness Magazine |
| Business Associate Agreement | Central Florida Inpatient Medicine |
| All Agreements | Central Sumter Utilities |
| Services Agreement | Certiphi Screening Inc |
| Veytec, Inc. Cisco Webex Calling Proposal | Ceytec, Inc. |
| Services Agreement | Change Healthcare |
| Skilled Nursing Facilities Arrangement | Chatham Glen Healthcare and Rehabilitation Center |
| Provider Group Services Agreement | Cigna HealthCare of Florida, Inc. |
| Enterprise Agreement 3.0 Program Terms - End Users | Cisco |
| Services Agreement | Citrus Hearing Impaired Program |
| Business Associate Agreement | Citrus Hearing Impaired Program |
| All Agreements | City of Leesburg |
| Services Agreement | City of Wildwood |
| All Agreements | City of Wildwood |
| Services Agreement | Comcast |
| All Agreements | Comcast |
| Services Agreement | Comfort Care Medical Equipment & Uniforms Inc |
| Storage Space Rental Agreement | Compass Self Storage, LLC, agentfor ASV 15, and Rich Nescio |
| Agreement for Physician Locum Tenens Coverage | CompHealth |
| Agreement for Physician Locum Tenens Coverage Fees Confirmation | CompHealth |
| Contingency Search Agreement Confirmation | CompHealth Associates, Inc. |
| Contingency Search Agreement | CompHealth Associates, Inc. |
| Master Lease Agreement | Connection Financial Services |
| Services Agreement | Connective Health Inc. |
| Provider Agreement | Connective Health, Inc. |
| First Amendment to Provider Agreement | Connective Health, Inc. |
| Business Associate Agreement | Connective Health, Inc. |

| Description of Contract or Lease | Counterparty Name |
|---|---|
| Services Agreement | Consensus Cloud Solutions, LLC |
| Business Associate Agreement | CounselEar, LLC |
| Services Agreement | Covidien Sales LLC |
| Services Agreement | Cox Fire Protection |
| Master Service Agreement and all Amendments and Addendums | Crothall Healthcare, Inc. |
| Addendum C to Master Service Agreement and Janitorial and Day Porter Services Rider | Crothall Healthcare, Inc. |
| Addendum D to Master Service Agreement | Crothall Healthcare, Inc. |
| Services Agreement | Customize It Right LLC |
| Services Agreement | Dixie Safe and Lock Services LLC |
| Talent Finder Order Form | Doximity, Inc. |
| Business Associate Agreement | Dr. Vallabhan |
| All  Agreements | Duke Energy |
| Services Agreement | DynaFire |
| Master Services Agreement | Echo, Inc. |
| Business Associate Agreement | Ellkay |
| Quote Agreement | Ellkay |
| Contingency Agreement | Enterprise Medical Recruiting |
| Services Agreement | Executive Livery Service LLC |
| Services Agreement | Expert Cleaning |
| Business Associate Agreement | Fast Slow Motion, LLC |
| Master Services Agreement and all Proposals and Change Orders | Fast Slow Motion, LLC |
| Proposal #: 002 Change Order #: 001 | Fast Slow Motion, LLC |
| Services Agreement | FedEx |
| Virtual Care Services Agreement | First Stop Health, LLC |
| Services Agreement | FitThumb |
| Office Building Sublease Agreement and Amendments | Florida Blue Medicare, Inc. |
| Rental Agreement | Fort Knox Self Storage – Lady Lake |
| Services Agreement | Frontier Therapeutics Inc |
| Services Agreement | GE Healthcare |
| All Agreements | Gibson Place Utilities |
| Services Agreement | Gipson Place Utility |
| Order Form | Glooko |
| Business Associate Agreement | Glooko |
| Services Agreement | GN ReSound |
| Business Associate Agreement | GN ReSound |
| Office Building Sublease Agreement and Amendments | Grupo Latinamericano de Securos |
| Services Agreement | Guardian Insurance |
| Business Associate Agreement | Gulf Coast Collection Bureau |
| Business Associate Agreement | Gulf Coast Fire, Inc |
| Services Agreement | Healthcare Support Staffing, Inc. |
| Services Agreement - Criminal Background Check Package | Healthcare Support Staffing, Inc. |
| Services Agreement | HealthStream |
| Order Form | HealthStream Inc. |
| Order Form Pricing | HealthStream Inc. |
| Contingency Agreement | Healthwaze, Inc. |
| Services Agreement | Henry Schein, Inc. |
| Business Associate Agreement | High Definition Impressions |
| Services Agreement | Hills Shred Express |
| Business Associate Agreement | Hills Shred Express |
| Services Agreement | Honey-Do's LLC |
| Office Building Sublease Agreement and Amendments | Humana Marketpoint, Inc. |
| Services Agreement | ImageFirst |
| Business Associate Agreement | In What Language LLC |
| Services Agreement | In What Language LLC |
| Services Agreement | Innovative Card Scanning, Inc. dba INUVIO |
| Business Associate Agreement | InteractiveThink |
| Pricing Schedule | Iron Mountain |
| Business Associate Agreement | Iron Mountain |
| Direct Hire Agreement | J. Morrissey |
| Contractor Agreement | Jeisson Certuche |
| Business Associate Agreement | Jeisson Certuche |
| Business Associate Agreement | Kardon |
| Master Software as a Service Agreement | Kestrel Software LLC |
| Services Agreement | Kirsha, LLC |
| Business Associate Agreement | Kirsha, LLC |
| Services Agreement | Laboratory Corp of America |
| Services Agreement | Laboratory Corp of America Holdings |
| Services Agreement | Laborie Medical |
| Business Associate Agreement | Lake Medical Imaging |
| All Agreements | Lake Technical Center, Inc. |

| Description of Contract or Lease | Counterparty Name |
| --- | --- |
| Dosimetry Services for Radiation Monitoring | Landauer, Inc. |
| Services Agreement | Lenovo Inc |
| Services Agreement | LifeSource Medical |
| All Agreements | Little Sumter Service Area |
| Business Associate Agreement ("BAA") | Local Counsel of East Central Florida |
| Paramedics at Home Program Services Agreement | Local Health Council of East Central Florida, Inc. |
| Services Agreement | LRMC Medical Staff |
| Services Agreement | LSSA |
| All Agreements | Lumen Technologies |
| Services Agreement | M&S Air Conditioning |
| Master Services Agreement | Many Hats, LLC |
| Statement of Work | Many Hats, LLC |
| Services Agreement | Marion CPR, Inc |
| Services Agreement | Massey Services |
| Services Agreement | Matheson Tri-Gas Inc. |
| Services Agreement | MBK Electric, Inc. |
| Purchase Order | McKesson |
| Services Agreement | McKesson Medical-Surgical (PO) |
| Master Subscription Agreement and Modified Sales Order | Medical Design Technologies, LLC |
| Master Subscription Agreement/ EULA | Medical Design Technologies, LLC |
| Services Agreement | Medical Design Technologies, LLC |
| Business Associate Agreement | Medical Imaging and Therapeutics |
| Services Agreement | Medline Industries, Inc. |
| Organizational Membership Agreement | MGMA |
| HIPPA Business Associate Agreement | Microsoft |
| License Agreement | Milliman, Inc. |
| Business Associate Agreement | MobileMedix Plus |
| Business Associate Agreement | Myriad Genetics |
| Business Associate Agreement | Nalu Medical, Inc |
| Services Agreement | Natus Medical Incorporated |
| Business Associate Agreement | Natus Medical Incorporated |
| Functional Requirements Document | Net at Work |
| Sage Intacct Implementation Proposal | Net at Work |
| Change Request | Net at Work |
| Proposal | Net at Work |
| All Agreements | Net at Work |
| Office Building Sublease Agreement | Network Insurance Senior Health Division ALG, LLC |
| General Staffing Agreement | Networks Connect Healthcare Staffing, LLC |
| Business Associate Agreement | Nevro |
| Services Agreement | Nichols Construction Services |
| All Agreements | North Sumter Utilities |
| Services Agreement | NSU |
| Services Agreement | Nuance Communications Inc |
| Business Associate Agreement | Nuance Communications Inc |
| Services Agreement | Nupur Technologies, LLC |
| All Agreements | NUSO, LLC |
| Services Agreement | Oaktree Products, Inc. |
| Business Associate Agreement | Oaktree Products, Inc. |
| Master Subscription Agreement | Okta, Inc. |
| Services Agreement | Olympus America Inc |
| Business Associate Agreement | OnePacs, LLC |
| Services Agreement | OnePacs, LLC |
| Business Associate Agreement | Organogenisis |
| Equipment Lease Agreement and Amendments | Orthopedic Care Partners Management, LLC |
| Business Associate Agreement | Oticon Inc |
| Business Enhancement Support Plus Rewards Program Enrollment Form | Oticon Inc |
| Services Agreement | Oticon Inc. |
| Business Associate Agreement | Pathnet LLC |
| Business Associate Agreement | Pathways Clinical Partners, LLC |
| Administrative Services Agreement | Pathways Clinical Partners, LLC |
| Agreement Applicable to Certain Cloud Services Provided by Microsoft and Connection | PC Connection Inc. |
| Business Associate Agreement | Perceptive |
| Software License Agreements | Perceptive |
| Order Form | PerfectServe, Inc |
| All Agreements | PerfectServe, Inc |
| Business Associate Agreement | PerfectServe, Inc |
| Contingency Placement Agreement | Permanent Placement Resources, LLC |
| Business Associate Agreement | Phonak LLC |
| Office Building Sublease Agreement and Amendments | Pinnacle Financial Services Group LLC |
| Services Agreement | Pitsch Plumbing Service Inc |

| Description of Contract or Lease | Counterparty Name |
|---|---|
| Business Associate Agreement | PM Ventures |
| Services Agreement | PMI South Inc. |
| Online Agreement | PracticeLink Online |
| License Agreement | Practicematch Corporation |
| Sales Proposal | Prestige Medical Imaging |
| Services Agreement | Pride Solutions LLC |
| Professional Services Work Order | Prophix Software Inc. |
| Services Agreement | Prophix Software Inc. |
| Initial Cloud Services Order and Supplements | Prophix Software Inc. |
| Cloud Reconfiguration Order Form | Prophix Software Inc. |
| Initial Cloud Services Order | Prophix Software Inc. |
| Master Agreement | Protenus, Inc. |
| Business Associate Agreement | Protenus, Inc. |
| Services Agreement | Quest Diagnostics |
| Project Work Order | R Systems International Ltd. |
| Amendments to Project Work Order | R Systems International Ltd. |
| Master Services Agreement | R Systems International Ltd. |
| Business Associate Agreement | R Systems International Ltd. |
| Business Associate Agreement | Radiation Services |
| Professional Services Agreement | Radiology Associates of Central Florida |
| Business Associate Agreement | Radix Health, Inc |
| Health Master Services Agreement | Radix Health, Inc |
| First Amendment to Health Master Services Agreement | Radix Health, Inc |
| Second Amendment to Health Master Services Agreement | Radix Health, Inc |
| Health Master Services Agreement | Radix Health, Inc |
| Business Associate Agreement | RAYUS Radiology |
| Services Agreement | Relatient, Inc |
| Order Form | Relatient, Inc |
| All Agreements | Relaymed |
| Services Agreement | RLS (USA) Inc |
| Services Agreement | Roberts Oxygen Company, Inc |
| Business Associate Agreement | Rodael Direct Inc |
| Business Associate Agreement | Roger West Marketing; Roger West, LLC |
| Marketing Services and Support Agreement | Roger West Marketing; Roger West, LLC |
| Rental Agreement | Rolling Acres Self Storage, LLC |
| Services Agreement | RxCompass, LLC |
| Program Agreement | RxCompass, LLC |
| First Amendment to Program Agreement | RxCompass, LLC |
| Business Associate Agreement | Sage Infusion |
| Business Associate Agreement | Salesforce |
| Main Services Agreement and Supplement | Salesforce |
| Main Services Agreement | Salesforce |
| Candidate Placement Agreement | Samuel Contract Staffing, LLC |
| Services Agreement | Sanofi Pasteur Inc. |
| Services Agreement | Screen Vision Media |
| Master Subscription & Services Agreement and all Statements of Work | Seara Health, LLC |
| Statement of Work 1053 | Seara Health, LLC |
| Statement of Work 1044 | Seara Health, LLC |
| Business Associate Agreement | Seara Health, LLC |
| Services Agreement | SECO Energy |
| All Agreements | SECO Energy |
| Business Associate Agreement | Semler Scientific |
| Services Agreement | Siemens Medical Solutions USA Inc |
| Clinical Affiliation Agreement | Simmons University |
| Staffing Services Agreement | SkyBridge Healthcare |
| Business Associate Agreement | SolarWinds Worldwide |
| Services Agreement | Solventum Health Information Systems, Inc. |
| Services Agreement | Sonova USA Inc |
| Pharmacy Products and Services Administration Agreement and all Amendments | Southern Scripts, LLC d/b/a Liviniti, LLC |
| Client Services Agreement | SphereCommerce, LLC |
| Direct Hire Fee Schedule and Agreement | Spherion Staffing, LLC |
| Services Agreement | Spring Crest Blinds & Shutters |
| Services Agreement | Staples (Atlanta-PO) |
| Facilities Solutions Equipment Agreement | Staples Contract & Commercial LLC |
| Breakroom Solutions Standard Program Equipment Agreement | Staples Contract & Commercial LLC |
| Services Agreement | Starkey Laboratories, Inc |
| Services Contract | Stealth Partner Group, LLC |
| Business Associate Agreement | Stimwave |
| Stop Loss Policy | Sun Life Assurance Company of Canada |
| Contractor Agreement | Technology Solutions Group (TSG) |

| Description of Contract or Lease | Counterparty Name |
|---|---|
| Services Agreement | TECO |
| All Agreements | TECO Energy |
| Order Form | Text Us Services, Inc. |
| Services Agreement | That Party Girl |
| Services Agreement | The Brownwood Hotel & Spa |
| Home Program Services Agreement | The Local Health Council of East Central Florida, Inc |
| Services Agreement | The Sourcing Group Inc |
| Sublease Agreement and Amendments | The University of Florida Board of Trustees |
| Amendments to any Lease Agreements | The Village Operating Company |
| Center for Advanced Healthcare at Brownwood Lease Agreement and Amendments | The Villages CAHB, LLC |
| Agreement for Program Support and Teaching Enhancement | The Villages Charter School, Inc. |
| Services Agreement | The Villages Chilled Water Plt |
| East Port Lease Agreement and Amendment | The Villages Development Operating Company, LLC |
| Services Agreement | The Villages Operating Company |
| Lease Agreement | The Villages Operating Company |
| First Amendment to Facilities Agreement | The Villages Operating Company |
| Brownwood Sublease Agreement | The Villages Operating Company |
| Colony Lease Agreement | The Villages Operating Company |
| Creekside Lease Agreement | The Villages Operating Company |
| Lake Deaton Lease Agreement | The Villages Operating Company |
| Mulberry Lease Agreement | The Villages Operating Company |
| Wedgewood Lease Agreement | The Villages Operating Company |
| Pinellas Sublease Agreement and Amendment | The Villages Operating Company |
| Santa Barbara Lease Agreement | The Villages Operating Company |
| Administration Lease Agreement and Amendments | The Villages Operating Company |
| Specialty Care Lease Agreement and Amendment | The Villages Operating Company |
| Brownwood Professional Plaza Lease Agreement | The Villages Operating Company |
| Industrial Center Lease Agreement | The Villages Operating Company |
| Facilities Management Agreement and Amendment | The Villages Operating Company |
| Agreement for Commercial Internet Use | The Villages Operating Company |
| Services Agreement | The Villages Operating Company |
| Facilities Management Agreement | The Villages Operating Company |
| First Amendment to Facilities Management Agreement | The Villages Operating Company |
| IT Management Services Agreement | The Villages Operating Company |
| Admin PBS Lease Agreement | The Villages Operating Company |
| Admin Powell Lease Agreement | The Villages Operating Company |
| Southern Trace Lease Agreement | The Villages Operating Company |
| Agreement for Commercial Internet Use | The Villages Operating Company |
| IT Management Services Agreement and Amendments | The Villages Operating Company d/b/a The Villages Technology Solutions |
| IT Management Services Agreement | The Villages Operating Company d/b/a The Villages Technology Solutions |
| Services Agreement | The Villages Technology Solutions Group |
| Business Associate Agreement | The Villages Technology Solutions Group |
| EA 3.0 Agreement | The Villages Technology Solutions Group |
| Business Associate Agreement | The Villages Technology Solutions Group |
| Independent Contractor Agreement | Thiruvallur Vallabhan, M.D. |
| Independent Contractor Agreement | Tiffany West |
| Business Associate Agreement | TOI Management |
| Contingency Fee Schedule and Guarantee Placement Details | Trova, LLC |
| Business Associate Agreement | Tuned Care, Inc |
| Services Agreement | ULINE |
| Services Agreement | UltraLinq Healthcare Solutions Inc |
| Services Agreement | UMB Bank |
| Services Agreement | United Refrigeration, Inc. |
| Business Associate Agreement | Unitron USA |
| Business Associate Agreement | University of Florida Board of Trustees |
| Hospitalist Arrangement | University of Florida Spanish Plaines Hospital |
| Subscription and License Terms Agreement | UpToDate |
| Services Agreement | Urgo Medical North America |
| Client Services Agreement and all Amendments and Addendums | Vaco by Highspring |
| Client Services Agreement #408905 | Vaco by Highspring |
| Addendum #2469387 | Vaco by Highspring |
| Services Agreement | Vaco by Highspring |
| Direct Hire Fee Agreement | Vaco by Highspring |
| Terms of Service Agreement | Vaxcare, LLC |
| Business Associate Agreement | Vaxcare, LLC |
| Services Agreement | VCSA |
| Order Form | VerityStream, Inc. |
| Services Agreement | Veytec, Inc |
| Services Agreement | Village Center Fire Safety |
| Services Agreement | VISA |

| Description of Contract or Lease | Counterparty Name |
| --- | --- |
| Contingency Physician Search Agreement | VISTA Staffing Solutions, Inc. |
| Hospice Arrangement | VITAS Cornerstone |
| Business Associate Agreement | Walgreens |
| Standard Software-as-a-Services Terms and Conditions | Waymaker |
| Services Agreement | Welch Allen Inc. |
| Equipment Lease Agreement Number 450-9693542-005 | Wells Fargo Vendor Financial Services, LLC |
| Equipment Lease Agreement Number 450-9693542-006 | Wells Fargo Vendor Financial Services, LLC |
| Equipment Lease Agreement Number 450-9693542-007 | Wells Fargo Vendor Financial Services, LLC |
| Equipment Lease Agreement Number 450-9693542-008 | Wells Fargo Vendor Financial Services, LLC |
| Equipment Lease Agreement Number 450-9693542-009 | Wells Fargo Vendor Financial Services, LLC |
| Equipment Lease Agreement Number 450-9693542-010 | Wells Fargo Vendor Financial Services, LLC |
| Equipment Lease Agreement Number 450-9693542-011 | Wells Fargo Vendor Financial Services, LLC |
| Equipment Lease Agreement Number 450-9693542-012 | Wells Fargo Vendor Financial Services, LLC |
| Equipment Lease Agreement Number 450-9693542-013 | Wells Fargo Vendor Financial Services, LLC |
| Equipment Lease Agreement Number 450-9693542-014 | Wells Fargo Vendor Financial Services, LLC |
| Equipment Lease Agreement Number 450-9693542-015 | Wells Fargo Vendor Financial Services, LLC |
| Equipment Lease Agreement Number 450-9693542-017 | Wells Fargo Vendor Financial Services, LLC |
| Equipment Lease Agreement Number 450-0105519-000 | Wells Fargo Vendor Financial Services, LLC |
| Equipment Lease Agreement Number 450-0113477-000 | Wells Fargo Vendor Financial Services, LLC |
| Equipment Lease Agreement Number 450-0149125-000 | Wells Fargo Vendor Financial Services, LLC |
| Equipment Lease Agreement Number 450-0151311-000 | Wells Fargo Vendor Financial Services, LLC |
| Equipment Lease Agreement Number 450-0151762-000 | Wells Fargo Vendor Financial Services, LLC |
| Equipment Lease Agreement Number 450-0154392-000 | Wells Fargo Vendor Financial Services, LLC |
| Equipment Lease Agreement Number 450-0155612-000 | Wells Fargo Vendor Financial Services, LLC |
| Equipment Lease Agreement Number 450-0157339-000 | Wells Fargo Vendor Financial Services, LLC |
| Equipment Lease Agreement Number 450-0160143-000 | Wells Fargo Vendor Financial Services, LLC |
| Equipment Lease Agreement Number 450-0160178-000 | Wells Fargo Vendor Financial Services, LLC |
| Services Agreement | Westone |
| Services Agreement | Wex Health |
| Business Associate Agreement | Whisper.ai Inc |
| Services Agreement | Widex USA Inc |
| Services Agreement | WS Audiology USA, Inc. |
| Services Agreement | WVLG-AM 640 |
| Terms and Conditions | Yooz Inc. |
| Subscription Form | Yooz Inc. |
| Master Subscription and Service Agreement | Zluri Inc. |
| Business Associate Agreement ("BAA") | Zoom Video Communications |
| Employment Contract or Letter | Anna-marie Mendenhall Roswold |
| Business Associate Agreement | The School Board of Marion County, Florida |
| Employment Contract or Letter | Kent Alan Kirby |
| Employment Contract or Letter | Michael Daugherty |
| Employment Contract or Letter | Sarah Jespersen |