**[jiffyordnh]** [Bench Order No Hearing +]

ORDERED.

**Dated:  November 12, 2025**

_____

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                    Case No. 6:25−bk−04156−LVV
                                                                               Chapter 11

The Villages Health System, LLC

_____Debtor*_____/

**ORDER GRANTING MOTION TO APPEAR VIA ZOOM AT HEARING SCHEDULED FOR NOVEMBER 12, 2025 AT 1:30 P.M.**

THIS CASE came on for consideration without a hearing of the **Motion to Appear Via Zoom at Hearing Scheduled for November 12, 2025 at 1:30 P.M.** (Doc. **327** ), filed by **Creditor Committee Unsecured Creditors Committee** .

The Court having considered the record, the Motion to Appear Via Zoom at Hearing Scheduled for November 12, 2025 at 1:30 P.M. is Granted .

Robert Burns, Esq. may appear at the Hearing via Zoom.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

Attorney Joseph Pack is directed to serve a copy of this order on interested non−CM/ECF users and file a proof of service within three (3) days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.