**[jiffyordnh]** [Bench Order No Hearing +]

ORDERED.

Dated: **November 12, 2025**

_____
Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                       Case No. 6:25−bk−04156−LVV
                                                                                             Chapter 11

The Villages Health System, LLC

_____Debtor*_____/

**ORDER GRANTING MOTION FOR REMOTE APPEARANCE VIA ZOOM FOR HEARING ON NOVEMBER 12, 2025**

THIS CASE came on for consideration without a hearing of the **Motion for Remote Appearance Via Zoom for Hearing on November 12, 2025** (Doc. **328** ), filed by **Creditor Blue Cross and Blue Shield of Florida, Inc.** .

The Court having considered the record, the Motion for Remote Appearance Via Zoom for Hearing on November 12, 2025 is Granted .

Randall L. Hagen may appear at the hearing via Zoom.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

Attorney Michael Lieberman is directed to serve a copy of this order on interested non−CM/ECF users and file a proof of service within three (3) days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.