

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

11/12/2025 01:30 PM

COURTROOM   6C, 6th Floor

HONORABLE LORI VAUGHAN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:25-bk-04156-LVV** | **11** | **07/03/2025** |

**Chapter 11**

**DEBTOR:**         The Villages Health System, LLC

**DEBTOR ATTY:**   Michael Delaney

**TRUSTEE:**         NA

**HEARING:**

~1) Objection by United Health Care Insurance Co. to (I) POTENTIAL ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND (II) THE PROPOSED CURE AMOUNTS (Doc #168)
Supplemental Objection to (I) POTENTIAL ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND (II) THE PROPOSED CURE AMOUNTS Filed by United Health Care Insurance Co., UnitedHealthcare of Florida, Inc. (Doc #313)
~2) Objection by Creditor Jim Besong to Assumption and Assignment of Executory Contract (Doc #172)
~3) Objection by Blue Cross and Blue Shield of Florida, Inc. to Proposed Cure Amounts of Executory Contracts (Doc #177)
4) Debtor's Emergency Motion for Entry of Order (I) Authorizing the Debtor to Borrow Additional Funds Under the Existing DIP Facility, with Certain Modifications, and (II) Granting Related Relief (Doc #159) - interim order thru 11/4 (Doc #309) - rescheduled for after closing

Note:
Notice of Closing on Sale Transaction and Final List of Executory Contracts and Unexpired Leases that have been Assumed and Assigned in Connection with the Sale Transaction (Doc #330)
Plan & D/S by: 10/31/25
Case Mgmt Summary (Doc #18)
MORs:
July 2025 (Doc #176)
Aug 2025 (Doc #254)
Sept 2025 (Doc #299)
Ombudsman Appointed 8/4/25: Suzanne Richards
Official Creditors' Committee Appointed (Doc #206)
Pending:
1) Objection to Claim No. 27 of Unitedhealthcare Insurance Company, United Healthcare of Florida, Inc., and Their Affiliates; filed by the Official Creditors' Committee w/ neg ntc on 10/10/25 (Doc #285)
2) Application for Compensation for Evercore Group, LLC, as Investment Banker for The Villages Health System, LLC, Other Professional, Fee: $5,600,000.00, Expenses: $42,936.14, For the period: July 3, 2025 through November 7, 2025; filed w/ neg ntc 11/11/2025 (Doc #331)

**APPEARANCES:**:

Andrew Layden & Ben Taylor: Debtor; Scott Bomkamp: UST; Christopher Emden: USA; Jessey Krehl & Robert Burns: Committee; Lara Fernandez: PMA Lender; Patricia Redmond & Justin DeCamp: United Healthcare; Matt Rubin: Solic

**RULING:**
1)   Objection by United Health Care Insurance Co. to (I) POTENTIAL ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND (II) THE PROPOSED CURE AMOUNTS   (Doc #168) -   Supplemental Objection to (I) POTENTIAL ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND (II) THE PROPOSED CURE AMOUNTS Filed by United Health Care Insurance Co., UnitedHealthcare of Florida, Inc.   (Doc #313) - Overruled as Moot; order by Layden.

2)   Objection by Creditor Jim Besong to Assumption and Assignment of Executory Contract   (Doc #172) - Overruled as Moot; order by Layden.

3)   Objection by Blue Cross and Blue Shield of Florida, Inc. to Proposed Cure Amounts of Executory Contracts   (Doc #177) - Overruled as Moot; order by Layden.

4)   Debtor's Emergency Motion for Entry of Order (I) Authorizing the Debtor to Borrow Additional Funds Under the Existing DIP Facility, with Certain Modifications, and (II) Granting Related Relief (Doc #159) - interim order thru 11/4   (Doc #309) - Final Order by Layden.

A Status Conference is scheduled 1/6/2026 at 1:30pm (AONCNFNG)

(aj)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.