ORDERED.

Dated:  November 13, 2025

_____
Lori V. Vaughan
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| In re: | Case No.: 6:25-bk-04156-LVV |
|---|---|
| THE VILLAGES HEALTH SYSTEM, LLC,[1] | Chapter 11 |
| Debtor. | |

## ORDER OVERRULING OBJECTIONS
## TO POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS
## AND PROPOSED CURE AMOUNTS

THIS CASE came before the Court for a hearing on November 12, 2025, at 1:30 p.m. (EST) (the "Hearing") to consider the *Objection of UnitedHealthcare Insurance Company and UnitedHealthcare of Florida, Inc. to (I) Potential Assumption and Assignment of Certain Executory Contracts and (II) the Proposed Cure Amounts* ("United Objection") [Doc. No. 168], the *Supplement to Objection of UnitedHealthcare Insurance Company and UnitedHealthcare of Florida, Inc. to (I) Potential Assumption and Assignment of Certain Executory Contracts and (II) the Proposed Cure Amounts* ("United Supplemental Objection") [Doc. No. 313], the *Objection of*

---

[1] The address of the Debtor is 600 Sunbelt Road, The Villages, Florida 32159. The last four digits of the Debtor's federal tax identification number is 6436.

*Jim Besong to Assumption and Assignment of Executory Contract* ("Besong Objection") [Doc. No. 172], and the *Objection of Blue Cross and Blue Shield of Florida, Inc. and Health Options, Inc. to Proposed Cure Amounts* ("Florida Blue Objection") [Doc. No. 177] (the United Objection, United Supplemental Objection, Besong Objection, and Florida Blue Objection are collectively the "Cure Objections"). For the reasons stated in open court at the Hearing, it is

**ORDERED**:

1. The Cure Objections are overruled without prejudice. The parties may reassert the Cure Objections if the Debtor assumes the executory contracts subject to the Cure Objections on a future date.

2. The Court shall retain jurisdiction, to the fullest extent permitted by law, to interpret, implement, and enforce the provisions of this DIP Order and to adjudicate any disputes arising in connection with the interpretation or enforcement thereof.

# # #

*Attorney Elizabeth A. Green is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.*