UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| **THE VILLAGES HEALTH SYSTEM, LLC** | § | CASE NO. 6:25-bk-04156-LVV |
| Debtors. | § | |

### SUPPLEMENTAL PRIVACY REPORT OF SUZANNE RICHARDS AS CONSUMER PRIVACY OMBUDSMAN OF THE DEBTORS

1. **INTRODUCTION**

    1. This is the Supplemental Privacy Report of Suzanne Richards, Consumer Privacy Officer ("CPO"), appointed in the Chapter 11 case of THE VILLAGES HEALTH SYSTEM, LLC (the "Debtors" or "THE VILLAGES"). This appointment was made pursuant to §332 of the Bankruptcy Code, the Order of the Bankruptcy Court (the "Court") Directing United States Trustee to Appoint Consumer Privacy Ombudsman entered on August 1, 2025 (the "Appointment Order").

    2. Pursuant to §332 of the Bankruptcy Code, the CPO shall:

        a. Provide to the court information to assist the court in its consideration of the facts and circumstances, and condition of the proposed sale or lease of personally identifiable information under section 363(b)(1)(B). Such information may include presentation of:

            i. The debtor's privacy policies

            ii. The potential losses or gains of privacy to consumers if such a sale or such lease is approved by the court;

            iii. The potential costs or benefits to consumers if such sale or such lease s approved by the court; and

            iv. The potential alternatives that would mitigate potential privacy losses or potential costs to consumers.

Pursuant to §332(c): "A consumer privacy ombudsman shall not disclose any personally identifiable information obtained by the ombudsman.

**EXECUTIVE SUMMARY**

1. The Debtors operate eight primary clinics and two specialty clinics which provide medical services in a clinical setting. Total membership is about 42,000 members. Staffing consists of 8 medical directors, 49 physicians, 57 advanced practice providers and 213 clinical supports.

2. The debtors maintain the electronic health record system, AthenaHealth, for patient charting and recordkeeping.

3. The Villages Health System, LLC has a robust HIPAA and Cybersecurity Program. These policies are encompassing and excellent. No significant HIPAA breaches were reported during this period.

4. CenterWell has an equally robust HIPAA Policies. Cybersecurity policies were not available for review prior to this report filing. The HIPAA policies for this organization were also encompassing and excellent. No significant HIPAA breaches were reported during this period.

2. **MONITORING PROCESS**

    a. On August 8, 2025, the CPO had an introductory call with the chief restructure officer. During this call, the CPO reviewed the CPO role and established the best way to review patient care operation, and how the sites would be visited. A process and calendar was set up for arranging site visits with the locations in the best effort to visit as many clinics as possible to properly assess the quality of care being delivered. The goals of the visit were:

        - Review the HIPAA and Cybersecurity Programs in place the debtor;

        - Determine if the potential bidder/purchaser of the health system has policies and procedures to protect the privacy of the consumer during the due diligence and acquisition during the Chapter 11 proceedings;

        - The potential losses or gains of privacy to consumers with the sale of the health system;

        - The potential costs or benefits to consumers with the sale; and

        - The potential alternatives that would mitigate potential privacy losses or potential costs to consumers.

To achieve the above goals the CPO visited the Debtor's clinics and spoke with key administrative, providers and clinic staff. Prior to the visit, several documents regarding operations were reviewed. During the visit, seven of the ten clinics were toured. Five primary clinics of the eight and one of the two specialty clinics. All clinics appear to be very similar and have the same protocols and policies organization wide.

    b.  The facilities toured during the First On-site visit of the CPO:
        1. The Villages Health Brownwood Care Center, 2910 Brownwood Blvd, The Villages, Florida 32163
        2. The Villages Health Creekside Care Center, 1050 Old Camp Road, Building 100, The Villages, Florida 32162
        3. The Villages Health Pinellas Care Center, 24865 Pinellas Place, The Villages, Florida 32163
        4. The Village Health Eastport Care Center, 1346 Dewey Drive, The Villages, Florida 34762
        5. The Villages Health Mulberry Grove Care Center, 8877 SE 165th Mulberry Lane, The Villages, Florida 32162
        6. The Villages Health Specialty Care for Advanced Healthcare at Brownwood, 2955 Brownwood Blvd, Suite 304, The Villages, Florida 32163

        Clinics not visited:

        1. The Villages Health Colony Care Center, 280 Farner Place, The Villages, Florida 32163
        2. The Villages Health Santa Barbara Care Center, 1575 Santa Barbara Blvd, The Villages, Florida 32159
        3. The Villages Health Lake Deaton Care Center, 779 Kristine Way, The Villages, Florida 32163
        4. The Villages Health Specialty Care Center at Spanish Springs, 1400 US-441, Bldg. 810, The Villages, Florida 32159

    c.  The monitoring process included, but was not limited to, a combination of an on-site visit to audit privacy protections in place, employee interviews, policy review and breach report reviews. During this reporting period, the CPO visited of the debtor's sites of service was announced.
        • Interviews were conducted with:
          1. AVP of Privacy and Ethics for Humana and CenterWell (CenterWell)
          2. Director of Privacy and Ethics for Humana and CenterWell (CenterWell)
          3. Chief Compliance Officer (The Villages)
          4. HIPAA Privacy Officer and Security Officer (The Villages)
          5. Medical Director of Clinical Operations (The Villages)
          6. Senior Manager Clinical Operations (The Villages)

7. Clinic Manager (The Villages)
8. Clinic Supervisor (The Villages)
9. LVN (The Villages)
10. Nurse Practitioner (The Villages)
11. Clinical Lead (The Villages)
12. Advanced Practice Registered Nurse (The Villages)
13. Clinic Physician (The Villages)
14. Phlebotomist (The Villages)
15. Clinic Manager (The Villages)
16. Coder (The Villages)
17. Coder (The Villages)
18. Central Supply Coordinator (The Villages)
19. Director Operations Specialty Clinics (The Villages)
20. Clinical Manager Specialty Clinics (The Villages)
21. Medical Director (The Villages)
22. Registered Medical Assistant (The Villages)
23. Patient Support Lead (The Villages)
24. Care Center Manager (The Villages)
25. Advanced Practice Registered Nurse (The Villages)
26. Clinical Certified Medical Assistant (The Villages)

- Documents Reviewed
    1. Privacy Policies for The Villages Health Center
        a. HIPAA Privacy Policy Plan for The Villages
        b. HIPAA Legal Health Record and Designated Record Set
        c. Accounting of Disclosures Patient Complaints
        d. Restrictions to Use and Disclosure of PHI
        e. Use and Disclosure for Marketing and Fundraising
        f. Mitigation of Improper Use or Disclosure of PHI
        g. Disclosure of PHI
        h. Minimum Necessary, Limited Data Set and Deidentification
        i. Verification Policy
        j. Security Compliance: Employee Responsibilities
        k. Security Compliance: Identification, Passwords, Access Control, and Log On Management
        l. Security Compliance: Transaction Standards Electronic Submission
        m. Security Compliance: Integrity and Data Systems, Encryption and Decryption
        n. Security Compliance: Breach Notification of Unsecured PHI
        o. Security Compliance: Audit of Computer Devices and Log In Monitoring
        p. Security Compliance: Contingency Plan

    q. Security Compliance: Risk Assessment
    r. Security Compliance: Emergency Access to PHI
    s. Security Compliance: Change Management Policy
    t. Security Compliance: Device Media and Asset Management
    u. Security Compliance: Security Reminders
    v. Security Compliance: Workforce HIPAA and Security Training
    w. Security Compliance: Malicious Software and Anti-Virus Protection
    x. Security Compliance: HIPAA Privacy and Security Officer Job Description
    y. Security Compliance: Acceptable Use
    z. Security Compliance: Documentation of Privacy and Security Compliance
    aa. Security Compliance: Business Associates Management
    bb. Security Compliance: Automatic Log Off
    cc. Security Compliance: Security Incident Response and Reporting
    dd. Security Compliance: Workforce Termination Security Process
    ee. Security Compliance: workforce Security and Clearance
    ff. Security Compliance: Email Communication for HIPAA Privacy and Security
    gg. Security Compliance: Sanctions, Enforcement and Discipline for Privacy and Security Violations
    hh. Security Compliance: Information Systems Data Classification
    ii. Security Compliance: Physical and Environmental Protection Policy
    jj. Security Compliance: System and Services Acquisition and Lifecycle Policy
    kk. Security Compliance: Business Continuity Plan
    ll. Security Compliance: PCI Compliance
    mm. Security Compliance: Artificial Intelligence Assistant Security Policy
    nn. Security Compliance: Information System Activity Review
    oo. Security Compliance: Student Intern Education Policy
    pp. Security Compliance: Telephone Monitoring and Recording Policy
    qq. Security Compliance: Social Media Policy
2. Privacy Policies for CenterWell
    a. HIPAA Business Associates Agreement
    b. CenterWell ACE Notice of Privacy Practices 2025
    c. Humana 2024—HITRUST r2 Cert Lt Final

       d. Humana Information Protection Overview May 2025
       e. Humana Training Outline 2025
       f. Procedure Privacy—Risk Assessment
       g. Procedure—EIP Reporting a Suspected Privacy or Security Policy Violation
       h. Provider Privacy Guide for Disclosure of Information
       i. Psychotherapy Notes
       j. Privacy Policy Summary

3. **FINDINGS**

   a. During the onsite visit the CPO experienced a very high level of cooperation and willingness work with the CPO in the discharge of the related responsibilities. All staff and providers interviewed were both engaging and interested in meeting the clinical demands of their clients.

   b. The CPO requested breach complaint reviews and minimal breech issues found by facility. No patient complaints were reported. The CPO believes the patients were and are receiving appropriate levels of privacy protection.

   c. The review of CenterWell's policies and interview with the AVP of Privacy and Ethics for Humana and CenterWell, along with the Director of Privacy and Ethics for Human and CenterWell indicates the same level of protection of privacy by the potential buyer.

   d. The Villages operating procedures and protocols were reviewed relating to patient privacy, confidentiality and cybersecurity. Materials appear to be satisfactory with respect to meeting regulatory standards and management of privacy.

   e. CenterWell operating procedures and protocols were reviewed relating to patient privacy and confidentiality. Materials appear to be satisfactory with respect to meeting regulatory standards and management of privacy.

   f. Both entities have robust educational process for staff for privacy and confidentiality.

   g. Both entities have thorough policies on breach notifications and reporting requirements.

   h. Security precautions with lock release doors and cameras at entries and exits in the clinics.

   i. Computers were locked with password screens; no patient confidential information was found. Employees reported HIPAA training annually. Very

      little printing of patient confidential information and if printed, locked shred boxes are in each clinic to properly dispose of PHI.

   j. The Villages performs regular HIPAA and Cybersecurity audits.

   k. The CPO considers the level of cooperation and transparency of the Debtors as key ingredients in the efficient discharge of monitoring responsibilities. In this regard, the CPO received excellent cooperation and transparency from all Debtors personnel and healthcare professionals. The CPO also received excellent cooperation and transparency from the bidder, Centerwell's AVP and Director for Privacy and Ethics.

4. **RISK Assessment**

The CPO assessed the level of risk for privacy breaches are relatively low. This is maintained through policies, procedures, education, and audits. The program is robust and very few minor breaches found by the facility. No major breaches were reported. Based upon these findings made during this monitoring period, the risk level at this time is determined to be low risk for privacy and security breaches.

5. **CONCLUSIONS/RECOMMENDATIONS**

Based on the low-level risk determination, the CPO will implement the following monitor over the course of the sale. No reporting schedule is mandated in §332 of the Bankruptcy Code. Supplemental reports will be submitted for unusual occurrences or reportable events. The CPO strongly encourages the debtor and bidder to remain vigilant with regards to patient confidentiality.

6. **SERVICE OF REPORT**

   a. A copy of this Supplemental Privacy Report will be filed with the Court, served on the Office of the United States Trustee for the Middle District of Florida, Orlando Division; counsel for the Debtors counsel for the Official Committee of Unsecured Creditors; and all parties who filed a Notice of Appearance, as well as any current patients requesting a copy of the Report.

Dated: November 12, 2025                          Submitted by:

                                                                            Suzanne Richards, RN, MPH, MBA
                                                                            SMR Healthcare Management, Inc
                                                                            Consumer Privacy Ombudsman for
                                                                            The Villages