**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| In re: | **Case No.: 25-04156 (LVV)** |
| **THE VILLAGES HEALTH SYSTEM, LLC,**[1] | **Chapter 11** |
| **Debtor.** | |

**MONTHLY STAFFING REPORT OF GBH SOLIC HOLDCO, LLC**
**FOR THE PERIOD FROM SEPTEMBER 1, 2025 THROUGH SEPTEMBER 30, 2025**

Name of applicant: GBH Solic Holdco, LLC

Petition date: July 3, 2025

Date of retention: August 11, 2025, effective as of July 3, 2025, *see* Doc. No. 148

This is a:  Monthly Staffing Report

Period for which compensation and reimbursement are sought:
September 1, 2025 through September 30, 2025

Amount of compensation:
$150,000.00 for the services of the Chief Restructuring Officer and
$530,246.00 for the CRO Support Staff

Amount of expense reimbursement: $9,626.72

---

[1] The address of the Debtor is 600 Sunbelt Road, The Village, Florida 32159. The last four digits of the Debtor's federal tax identification number is 6436.

## COMPENSATION BY PROFESSIONAL

The CRO Support Staff who rendered professional services in this Chapter 11 Case from September 1, 2025 through September 30, 2025 (the "Compensation Period") are set forth below along with their billing rate and hours billed:

| Name of Professional | Position | Billing Rate | Total Hours Billed | Total Compensatiom |
|---|---|---|---|---|
| Ana Meholi | Paraprofessional | $ 275.00 | 38.9 | $ 10,697.50 |
| Ernie Kaye | Associate | $ 395.00 | 63.6 | $ 25,122.00 |
| Garland Wood | Associate | $ 425.00 | 4 | $ 1,700.00 |
| Ryan Lonegan | Associate | $ 450.00 | 44.2 | $ 19,890.00 |
| Paul Passalino | Sr. Associate | $ 525.00 | 141.9 | $ 74,497.50 |
| Kira Abramovs | Vice President | $ 615.00 | 61.6 | $ 37,884.00 |
| Daniel Zoppo | Vice President | $ 650.00 | 2.5 | $ 1,625.00 |
| Jennifer Sheen | Vice President | $ 825.00 | 97.7 | $ 80,602.50 |
| Meg Finnegan | Director | $ 850.00 | 4.9 | $ 4,165.00 |
| Caleb Smith | Managing Director | $ 950.00 | 0.7 | $ 665.00 |
| Greg Hagood | Sr. Managing Director | $ 1,075.00 | 1.4 | $ 1,505.00 |
| Matthew Rubin | Sr. Managing Director | $ 1,075.00 | 93.3 | $ 100,297.50 |
| Raoul Nowitz | Sr. Managing Director | $ 1,075.00 | 159.4 | $ 171,355.00 |
| Tom Pedulla | Sr. Managing Director | $ 1,200.00 | 0.2 | $ 240.00 |
| | | | 714.3[1] | $ 530,246.00 |

## CRO Services by Mr. Neil Luria

SOLIC Charges a monthly fee of $150,000 for Neil Luria's CRO Services.

| Name of Professional | Position | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Neil Luria | CRO | 137.9 | $ 150,000.00 |
| | | | $ 150,000.00 |

[1] The hours billed set forth above do not include travel time, which is significant for the CRO Support Staff.

**ITEMIZED EXPENSES**

| Expense Category | Total Expense |
|---|---:|
| Airfare | $ 5,392.82 |
| Car Rental | $ 231.08 |
| Ground Transportation | $ 1,210.55 |
| Hotel | $ 2,492.55 |
| Meals | $ 299.72 |
| **Total** | $ 9,626.72 |

[1]This amount reflects CRO Support Staff related travel expenses that were incurred during the month of September 2025.

Pursuant to the *Order (I) Authorizing the Debtor to Retain and Employ SOLIC Capital Advisors, LLC to Provide the Debtor a Chief Restructuring Officer and Additional Personnel Nunc Pro Tunc to the Petition Date, (II) Designating Neil F. Luria as Chief Restructuring Officer Nunc Pro Tunc to the Petition Date, and (III) Granting Related Relief* [Doc. No. 148] (the "Order"), GBH SOLIC Holdco, LLC ("SOLIC"), through counsel for the Debtors, hereby files this monthly staffing report ("Staffing Report") relating to compensation for professional services rendered to the Debtor and for reimbursement of actual and necessary expenses incurred in connection therewith for the period commencing September 1, 2025, through and including September 30, 2025 (the "Compensation Period"). Copies of SOLIC's itemized time records for officers and staff performing services for the Debtor during the Compensation Period are attached hereto as **Exhibit A and Exhibit B**. Pursuant to the Order, parties shall have five (5) days from the date of this Staffing Report to object.

Dated: November 24, 2025

**BAKER & HOSTETLER LLP**

*/s/ Andrew V. Layden*
**Elizabeth A. Green, Esq.**
FL Bar No.: 0600547
Email: egreen@bakerlaw.com
**Jimmy D. Parrish, Esq.**
FL Bar No.: 0526401
E-mail: jparrish@bakerlaw.com
**Andrew V. Layden, Esq.**
FL Bar No.: 86070
E-mail: alayden@bakerlaw.com
200 South Orange Avenue
Suite 2300
Orlando, Florida 32801-3432
Telephone: (407) 649-4000
Facsimile: (407) 841-0168

*Counsel for the Debtor and Debtor in Possession*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 24, 2025, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system, which will provide a Notice of Electronic Filing and copy to all parties requesting such notice.

*/s/ Andrew V. Layden*
Andrew V. Layden

## Exhibit A

**Itemized *Support Staff* Time Records**

EXHIBIT A

| Date | Activity | Staff Member | Description | Duration | Amount |
|---|---|---|---|---|---|

The page consists of a dense law-firm time/billing ledger. Columns (left to right) are: Date, Matter/Category, Timekeeper, Description of services, Hours, and Amount. Representative column values include dates in 9/22/2025–9/29/2025, categories such as "Bankruptcy Administration," "Cash Management," "Conference Calls," "Cash Reconciliation," "Financial Analysis," "Project Management & Support," "Review of Analysis," "Communication w/Management," and "Datazoom & Diligence Materials Review," and timekeeper names including Passalino, Paul; Passalino, Paul; Rubin, Matthew; Nowitz, Raoul; Lonergan, Ryan; Sheen, Jennifer; Smith, Caleb; Zippo, Daniel; Abramovs, Kris; Kaye, Ernie; Wood, Garland; Meholi, Anu; Foneigan, Meg; and others.

| Date | Category | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| 5/29/2025 | Conference Calls | Zappe, Daniel | Attendance on call regarding local market real estate information | 0.2 | $ 130.00 |
| 5/29/2025 | Drafting & Review of Docs | Zappe, Daniel | Attention to review of elements of leases associated with Southern Trace & Powel space based on additional support information. | 0.3 | $ 195.00 |
| 5/30/2025 | Cash Management | Abramovs, Kira | Attention to correspondence with counsel and management regarding list of invoices and payments for Wells Fargo leases | 0.2 | $ 123.00 |
| 5/30/2025 | Conference Calls | Abramovs, Kira | Attention to correspondence with counsel and management regarding list of invoices and payments for Wells Fargo leases | 0.2 | $ 123.00 |
| 5/30/2025 | Conference Calls | Abramovs, Kira | Attention to call with counsel regarding open items | 0.6 | $ 369.00 |
| 5/30/2025 | Conference Calls | Abramovs, Kira | Attention to call with management regarding preparation of TSA and items to include | 0.8 | $ 492.00 |
| 5/30/2025 | Conference Calls | Abramovs, Kira | Attention to call with counsel regarding bank schematic and items for motion | 0.6 | $ 369.00 |
| 5/30/2025 | Financial Analysis | Abramovs, Kira | Attention to correspondence with counsel regarding calculations for deferred comp plan | 0.2 | $ 123.00 |
| 5/30/2025 | Financial Analysis | Abramovs, Kira | Attention to review of dataroom and files regarding employee designations for deferred comp contributions | 0.6 | $ 369.00 |
| 5/30/2025 | Review of Analysis | Abramovs, Kira | Attention to review of weekly variance report | 0.4 | $ 246.00 |
| 5/30/2025 | Conference Calls | Finnegan, Meg | Attend call w/Viapto management to review HR TSA items.  Provide f/u summary of pending for Centerwell discussions | 1.6 | $ 1,275.00 |
| 5/30/2025 | Bankruptcy Administration | Kaye, Ernie | Attention to updating professional fees schedule | 0.1 | $ 39.50 |
| 5/30/2025 | Conference Calls | Kaye, Ernie | Attention to Teams Meeting with Baker Hostetler | 0.5 | $ 197.50 |
| 5/30/2025 | Conference Calls | Lonegan, Ryan | Attention to PM sync call to discuss ongoing workstreams | 0.6 | $ 270.00 |
| 5/30/2025 | Conference Calls | Lonegan, Ryan | Attention to Humana compliance call | | $ 450.00 |
| 5/30/2025 | Conference Calls | Lonegan, Ryan | Attention to HR integration call | 0.5 | $ 225.00 |
| 5/30/2025 | Project Management & Support | Lonegan, Ryan | Attention to curating notes following the several calls today. This time also included review of group notes that were shared | 1 | $ 450.00 |
| 5/30/2025 | Cash Reconciliation | Meindl, Ana | Attention to review of files prior to project year 2020 per questions from Legal Team; calls with I. Sheen and M. Rubin | 1.9 | $ 522.50 |
| 5/30/2025 | Conference Calls | Nowitz, Raoul | Attendance on Project Vitality-Weekly PM Sync call; follow-up discussion with T/M PM team on elements of same | 0.5 | $ 537.50 |
| 5/30/2025 | Conference Calls | Nowitz, Raoul | Attendance on Project Phoenix | Humana Bi-Weekly Compliance Program Call | 0.4 | $ 430.00 |
| 5/30/2025 | Conference Calls | Nowitz, Raoul | Attendance on Project Vitality-Weekly HR Payroll call | 0.3 | $ 322.50 |
| 5/30/2025 | Conference Calls | Nowitz, Raoul | Attendance on status update call with Baker | 0.5 | $ 537.50 |
| 5/30/2025 | Conference Calls | Nowitz, Raoul | Attendance on pre-Board meeting prep call | 0.5 | $ 537.50 |
| 5/30/2025 | Conference Calls | Nowitz, Raoul | Attendance on Board call | 0.7 | $ 752.50 |
| 5/30/2025 | Dataroom & Diligence Materials Review | Nowitz, Raoul | Post Board call follow-up | 0.6 | $ 645.00 |
| 5/30/2025 | Dataroom & Diligence Materials Review | Nowitz, Raoul | Attention to review of correspondence associated with upcoming diligence calls | 0.7 | $ 752.50 |
| 5/30/2025 | Financial Analysis | Nowitz, Raoul | Attention to further review of elements of cash tracing output | 1.1 | $ 1,182.50 |
| 5/30/2025 | Financial Analysis | Nowitz, Raoul | Attention to review of elements of deferred comp transfer and closing requirements; updating of CRO on same | 1.3 | $ 1,397.50 |
| 5/30/2025 | Project Management & Support | Nowitz, Raoul | Attention to prep and review ahead of Baker call and Board call | 1.6 | $ 1,720.00 |
| 5/30/2025 | Bankruptcy Administration | Passalino, Paul | Attention to AR Hands on Call with Baker & SOLIC & Bi-weekly calls | 0.6 | $ 315.00 |
| 5/30/2025 | Bankruptcy Administration | Passalino, Paul | Attention to conversation with K Abramovs and researching and organizing documents related to deferred comp and payroll matters | 1.1 | $ 577.50 |
| 5/30/2025 | Bankruptcy Administration | Passalino, Paul | Attention to TVH budget emails; evaluating this week's budget & anticipated disbursements | 0.7 | $ 367.50 |
| 5/30/2025 | Conference Calls | Pedulla, Tom | Attendance on call regarding local market real estate information | 0.2 | $ 240.00 |
| 5/30/2025 | Board Meetings | Rubin, Matthew | Attention to participation in TVH Board Meeting | 1 | $ 1,075.00 |
| 5/30/2025 | Communication w/Management | Rubin, Matthew | Attention to call with TVH accounting & HR team regarding TSA matters; SOLIC emails and communication regarding prior and after call discussions to discuss applicable TSA services | 0.9 | $ 967.50 |
| 5/30/2025 | Conference Calls | Rubin, Matthew | Attention to bi-weekly status calls with Baker and SOLIC Teams | 0.5 | $ 537.50 |
| 5/30/2025 | Conference Calls | Rubin, Matthew | Attention to pre-board meeting with Baker, SOLIC, and A. Phillips | 0.5 | $ 537.50 |
| 5/30/2025 | Cash Reconciliation | Sheen, Jennifer | Attention to: Call with Baker regarding questions related to court filing document | 1 | $ 825.00 |
| 5/30/2025 | Cash Reconciliation | Sheen, Jennifer | Attention to: Prepare supporting analysis for Baker team | 2.2 | $ 1,815.00 |
| 5/30/2025 | Cash Reconciliation | Sheen, Jennifer | Attention to: Review of materials supporting reconciliation and analysis using company financials and other client prepared documents | 2 | $ 1,650.00 |
| 5/30/2025 | Review of Analysis | Wood, Garland | Attention to review and research of elements for building operations associated with lease review. | 0.6 | $ 255.00 |
| | | | | 714.3 | $530,246.00 |

## **Exhibit B**

**Itemized *CRO* Time Records**

EXHIBIT B

| Date | Activity | Staff Member | Description | Duration |
|---|---|---|---|---|
| 9/1/2025 | Chief Restructuring Officer | Luria, Neil | Attention to various due diligence matters; attended teleconference with Kirkland team re TVH; discussions with Elizabeth Green of Baker; attention to related follow-up. | 4.5 |
| 9/2/2025 | Chief Restructuring Officer | Luria, Neil | Attention to review of due diligence information for buyers; attention to related follow-up; attended update call with Baker. | 1.6 |
| 9/2/2025 | Chief Restructuring Officer | Luria, Neil | Attended various diligence calls with potential bidders. | 2.3 |
| 9/3/2025 | Chief Restructuring Officer | Luria, Neil | Attention to review of bid received from Kinderhook including APA, Schedules, and Exhibits; attention to drafting issues list based on such review. | 2.3 |
| 9/3/2025 | Chief Restructuring Officer | Luria, Neil | Attention to Chief Restructuring Officer responsibilities including:  attended update call with Evercore and Baker to review status of bids; attended diligence calls with Kinderhook representatives to review final issues; review of various other restructuring related issues. | 4.5 |
| 9/4/2025 | Chief Restructuring Officer | Luria, Neil | Attended call with Goodwin and Baker to review  FTI/Norwood review terms; attention to related follow-up regarding Norwood engagement. | 1.1 |
| 9/4/2025 | Chief Restructuring Officer | Luria, Neil | Attention to various matters in preparation for Auction including:  discussions with Centerwell and Kinderhook regarding their bid terms and conditions; discussions with Baker regarding various auction matters; attention to related follow-up. | 3.4 |
| 9/4/2025 | Chief Restructuring Officer | Luria, Neil | Discussions with Villages management regarding upcoming auction including discussions with Elliott Sussman, Bob Trinh and Patrick Chum regarding various matters. | 2.1 |
| 9/5/2025 | Chief Restructuring Officer | Luria, Neil | Attention to preparation for auction including; preparation for board meeting; attended board meeting; reviewed bid procedures; reviewed final Kinderhook bid package; further review of Kinderhook bid materials and discussions with Baker re same; attention to related follow-up. | 4.3 |
| 9/7/2025 | Chief Restructuring Officer | Luria, Neil | Preparation for auction at Baker Hostetler including meetings with Baker Hostetler attorneys in advance of auction; attended auction at Baker Hostetler's offices in Orlando with Centerwell and Humana. | 14.5 |
| 9/8/2025 | Chief Restructuring Officer | Luria, Neil | Attention to Chief Restructuring officer matters including; follow-up from auction and finalization of APA; execution of same; review of Declaration for Sale Hearing; preparations for Sale hearing; attended TVH board meeting; review of TVH communication materials; review of DIP Budget; attention to related follow-up; discussion with management regarding Centerwell due diligence and next steps; discussions with Chief Compliance Officer regarding various compliance matters. | 6.3 |
| 9/9/2025 | Chief Restructuring Officer | Luria, Neil | Preparation for Sale Hearing. | 1.6 |
| 9/9/2025 | Chief Restructuring Officer | Luria, Neil | Preparation sessions at Baker Hostetler prior to Sale Hearing; attended Sale Hearing in Bankruptcy Court; attention to follow-up meetings at Baker Hostetler's office; attention to related follow-up. | 4.1 |
| 9/10/2025 | Chief Restructuring Officer | Luria, Neil | Attended call with Goodwin regarding 2204 and 2025 claim review process; call with Evercore and Baker to review transactional next steps. | 1.3 |
| 9/10/2025 | Chief Restructuring Officer | Luria, Neil | Attended transition planning meetings with Villages and Humana across various areas. | 2.6 |
| 9/11/2025 | Chief Restructuring Officer | Luria, Neil | Attention to Chief Restructuring Officer responsibilities including:  attending meetings with Baker Hostetler team to review current status; attending Centerwell project management planning sessions; review of physician employment matters; update  discussions with TVH CEO; review of invoices related to restructuring professionals; review of Norwood proposal scope; attention to various other restructuring matters. | 6.2 |
| 9/12/2025 | Chief Restructuring Officer | Luria, Neil | Attention to Centerwell project planning issues including attending project management meeting with Centerwell team; review of employment agreement transition issues; attention to other transition planning issues. | 1.8 |
| 9/12/2025 | Chief Restructuring Officer | Luria, Neil | Attention to Chief Restructuring Officer responsibilities including:  discussion with Goodwin and Baker regarding various government related matters; follow-up regarding 2024 and 2025 claims reviews by Norwood/FTI; review of DIP budget related to claims review and other professionals; discussion with Baker Hostetler re same. | 1.7 |
| 9/15/2025 | Chief Restructuring Officer | Luria, Neil | Conference with Baker attorneys and SOLIC team to review cash reconciliation report and development of report for filing in the Court. | 1 |
| 9/15/2025 | Chief Restructuring Officer | Luria, Neil | Attended call with DOJ representatives with Baker Hostetler; Attention to related follow-up. | 0.6 |
| 9/15/2025 | Chief Restructuring Officer | Luria, Neil | Attention to Centerwell transition issues including attended compliance meeting and reviewed project management issues re same. | 1.4 |
| 9/15/2025 | Chief Restructuring Officer | Luria, Neil | Attention to various Chief Restructuring Officer matters including:  discussion with real estate professionals regarding FMV of leases; compliance discussions with CCO; review of Centerwell transition issues; review of physician employment agreement matters; review of DIP budget; and attention to various other issues. | 2.7 |
| 9/16/2025 | Chief Restructuring Officer | Luria, Neil | Conference with Centerwell regarding project management issues including physician employment agreements; follow-up call with Baker regarding closing mechanic issues. | 1.5 |
| 9/16/2025 | Chief Restructuring Officer | Luria, Neil | Attention to developing construct for Transition Services Agreement; discussion with TVH management re same. | 1.4 |
| 9/17/2025 | Chief Restructuring Officer | Luria, Neil | Attention to Chief Restructuring Officer responsibilities including:  review of updated DIP Budget; review of TSA terms; review of lease FMV issues; review of cash reconciliation matters; discussions with management regarding Town Hall and Centerview transition process; discussion with Baker regarding Plan process; attention to various other matters. | 2.5 |
| 9/17/2025 | Chief Restructuring Officer | Luria, Neil | Review of employment transition issues and discussions with Centerwell re same; attended HR transition meetings and employment agreement review meetings; review of potential TSA issues. | 1.5 |
| 9/17/2025 | Chief Restructuring Officer | Luria, Neil | Attention to Chief Restructuring Officer responsibilities including:  review of cash reconciliation analysis and backup materials; meeting with UCC counsel and Baker; development of Plan of Liquidation; review of treatment of retention payments and restrictive covenants in CW employment agreements; review of physician communication plans; review of DOJ issues related to self disclosure; attention to other restructuring matters. | 4.8 |
| 9/18/2025 | Chief Restructuring Officer | Luria, Neil | Attention to Chief Restructuring Officer responsibilities including:  review of updated various Centerwell diligence/transition calls; conference call with Baker team to review status of issues; conference call with UCC counsel and Baker to review Plan issues; review of compliance issues and Latham requirements;  review of various other restructuring matters. | 6.2 |
| 9/18/2025 | Chief Restructuring Officer | Luria, Neil | Attention to Chief Restructuring Officer responsibilities including:  attending meetings with Centerwell regarding project management status, communications, credentialing, compliance and employment agreements; discussions with Baker regarding general status; conference call with Baker team to review cash reconciliation calculations and backup documentation; call with UCC counsel and Baker to review Plan issues. | 5.5 |
| 9/20/2025 | Chief Restructuring Officer | Luria, Neil | Conference with Elizabeth Green of Baker Hostetler regarding various plan issues; review of materials associated with Plan development. | 0.5 |
| 9/21/2025 | Chief Restructuring Officer | Luria, Neil | Attention to review of Plan Term Sheet and providing comments thereon to Baker Hostetler. | 0.8 |
| 9/22/2025 | Chief Restructuring Officer | Luria, Neil | Attention to review of draft term sheet for Plan of Liquidation; attention to revisions with respect to same; attended teleconferences re same with Baker Hostetler; attention to related follow-up. | 3.4 |
| 9/22/2025 | Chief Restructuring Officer | Luria, Neil | Attention to various Chief Restructuring Officer responsibilities including:  attended conference call with Baker Hostetler to review current status of various initiatives; review of Privacy Ombudsman requests and transmittal of requests to Latham & Watkins, counsel to Centerwell; review of various compliance issues; review of various other restructuring matters; review of email preservation matters; review of Plan issues. | 3.1 |
| 9/23/2025 | Chief Restructuring Officer | Luria, Neil | Attention to Chief Restructuring Officer responsibilities including:  attended HR transition call with CW; review of finance transition issues; review of TSA issues and draft TSA Agreement; review of budget to actual variances; review of cash flow roll-forward; review of employment related matters; discussions with Baker regarding independent director; review of real estate analysis issues; attention to various other restructuring matters. | 5.4 |
| 9/23/2025 | Chief Restructuring Officer | Luria, Neil | Discussion with Chief Compliance Officer regarding various employment related matters. | 0.5 |
| 9/24/2025 | Chief Restructuring Officer | Luria, Neil | Attention to Chief Restructuring Officer responsibilities including:  attended HR, I-9, drug screening transition issues including review of Plan related matters; attended employment agreement transition call with Centerwell and TVH HR staff. | 2.7 |
| 9/24/2025 | Chief Restructuring Officer | Luria, Neil | Attention to Chief Restructuring Officer responsibilities including:  review of form Transition Services Agreements in anticipation of discussions with Centerwell regarding same; review of DOJ issues and teleconferences re same; review of Plan matters; attention to related follow-up. | 2.9 |
| 9/25/2025 | Chief Restructuring Officer | Luria, Neil | Attended teleconference with Goodwin and Baker regarding DOJ issues; attention to follow-up related issues. | 0.8 |
| 9/25/2025 | Chief Restructuring Officer | Luria, Neil | Attended various integration meetings with Centerwell and TVH teams. | 1 |
| 9/25/2025 | Chief Restructuring Officer | Luria, Neil | Attention to Chief Restructuring Officer responsibilities including:  discussions with TVH management regarding employment issues; review of transition services agreement issues with SOLIC team and management; review of Plan matters; follow-up from discussion with Goodwin regarding DOJ; attention to related follow-up matters. | 3.5 |
| 9/26/2025 | Chief Restructuring Officer | Luria, Neil | Attention to Chief Restructuring Officer responsibilities including:  attended weekly project management call with Centerwell; attended communications subgroup call; attended employment agreement calls; follow-up regarding medical malpractice tails status; attention to related follow-up. | 3 |
| 9/26/2025 | Chief Restructuring Officer | Luria, Neil | Attention to Chief Restructuring Officer responsibilities including:  review of budget to actual performance; review of Plan related matters; review of personnel matters; discussions with compliance officer. | 2 |
| 9/27/2025 | Chief Restructuring Officer | Luria, Neil | Attention to various Chief Restructuring Officer responsibilities including:  review of human resources issues; review of DOJ matters; communication regarding same. | 1.5 |
| 9/28/2025 | Chief Restructuring Officer | Luria, Neil | Conference with E. Sussman, Chairman of TVH, regarding current status. | 1.5 |
| 9/29/2025 | Chief Restructuring Officer | Luria, Neil | Attention to Chief Restructuring Officer responsibilities including:  review of transition related issues; attended various transition conferences; preparation for TVH Board of Directors Meeting; attention to various other CRO matters. | 2.5 |
| 9/30/2025 | Chief Restructuring Officer | Luria, Neil | Attention to Chief Restructuring Officer responsibilities including:  attended call regarding potential HIPAA issues with counsel and compliance staff; attended TVH review call with Baker Hostetler; attended Board preparation call with Baker and Independent Director; attended Board meeting virtually; attention to Board meeting follow-up issues; discussion with TVH management and SOLIC team regarding Transition Services Agreement; review of compliance matters; attention to various other restructuring issues. | 7.5 |
| | | | | 137.9 |