ORDERED.

Dated:  December 19, 2025

_____
Lori V. Vaughan
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| In re: | Case No.: 6:25-bk-04156-LVV |
| THE VILLAGES HEALTH SYSTEM, LLC,[1] | Chapter 11 |
| Debtor. | |

### ORDER GRANTING DEBTOR'S EXPEDITED SECOND MOTION FOR AN ORDER EXTENDING THE EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND TO SOLICIT ACCEPTANCES THEREOF

THIS MATTER came before the Court without a hearing upon consideration of the *Debtor's Expedited Second Motion to Extend the Exclusive Periods to File a Chapter 11 Plan and to Solicit Acceptances Thereof* [Doc. No. 355] ("Motion")[2], and the Court having jurisdiction to consider the Motion and the relief requested therein; and due and sufficient notice of the Motion

---

[1] The address of the Debtor is 600 Sunbelt Road, The Villages, Florida 32159. The last four digits of the Debtor's federal tax identification number is 6436.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

having been given; and it appearing that the relief requested by the Motion is in the best interest of the Debtor's estate, creditors and other parties in interest; and the Court having reviewed the Motion and considered the arguments made at the hearing, if any; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. The Exclusive Filing Period is hereby EXTENDED through and including **January 29, 2026**, without prejudice to the rights of the Debtor to seek additional extensions.

3. The Solicitation Exclusivity Period is hereby EXTENDED through and including **March 30, 2026**, without prejudice to the rights of the Debtor to seek additional extensions.

4. The Court retains jurisdiction over the interpretation, implementation, and enforcement of this Order.

###

*Attorney Elizabeth A. Green is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.*