ORDERED.

Dated: December 19, 2025

_____
Lori V. Vaughan
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| In re: | Case No.: 6:25-bk-04156-LVV |
| **THE VILLAGES HEALTH SYSTEM, LLC,**[1] | Chapter 11 |
| | *Expedited Relief Requested before December 29, 2025* |
| **Debtor.** | |

### EXPEDITED STIPULATION AND AGREED ORDER TO EXTEND DEADLINE FOR GOVERNMENTAL UNITS TO FILE A PROOF OF CLAIM

This *Stipulation and Agreed Order to Extend Deadline for Governmental Units to File a Proof of Claim* (the "Stipulation") is made and entered into by and among (i) The Villages Health System, LLC ("Debtor"), as debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), (ii) the United States of America (together with its departments, offices, and

---

[1] The address of the Debtor is 600 Sunbelt Road, The Villages, Florida 32159. The last four digits of the Debtor's federal tax identification number is 6436.

agencies, the "<u>Government</u>"), and (iii) the Official Committee of Unsecured Creditors (the "<u>Committee</u>"). As used herein, Debtor, the Government, the Committee, may be referred to collectively as the "<u>Parties</u>" and each individually as a "<u>Party</u>".

## RECITALS

WHEREAS, on July 3, 2025, Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "<u>Bankruptcy Code</u>"), in the United States Bankruptcy Court for the Middle District of Florida (the "<u>Court</u>")—thereby commencing the Chapter 11 Case;

WHEREAS, Governmental Units (as defined in 11 U.S.C. § 101(27)), including the Government, are required at present to file any proofs of claim on or before December 30, 2025 (the "<u>Governmental Claims Bar Date</u>");

WHEREAS, Debtor and the Government are engaged in substantive negotiations regarding the allowance and treatment of such claims (each, a "<u>Governmental Claim</u>") as well as the terms of a chapter 11 plan;

WHEREAS, Debtor and the Government require additional time to conclude negotiations regarding the allowance and treatment of Governmental Claim(s) and finalize a mutually acceptable chapter 11 plan; and

WHEREAS, Parties have agreed to, and hereby request Court approval of, an extension of the Governmental Claims Bar Date from **December 30, 2025**, through and including **February 28, 2026**;

## STIPULATION

NOW, THEREFORE, it is hereby stipulated and agreed to by and among the Parties, and based on the agreement of the Parties, and, after due and adequate consideration, finding good and

134562.000004\4902-1155-5459.1

sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. <u>Incorporation</u>.  The foregoing recitals are hereby fully incorporated into and made an express part of this Stipulation and order.

2. <u>Approval of Stipulation</u>.  The Stipulation is approved as set forth herein.

3. <u>Governmental Claims Bar Date</u>.  The Governmental Claims Bar Date is hereby extended from **December 30, 2025**, through and including **February 28, 2026**; *provided* that such extension shall be without prejudice to any Party stipulating to or moving for entry of an order further extending the Governmental Claims Bar Date; *provided, further*, that such extension shall not affect the claims, interests, objections, or substantive rights of Debtor or any interested party with respect to any Governmental Claim, except as to any objection regarding the timeliness of any Governmental Claim filed on or before February 28, 2026; *provided, further*, neither the extension of the Governmental Claims Bar Date nor anything contained herein shall be deemed (a) an admission as to any fact, argument or allegation, (b) an agreement regarding the allowance of treatment of any Governmental Claim, or (c) an agreement to any further extensions of the Governmental Claims Bar Date.

4. <u>Amendment</u>.  The Stipulation may not be modified, amended, or otherwise altered except pursuant to an instrument in writing executed and delivered by the Parties or order of the Court.

5. <u>Successors and Assigns</u>.  The Stipulation shall inure to the benefit of and be binding upon the Parties and their respective successors and assigns.

6. <u>Integration</u>.  The Stipulation contains the entire agreement and understanding between the Parties with respect to the subject matter hereof and supersedes all prior or contemporaneous agreements, understandings, representations and statements.

134562.000004\4902-1155-5459.1

7. <u>Authorization</u>.  Subject only to Court approval, each Party represents (a) it has full power and authority to enter into the Stipulation and (b) that each signatory hereto is duly authorized to execute this Stipulation and, in so doing, bind the subject Party hereto.

8. <u>Counterparts</u>.  The Stipulation may be executed in any number of counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same Stipulation, binding on the Parties hereto.  The Parties agree that facsimile or electronic copies of signatures shall be deemed originals for all purposes hereof.

9. <u>Retention of Jurisdiction</u>.  The Court shall retain exclusive jurisdiction over any legal action or proceeding with respect to the Stipulation.  Each of the Parties irrevocably waives any objection and hereby consents to the jurisdiction and authority of the Court to hear and adjudicate any legal action or proceeding with respect to the Stipulation, including, without limitation, to the entry of final orders, decrees and judgments with respect to any such matters.

AGREED AND STIPULATED this 19th day of December 2025

| **PACK LAW** | **BAKER & HOSTETLER LLP** |
|---|---|
| By: /s/ Joseph Pack | By: /s/ Andrew V. Layden |
| Joseph A. Pack, Esq. | Elizabeth A. Green, Esq. |
| Florida Bar No. 117882 | FL Bar No.: 0600547 |
| 51 Northeast 24th Street, Suite 108 | Andrew V. Layden, Esq. |
| Miami, Florida 33137 | FL Bar No.: 86070 |
| Telephone: (305) 916-4500 | SunTrust Center, Suite 2300 |
| Email: joe@packlaw.com | 200 South Orange Avenue |
|  | Orlando, Florida 32801-3432 |
| *Counsel for the Official Committee Of Unsecured Creditors* | Telephone: (407) 540-7920 |
|  | Email: egreen@bakerlaw.com |
|  | alayden@bakerlaw.com |
|  | *Counsel for the Debtor and Debtor in Possession* |

**THE UNITED STATES OF AMERICA**

/s/Christopher J. Emden
CHRISTOPHER J. EMDEN
Assistant United States Attorney
USA No. 158
400 North Tampa St., Suite 3200
Tampa, FL 33602
(813) 274-6000 (direct)
(813) 274-6198 (fax)
Christopher.Emden@usdoj.gov