ORDERED.

Dated:  January 05, 2026

_____
Lori V. Vaughan
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re:<br><br>The Villages Health System, LLC,[1]<br><br>Debtor. | Chapter 11<br>Case No.: 6:25-bk-04156-LVV |

**ORDER GRANTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' *EX PARTE* MOTION FOR REMOTE APPEARANCE VIA ZOOM AT THE HEARING SCHEDULED FOR JANUARY 6, 2026 AT 1:30 P.M.**

THIS CASE came before the Court upon *The Official Committee of Unsecured Creditors'* Ex Parte *Motion for Remote Appearance Via Zoom at the Hearing Scheduled for January 6, 2026 at 1:30 p.m.* [Dkt. No. 371] (the "**Motion**"), wherein counsel[2] for the Committee,[3] requested permission to appear via Zoom at the Hearing. Having considered the Motion and the record, it is,

ORDERED that:

---

[1] The last four digits of the Debtor's federal tax identification number are 6436. The Debtor's address is 600 Sunbelt Road, The Villages, FL 32159.

[2] Jessey J. Krehl submitted the Motion as local counsel for Robert G. Burns who has been admitted *pro hac vice* but whose filing privileges are pending.

[3] Capitalized terms used herein shall have the meaning ascribed to them in the Motion.

1. The Motion is GRANTED.

2. Robert Burns, Esq. may appear at the Hearing via Zoom.

# # #

Attorney Jessey J. Krehl is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of this Order.