IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re: | Case No.: 6:25-bk-04156-LVV |
| THE VILLAGES HEALTH SYSTEM, LLC,[1] | Chapter 11 |
| Debtor. | EXPEDITED RELIEF REQUESTED |

DEBTOR'S AGREED AND EXPEDITED MOTION TO (A) CONTINUE
ALL MATTERS SET FOR HEARING ON MARCH 11, 2026, AT
10:00 A.M. FOR APPROXIMATELY 14 DAYS AND (B) EXTEND
EXCLUSIVITY FOR THE SAME PERIOD OF TIME

The Villages Health System LLC, as debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case"), files this motion ("Motion") requesting entry of an order substantially in the form attached as **Exhibit A** (the "Proposed Order"):

(i) continuing all matters set for hearing on March 11, 2026 at 10:00 a.m. for approximately fourteen (14) days, subject to the Court's availability; and

(ii) extending the exclusive period for the Debtor to solicit acceptances ("Exclusivity") of its *Chapter 11 Plan of Liquidation* (the "Plan") [Doc. No. 387] for the same period of time, through approximately May 11, 2026, without prejudice to the rights of the Debtor to seek additional extensions.

The Debtor has conferred with the following parties, all of whom consent to the relief requested herein:

(i) The Official Committee of Unsecured Creditors (the "Committee");

(ii) UnitedHealthcare Insurance Company and UnitedHealthcare of Florida, Inc. ("UHC"); and

(iii) the United States of America (together with its departments, offices, and agencies, the "Government").

---

[1] The address of the Debtor is 600 Sunbelt Road, The Villages, Florida 32159. The last four digits of the Debtor's federal tax identification number is 6436.

134562.000006\4930-8584-6902.7

(collectively, the Debtor, the Committee, UHC, and the Government, the "Parties"). In support of this Motion, the Debtor states as follows:

## Background

1. On July 3, 2025 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code—thereby commencing this Chapter 11 Case. The Debtor continues to operate its business and manage its business as debtor in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code. The United States Trustee appointed the Committee on September 4, 2025.

2. A detailed description of the Debtor and its business, and the facts and circumstances surrounding the Debtor's filing of voluntary petition for relief under chapter 11 of the Bankruptcy Code are set forth in greater detail in the *Declaration of Neil in Support of Chapter 11 Petition and Various First Day Applications and Motions* [Doc. No. 3] ("First Day Declaration").

3. On September 9, 2025, this Court entered an *Order (A) Approving Sale of Substantially all of the Debtor's Assets Free and Clear of all Liens, Claims, Encumbrances, and Interests, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief* (the "Sale Order") [Doc. No. 222]. Pursuant to the Sale Order, this Court authorized and approved the sale (the "Sale") of substantially all Debtor's assets to CenterWell Senior Primary Care (Vitality), Inc. (the "Buyer"). The terms of the Sale are more particularly defined in the governing Asset Purchase Agreement ("APA") [*See* Doc. No. 218]. The Sale closed (the "Closing") on November 7, 2025.

4. On January 29, 2026, the Debtor filed (i) its Plan and *Disclosure Statement for the Chapter 11 Plan of Liquidation* (the "Disclosure Statement") [Doc. No. 388], and (ii) an *Expedited*

*Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Disclosure Statement; (II) Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Plan; (III) Approving the Form of Ballots and Notices in Connection Therewith; and (IV) Approving the Scheduling of Certain Dates in Connection with Confirmation of the Plan* [Doc. No. 390] (the "Motion to Conditionally Approve"). The Debtor currently has the exclusive right to solicit the Plan until April 26, 2026 [*See* Doc. No. 423].

## Relief Requested

5. By this Motion, the Parties respectfully requests that the Court enter the Proposed Order: (i) continuing all matters set for hearing on March 11, 2026, at 10:00 a.m. to a date approximately 14 days thereafter, subject to the Court's availability; and (ii) extending Exclusivity for the same amount of time, thorough approximately May 11, 2026, without prejudice to the rights of the Debtor to seek additional extensions.

## Basis for Relief

6. The Parties have agreed to continue the hearing on March 11, 2026, at 10:00 a.m. to a date approximately fourteen (14) days thereafter, subject to the Court's availability, and an extension of Exclusivity for the same amount of time. The purpose of this continuance is to allow the Parties to continue discussions about the confirmation schedule and other issues.

7. This request is made in good faith and not for purposes of delay. The Parties assert that a brief continuance of the March 11 hearing will not prejudice any of the partes-in-interest in this bankruptcy case.

**WHEREFORE**, the Debtor respectfully request that the Court grant this Motion and enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**.

RESPECTFULLY SUBMITTED this 5th day of March, 2026.

        BAKER & HOSTETLER LLP

        By: */s/ Elizabeth A. Green*
        Elizabeth A. Green, Esq.
        FL Bar No.: 0600547
        Email: egreen@bakerlaw.com
        Jimmy D. Parrish, Esq.
        FL Bar No.: 0526401
        E-mail: jparrish@bakerlaw.com
        Andrew V. Layden, Esq.
        FL Bar No.: 86070
        E-mail: alayden@bakerlaw.com
        Suite 2300
        200 South Orange Avenue
        Orlando, Florida 32801-3432
        Telephone: (407) 649-4000
        Facsimile: (407) 841-0168

        *Counsel for the Debtor and Debtor in Possession*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 5, 2026, a true and correct copy of the foregoing has been served through the CM/ECF system to all registered CM/ECF recipients and by email, facsimile or first-class mail to: (a) the Office of the United States Trustee for the Middle District of Florida; (b) all secured creditors; (c) the Office of the Attorney General of the State of Florida; (d) the twenty (20) largest unsecured creditors for the Debtor; (e) other interested parties as identified by the Debtor; and (f) any known counsel for (a)-(f). The method of service for each party will be described more fully in the certificate of service prepared by Stretto.

        */s/ Elizabeth A. Green*
        Elizabeth A. Green

# EXHIBIT A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| In re: | Case No.: 6:25-bk-04156-LVV |
| THE VILLAGES HEALTH SYSTEM, LLC,[1] | Chapter 11 |
| Debtor. | |

### ORDER GRANTING DEBTOR'S AGREED AND EXPEDITED MOTION TO (A) CONTINUE ALL MATTERS SET FOR HEARING ON MARCH 11, 2026, AT 10:00 A.M. FOR APPROXIMATELY 14 DAYS AND (B) EXTEND EXCLUSIVITY FOR THE SAME PERIOD OF TIME

This case came before the Court without a hearing upon the Debtor's *Agreed and Expedited Motion to (A) Continue all Matters set for Hearing on March 11, 2026, and (B) Extend the Exclusivity for the Same Period of Time* [Doc. No. ____] (the "Motion").[2] The Court, having considered the Motion, finds good cause for the granting of the relief requested therein. Accordingly, it is

---

[1] The address of the Debtor is 600 Sunbelt Road, The Villages, Florida 32159. The last four digits of the Debtor's federal tax identification number is 6436.

[2] Unless otherwise defined herein, all terms defined in the Motion, as applicable, shall have the same meanings herein.

134562.000006\4930-8584-6902.7

3

**ORDERED:**

1.     The Motion is **GRANTED**.

2.     All matters set for hearing on March 11, 2026, at 10:00 a.m. are continued to _____ at _____ (the "Continued Hearing"), before the Honorable Lori V. Vaughan, at the George C. Young Federal Courthouse, 400 W. Washington Street, Courtroom 6C, 6th Floor, Orlando, Florida 32801.

3.     The Debtor's exclusivity period is EXTENDED through and including _____, 2026, without prejudice to the rights of the Debtor to seek additional extensions.

4.     Service of this Order shall be deemed adequate and sufficient notice of the Continued Hearing.

# # #

*Attorney Elizabeth A. Green is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.*

3