ORDERED.

Dated:  March 12, 2026

_____
Lori V. Vaughan
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re: | Case No.: 6:25-bk-04156-LVV |
| THE VILLAGES HEALTH SYSTEM, LLC,[1] | Chapter 11 |
| Debtor. | |

ORDER APPROVING FIRST INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP, FOR PAYMENT OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD OF JULY 3, 2025 THROUGH OCTOBER 31, 2025

This case came before the Court for consideration of the foregoing *First Interim Fee Application of Baker & Hostetler LLP, for Payment of Compensation and Reimbursement of Expenses for the Period of July 3, 2025 through October 31, 2025* (Doc. No. 392) (the "Interim Application") filed by Baker & Hostetler LLP, counsel to the above-captioned Debtor

---

[1] The address of the Debtor is 600 Sunbelt Road, The Villages, Florida 32159. The last four digits of the Debtor's federal tax identification number is 6436.

(collectively, the "Debtor"), and the Court having reviewed the Interim Application and any objections filed thereto; and the Court finding that: (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue of the chapter 11 case and the Application is proper under 28 U.S.C. §§ 1408 and 1409; (iii) notice of the Interim Application, the opportunity to object, and for the hearing thereon was provided and sufficient under the circumstances; and (iv) based on the forgoing, no further notice or hearing is required and good cause exists to grant the relief requested in the Interim Application,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Interim Application is APPROVED as set forth herein.

2. Baker & Hostetler LLP, is allowed interim compensation for professional services rendered to the Debtor during the Interim Application Period in the amount of $2,538,266.00 and reimbursement of expenses billed during the Interim Application Period in the amount of $7,891.86.

3. The Debtor is authorized to pay Baker & Hostetler LLP, $507,653.20, representing the compensation approved pursuant to this Order, as reduced by the amounts previously received by Baker pursuant to the Monthly Fee Statements.

4. The interim allowance of such compensation and reimbursement of expenses is without prejudice to the rights of Baker & Hostetler LLP, to seek such further compensation for the full value of services performed and expenses incurred.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

# # #

Attorney Elizabeth A. Green is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.