ORDERED.

**Dated:  March 31, 2026**

Lori V. Vaughan
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| **In re:** | **Case No.: 6:25-bk-04156-LVV** |
| **THE VILLAGES HEALTH SYSTEM, LLC,**[1] | **Chapter 11** |
| **Debtor.** | |

**ORDER SCHEDULING TRIAL AND SETTING OBJECTION DEADLINE FOR
(A) DEBTOR'S MOTION TO APPROVE SETTLEMENT AGREEMENT BY AND
BETWEEN THE DEBTOR AND THE UNITED STATES AND (B) DEBTOR'S MOTION
FOR ENTRY OF AN ORDER APPROVING SETTLEMENT AGREEMENT BY AND
AMONG: (1) THE DEBTOR, (2) PMA LENDER, LLC, (3) THE VILLAGES HEALTH
HOLDING COMPANY, LLC, AND (4) CERTAIN RELATED PARTIES**

This case came before the Court on March 25, 2026, at 11:00 a.m. (the "Hearing") for a status conference and to consider multiple matters. For the reasons stated in open court at the Hearing, it is

**ORDERED:**

---

[1] The address of the Debtor is 425 W. New England Ave, Suite 300, Winter Park, FL 32789. The last four digits of the Debtor's federal tax identification number is 6436.

1.      A two-day trial (the "Trial") is scheduled for June 2-3, 2026, at 9:30 a.m. (prevailing Eastern Time) at the George C. Young Federal Courthouse, 400 West Washington Street, Sixth Floor, Courtroom C, Orlando, Florida 32801, before The Honorable Lori V. Vaughan on the following matters:

   a.  Debtor's *Motion to Approve Settlement Agreement by and between the Debtor and the United States* [Doc. No. 447] (the "Government Settlement Motion"); and

   b.  Debtor's *Motion to Approve Settlement Agreement by and between (1) the Debtor, (2) PMA Lender, LLC, (3) The Villages Health Holding Company, LLC, and (4) Certain Related Parties* [Doc. No. 448] (the "Developer Settlement Motion", and together with the Government Settlement Motion, the "Settlement Motions").

2.      The Settlement Motions can be viewed free of charge at the following website: https://cases.stretto.com/thevillageshealth/court-docket/#search. Parties may also request copies of the Settlement Motions by emailing brtaylor@bakerlaw.com.

3.      Judge Vaughan's Hearing Procedures are available at https://www.flmb.uscourts.gov/judges/vaughan.

4.      The deadline for written objections to the Government Settlement Motion and/or the Developer Settlement Motion is **May 15, 2026**. Any party opposing the relief sought at the Trial must appear at the Trial or any objections or defenses may be deemed waived.

5.      The requirements and deadlines under Local Rules 9070-1 and 9070-2 apply in this proceeding.

6.      The parties shall first confer in good faith to resolve any discovery disputes. Parties and counsel must attend all hearings regarding disputed discovery issues in person.

7.      Service of this Order shall be deemed adequate and sufficient notice of the Trial.

2

3

# # #

*Attorney Elizabeth A. Green is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.*