**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| **In re:** | **Case No.: 6:25-bk-04156-LVV** |
| **THE VILLAGES HEALTH SYSTEM, LLC,[1]** | **Chapter 11** |
| **Debtor.** | **EXPEDITED RELIEF REQUESTED** |

**DEBTOR'S AGREED AND EXPEDITED MOTION TO**
**(A) CONTINUE MATTERS SET FOR HEARING ON JUNE 2-3, 2026**
**TO JULY 8-9, 2026 AND (B) GRANT RELATED RELIEF**

The Villages Health System LLC, as debtor and debtor in possession (the "Debtor") in the

above-captioned chapter 11 case, files this agreed motion ("Motion") requesting entry of an order

substantially in the form attached as **Exhibit A** (the "Proposed Order"):

(i)     continuing the matters set for hearing on June 2-3, 2026 for approximately 36 days to July 8-9, 2026, and continuing all confirmation-related deadlines to be calculated based on the July 8, 2026 confirmation hearing date;

(ii)    providing for a concurrent 36-day stay of discovery, from May 15 to June 20, 2026; provided that (i) the Debtor may produce document pursuant to the Committee's pending request for a single custodian's records, (ii) service of deposition notices or subpoenas for deposition served during the period of the stay shall not violate the stay as long as they are scheduled to occur after the stay expires, and (iii) all rights of all parties regarding such depositions and notices or subpoenas thereof, including the right to object to the same, are expressly preserved;

(iii)   extending the Debtor's exclusivity period from the conclusion of the current confirmation hearing dates (i.e. June 2-3, 2026) to the conclusion of the rescheduled confirmation hearing dates (i.e. July 8-9, 2026), without prejudice to the rights of the Debtor to seek additional extensions.

The Debtor has conferred with the following parties, all of whom consent to the relief requested

herein:

(i)     The Official Committee of Unsecured Creditors (the "Committee");

---

[1] The address of the Debtor is 600 Sunbelt Road, The Villages, Florida 32159. The last four digits of the Debtor's federal tax identification number is 6436.

(ii)     UnitedHealthcare Insurance Company and UnitedHealthcare of Florida, Inc. ("UHC");

(iii)    Blue Cross and Blue Shield of Florida, Inc. ("Blue Cross");

(iv)    the United States of America (together with its departments, offices, and agencies, the "Government").

(collectively, the Debtor, the Committee, UHC, Blue Cross, and the Government, the "Parties").

In support of this Motion, the Debtor states as follows:

**Relief Requested**

1.       The next hearing in this case is currently set for June 2-3, 2026 on the following matters:

(i)      Combined Disclosure Statement and Confirmation Hearing (Doc. Nos. 449, 450, 453, 389).

(ii)     Debtor's Motion to Approve Compromise Between Debtor and USA (Doc. No. 447)

(iii)    Debtor's Motion to Approve Compromise Between Debtor, PMA Lender LLC, The Villages Health Holding Company LLC, and Certain Related Parties (Doc. No. 448).

(collectively, the "Confirmation and 9019 Matters").

2.       Recently, the Debtor filed its *Motion for Order Authorizing the Sale of Real Property Pursuant to 11 U.S.C. § 363, Free and Clear of All Liens, Claims, and Encumbrances* (Doc. No. 480) (the "Single Home Sale Motion"), seeking authority to sell a single family home owned by the Debtor for approximately $310,000 with an outside closing date of June 5, 2026. The Debtor would request that the Court schedule that motion for hearing on June 2 or 3, 2026.

3.       By this Motion, the Parties respectfully requests that the Court enter the Proposed Order: (i) continuing the Confirmation and 9019 Matters from June 2-3, 2026, to July 8-9, 2026

2

134562.000006\4931-1158-2634.4

(except for the Single Home Sale Motion, which the Debtor requests be scheduled for June 2 or 3, 2026); and (ii) granting the related relief set forth in the Proposed Order.

### Basis for Relief

4.      The Parties are the most significant and/or active creditors and parties-in-interest in this case.  They have agreed to continue the Confirmation and 9019 Matters for approximately 36 days to facilitate ongoing discussions about their respective positions and potential resolutions of these matters.  This request is made in good faith and not for purposes of delay. The Parties assert that a brief continuance of the June 2-3 hearing will not prejudice any of the partes-in-interest in this bankruptcy case.

WHEREFORE, the Debtor respectfully request that the Court grant this Motion and enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**.

RESPECTFULLY SUBMITTED this 15th day of May, 2026.

BAKER & HOSTETLER LLP

By: */s/ Andrew Layden*
Elizabeth A. Green, Esq.
FL Bar No.: 0600547
Email: egreen@bakerlaw.com
Jimmy D. Parrish, Esq.
FL Bar No.: 0526401
E-mail: jparrish@bakerlaw.com
Andrew V. Layden, Esq.
FL Bar No.: 86070
E-mail: alayden@bakerlaw.com
Suite 2300
200 South Orange Avenue
Orlando, Florida 32801-3432
Telephone: (407) 649-4000
Facsimile: (407) 841-0168

*Counsel for the Debtor and Debtor in Possession*

134562.000006\4931-1158-2634.4

**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on May 15, 2026, a true and correct copy of the foregoing has been served through the CM/ECF system to all registered CM/ECF recipients and by email, facsimile or first-class mail to: (a) the Office of the United States Trustee for the Middle District of Florida; (b) all secured creditors; (c) the Office of the Attorney General of the State of Florida; (d) counsel for the Official Committee of Unsecured Creditors; and (e) any known counsel for (a)-(d). The method of service for each party will be described more fully in the certificate of service prepared by Stretto.

                                                           */s/ Andrew Layden*
                                                           Andrew V. Layden

134562.000006\4931-1158-2634.4

## EXHIBIT A

## Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| In re: | **Case No.: 6:25-bk-04156-LVV** |
| **THE VILLAGES HEALTH SYSTEM, LLC,**[1] | **Chapter 11** |
| **Debtor.** | |

**ORDER GRANTING DEBTOR'S AGREED AND EXPEDITED MOTION TO (A)
CONTINUE MATTERS SET FOR HEARING ON JUNE 2-3, 2026
TO JULY 8-9, 2026 AND (B) GRANT RELATED RELIEF**

This case came before the Court without a hearing upon the Debtor's *Agreed and Expedited Motion to (A) Continue Matters Set for Hearing on June 2-3, 2026 to July 8-9, 2026, and (B) Grant Related Relief* [Doc. No. _____] (the "Motion").[2] The Court, having considered the Motion, finds good cause for the granting of the relief requested therein. Accordingly, it is

**ORDERED:**

1.      The Motion is GRANTED.

---

[1] The address of the Debtor is 600 Sunbelt Road, The Villages, Florida 32159. The last four digits of the Debtor's federal tax identification number is 6436.

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

2. The June 2-3, 2026 hearing on the following matters is hereby continued to July 8-9, 2026, beginning at 9:30 a.m. EST before the Honorable Lori V. Vaughan, at the George C. Young Federal Courthouse, 400 W. Washington Street, Courtroom 6C, 6th Floor, Orlando, Florida 32801:

(i) Combined Disclosure Statement and Confirmation Hearing (Doc. Nos. 449, 450, 453, 389).

(ii) Debtor's Motion to Approve Compromise Between Debtor and USA (Doc. No. 447)

(iii) Debtor's Motion to Approve Compromise Between Debtor, PMA Lender LLC, The Villages Health Holding Company LLC, and Certain Related Parties (Doc. No. 448).

3. Discovery in this matter shall be stayed from May 15, 2026 to June 20, 2026; provided that (i) the Debtor may produce document pursuant to the Committee's pending request for a single custodian's records, (ii) service of deposition notices or subpoenas for deposition served during the period of the stay shall not violate the stay as long as they scheduled to occur after the stay expires, and (iii) all rights of all parties regarding such depositions and notices or subpoenas thereof, including the right to object to the same, are expressly preserved.

4. The deadline for objections to the above-referenced matters shall remain May 15, 2026, except for the UCC, UHC, Blue Cross, and the Government, for which the objection deadline shall be July 1, 2026.

5. Other than the deadline to object referenced in Paragraph 4 of this Order, all deadlines (i) calculated by reference to the date of the confirmation hearing, (ii) set by the Order Scheduling Trial (Doc. No 464), (iii) set by the Court's order (Doc. No. 458) conditionally approving the Disclosure Statement and scheduling a confirmation hearing, (iv) set by the Court's order (Doc. No. 463) approving certain confirmation-related procedures, or (v) set by applicable

3

134562.000006\4931-1158-2634.4

Local Rules, are hereby extended to be calculated off the new confirmation hearing date of July 8, 2026.

6. The Debtor's exclusivity period is extended through the conclusion of the July 8-9, 2026 hearings, without prejudice to the rights of the Debtor to seek additional extensions.

7. Service of this Order shall be deemed adequate and sufficient notice of the continued hearing on July 8-9, 2026.

# # #

*Attorney Andrew V. Layden is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.*

4