ORDERED.

**Dated:  May 18, 2026**

_____
Lori V. Vaughan
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| **In re:** | **Case No.: 6:25-bk-04156-LVV** |
| **THE VILLAGES HEALTH SYSTEM, LLC,**[1] | **Chapter 11** |
| **Debtor.** | |

**ORDER GRANTING DEBTOR'S AGREED AND EXPEDITED MOTION TO (A)
CONTINUE MATTERS SET FOR HEARING ON JUNE 2-3, 2026
TO JULY 8-9, 2026 AND (B) GRANT RELATED RELIEF**

This case came before the Court without a hearing upon the Debtor's *Agreed and Expedited Motion to (A) Continue Matters Set for Hearing on June 2-3, 2026 to July 8-9, 2026, and (B) Grant Related Relief* [Doc. No. 484] (the "Motion").[2] The Court, having considered the Motion, finds good cause for the granting of the relief requested therein. Accordingly, it is

**ORDERED:**

1.      The Motion is GRANTED.

---

[1] The address of the Debtor is 600 Sunbelt Road, The Villages, Florida 32159. The last four digits of the Debtor's federal tax identification number is 6436.

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

134562.000006\4931-1158-2634.4

2.      The June 2-3, 2026 hearing on the following matters is hereby continued to July 8-9, 2026, beginning at 9:30 a.m. EST before the Honorable Lori V. Vaughan, at the George C. Young Federal Courthouse, 400 W. Washington Street, Courtroom 6C, 6th Floor, Orlando, Florida 32801:

(i)      Combined Disclosure Statement and Confirmation Hearing (Doc. Nos. 449, 450, 453, 389).

(ii)     Debtor's Motion to Approve Compromise Between Debtor and USA (Doc. No. 447)

(iii)    Debtor's Motion to Approve Compromise Between Debtor, PMA Lender LLC, The Villages Health Holding Company LLC, and Certain Related Parties (Doc. No. 448).

3.      Discovery in this matter shall be stayed from May 15, 2026 to June 20, 2026; provided that (i) the Debtor may produce document pursuant to the Committee's pending request for a single custodian's records, (ii) service of deposition notices or subpoenas for deposition served during the period of the stay shall not violate the stay as long as they scheduled to occur after the stay expires, and (iii) all rights of all parties regarding such depositions and notices or subpoenas thereof, including the right to object to the same, are expressly preserved.

4.      The deadline for objections to the above-referenced matters shall remain May 15, 2026, except for the UCC, UHC, Blue Cross, and the Government, for which the objection deadline shall be July 1, 2026.

5.      Other than the deadline to object referenced in Paragraph 4 of this Order, all deadlines (i) calculated by reference to the date of the confirmation hearing, (ii) set by the Order Scheduling Trial (Doc. No 464), (iii) set by the Court's order (Doc. No. 458) conditionally approving the Disclosure Statement and scheduling a confirmation hearing, (iv) set by the Court's order (Doc. No. 463) approving certain confirmation-related procedures, or (v) set by applicable

2

Local Rules, are hereby extended to be calculated off the new confirmation hearing date of July 8, 2026.

6.      The Debtor's exclusivity period is extended through the conclusion of the July 8-9, 2026 hearings, without prejudice to the rights of the Debtor to seek additional extensions.

7.      Service of this Order shall be deemed adequate and sufficient notice of the continued hearing on July 8-9, 2026.

###

*Attorney Andrew V. Layden is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.*

134562.000006\4931-1158-2634.4