[jiffyordnh] [Bench Order No Hearing +]

ORDERED.

**Dated:  July 07, 2026**

_Lori V. Vaughan_
Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                          Case No. 6:25–bk–04156–LVV
                                                                Chapter 11

The Villages Health System, LLC

_____   Debtor*   _____/

**ORDER GRANTING MOTION TO ALLOW ZOOM APPEARANCE**

THIS CASE came on for consideration without a hearing of the **Motion to Allow Zoom Appearance** (Doc. **508** ), filed by **Creditor Blue Cross and Blue Shield of Florida, Inc.** .

The Court having considered the record, the Motion to Allow Zoom Appearance is Granted .

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

Attorney Michael Lieberman is directed to serve a copy of this order on interested non–CM/ECF users and file a proof of service within three (3) days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.